Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy, Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR HAMMELL and LINDA HAMMEL,<br><br>                    Plaintiffs,<br><br>            v.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>                    Defendants. | Hon. Mary L. Cooper, U.S.D.J.<br><br>DOCKET NO.: 3:14-cv-00013 (MLC)(TJB)<br><br>**MOTION TO REMAND, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT STRIKING DEFENDANTS' GOVERNMENT CONTRACTOR DEFENSE** |

To:    All Counsel on Attached List

**PLEASE TAKE NOTICE** that on April 21, 2014, at 9:00 a.m. in the

forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney

for Plaintiffs shall apply to the United States District Court for the District of New

1071063.1                                         1

Jersey, for an Order remanding this matter to the Superior Court of New Jersey, Middlesex County, or in the alternative, granting partial summary judgment, striking the government contractor defense as to: (a) Defendant CBS Corporation, a Delaware corporation, f/k/a, Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, (b) Defendant Foster Wheeler Energy Corporation, and (c) General Electric Company.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the attached Brief, Declaration and Affidavit in support of this motion.

Plaintiff requests oral argument.

A proposed form of Order is attached.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

By: _____
Robert E. Lytle, Esq.

Dated: March 17, 2014

1071063.1                                          2