Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy, Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR HAMMELL and LINDA HAMMEL, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORP., et al., <br><br> Defendants. | Hon. Mary L. Cooper, U.S.D.J. <br><br> DOCKET NO.: 3:14-cv-00013 (MLC)(TJB) <br><br><br> **ORDER** |

This matter having been opened to the Court on behalf of Plaintiffs by

Szaferman, Lakind, Blumstein & Blader, P.C. (Robert E. Lytle, Esq. appearing),

on notice to counsel for all defendants in this matter; and the Court having

considered the papers submitted in support of and in opposition to the present

1071063.1                              1

motion, as well as the arguments of counsel; and for good cause having been shown;

IT IS on this _____ day of _____, 2014,

ORDERED that the Plaintiffs' Motion for Remand is granted and their Complaint shall be remanded forthwith to the Superior Court of New Jersey, Middlesex County; or in the alternative it is

ORDERED that the Plaintiffs' Motion for Partial Summary Judgment is granted and that the Government Contractor Defense is stricken from the Answers filed by the following Defendants: (a) CBS Corporation a Delaware corporation, f/k/a, Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, (b) Foster Wheeler Energy Corporation, and (c) General Electric Company; and it is further

ORDERED that, having stricken the Government Contractor Defense from the Answers filed by the foregoing Defendants, the Plaintiffs' Complaint shall be remanded forthwith to the Superior Court of New Jersey, Middlesex County, as this Court lacks subject matter jurisdiction pursuant to 28 U.S.C. §1442(a)(1); and it is further

ORDERED that a copy of this Order shall be served by Plaintiffs on all counsel of record within seven days.

_____
Honorable Mary L. Cooper, U.S.D.J.

1071063.1                          3