IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


-------------------------------------------------X

ARTHUR HAMMELL and LINDA HAMMELL

               Plaintiffs,

     V.

AIR & LIQUID SYSTEMS CORPORATION, et al.

               Defendants.

----------------------------------------------X


### AFFADAVIT OF CAPTAIN ARNOLD P. MOORE, USNR (RET.), P.E

I, Arnold P. Moore, under penalty of perjury, declare the following:

1.    I have been continuously licensed as a Professional Engineer for over 33 years. I retired as the Sector Vice President, Engineering for a major builder of United States naval warships. I am also a retired Captain, Engineering Duty, United States Naval Reserve.

2.    I began my Navy career in 1968 immediately after receiving a Bachelor of Science degree from the United States Naval Academy with a major in Naval Science and a minor in Naval Architecture. I served eleven years of active duty in the Navy. During this time I concentrated on shipboard engineering and the repair and overhaul of Navy ships.

3.    My first two tours of duty were in the engineering departments of steam powered naval ships. During these tours I qualified as a Surface Warfare Officer and as the Engineering Officer of the Watch on the heavy cruiser USS Newport News. From 1972 until 1975 I was a Navy sponsored graduate student at the Massachusetts Institute of Technology in the Naval Ship Design and Construction curriculum. This three year program focused a number of courses upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid

dynamics, heat transfer, and materials science as well as boiler, turbine and pump design. I received both a Master of Science degree in Naval Architecture and Marine Engineering and the Professional Degree of Ocean Engineer from MIT. Upon graduation from MIT, I was assigned to Charleston Naval Shipyard as a Navy Engineering Duty Officer. This tour included two years as a Ship Production Superintendent responsible for coordinating all repair work during overhauls of steam propulsion destroyers and nuclear submarines. This job provided daily contact with civilian shipyard workers and the crewmen of ships being overhauled. I also served two years in the same shipyard as an overhaul program manager responsible for overhaul planning, financial management, work authorization and customer interface.

4.    In 1979, when I completed my obligated service for my post graduate education at MIT, I resigned my active duty commission and entered both my civilian career and the Naval Reserve. My first civilian job was with the Charleston Office of M. Rosenblatt and Son, Inc., a marine engineering design firm. I served 18 months as Chief Naval Architect and 18 months as Technical Director of this office. During that time we designed ship alterations to modernize destroyers, tenders and mine sweepers. As Technical Director I was also responsible for oversight of the preparation and review of Navy system technical manuals. This job included close interaction with Navy officials and employees during the review and approval process of technical manuals, drawings and other documents

5.    From August 1982 until January 2007 I worked as an engineering executive at Ingalls Shipbuilding. This company was owned by Litton Industries until 2001 when Litton was acquired by Northrop Grumman. I entered Ingalls as Chief Naval Architect responsible for the leadership of over 300 naval architects, structural engineers and designers. Three years later, I was promoted to Director, Design Engineering responsible for 1000 employees in all engineering disciplines involved in the design of new construction cruisers, destroyers and amphibious assault ships. My responsibilities included supervision of the group that worked with equipment manufacturers to prepare equipment and system technical manuals. This responsibility also required frequent interaction with Navy officials during the review process. In 1992 I was promoted to Vice President, Engineering responsible for a total of over 2000 engineers, designers and logistics personnel. In addition to the design of new construction warships I became responsible for Research and Development and Fleet Modernization Design. I continued to have responsibility for the group that worked with manufacturers in the development of

2

technical manuals. I held the position of Vice President, Engineering for over 14 years until my retirement in January 2007. During my tenure as an engineering executive we designed six major classes of naval warships and were responsible for modernization of three additional classes. All of these executive positions required very frequent participation in reviews of technical documentation with Navy officials and employees.

6.    Concurrently with my civilian career, I completed 15 years of service in the Naval Reserve as an Engineering Duty Officer. This service included two days of active duty each month and two weeks of continuous service each year. This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of naval ship classes. I retired from the Naval Reserve as a Navy Captain (O6).

7.    I am licensed as a Professional Engineer and registered nationally with the National Council of Examiners for Engineering and Surveying (NCEES). I am a Life Fellow of the Society of Naval Architects and Marine Engineers (SNAME) and a winner of the SNAME William M. Kennedy Award for Shipbuilding Systems. I am also a Life member of the American Society of Naval Engineers (ASNE).

8.    A true and correct copy of my current Curriculum Vitae is attached as Exhibit 1.

9.    I am aware that a lawsuit has been filed against several Defendant corporations, including Foster Wheeler Energy Corporation ("Foster Wheeler"), CBS Corporation ("Westinghouse") and General Electric Company ("GE"), by Plaintiffs who allege injury by the exposure to asbestos and asbestos-containing products that Plaintiff Arthur Hammell received aboard the USS Charles H. Roan (DD 853) between 1962 and 1964. I also understand that Plaintiff alleges that Defendant corporations, including Foster Wheeler, Westinghouse and GE, failed to warn Plaintiff of the hazards related to asbestos in such products. I am further aware that Foster Wheeler, Westinghouse and GE seek to remove this civil action to the United States District Court for the District of New Jersey. Foster Wheeler, Westinghouse and GE have taken the position, based on the Declarations of Lehman, Schroppe and Hobson, that Foster Wheeler, Westinghouse and GE were prohibited by Navy specifications and standards from providing warnings concerning asbestos and asbestos containing products.

3

10.     Based on my 26 years of experience as a Naval Officer and my 28 years of experience as a naval architect and marine engineer directing the design of United States naval warships as well as my review of Navy specifications and standards from the 1930's, 1940's, 1950's and 1960's I can attest to the instructions the Navy required its equipment manufacturers to provide to warn of hazards associated with equipment delivered to the Navy.  Based upon my experience interacting directly with Navy officials and employees during the review of drawings, technical manuals, specifications and other technical documentation I can attest that Navy officials and employees followed and enforced these specifications and standards.

11.     The U. S. Navy did not prohibit manufacturers and providers of material to the Navy from providing warnings and safety precautions concerning their products. In fact beginning in the 1930's and continuing throughout the 1940's, 1950's and 1960's and to the present time, Navy specifications and standards specifically required equipment manufacturers and other vendors providing materials to the Navy to provide warnings concerning hazards associated with their products. The hazards associated with exposure to asbestos and asbestos containing materials and equipment were not exempted from these requirements. I attest, based both on my own experience and the reading of Navy requirements and specifications that the Navy relied heavily upon its manufacturers and vendors to identify hazards associated with their products.

12.     The Bureau of Engineering, Navy Department, issued General Specifications for Machinery, Subsection S1-1, PLANS, on 1 December 1936.  A copy of this document is included as Exhibit 2.  Section S1-1-h of this specification required machinery manufacturers to provide installation, operating and maintenance instructions as well as "safety precautions" as an essential part of Instruction Books for machinery.  This specification very clearly indicates that the U.S. Navy did not intend to dictate warnings and safety precautions to manufacturers and other providers of material to the Navy.  It also clearly demonstrates that the Navy did not intend to prohibit such warnings and safety precautions.  In fact, the U.S. Navy considered the manufacturers and not the Navy to be the true experts concerning the design, manufacture, operation, maintenance, configuration and composition of materials for their products and consistently consulted manufacturers on these matters.  As stated in Exhibit 2, the Navy fully expected and required machinery manufacturers to identify and provide safety precautions and

4

warnings for hazards associated with their products. Exhibit 3 is a copy of the 1 March 1941 edition of this document and it contains the same requirements.

13. Attached as Exhibit 4 is a copy of military specification, MIL-B-15071A (SHIPS) dated 20 October 1952, which details the Navy's requirements concerning the contents of instruction books for electrical and mechanical equipment. This is one of the series of specifications that replaced the General Specifications for Machinery, Subsection S1-1, PLANS (Exhibits 2 and 3) and other specifications to govern the information to be provided by machinery manufacturers with their equipment. All of the other editions of this specification for the 1950's through 1962 are included as Exhibits 5 through 8 and are discussed in the following paragraphs. Sections 3.4.1.1 and 3.5.1.1 of the 1952 edition specifically require a safety notice for "special hazards" involved with the product. Section 3.4.1.8.1 (f) requires instructions to maintain safety devices to prevent damage to equipment or injury to personnel. Section 3.3.5 specifically directs that two copies of manuals be shipped along with each unit of equipment. Combined with the requirement to provide safety notices for hazards, this requirement clearly indicates the Navy's intent to provide information about hazards with the equipment. New pages are required by section 3.3.4.1 "when it is found necessary to include new information to augment the instruction book data". This requirement provides the mechanism to add hazard warnings to the manual if hazards are detected after the manual has been shipped.

14. Attached as Exhibit 5 is a copy of the 16 August 1954 edition of the military specification discussed in paragraph 13, MIL-T-15071B (SHIPS). This specification covers technical manual requirements for electrical and mechanical equipment. It invokes the same requirement for safety notices for hazards in sections 3.5.1.1 and 3.6.1.1. Section 3.5.1.8.1 also contains the same requirement to provide instructions to maintain safety devices. Section 3.2 not only requires shipping two copies of the manual with each unit of equipment but also provides for distribution throughout the Navy. Section 3.6.1.3 requires "precautions" to be identified during installation of equipment. Section 3.4.5.1 contains the same language as the 1952 version for preparation of new pages for new information.

15. Attached as Exhibit 6 is a copy of MIL-M-15071C (SHIPS) which is the 10 September 1957 edition of the military specification for mechanical and electrical technical manuals. Section 1.1 clearly states that the requirements in this manual are the minimum acceptable requirements. Sections 3.3.3.2 and 3.4.3.2 provide for the usage of "emphatics" in capital

5

letters to be provided adjunct to the text to highlight notes, cautions and warnings. "WARNINGS" are clearly required for: "operating procedures, practices etc, which will result in personal injury or loss of life if not correctly followed". Section 3.3.1.2.5 requires safety precautions as a part of operating instructions and section 3.3.1.2.6 requires safety precautions for installation instructions. Section 3.3.1.2.7.1 maintains language requiring instructions for maintenance of safety devices. Section 3.1.6.1 retains the requirement for new pages for new information. Section 3.6.1 requires the shipment of two copies of the manual with each unit of equipment and distribution throughout the Navy.

16.    A copy of MIL-M-15071D (SHIPS) dated 6 June 1961 is attached as Exhibit 7. This specification states in section 1.1 that "The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein." This statement clearly indicates that the United States Government intention at this time was to accept commercial practices which are governed by state law. This intent is amplified by section 3.1.3 "Emphasis-The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format." Section 3.3.6 maintains the requirement to utilize capitalized notes, cautions and warnings for emphasis preceding applicable instructions. Section 3.1.7 requires instructions for precautions during equipment installation, section 3.1.9 requires safety precautions for operating instructions and section 3.1.10.1 requires that instructions stress the importance of properly maintaining safety devices to prevent damage to equipment or injury to personnel. Section 3.5 maintains the requirement for new pages for new information and section 3.7 maintains the requirement to ship two copies with each unit of equipment and to provide copies throughout the Navy.

17.    Exhibit 8 is a copy of MIL-M-15071E (SHIPS) dated 15 April 1962 governing the preparation of Navy Equipment and Systems Manuals. In section 3.7.3 the government continues its emphasis on adequacy, completeness, clarity and readability rather than format. Section 3.7.5 contains the same requirement as in prior revisions upon the use of "NOTES", "CAUTIONS" and "WARNINGS" preceding instructions. Section 3.3.3 defines the requirement for installation instructions to include precautions during equipment unpacking and handling as well as safety precautions during installation.  Safety precautions during operation of equipment are required by section 3.3.4. Section 3.4.1.1 maintains the requirement to provide

6

instructions for the maintenance of safety equipment and section 3.5.3.2 requires repair instructions to include any "cautions or warnings which must be observed to protect personnel and equipment". Section 3.10.2 provides detailed instructions for providing new pages for new information.

18.   Exhibit 9 is a copy of the Navy Shipment Marking Handbook, dated 1942, that governed shipping requirements for material provided to the Navy during construction of ROAN. Paragraph 7 of this document states: "Any necessary instructions for assembling of material or **warning** as to handling, storage and operation shall be packed with such material." (emphasis added) This statement very clearly indicates the U.S. Navy's expectation that manufacturers of material for the Navy would identify and provide warnings concerning any hazards that might be encountered in the handling, storage or operation of their products. Paragraph 8(a)(14) of this handbook states: "The following markings shall appear on the outside face of each package in accordance with accompanying illustrations.....special markings such as top, glass, acid, explosives, keep dry, handle with care, fragile, delicate instruments, and such other markings and handling instructions or **warnings** as may be required by the Interstate Commerce Commission or **other regulations**." (emphasis added) This paragraph explicitly required warnings for hazardous materials and fully acknowledged that other regulations, such as state laws, must be followed. Paragraph 10.(e) of this handbook states: "*special assembly instructions or warnings.-* When such instructions are necessary, shipping activities shall see that they accompany the shipment and that they are conspicuously indicated." This statement required warnings when hazards, such as asbestos containing materials, might be expected in the assembly of products.

19.   The UNIFORM LABELING PROGRAM – NAVY, dated 9/24/56, provides additional evidence of Navy intent. A copy of this document is included as Exhibit 10. Paragraph 1.c. of enclosure (3) to this document provides the Navy definition for a Class III, Toxic hazard as "Any industrial or military material which may give off a harmful vapor, dust, fume, or mist during handling or operations. The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic). The mode of entry into the body may be by ingestion, inhalation, or absorption through the skin." Paragraph 2 of the main body of this document states: "This instruction applies to the labeling of all hazardous materials throughout the Naval Establishment wherever distribution of hazardous chemicals and materials is made to

7

the actual consumer (shop, office or unit). It applies to materials received from any supply source, provided the material is intended for ultimate use at the local activity." Taken together these two paragraphs clearly apply to asbestos containing material delivered to a shipyard for installation aboard a Navy ship. In paragraph 2.a. this document refers the reader to the "Warning Labels Guide" published by the Manufacturing Chemists' Association for guidance on the type of labels to be affixed. This guide is discussed in the next paragraph of this declaration.

20.    Exhibit 11 is a copy of a document entitled WARNING LABELS, Manufacturing Chemists Association and is dated April 1946. The forward to this document states that there is a need to furnish appropriate information in those cases where special precautions are necessary and that information concerning hazardous materials should reach every person using, transporting, or storing these items. It also states that the most practical means for the seller to disseminate this information appears to be labels affixed to containers. The forward also states that "a precautionary label does not take the place of safety equipment, such as goggles, airline respirators, gas masks, clothing, shoes etc." This statement clearly shows that appropriate safety equipment for use with asbestos and asbestos containing equipment was available in 1946 and in common use in industrial environments. Page 5 of this document provides definitions for hazardous substances. The definition for dust is "Solid particles generated by handling, crushing, grinding, rapid impact, detonation, and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain etc." Asbestos fully meets this definition. Page 7 of this document provides a label for use with "Harmful Dusts". It reads: "CAUTION: HARMFUL DUST. Avoid repeated breathing or skin contact. Wash thoroughly before eating or smoking. Keep away from feed or food products" This simple document clearly indicates that warnings for hazardous materials, including dusts such as asbestos fibers, were widely used in industry in the 1940's and that practical safety equipment for protection from exposure to these hazardous substances was also in common use.

21.    Exhibit 12 is a copy of a Foster Wheeler Boiler General Arrangement Drawing (FW Drawing Number NY-420-907; Bureau of Ships Number DD692-S5101-245177) dated 11-18-43 and approved by the U.S. Navy on 4-15-44. This drawing is applicable to ROAN as well as other destroyers with Foster Wheeler boilers. This drawing specifically requires a boiler component to be equipped with a warning plate. Clearly this drawing illustrates that the U.S. Navy did not

8

prohibit manufacturers from providing warning plates when manufacturers deemed them necessary.

22.    The Foster Wheeler Instruction Book for the Operation and Maintenance of Foster Wheeler Marine Steam Generators Installed in US Navy Destroyers, DD 692 Class dated June 1944 is included as Exhibit 13.  This Instruction Book is specifically applicable to the USS Charles H. Roan (DD 853).  Pages 10 through 13 of this book contain "cautions" and "safety precautions".  This Instruction Book illustrates that Foster Wheeler Corporation was fully aware of US Navy requirements for the inclusion of safety precautions in Instruction Manuals and included those safety precautions that it deemed important.

23.    Exhibit 14 is the Seventh (1944) edition of the Foster Wheeler Instruction Book for Marine Steam Generators which applied to commercial marine boilers.  Cautionary language applicable to personnel safety is included in pages 39 to 50 of this book.  This book indicates that Foster Wheeler was cognizant of the need to disseminate those warnings and safety precautions that it considered important to all of its customers.

24.    The Lehman Affidavit of 12 July 2007 is Exhibit M to the Foster Wheeler and Westinghouse Notice of Removal.  In paragraph 11, Lehman states without substantiation that: "the U.S. Navy dictated every aspect of the ........written documentation and warnings associated with its ships and did not permit deviation from any of its contractors."  The Navy did have the authority to review instructions and warnings provided by manufacturers but very clearly assigned the responsibility to identify and develop warnings and instructions to the manufacturers of the equipment.  This is thoroughly discussed with extensive Navy documentation in my paragraphs 11 through 20.  Lehman does not assert nor does he cite any examples indicating that the U.S. Navy actually rejected or modified any warnings proposed by Foster Wheeler or any other manufacturer.  In paragraph 11 of his Affidavit, Lehman also states, again without documentation, that: "The Navy determined the nature of hazards to be subject to any precautionary labeling and the content of any such labeling." This statement is completely incorrect.  As detailed extensively in my paragraphs 11 through 20, the U.S. Navy clearly and consistently assigned the responsibility to determine the nature of hazards for safety precautions, warnings and labeling to the manufacturers who were the true experts on the design, configuration and composition of materials for their products.

9

25. Lehman states in paragraph 12 of his Affidavit (Exhibit M) that: "Indeed, in its specifications for manuals the U.S. Navy specifically limited warning information to items and events dealing with the operation of equipment." This is a completely incorrect and unsubstantiated statement. As discussed in my paragraph 12, the Navy required safety precautions for "installation instructions" and "instructions for care and maintenance" as well as for "operating instructions" as early as 1936. The 1952 requirement to provide a safety notice for "special hazards" clearly applies to installation and maintenance as well as operating instructions. In fact a careful reading of all of the specifications for instruction books and technical manuals discussed in my paragraphs 12 through 17 indicate that many requirements for warnings and safety precautions apply equally to installation and maintenance activities as well as to operating instructions.

26. In paragraph 14 of his Affidavit (Exhibit M) Lehman states that the Navy would not have allowed Foster Wheeler to affix any warnings related to asbestos hazards on their boilers. My exhibit 12, discussed in paragraph 21, documents that Foster Wheeler did choose to affix a warning plate on the boilers provided to U.S.S. Charles H. Roan (DD 853), the ship on which Mr. Matuska served. Mr. Lehman's contention that such warning plates could not contain warnings related to asbestos hazards is strictly conjectural and is not substantiated by any documentation.

27. The Lehman Affidavit of 6 October 2004 is Exhibit I to the GE Notice of Removal. In paragraphs 4 and 5 of this affidavit Lehman makes the same contentions that he made in paragraph 11 of exhibit M. My discussion in paragraph 25 above applies to these contentions.

28. The Schroppe Affidavit of March 10, 2006 is Exhibit L to the Foster Wheeler and Westinghouse Notice of Removal. In paragraph 21 of this Affidavit Schroppe states that technical manuals included safety information "only to the extent directed by the Navy." As discussed and documented in my paragraphs 11 through 20 and summarized in paragraph 25, the Navy clearly placed the burden upon equipment manufacturers such as Foster Wheeler to identify hazards associated with their equipment and to develop appropriate warnings and safety precautions. In paragraph 22 of his Affidavit Schroppe contends that Foster Wheeler would not have been permitted to affix warnings or caution statements to their equipment. Yet Exhibit 12 clearly documents that Foster Wheeler did place a warning plate on the ROAN's boiler. In fact U.S. Navy specifications and procedures **require** the labeling of hazardous

10

materials and place the burden of identifying those materials upon manufacturers and providers of Navy material. Two of these documents, the Navy Shipment Marking Handbook, Exhibit 9, and the Uniform Labeling Program, Exhibit 10, are discussed thoroughly in my paragraphs 18 and 19.

29.    The Hobson Affidavit of 6 October 2004 is included as Exhibit H to the GE Notice of Removal. In paragraph 4 of this Affidavit Hobson states that: "GE would not have been permitted to affix any type of warning or caution statement to a piece of equipment intended for installation onto a naval vessel beyond those expressly specified by the Navy". In paragraph 5 of his Affidavit, Hobson also states that: "These [technical] manuals included safety or hazard information only to the extent directed by the Navy." As discussed thoroughly in paragraphs 12 through 17 and summarized in paragraphs 25 and 29 the U .S. Navy clearly and consistently assigned the responsibility to identify hazards and prepare safety precautions and warnings to equipment manufacturers such as GE, Foster Wheeler and Westinghouse. As Exhibit 12, a drawing prepared by Foster Wheeler illustrates, the Navy did not prohibit the placing of warning labels directly on machinery or equipment.

30.    In my 40 year career as a Navy Surface Warfare Officer, Engineering Duty Officer, naval architect, marine engineer and shipyard engineering executive I have participated in literally hundreds of reviews of specifications, engineering drawings, equipment and machinery procurement documents and technical manuals with U.S. Navy officers, senior civilian officials and Navy employees. I can personally attest that at no time during any of these reviews did any Navy officer, official or employee suggest that a proposed warning or safety precaution be prohibited or deleted from the document being reviewed. I can attest that at no time did any Navy officer, official or employee attempt to dictate the specific wording or content of a warning or safety precaution proposed by a manufacturer, shipbuilder or provider of material to the Navy.

31. Engineers employed by the manufacturers of machinery and equipment for the U.S. Navy designed this machinery and equipment. This is well documented by manufacturers' product drawings and by their instruction books and technical manuals. The Navy Bureau of Ships did publish specifications for this machinery and equipment but these documents did not tell manufacturers how to design products. These specifications did provide allowable materials for use in Navy products but these specifications provided for a range of choices in most cases.

11

Specifically with regard to gaskets and packing, most of these specifications allowed a range of materials that included both asbestos-containing and non-asbestos materials for most services and most temperature and pressure ranges. Only products exposed to superheated steam were mandated to contain asbestos packing. Most gasket applications also allowed a choice between asbestos-containing and non-asbestos materials.

32.    In summary, my paragraphs 12 through 17 discuss the military specifications that governed the preparation of technical manuals for Navy machinery from 1936 until 1962. These documents specifically place the requirement upon equipment manufacturers such as Foster Wheeler, Westinghouse and GE to identify hazards and safety precautions needed to handle, install, maintain and repair their equipment and to provide instructions in their manuals to maintain safety devices associated with their equipment. Beginning in 1957 manufacturers were required to add capitalized emphasis in the form of "CAUTION" and "WARNING" statements to their manuals preceding potentially dangerous or hazardous operations. Manufacturers were required to pack equipment technical manuals with each unit of equipment so that safety and hazard warnings would be available to those handling and installing the equipment. Additionally vendors were required to provide copies to many Navy organizations including Naval Shipyards. New pages were required to be prepared by manufacturers whenever new information, including hazards, about their equipment became known. MiL-M-15071D (SHIPS), Exhibit 7, required manufacturers to utilize commercial manuals or utilize commercial practices in their preparation. This indicates Navy intent to comply with commercial practices consistent with state laws. The Navy Shipment Marking Handbook, Exhibit 9, also conveys U.S. Navy intent to follow "other regulations" such as state laws. My paragraphs 18, 19 and 20 outline Navy and industry practices in the 1940's and 1950's for labeling hazardous materials including dust producing substances such as asbestos. The use of practical safety equipment for dust producing hazardous materials is also discussed. Exhibit 12 illustrates that manufacturers were allowed to place warning plates on their equipment during WW II and that Foster Wheeler actually installed warning plates on ROAN's boilers.

34.    Lehman, Schroppe and Hobson all contend that the U.S. Navy determined what safety precautions and hazard warnings were to be included with Navy machinery and that machinery manufacturers such as Foster Wheeler, Westinghouse and GE were not permitted to place warnings or safety precautions on their products or in their equipment technical manuals.

12

In fact, beginning in 1936, manufacturers were **required** to include first safety precautions and then hazard warnings in their equipment Instruction Books. The Navy did have review and approval authority for these books but no evidence has been presented that this authority was used to remove or modify warnings or safety precautions. My Exhibits 2 through 8 are the Navy and military specifications for preparing equipment instruction books and technical manuals from 1936 until 1962. Nowhere in any of these specifications does the Navy either direct the use of a specific warning or caution or prohibit the use of any specific warning or caution. Instead the Navy places the requirement upon equipment vendors to identify hazards and safety precautions required for their equipment and to provide appropriate warnings and cautions for this equipment. Vendors were free to include state-dictated warnings, subject to Navy review and approval, if they deemed such warnings appropriate for their equipment. I have attested that based on my own extensive interface with Navy officials and employees involved in the review and approval of technical manuals, specifications, drawings and other documents, I have never been asked to remove or modify a hazard or safety warning or caution. Nor have Lehman Schroppe or Hobson attested that they were ever asked to do so. There are no regulations or documentation that I have reviewed or that have been presented by Lehman, Schroppe or Hobson that would suggest that the Navy would have prevented any equipment manufacturer from warning about asbestos hazards associated with their products.

I declare under penalty of perjury that the foregoing is true and accurate.

Arnold P. Moore

SUBSCRIBED AND SWORN TO ME BEFORE ME, the undersigned authority on this the __17__ day of

__JANUARY__, 2014, to which witness my official hand and seal of office.

Notary Public in and for the State of Georgia

LIST OF EXHIBITS

1. Arnold P. Moore, PE  CV
2. General Specifications for Machinery Subsection S1-1 dated 1 Dec 1936
3. General specifications for Machinery Subsection S1-1 dated 1 March 1941
4. MIL-B-15071A (SHIPS) 20 Oct 1952
5. MIL-T-15071B (SHIPS) 16 Aug 1954
6. MIL-M-15071C (SHIPS) 10 Sep 1957
7. MIL-M-15071D (SHIPS) 6 Jun 1961
8. MIL-M-15071E (SHIPS) 15 April 1962
9. Navy Shipment Marking Handbook, Second Edition, May 1943
10. Uniform Labeling Program – Navy  9/24/56
11. Warning Labels, Manufacturing chemists Association April 1946
12. Foster Wheeler Boiler General Arrangement Drawing dated 11-18-1943
13. Foster Wheeler Instruction Book for the Operation and Maintenance of Foster Wheeler Marine Steam Generators Installed in US Navy Destroyers, DD 692 dated June 1944
14. Foster Wheeler Instruction Book for Marine Steam Generators, 1944 edition

# EXHIBIT 1

461252.1

# Arnold P. Moore, PE

395 Canterbury Lake
Alpharetta, GA 30004
770-346-7721
apmoore@bellsouth.net

## Education and Qualifications

- MS, Naval Architecture and Marine Engineering, Massachusetts Institute of Technology
- Professional Degree of Ocean Engineer, MIT
- BS, Naval Science, United States Naval Academy
- Professional Engineer in three states with national registry (NCEES)
- Life Fellow, Society of Naval Architects and Marine Engineers (SNAME)
- Winner of SNAME William M. Kennedy Award for Shipbuilding Systems

## Summary of Experience

### Consultant, Naval Architecture and Marine Engineering
#### February 2007 to Present

Consulting with U. S. Navy to provide shipbuilder perspective in specifications for new classes of Navy ships. Working as a marine engineering expert with client law firms in the field of asbestos litigation. As detailed below I bring extensive U.S. Navy experience as an engineering duty officer in the operation, overhaul and maintenance of steam propulsion plants of WW II vintage and later. I bring over 28 years of experience as a licensed Professional Engineer and engineering executive responsible for the design of a number of classes of U.S. Navy and Coast Guard ships as well as international warships. I have completed many hours of research and compiled documentation on asbestos usage and safety requirements on U.S. Navy ships.

### Northrop Grumman Ship Systems
#### August 1982 to January 2007

**Sector Vice President, Engineering:  October 1992 to January 2007**
Technical and administrative leadership of over 2000 personnel in the disciplines of naval architecture, marine mechanical, electrical, electronic and structural design engineering. Responsible for all aspects of naval ship design, logistics analyses and technical publications for both new classes of ships as well as for modernization of U.S. Navy and Coast Guard ships in fleet service.

1

### Arnold P. Moore, PE: Northrop Grumman Experience continued

**Director Design Engineering: May 1985 to October 1992**
Responsible for a group of over 1000 personnel engaged in design engineering and preparation of technical publications for new classes of U.S. and international naval and coast guard ships.

**Chief Naval Architect: August 1982 to May 1985**
Leadership of over 300 naval architects, structural engineers and designers in the design of new classes of warships.

## Major Classes of Naval and Coast Guard Ships Designed
- Ticonderoga Class Aegis Cruisers – CG 47 and CG 52 Baselines
- Wasp Class Amphibious Assault Ships – LHD 1, LHD 5 and LHD 8 Baselines
- San Antonio Class Amphibious Assault Ships- LPD 17 Baseline
- Arleigh Burke Class Guided Missile Destroyers – DDG 79 Aviation Baseline
- U.S. Coast Guard Berthoff Class National Security Cutter - NSC 1 Baseline
- Israeli Navy Corvettes – SA'AR 5 Baseline
- Fleet Modernization for Spruance Class Destroyers - DD 963 Baseline
- Reactivation design for Battleships Iowa and Wisconsin
- Modernization Design for Venezuelan Navy Frigates – Lupo Baseline

### M. Rosenblatt and Son, Inc., Naval Architects and Marine Engineers
August 1979 to August 1982

**Technical Director** (18 months) and **Chief Naval Architect** (18 months), Charleston, SC Branch. Responsible for technical direction of 60 personnel and management of fleet modernization design for destroyers, tenders and fleet minesweepers. Also responsible for oversight of technical publications.

### United States Navy
June 1968 to August 1979

**Engineering Duty Officer: June 1975 to August 1979**
Served first two years at Charleston Naval Shipyard as Docking Officer, Diving Officer and Ship Production Superintendent. Responsible for leadership and management of ship overhauls and for the safe drydocking and underwater hull work on U.S. Navy ships. Ships overhauled included destroyers and tenders with steam propulsion plants and nuclear powered submarines. Served second two year period as the submarine overhaul program manager, responsible for overhaul planning, financial management, work authorization and customer interface.

2

## Arnold P. Moore, PE: United States Navy Experience, continued

**Navy Graduate Student, Massachusetts Institute of Technology: May 1972 to June 1975.** Navy sponsored student in three year graduate level Ship Design and Construction curriculum. This program stressed naval architecture, marine engineering and. structural engineering with supplemental courses in electrical engineering. A number of courses were focused upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid dynamics, heat transfer, and materials science as well as boiler, turbine and pump design.

**Damage Control Officer, USS Newport News CA 148: March 1970 to April 1972**
Directed a department of over 200 engineering officers, petty officers, and fireman responsible for recovery from battle damage, flooding, fire and collision. Also responsible for all shipboard repair efforts and auxiliary machinery and systems. Qualified as engineering officer of the watch and stood watch as senior officer responsible for proper operation and maintenance of the steam propulsion plant while the ship was underway. The Newport News was designed during WW II but she was completed and commissioned after the war. Her propulsion plant and machinery were typical for WW II era surface combatants.

**Damage Control Assistant, USS Brumby DE 1044: July 1968 to March 1970**
Led a division of 30 petty officers and fireman responsible for damage control, firefighting, auxiliary machinery, ship repair and electrical systems. The Brumby had a pressure fired steam propulsion plant.

### United States Naval Reserve
September 1979 to August 1994

**Engineering Duty Officer:** Completed 15 years service in the U.S. Naval Reserve concurrently with my civilian career. This service included two days of active service each month and two weeks of continuous service each year. This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of ship classes. Retired as a Captain (06).

3

October 29, 2008

To:   Mr. John Guinan, Levy Phillips & Konigsberg, LLP

Fax:   212-605-6290    (18 sheets total with cover sheet)

From: Arnold P. Moore, PE

Phone: 770-346-7721

Subject: Foster Wheeler Declaration and Moore CV

# Arnold P. Moore, PE
395 Canterbury Lake
Alpharetta, GA 30004
770-346-7721
apmoore@bellsouth.net

## Education and Qualifications

- MS, Naval Architecture and Marine Engineering, Massachusetts Institute of Technology
- Professional Degree of Ocean Engineer, MIT
- BS, Naval Science, United States Naval Academy
- Professional Engineer in three states with national registry (NCEES)
- Life Fellow, Society of Naval Architects and Marine Engineers (SNAME)
- Winner of SNAME William M. Kennedy Award for Shipbuilding Systems

## Summary of Experience

### Consultant, Naval Architecture and Marine Engineering
February 2007 to Present

Consulting with U. S. Navy to provide shipbuilder perspective in specifications for new classes of Navy ships. Working as a marine engineering expert with client law firms in the field of asbestos litigation. As detailed below I bring extensive U.S. Navy experience as an engineering duty officer in the operation, overhaul and maintenance of steam propulsion plants of WW II vintage and later. I bring over 28 years of experience as a licensed Professional Engineer and engineering executive responsible for the design of a number of classes of U.S. Navy and Coast Guard ships as well as international warships. I have completed many hours of research and compiled documentation on asbestos usage and safety requirements on U.S. Navy ships.

### Northrop Grumman Ship Systems
August 1982 to January 2007

### Sector Vice President, Engineering:  October 1992 to January 2007
Technical and administrative leadership of over 2000 personnel in the disciplines of naval architecture, marine mechanical, electrical, electronic and structural design engineering. Responsible for all aspects of naval ship design, logistics analyses and technical publications for both new classes of ships as well as for modernization of U.S. Navy and Coast Guard ships in fleet service.

1

## Arnold P. Moore, PE: Northrop Grumman Experience continued

### Director Design Engineering: May 1985 to October 1992
Responsible for a group of over 1000 personnel engaged in design engineering and preparation of technical publications for new classes of U.S. and international naval and coast guard ships.

### Chief Naval Architect: August 1982 to May 1985
Leadership of over 300 naval architects, structural engineers and designers in the design of new classes of warships.

## Major Classes of Naval and Coast Guard Ships Designed
- Ticonderoga Class Aegis Cruisers – CG 47 and CG 52 Baselines
- Wasp Class Amphibious Assault Ships – LHD 1, LHD 5 and LHD 8 Baselines
- San Antonio Class Amphibious Assault Ships- LPD 17 Baseline
- Arleigh Burke Class Guided Missile Destroyers – DDG 79 Aviation Baseline
- U.S. Coast Guard Berthoff Class National Security Cutter - NSC 1 Baseline
- Israeli Navy Corvettes – SA'AR 5 Baseline
- Fleet Modernization for Spruance Class Destroyers - DD 963 Baseline
- Reactivation design for Battleships Iowa and Wisconsin
- Modernization Design for Venezuelan Navy Frigates – Lupo Baseline

### M. Rosenblatt and Son, Inc., Naval Architects and Marine Engineers
August 1979 to August 1982

**Technical Director** (18 months) and **Chief Naval Architect** (18 months), Charleston, SC Branch. Responsible for technical direction of 60 personnel and management of fleet modernization design for destroyers, tenders and fleet minesweepers. Also responsible for oversight of technical publications.

### United States Navy
June 1968 to August 1979

### Engineering Duty Officer: June 1975 to August 1979
Served first two years at Charleston Naval Shipyard as Docking Officer, Diving Officer and Ship Production Superintendent. Responsible for leadership and management of ship overhauls and for the safe drydocking and underwater hull work on U.S. Navy ships. Ships overhauled included destroyers and tenders with steam propulsion plants and nuclear powered submarines. Served second two year period as the submarine overhaul program manager, responsible for financial management, work authorization and customer interface.

2

## Arnold P. Moore, PE: United States Navy Experience, continued

**Navy Graduate Student, Massachusetts Institute of Technology: May 1972 to June 1975.** Navy sponsored student in three year graduate level Ship Design and Construction curriculum. This program stressed naval architecture, marine engineering and structural engineering with supplemental courses in electrical engineering. A number of courses were focused upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid dynamics, heat transfer, and materials science as well as boiler, turbine and pump design.

**Damage Control Officer, USS Newport News CA 148: March 1970 to April 1972**
Directed a department of over 200 engineering officers, petty officers, and fireman responsible for recovery from battle damage, flooding, fire and collision. Also responsible for all shipboard repair efforts and auxiliary machinery and systems. Qualified as engineering officer of the watch and stood watch as senior officer responsible for proper operation and maintenance of the steam propulsion plant while the ship was underway. The Newport News was designed and the keel laid during WW II but she was completed and commissioned after the war. Her propulsion plant and machinery were typical for WW II era surface combatants.

**Damage Control Assistant, USS Brumby DE 1044: July 1968 to March 1970**
Led a division of 30 petty officers and fireman responsible for damage control, firefighting, auxiliary machinery, ship repair and electrical systems. The Brumby had a pressure fired steam propulsion plant.

<div align="center">

**United States Naval Reserve**
September 1979 to August 1994

</div>

**Engineering Duty Officer:** Completed 15 years service in the U.S. Naval Reserve concurrently with my civilian career. This service included two days of active service each month and two weeks of continuous service each year. This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of ship classes. Retired as a **Captain (06).**

3

# EXHIBIT 2

461252.1

W&K PLAINTIFFS' EXHIBIT
NAVY 5019



S1-1

## GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Engineering, Navy Department

SUBSECTION S1-1 PLANS

1 December 1936

(Superseding Subsection S1-1, Plans, dated 1 July 1933)

NOTE.- Plans for the machinery, electrical equipment, and accessories of vessels building for the Navy are always of a confidential nature. Care shall be observed that they do not fall into the hands of unauthorized persons, especially those not citizens of the United States.

The following is quoted from an act approved June 15, 1917:
"* * * whoever, lawfully or unlawfully, having possession of, access to, control over, or being intrusted with any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, or note relating to the national defense, willfully communicates or transmits or attempts to communicate or transmit the same to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it; or whoever, being intrusted with or having lawful possession or control of any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, note, or information, relating to the national defense, through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, shall be punishable by a fine of not more than $10,000, or by imprisonment for not more than 2 years, or both. * * * "

S1-1-a.   GENERAL REQUIREMENTS.

Reference: (a) Federal Specifications CGC-C-531, Tracing Cloth.
         (b) List of Bureau standard plans, see Appendix I.
    1.   All drawings of machinery and accessories under the cognizance of the Bureau of Engineering, which shall be furnished by and at the expense of the contractor, are grouped under the following general classification:

        (a) Type A drawings.- Preliminary drawings, submitted with bids or prior to award of contract.
        (b) Type B drawings.- Development or working drawings, submitted for approval subsequent to award of contract, but prior to ordering material or commencing work.

61-1

-2-

(c) Type C drawings.- Drawings prepared during the progress of work to accompany orders on sub-contractors, particularly orders for steel castings and forgings.

(d) Type D drawings.- Finished drawings, submitted after work is completed.

(e) In addition to the foregoing, instruction books and pamphlets, plans, and data incorporated in Booklet Plans of Machinery and Record of Electrical Installation shall be supplied as hereinafter described.

2.   The Bureau's approval of any type of plan shall not relieve a contractor of any material or performance obligation under the contract, unless a question in regard thereto has been brought to the Bureau's attention in writing, and specific waiver of such requirement by the Bureau has been obtained, see Section 1-1.  All discrepancies discovered in drawings, in specifications, or between drawings and specifications, shall be immediately referred to the Bureau for action.

3.   Drawings need not necessarily be made to scale, but, where practicable, scaled drawings are preferred.  When drawings are not made to scale, such fact shall be clearly stated in the drawing title.  In all cases figured dimensions of all parts shall be complete and shall include manufacturing tolerances, working fits, and surface finish, wherever applicable.  All dimensions shall be given in feet, inches, and decimals or fractions of inches.  Dimensions which apply to fitted parts shall be given in inches and fractions of inches with tolerances in decimal fractions; dimensions of unfitted parts may be given in inches and decimal or common fractions; dimensions greater than 24 inches may be given in feet, inches, and fractions thereof.  Where drawings are made to scale one of the following standard scales shall be used.

```
1/16 inch to the foot.
1/8 -inch to the foot.
1/4 -inch to the foot.
3/8 -inch to the foot.
1/2 -inch to the foot.
3/4 -inch to the foot.
1    -inch to the foot.
1-1/2 inches to the foot.
3     inches to the foot.
6     inches to the foot.
Full size.
```

4.   The following plans shall be drawn to scales as indicated, but larger scales are preferred when their employment will not unduly increase the dimensions of the sheet:

(a) General layout plans of machinery installations of not less than one quarter inch to the foot.

(b) Piping layout plans for machinery spaces not less than three eighths inch to the foot.

S1-1

-3-

(c) Electrical wiring layout plans for the entire vessel shall be made with decks and other structural features drawn to a scale of not less than one quarter inch to the foot.

5. All dimensions shall be so placed on drawings that they may be read either from the bottom of the sheet or from the right-hand side.

6. Salient features of the design and performance characteristics of all apparatus shall be prominently shown on every drawing where applicable. Such features shall include:

(a) Power input – Pounds of steam per hour, kilowatts per hour, pounds of oil per hour, etc.

(b) Power output (normal rated and overload) – Horsepower, kilowatts, gallons per minute, etc.

(c) Pressure – Steam, exhaust, suction, discharge, test, bearing, voltage, etc.

(d) Speed – Revolution or double strokes per minute, feet per second, bearing or journal surface speed, etc.

(e) Velocity (steam, liquid, air) – Through pipes and orifices, peripheral, etc.

(f) Temperature (inlet and outlet) – Steam, superheat, liquids, etc.

(g) Surfaces (area of ) – Heating, cooling, grate, etc.

(h) Viscosities of liquids handled with corresponding temperatures.

(i) Power losses – In same units as (a) and (b).

(j) Heat transfer – Coefficient or rate.

(k) Piping – Friction head on suction at rated flow, pressure drop through.

(l) Boilers – Furnace volume, area through gas passages, uptakes, armor bars, gratings, etc.

(m) Blowers – Area of ducts, intake gratings, armor bars, etc.

(n) Weights – As a whole or per unit, computed or actual, wet and dry.

(o) Power characteristics – Voltage, frequencies, number of phases, type of windings, starting torque, full-load speed torque, percentage of slip, speed adjustment, duty classification, etc.

(p) Characteristic curves – Steam consumption, horsepower, head, pressure, capacities, speed, efficiencies, etc.

S1-1                                     -4-

7.  Where parts of machinery are indicated as being right-hand or left-hand, a note shall be added to the drawing explaining in detail the difference between the right-hand and left-hand parts.  Drawings of screw propellers, in addition to diameter, pitch, developed and projected areas of blades, etc., shall show indicated or shaft horsepower, effective horsepower, revolutions, and speed of vessel for which the propeller has been designed.  Drawings of valves and miscellaneous fittings shall show the number, material, and location of each type and size.  All drawings of apparatus using tubes, such as boilers, condensers, superheaters, feedwater heaters, etc., shall include a table showing number, ordering length, diameter, thickness, material, etc., of each type and size of tube required; the same applies to special brick in boiler combustion spaces.  All apparatus using electric cable or wire shall include a table giving length, size, and insulation of all cable used.

8.  Indicating the materials of construction by distinctive crosshatching is not required on any class of drawing; simple line hatching of complete sections or borders of separate parts shall be used wherever necessary to indicate a junction of two different pieces or otherwise to completely clarify the drawing.  When distinctive crosshatching is used it shall conform to Bureau of Engineering standard B-20.

9.  The materials of construction shall be indicated on a list of material in all cases whether distinctive crosshatching is used or not, and this list shall appear in the upper right-hand corner of a drawing sheet, expanding to the left, and down as necessary.  Since, under the provisions of Subsection S1-2, the list of material becomes the medium of agreement between the Bureau and the contractor as to the materials to be employed in construction, it is very important that extreme care be exercised in proper preparation.  In order to facilitate Bureau action the following arrangement shall be followed:

Column 1.  The piece number.  (In numerical sequence 1, 2, 3, etc.)
Column 2.  The name of piece.
Column 3.  The number required.
Column 4.  The material.
Column 5.  The specification.

10.  In the specification column the Navy Department specification number and class applicable shall always appear for each item considered by the manufacturer to fall in the stressed or otherwise vital class, and so subject to full inspection.  Suffix letters, such as the "a" in 43B11a, are not required to identify the particular issue of Navy Department specifications.  The identifying number only, "43B11", is necessary.  In cases where the manufacturer proposes a substitution, reference to a footnote shall be entered after the Navy Department specification number, and in the footnote the substitution shall be described in sufficient detail as to analyses, tests, heat treatments, etc., as will permit the Bureau to take proper action without further correspondence and in such form that proper inspection can be made.  No entry shall be made in column 5 either of specification number or other designation, where the material is nonstressed or nonessential in character.  The Bureau, in acting on the plan, will either accept or return this list of material for revision, and having been agreed upon, and approved, the specification column with its footnotes shall serve as the inspecting officer's guide as to whether a full or only a surface inspection shall be applied, see Subsection S1-2.  Additional columns will be permitted in the list of material to suit the special requirements of a contractor, but there shall be no omissions from the information called for.  The following is a typical list of material for drawings and should be followed in carrying out the above instructions. The width of columns and spacing of lines may be increased over that shown to suit

Edge of plan

## LIST OF MATERIAL

(Quantities are for one globe valve)

| Piece No. | Name of piece | Number required | Material | Material Specifications | Drawing Nos.[1] Contractor | Bureau |
|---|---|---|---|---|---|---|
| 1 | Body............ | 1 | Cast steel..... | 49S1, Cl. B..................... | ........... | .......... |
| 2 | Bonnet......... | 1 | Cast steel..... | 49S1, Cl. B; Note 1......... | ........... | .......... |
| 3 | Seat........... | 1 | Forged steel... | 46S1S, CRS1; Note 2......... | ........... | .......... |
| 4 | Disk........... | 1 | Nitraloy....... | ..................... | ........... | .......... |
| 5 | Disk nut....... | 1 | Nickel alloy...| ..................... | ........... | .......... |
| 6 | Stem........... | 1 | Rolled steel... | 46S1S,. CRS1................. | ........... | .......... |
| 7 | Nut for pc. 6.. | 1 | Bronze......... | ..................... | ........... | .......... |
| 8 | Gland.......... | 1 | Bronze......... | 46M6; Note 3................. | ........... | .......... |
| 9 | Yoke........... | 1 | Forged steel... | 49S2, Cl. An; Note 4......... | ........... | .......... |
| 10 | Standard....... | 2 | Forged steel... | 49S2, Cl. An; Note 4......... | ........... | .......... |
| 11 | Nut for pc. 10. | 2 | Forged steel... | ..................... | ........... | .......... |
| 12 | Hand wheel..... | 1 | Aluminum alloy. | 46A1, Cl. 2................. | ........... | .......... |
| 13 | Bonnet stud.... | 8 | Steel.......... | 43B11, Cl. B................. | ........... | .......... |
| 14 | Nut for pc. 13. | 8 | Steel.......... | 43B11, Cl. C................. | ........... | .......... |
| 15 | Gland stud..... | 2 | Bronze......... | 46B6; Note 5................. | ........... | .......... |
| 16 | Nut for pc. 15. | 2 | Bronze......... | 46B6; Note 5................. | ........... | .......... |
| 17 | Split pin for pc. 5.......... | 1 | Brass......... | ..................... | ........... | .......... |
|  | SPARES |  |  |  |  |  |
| 3 | Seat.......... | 1 | See above..... | |  |  |

[1] These columns, shown in leaders, will only be required for finished drawings where reference to other drawings is necessary.

NOTE 1. — Die-cast carbon steel of following characteristics substituted:

Carbon............................................................................... .40% max.

Sulphur............................................................................... .045% max.

Phosphorus............................................................................ .04% max.

S1-1

-6-

```
Tensile strength....................................... 70,000 lbs. per sq. in.min.
Yield point........................................... 35,000 lbs. per sq. in.min.
Longitudinal elongation in 2 inches................... 25% min.
Transverse elongation in 2 inches..................... 20% min.
Longitudinal reduction of area........................ 40% min.
Transverse reduction of area.......................... 35% min.
Cold bend, 180° to inner diameter of 1 inch
```

NOTE 2. – Cast steel complying with chemical requirements of specifications substituted. No physical test, except minimum Brinell No. 200.

NOTE 3. – Surface inspection only.

NOTE 4. – In accordance with specifications, except minimum tensile strength 90,000 pounds per square inch and elongation 20 percent in 2 inches.

NOTE 5. – Tobin bronze substituted. No test.

11. In order to reduce the number of plans for certain classes of material, such as electrical equipment, switchboards, searchlights, and similar apparatus which are made up of parts and subassemblies that are identical except for minor details or in numbers of parts, additional columns may be inserted to the left of column 1. The number required of the items in column 2 (name of piece) shall be tabulated in these additional columns instead of in column 3. This procedure is ordinarily applicable to plans which have been approved previously for similar apparatus on other vessels and may be used for assembly drawings, subassemblies, or detail parts. Essentially each item in column 2 is identified by means of the additional columns. If an item in column 2 does not apply to the latest design, the space opposite that item in the additional column shall be left blank. If a part is changed, a new item shall be added to column 2 and the number required of the new item shall be indicated in the additional column. If the number required of any items is changed the new number required will appear in the additional column. Each additional column shall show all the items that go to make up the complete unit corresponding to that column. These items may be subassemblies or individual parts, depending on the character of the unit. Plans must be complete, permit ready identification of any part, show all details required for duplication of parts and include all parts which go to make up the complete assembly. An explanatory note shall be added to each plan embodying this procedure that will show clearly which additional columns apply to the particular assembly, subassembly, or detail part on the plan, and the complete unit shall be identified by name-plate serial numbers or other positive means.

12. Surface finish shall be indicated for all parts. Where practicable, Bureau standard symbols and method of indicating them shall be used as described below: where the shop practice of a given manufacturer requires symbols differing from the Bureau's standard, the manufacturer's symbols will be acceptable.

FINISH SURFACE MARKS

```
f 1. Rough tool finish.
f 2. Fine tool finish.
f 3. Grind.
f 4. Polish.
f 5. Drill.
f 6. Ream.
f 7. File.
f 8. Scrape.
f 9. Spot face.
```

S1-1

-7-

13. Each piece will be marked with the character of finish required by inserting the corresponding number in the circle, the arrow being placed against the surface to which the finish mark applies.  See figure 1.



Figure 1.

14. The right-hand side of types B and D drawings shall be reserved for titles, list of material, explanatory notes, etc., and type B and D drawings shall conform to the Bureau's type plan 50-R-87 for arrangement.

15. The titles of all drawings shall be complete, and for all drawings, except type A, shall be preceded by the official designation of all vessels to which the drawing applies, as obtained from the special specifications therefor or from the Bureau; viz, EB45, DD240, etc.  As soon as the vessels are named, the name of each vessel shall be added to its official designation wherever it appears.  Names and designations of vessels shall be placed on drawings in letters not less than one fourth inch high.

16. Each type D assembly drawing of a set for a given item of apparatus or equipment shall carry a drawing list or index showing all other drawings of the set with identification numbers for ready reference.

17. Where welding is to be used, types A, B, and D drawings shall show welding details clearly and concisely in all important and highly stressed members.  For general indications in structural assemblies, the welding symbols of Bureau standard sheet B-154 shall be used; in all such cases, a key to the welding symbols shall be included on the drawing.

Subpar. 18, first sentence, delete and substitute therefor the following two sentences:—

"It is of the utmost importance that the details of the spare parts and special tools to be furnished under any requisition, contract or purchase order be clearly shown on both Type B and D drawings.  The details of spare parts and special tools for electrical equipment shall be arranged in a list in conformity with the 'List of Spare Parts and Tools' shown on Subsection S31-1."

(79)

accept a modification of the list of material shown under paragraph 10, whereby the columns headed "Number required" may be broken down into two columns, one showing number required for assembly purposes and one showing additional parts to be manufactured for spares; but such information on detail plans shall not relieve the contractor from the responsibility for furnishing a detailed summary of spare parts and special tools on the general assembly drawing or separate special drawing, as the case may require.  Final Bureau approval of the spare parts and special tools will be given on the assembly drawing, or special drawing, in each case, and not on detailed drawings.  In particular, when sets of spare parts for a particular equipment are called for by the requisition, contract or purchase order, such as 'complete sets of bearings', the summary of spare parts shall show in detail what items constitute a set.

S1-1

-8-

19. In all applications of anti-friction bearings of ball or roller types, the assembly plan of the apparatus shall bear a certificate signed by a responsible representative of the bearing manufacturing company showing that the application of each particular bearing proposed for use is approved by his company as to all details of mounting shown, the load and speed to which the bearing will be subjected and the lubrication of the bearing, giving full consideration to the intended service, viz., continuous or intermittent, ambient temperature, disassembly requirements, etc.

S1-1-b. PHOTOGRAPHIC TRACINGS.

1. Photographic tracings shall be furnished on tracing cloth which is in accordance with Federal Specifications CCC-C-531; white cloth vellum is not acceptable. Photographic tracings shall be right reading and capable of producing a clear and distinct print, and there shall be no distortion nor illegibility of the lines or figured dimensions.

2. Photographic tracings shall be made by an approved photographic process which shall consist of the production of a suitable vandyke negative from the original tracing on special paper; the negative shall then be placed on sensitized tracing cloth and exposed. Following exposure, the tracing cloth shall be passed through a water bath and a developing solution and then carefully wiped clean with cotton or a camel's hair brush to remove foreign or excess substances on the surface.

3. Photographic tracings shall be made with clear, sharp, durable black lines on the dull side of tracing cloth which has been treated with a colorless water-proof coating and sensitized to produce a black line print when exposed under a negative, developed and washed. They shall be of such character as to permit erasures and making alterations in ink with the same facility and degree of permanency as with regular ink tracings. The waterproofing shall withstand at least 20 minutes exposure to water without showing any tendency to break down and shall withstand a sufficient amount of vigorous rubbing necessary to clean out the background without disturbing the lines; breaks, cracks, or spots in waterproofing shall be cause for rejection. The waterproof coat shall adhere to the cloth so that it cannot be stripped from the cloth on either side.

4. The surface of photographic tracings shall be dull mat finish, requiring no top coating or lacquer, and shall possess sufficient tooth to take india ink with the same freedom as natural tracing cloth, and without causing the pen to slip or skip or the ink to spread unduly. The finish shall permit india-ink lines to sufficiently penetrate the surface of the cloth so as to resist removal by chafing with the thumb nail, smudging the lines by damp hands under pressure, and the wear and tear of frequent handling. Failure to withstand the above will be cause for rejection.

5. Photographic tracings shall be perfectly smooth and flat when unrolled and show no tendency to pucker or draw. The background of the cloth after printing and developing shall be of a bluish-white tint having a transparency ratio of not less than 65, and the cloth shall retain as nearly as possible the flexibility of natural tracing cloth. Thickness over 0.0043 inch, stiffness or tackiness shall be cause for rejection.

S1-1

-9-

6. All tracings from which photographic tracings are made shall be in such condition as to produce photographic tracings which are satisfactory in every respect.

S1-1-c. SIZES OF DRAWINGS.

1. The standard vertical dimension when reading all drawings, except types A and C and radio drawings, shall be 27 inches, and the standard length shall be 40 inches, and this standard sheet shall be used wherever practicable. A half size sheet shall be 27 inches in the vertical direction and 20 inches in length, and this size sheet may be used when the standard sheet is not required. If a sheet larger than the standard sheet is essential, the length may be increased as required up to a maximum length of 80 inches. In exceptional cases the vertical dimension may be increased to 40 inches when specifically authorized by the Bureau. For deck arrangements of large vessels and similar plans, where the scale of drawings required to keep within the dimensions of the sheets specified herein, would make the drawing difficult to read, the inspector of machinery may permit the contractor to exceed the length of 80 inches specified, but the number of such sheets shall be kept at a minimum and specific approval of the inspector must be obtained in each instance.

2. Types B and D plans for radio apparatus, shall conform to the following sizes:

    (a) "A" sheets, 10-1/2 by 8-1/2 inches.
    (b) "AA" sheets, 10-1/2 by 16-1/2 inches.
    (c) "I" sheets, 21 by 27 inches.
    (d) "J" sheets, 42 by 27 inches.

3. There is no restriction as to the size of types A and C drawings.

S1-1-d. TYPE A DRAWINGS.

1. Type A drawings submitted in connection with bids for the building of vessels shall consist of such sketches and plans as may be necessary to amplify the bureau's original contract plans. Such drawings shall be submitted in duplicate with bids or as required by the invitation for bids.

2. When equipment for vessels is to be purchased directly by the Navy Department, type A drawings in duplicate shall be furnished with the bids, or as may be specifically called for in the schedule or requisitions. In any case one set shall be for the files of the Bureau of Engineering and the remainder filed as directed by the Bureau of Supplies and Accounts. Type A drawings shall consist of all sketches, cuts, drawings, etc., as may be necessary to show completely the character and design of the material or equipment it is proposed to furnish, and in amplification of the description and guarantees described in the wording of the bid.

S1-1

-10-

3. For apparatus such as turbines, pumps, motors, generators, condensers, boilers, and similar units, sectional plans shall be furnished which show clearly the details of the design, the materials of which the units are to be built, the over-all dimensions, and the space required for operation and overhaul.

4. For equipment such as distilling plants, refrigerating plants, and similar installations a floor-plan arrangement shall be furnished showing the space occupied by the apparatus, the space required for operation and overhaul, and the units which make up the plant. Sectional plans of the principal units containing the information required in the preceding paragraph, and such other information as will permit a clear understanding of the plants and their operation shall also be furnished.

5. Award of contract in connection with which type A plans have been submitted does not carry approval of such type A plans as construction or manufacturing plans but they are subject to modification in the development of type B plans as demanded by the requirements of the specifications and terms of the contract.

S1-1-e. TYPE B DRAWINGS.

1. Type B drawings shall consist of preliminary diagrammatic and detail working plans of all machinery and equipment prepared in the development of the contract specifications and shall be submitted for approval via the Bureau's inspector, with suitable letter of transmittal for each vessel covered, as soon after award of contract as possible and before work covered by such plans is commenced. Before detail working plans are submitted diagrammatic plans of general arrangement of main and auxiliary machinery, piping, light, power, and interior communication systems must be approved. These drawings shall be carefully checked in order to correct omissions, errors, deviations from form, and noncompliances with the specifications before submission for approval via the Bureau's inspector. When drawings in an unsatisfactory condition in this respect are forwarded in sufficient quantity to constitute a definite cause for delay, the Bureau's inspector shall report the circumstances to the Bureau together with such comment as the contractor may care to make.

2. Type B drawings shall be furnished on blueprints in triplicate where the equipment covered thereby is entirely under the cognizance of the Bureau of Engineering. If other Bureaus are involved one additional copy shall be furnished for each of the other Bureaus concerned. Of the copies furnished, two shall be retained by the inspector and the remainder shall be forwarded by him to the Bureau. Upon receipt of the Bureau's action, one of the copies retained by the inspector will be suitably endorsed by him indicating such action and returned to the contractor. Additional copies offered by the contractor will be similarly endorsed on request.

S1-1

-11-

3. Where two or more vessels of the same class are under construction at the works of the same contractor, or where plans are developed by a central drafting room, type B drawings pertaining to equipment common to two or more vessels shall be submitted as for one vessel and the number of blueprints furnished shall be as directed by the Bureau. In such case drawings shall show name and designation of all vessels covered and letter of transmittal shall give the same information together with contract number of each vessel.

4. Type B drawings may be submitted as tracings accompanied by one blueprint for the files of the Bureau of Engineering and one for the files of any other Bureau concerned. When so submitted contractor shall furnish the Bureau's inspector with one copy for his use, as soon as approved tracing is returned with Bureau's approval.

5. Where type B drawings are taken from tracings previously approved by the Bureau for other vessels, or are tracings made from approved drawings of other builders a note shall be made of Bureau number previously assigned, together with notation "Modified," if modification has been made. If a new drawing is prepared it shall bear a note indicating that it supersedes the previous drawing number.

6. Any alteration made in a type B drawing during the progress of work shall require procedure to obtain approval in the same manner as in the case of the original. Copies of the new or altered drawing, if approval is obtained, shall be supplied as in the case of the original. If alterations are thus authorized and no new drawing is made, the altered drawing shall carry a table of alterations serially numbered and arranged in a table giving date, nature of each alteration, and reference authority for change; such alteration tables shall indicate the character of the original design features which have been altered. The Bureau's inspector shall certify approved alterations as in the case of the original drawing.

7. Two blueprint copies on paper of all finally approved type "B" drawings shall be supplied by the contractor with each vessel delivered to take the place of type D drawings, if the complete set of type D drawings is not ready at time of delivery. One set of such blueprints showing the machinery and electrical installations as finally approved shall be delivered to the Commanding Officer of each vessel via the Inspector of Machinery, and the other set forwarded via the Inspector to the Commandant of each vessel's home navy yard.

8. In the purchase of equipment for vessels directly by the Navy Department, type B drawings shall be furnished for the Bureau's action prior to fabrication of any material, unless the contract specifically states otherwise. In such case the method of procedure shall be identical with that outlined above. The drawings shall likewise be forwarded in triplicate with additional copies for each of the other bureaus concerned, unless the contract states otherwise.

S1-1

-12-

S1-1-f.  TYPE C DRAWINGS.

1.  Type C drawings shall consist of such drawings as are necessary to amplify information supplied to sub-contractors with purchase orders, copies thereof being required by the Bureau inspectors in making inspection at the works of the subcontractors.

2.  Such drawings may be copies of type B plans previously approved or any other form of drawing the contractor may desire to use.  Copies of such drawings shall be furnished complete with each copy of the purchase order.  All drawings shall be clearly marked to show either shipbuilder's order number or Navy contract number to facilitate identification.  Purchase orders are required to be submitted to the Bureau's inspector in quadruplicate.  The Bureau's inspector will supply the Bureau and other inspectors at the works of subcontractors with copies as necessary.

3.  Purchase orders for steel castings or forgings shall always be accompanied by type C drawings.

S1-1-g.  TYPE D DRAWINGS.

1.  Type D drawings shall consist of accurate hand tracings in India ink or photographic tracings on tracing cloth for all finished work, and shall be sufficiently extensive in detail to enable parts of the machinery and electrical installation of a vessel to be duplicated without additional drawings, and shall contain sufficient information to permit any part to be readily identified in orders for replacement; for the latter purpose only, photographs mounted on standard size cloth back sheets with part numbers clearly marked thereon will be acceptable to amplify and simplify, but not to replace the regular assembly drawings.  (Except as modified under paragraph S1-1-k.)

2.  Assembly drawings shall show the name of all major parts of the apparatus or subassemblies which appear on other plans.  All clearances affecting the assembling of detail parts shall be clearly indicated, together with any other information required for the proper adjustment of those parts.  Any information, not otherwise furnished in instruction books, pertaining to the operation of the apparatus shall be indicated.

3.  Where photographic tracings are supplied, reproductions made from the manufacturer's own shop tracings, will, in general, be acceptable.  However, whether photographic tracings are made from shop drawing or otherwise, no finished drawings supplied under these specifications shall show any plan or supply any information that is not strictly applicable to the apparatus or equipment for which the drawings are furnished except for certain classes of equipment which are made up of parts or subassemblies, the details of which can be indicated by the procedure specified in subparagraph S1-1-a-9.

4.  For equipment which is required to be in accordance with Navy Department Specifications 17C10, 17G7, 17M9 and 17M10, the plans shall conform to the requirements specified therein, except that for type D plans, the number of sets, size, arrangements, title, and form shall conform to the requirements specified herein.

S1-1

-13-

5. When a contractor for a given class of equipment is in doubt as to the character of the type D drawings required by the Bureau, it is suggested that a representative set of drawings covering a characteristic item of equipment be submitted to the Bureau in triplicate for approval. The Bureau will then retain one set of such drawings, and return one corrected set to the contractor, and send one corrected set to the Bureau's inspector having cognizance, for use in checking drawings delivered on contract.

6. All type D drawings shall be furnished complete within four months after a vessel has been delivered by the contractor unless the contract specifically states otherwise.

7. Where two or more vessels of the same design are under construction at the same time by the same contractor, original finished tracings or photographic tracings for the Bureau and for distribution to navy yards are required only as for one vessel, wherever the apparatus covered is identical. If not identical, separate and complete sets of tracings or photographic tracings for the Bureau and for navy yards for all items which differ shall be furnished for each vessel so affected. When more than one vessel is covered by a drawing, the designation, name, and contract number for each vessel to which the drawing applies shall appear thereon.

8. Unless otherwise specified, sets of type D drawings shall be furnished in number and for the purpose indicated as follows:

(a) One complete set of hand tracings or photographic tracings for each vessel or group of similar vessels on order from the same contractor for the files of the Bureau.

(b) Six complete sets as in (a) above to the Bureau's inspector for distribution to navy yards, as directed by the Bureau.

(c) One complete set of hand tracings or photographic tracings for each vessel built containing only the items pertaining to that vessel; this set shall be supplied to the vessel via the inspector of machinery.

9. The type D drawings furnished for the machinery installation and electrical plant shall be indexed by the shipbuilder. Indexing shall be done with india ink and conform to size and style shown on Bureau of Engineering plan 50-R-87. The index number shall correspond to the official designation of the vessel, the group number shall conform to the Navy Filling Manual, and the file number shall conform to the master index sheets for machinery and electrical plans. Where a set of plans applies to a group of two or more vessels, all plans shall be indexed under the lowest numbered vessel of the group; in special cases where plans do not apply to all vessels of the group, such plans shall be indexed under the lowest numbered vessel of that group, and a notation made in or near the title to designate the vessel or vessels to which the plans are applicable. Type D drawings of radio apparatus shall be indexed by the shipbuilder in accordance with instructions furnished by the Bureau on request.

S1-1

-14-

10. The Bureau will supply a set of blank index forms for type D drawings which will be filled in by the shipbuilder with india ink, after which the shipbuilder will make blue-line print copies of these forms for each set of plans; the indexed forms will be forwarded to the Bureau with the set of type D drawings intended for the Bureau's files, and set of blue-line copies will accompany each other set of these drawings.

11. Each set shall be wrapped in a waterproof wrapper and be packed separately, ready for shipment, in flat, strong, wooden cases, in which the sheets shall be so secured that it will be impossible for them to be displaced or crumpled during handling. Sets of machinery, electrical, and radio drawings for the same vessel may be boxed together.

12. In the purchase of equipment for vessels by direct contract with the Bureau   type D drawings conforming to the requirements of the above para-
Add the following as new subparagraph 13:-
"13. No type D finished plans will be required for the interior communication quipment listed in subparagraph S1-1-h-6(L)."
(74)

S1-1-h. INSTRUCTION BOOKS AND PAMPHLETS.

1. Instruction books will be furnished by contractors and subcontractors for main propelling machinery, boilers, air compressors, forced draft blowers, reciprocating pumps, centrifugal pumps as required by Subsection S47-2, positive displacement rotary pumps as required by Subsection S47-3 and other auxiliary machinery, electrical installations and other important naval equipment furnished by them. These instruction books will contain all necessary pertinent information to insure efficient and economical use of the equipment, such data and information as may be required by the applicable specifications under which furnished, and in general, the following:-

(a) General Description, including also sufficient sketches, illustrations, and sectional assemblies with appropriate references to drawing numbers and titles.

(b) Installation instructions.

(c) Operating instructions.

(d) Instructions for care and maintenance.

(e) Safety precautions.

(f) Spare parts lists.   subparagraph 7.

(f) Index.

Books will be printed on a strong grade of paper suitable   S1-1-h-6(L)
reproductions "2) For interior communication equipment listed in subparagraph
B-1/2ctions of approved type B plans."

S1-1

-15-

2. The instruction books shall be covered with a strong durable cover of black leather, leatherette, fabrikoid or similar approved material and shall be bound securely so as to prevent detachment of either the covering or the pages. The size of the cover shall be approximately 9-inches x 11-inches. The front cover shall contain the following information:

(a) Sufficient descriptive data to enable ready identification.

(b) Name and number of all vessels to which the equipment applies.

(c) Contract numbers under which equipment was purchased. If more than one contract number is shown, the vessels supplied under each contract shall be indicated.

(d) Manufacturer's name and address.

A sample of the complete book shall be submitted to the Bureau for approval before final printing.

3. A contractor furnishing more than one set or type of equipment, subject to Bureau approval, may incorporate the instruction books of similar or allied equipment in one binder, providing the binder does not become bulky and more difficult to use.

4. The Bureau will consider requests by contractors in special cases to furnish descriptive pamphlets instead of instruction books. Such pamphlets shall contain sufficient information to insure that the operating personnel can operate and maintain the equipment properly. The pamphlets shall be bound in a durable cover as described in subparagraph S1-1-h-2 above.

5. All copies of instruction books required shall be delivered to the inspector of machinery prior to the delivery of each vessel. Sufficient copies shall be supplied for distribution by the inspector of machinery as follows:

(a) Five to the Bureau of Engineering.

(b) Ten to the commanding officer of each vessel, in the case of battle-ships, cruisers, and aircraft carriers, and five for each other type of vessel.

(c) Two to the Superintendent of the United States Naval Academy.

6. Instruction books shall in all cases be furnished for the following of equipment listed in subparagraph S1-1-h-6(_l_) to each navy yard.

(a) Electrical propulsion equipments for all classes of vessels.

(b) Oil engines of all types, whether for propulsion purposes or not.

(c) Gasoline engines of all types.

(d) Main propulsion turbines.

S1-1

-16-

(e) All turbines for driving electric generators.

(f) Propulsion reduction gears.

(g) Oil-burning equipment.

(h) Distilling plants.

(i) Refrigerating plants and boxes.

(j) Storage batteries, submarine propulsion.

(k) All auxiliary machinery of new or unusual design.

(*l*) Interior communication equipment:

    (1) Electric clocks.
    (2) Telegraph systems.
    (3) Battle telephones.
    (4) Sound-powered telephones.
    (5) General announcing telephones.
    (6) Electric log.
    (7) Shaft-revolution indicator system.
    (8) Fire-alarm system.
    (9) Salinity indicator system.

S1-1-i.   RECORD OF ELECTRICAL INSTALLATION.

1. Complete information and illustrative matter in connection with the details, layout, test, and operation of all the electrical equipment of a vessel shall be complied by the contractor and bound by him into a convenient record of the electrical installation; information concerning radio equipment, and the underwater sound system shall not be included, except items connected with the power supply therefor, such as motor generators, etc. Arrangements to include information concerning items of the electrical installation not under the cognizance of the Bureau of Engineering shall be made by the contractor with the assistance and to the satisfaction of the inspector of machinery.

2. In general, the material included shall contain full information in regard to general appearance, details of construction, operation, connections, maintenance, shop test data, and shipboard test data (for standard test forms for electrical tests, see Appendix I) of all electrical machinery, instruments, fittings, appliances, etc., except such as may be covered by Bureau standard plans and those excepted by subparagraph 1. For illustrative purposes, blueprints, photographs, cuts, or other suitable reproductions may be used and these shall be properly numbered or lettered to accompany the text; scales shall not be reduced to a size which would render reproductions difficult to read. Every type of instrument employed in the interior communication and signal systems, as well as generators, motors, controllers, searchlights, rheostats, circuit breakers, storage batteries, switchboards, panels, switchboard instruments, etc., shall be included, with the manufacturer's instructions, testing

s1—1

—17—

ethods, nomenclature, catalog designation, and ordering instructions therefor.
lementary wiring diagrams shall be included in conjunction with other description
nd test data for electrical installations. Descriptions and plans of items
urnished by the Government shall be obtained from the Bureau concerned by the
ontractor and included in the final compilation.

3.  All matter as finally compiled shall be grouped and carefully indexed; the
rouping shall be on general lines, as, for example, (a) general, (b) distri-
ution, (c) power, (d) lighting, (e) interior communication, (f) signals, (g)
torage batteries, etc.  The text may be printed or multigraphed and extracts
rom manufacturer's catalog covering the apparatus concerned may be bound direct—
r in the record if of convenient size.

4.  Fourteen copies of the record shall be prepared and all copies shall be
.elivered to the inspector of machinery prior to the delivery of each vessel for
istribution as follows:

    (a) Five copies to the Bureau of Engineering.

    (b) Five copies to the commanding officer of each vessel.

    (c) One copy to the Bureau of Construction and Repair.

    (d) Two copies to the Bureau of Ordnance.

    (e) One copy to the Bureau of Navigation.

5.  Any original tracings or extra copies of subject matter specially pre—
pared for the record by the contractor, shall be finally forwarded to  the Bureau
of Engineering.

Subpar. 4, delete, including subs (a), (b), (c) and (d), and substitute
therefor the following:—

"4.  All copies of the record shall be delivered to the Inspector of
Machinery prior to the delivery of each vessel.  The records shall be grouped
into volumes for distribution on the following described basis:

<u>"Record of Electrical Installation</u>

"VOLUME I — Description.

"NOTE 1.  This shall include all of the required information and illustrative
matter.

"NOTE 2.  This volume may cover a group of vessels when the matter is common
to all the vessels of a group."           (70)

"VOLUME II — Record of Electrical Tests.

"NOTE 3.  This shall include blueprint copies of all of the required
authenticated electrical tests' records — factory, supple-
mentary factory and shipboard — of the electrical driven

S1-1

-18-

2. After all copies have been made the original tracings prepared for the booklets shall be forwarded to the Bureau for its files.

3. Drawings for the booklet plans of machinery shall be submitted to the Bureau for approval before final tracings. The final form of the drawings supplied shall be as finished tracings on cloth, in sheets 14 inches by 34 inches with a 1/2-inch margin all around, except on the left edge where a margin of 1-1/2-inches shall be left for binding. No more than one system shall be shown on any sheet, and each system shall be complete. All valves, branches, and connections to main and auxiliary machinery and equipment shall be shown.

4. Drawings shall be clear and distinct and shall show leads of all piping connections and in skeleton diagrammatic arrangement. Copy of Bureau's standard drawing may be requested as indicative of what is required. (See Bureau type plan 6-Y-374). At least one tracing showing each of the following systems and connections as installed in plan, and one showing each as installed in elevation shall be furnished. Certain systems may be shown for each deck if desirable.

For all vessels, except submarines:

(a) Main and auxiliary steam piping.
(b) Boiler feed; suction, discharge, and make-up feed piping.
(c) Auxiliary exhaust piping.
(d) Fresh-water tanks; filling and suction piping.
(e) Fire and bilge; suction and discharge piping.
(f) Distilling plant; all piping.
(g) Refrigerating plant; refrigerant, brine, and water piping.
(h) Steam heating plant; steam and drain piping.
(i) Pantry, galley, laundry, and bath; fresh-water supply; steam and drain piping.
(j) Low-pressure steam drainage; piping and traps.
(k) High-pressure steam drainage; piping and traps.
(l) Main turbine glands; steam supply, leak-off piping, and steam-leakage-recovery system.
(m) Main propelling machinery; lubricating oil supply return and purification system.
(n) Lubricating oil tanks; filling and suction piping.
(o) Sea valves; suction and discharge connections.
(p) Compressed air; deck and machinery supply system.
(q) Fuel oil; tank filling and suction piping.
(r) Fuel oil; tank heating system, complete.
(s) Fuel oil; burner supply piping to boilers, galley incinerator, and other special services.
(t) Electric cable, electric-propulsion arrangement; generators via control station to motors, excitation, and control systems.
(u) Electric-propulsion switching system.
(v) Ventilation piping; supply and exhaust for machinery spaces.
(w) Such other additional systems as the Bureau may specify in the individual case.

NOTE.- For destroyers and other small types of vessels where any of the above enumerated systems are not extensive, two or more can be combined and shown on the same sheet if convenient.

S1-1

-19-

5. For heavy-oil engine installations (submarines), items d, f, g, h, i, n, o, q, s, t, and u shall be furnished as given in the foregoing subparagraph and the following additional items:

  (a) Forced lubrication and piston cooling; supply, return, and purification system.
  (b) Compressed air; scavenging, supercharging, and starting system.
  (c) Compressed air; ship's high-pressure system.
  (d) Compressed air; ship's low-pressure system.
  (e) Automatic fuel compensating system.
  (f) Main and auxiliary water systems.

6. In addition to the foregoing plans, general data for all vessels shall be supplied made up on a similar tracing, and a general synopsis of the official contract trials. The latter will be furnished to the contractor by the Bureau, via the inspector of machinery. The general data required shall include the following items, covering dimensions and outstanding characteristics:

  (a) Hull.
  (b) Propelling machinery.
  (c) Shafting and bearings.
  (d) Propellers.
  (e) Boilers.
  (f) Pumps.
  (g) Auxiliary machinery.
  (h) Condensers and vacuum equipment.
  (i) Lubricating oil capacity and storage.
  (j) Fuel capacity and storage.
  (k) Fresh-water capacity and storage.
  (ℓ) Speeds and performance characteristics on official trials.

S1-1-k. TYPE B AND D DRAWINGS - LIST OF PLANS.

1. In order to obtain uniformity in the preparation of type B, and particularly type D, drawings, the following lists of subject items for such drawings are given. For certain vessels some items listed do not apply; for others, necessary items may have been omitted. The lists are not intended to be exhaustive but are furnished only as a general guide; omission of any important item shall not be construed to relieve the contractor of the responsibility for furnishing either type B or type D drawings, pertaining to same if required. It is understood that these items are meant to include only work which is under the cognizance of the Bureau of Engineering.

2. For the following items, arrangement or assembly drawings will be required with such detail drawings or information as are necessary for a clear understanding of the item and to permit reproduction of parts which are subject to wear or breakage and which may require replacement. The details of parts may be made on the same sheet as the arrangement or assembly plan, may be in the form of a descriptive note or may be on one or more separate sheets.

S1-1

-20-

(a) Bilge drainage system, machinery spaces.
(b) Blacksmith shop.
(c) Feed regulators.
(d) Fire extinguishers, machinery spaces (steam).
(e) Floor plates, machinery space.
(f) Forced-draft system.
(g) Foundations, important machinery.
(h) Foundry.
(i) Gear, locking, main and bilge injection, distance, valve operating.
(j) General workshop.
(k) Gratings, machinery spaces.
(ℓ) Guards, main propulsion units.
(m) Heating system:
    (1) Steam, living spaces.
    (2) Coils, fuel-oil tanks.
(n) Indicators:
    (1) Temperature.
    (2) Fuel-oil tank gage.
    (3) Smoke.
(o) Ladders, machinery spaces.
(p) Lagging and heat insulation.
(q) Oil purification apparatus.
(r) Piping.
(s) Protective devices, electric propulsion controls.
(t) Shop arrangements.
(u) Sirens, steam.
(v) Smoke pipes.
(w) Switching structure, electric propulsion control.
(x) Tanks, air.
(y) Trial equipment.
(z) Uptakes, boiler.
(aa) Valves.
    (1) Sentinel.
    (2) Sluice, gate.
(bb) Ventilating system, machinery spaces.
(cc) Whistles, steam and electric.

3.  For the following items, assembly and complete detail plans will be required:

(a) Air accumulators:
    (1) Compressors.
    (2) Ejecting apparatus for condensers.
    (3) Flasks and plugs, Diesel engines.
    (4) Starting and reversing gears, Diesel engines.
(b) Augmenters, vacuum.
(c) Bearings:
    (1) Main shafting.
    (2) Main thrust.
    (3) Turbine thrust.

S1-1

-21-

(d) Blowers:
   (1) Ventilating, electric propulsion equipment.
   (2) Forced draft, fire rooms.
   (3) Soot.
(e) Boilers:
   (1) Auxiliary.
   (2) Main.
(f) Bolts, holding down, main propulsion units.
(g) Cables, electric-propulsion units.
(h) Circuit breakers.
(i) Clocks, electrical.
(j) Clutch gear, main propulsion.
(k) Condensers.
(l) Coolers.
   (1) Air.
   (2) Oil.
   (3) Water.
(m) Distilling plant and auxiliary equipment.
(n) Eductors.
(o) Engines, main propelling.
(p) Expansion couplings, shaft.
(q) Expansion joints for piping.
(r) Fair-waters.
(s) Filters, lubricating oil.
(t) Gages:
   (1) Bridge.
   (2) Turbine clearance.
(u) Gear, lifting:
   (1) Lifting, for important machinery.
   (2) Operating:
      (a) Main engines.
      (b) Smoke pipe.
      (c) Damper.
      (d) Valve.
   (3) Turning or jacking, main propulsion units.
(v) Generators, main propelling.
(w) Governors:
   (1) Auxiliary units.
   (2) Main propulsion units.
(x) Grease extractors.
(y) Heaters:
   (1) Water.
   (2) Oil.
(z) Indicator gear:
   (1) Auxiliary units.
   (2) Main engines.
(aa) Indicators:
   (1) Revolution.
   (2) Salinity.
(bb) Insulators, electric propulsion cable.
(cc) Interlocks, electric propulsion.
(dd) Lubrication:
   (1) Auxiliary units.
   (2) Main propulsion units.

S1-1

-22-

(ee) Mandrels for white metal, main bearings.
(ff) Manifolds and all important piping.
(gg) Meters, torsion.
(hh) Micrometer gear, main propulsion units.
(ii) Motors, electric propulsion.
(jj) Mufflers, exhaust, Diesel engines.
(kk) Oil fuel system.
(ll) Packing:
    (1) Gland:
        (a) Auxiliary turbine.
        (b) Main turbines.
    (2) Metallic, main engines.
(mm) Potheads, propulsion cables.
(nn) Propellers.
(oo) Pumps.
(pp) Reduction gear, main propulsion units.
(qq) Refrigerating plant.
(rr) Relays, electric propulsion control.
(ss) Rheostats, electric propulsion control.
(tt) Separators:
    (1) Oil.
    (2) Steam.
(uu) Shafting, main propulsion.
(vv) Strainers:
    (1) Macomb.
    (2) Oil.
    (3) Steam.
(ww) Stuffing boxes:
    (1) Bulkhead:
        (a) Pipe.
        (b) Shaft.
    (2) Main engine.
    (3) Stern tube.
(xx) Switchboards, electric propulsion control.
(yy) Switches, electric propulsion control.
(zz) Tanks:
    (1) Air.
    (2) Feed and filter.
    (3) Ice making.
    (4) Oil.
(aaa) Tools, special.
(bbb) Transformers, electric propulsion.
(ccc) Turbine, special control, main propulsion units.
(ddd) Turbines:
    (1) Auxiliary.
    (2) Main propulsion.
(eee) Valves:
    (1) Boiler blow.
    (2) Check.
    (3) Feed stop and check.
    (4) Composition gate above 2-1/2 inches (where not standard).

S1-1

-23-

    (5) Composition globe, angle and cross above 2-1/2 inches (where not standard).
    (6) Injection.
    (7) Reducing or regulating.
    (8) Relief.
    (9) Safety, boiler.
  (10) Sea.
  (11) Spring-loaded or pressure-regulating, exhaust.
  (12) Stop, boiler.
  (13) Throttle.
  (14) Toggle operated stop and cut out valves in the main steam lines.

    4. For certain classes of equipment, such as those where mechanical fit is not an object, where it may be manifestly impracticable for the manufacture of replacement parts to be attempted by naval personnel, or where the item in question is in accordance with approved naval standards or so standardized industrially as to be readily obtainable by purchase in practically any United States port, types B and D drawings in the form specified above will not be required. In lieu of hand tracings or photographic tracings, however, sufficient information shall be supplied by photographs, illustrations, printed matter, etc., to enable the equipment in question to be readily understood and to permit all parts to be ordered for replacement. The following list of items is given as indicative of equipment covered in this subparagraph:

    (a) Bolt forcers.
    (b) Calorimeters.
    (c) Chain blocks.
    (d) Cleaners, tube.
    (e) Clocks, nonelectrical.
    (f) Counters, revolution.
    (g) Electrical metering instruments, switchboard and portable.
    (h) Flue-gas analyzing outfits.
    (i) Fuses.
    (j) Gages (steam, vacuum, air water, and oil) except special types.
    (k) Indicators:
        (1) Diesel engine.
        (2) Steam engine.
    (l) Instruments, electric propulsion.
    (m) Joints, universal.
    (n) Machine tools (except motors and other electrical equipment).
    (o) Meters:
        (1) Oil
        (2) Water.
    (p) Pipe fittings.
    (q) Pyrometers.
    (r) Springs.
    (s) Thermometers.
    (t) Transformers, instruments.
    (u) Tools:
        (1) Hand (except special wrenches, etc.).
        (2) Machine (except motors and other electrical equipment).
        (3) Workshop.

S1-1

-24-

(v) Traps, except vacuum traps for turbine drainage.
(w) Valves:
    (1) Made from Bureau standard plans, Navy Department
       leaflet specifications, or Supplementary General
       Specifications, except toggle operated stop and cut-out
       valves in main steam line.
    (2) Composition gate, globe, angle and cross, 2-1/2- inches
       and under.

5. The following items for plans of electrical installation of vessels are listed to be furnished by the contractor:

(a) Power system:
    (1) Elementary diagram of power distribution system (refer to type
       and contract plans – see also subparagraph S1-1—k-5(e)(1).
    (2) Electrical data for motor driven auxiliaries (standard form,
       Bureau drawing 9-S-4729-L).
    (3) Power analysis and summary of feeders (standard form for A. C.
       Bureau drawing 9-S-4704-L – see also subparagraph S1-1-k-5-g(5)).
    (4) Isometric wiring diagram of Battle and General systems.
    (5) Isometric wiring diagram of Emergency system (including port-
       able storage battery leads and charging circuits.
    (6) Isometric wiring diagram of bus ties, switchboard inter-
       connections, generator cables, shore connections, transformers
       and feeders for ships alongside (tender class), etc.
    (7) Elementary diagram of vent sets power and control, and vent
       system closures and control.
    (8) Elementary diagram of electric furnace power and control.
    (9) Elementary diagram of all systems of remote control of circuits.
   (10) Elementary diagram of control and starting circuits of emergency
       generator starting.
   (11) Isometric diagram of heating, starting and radio testing in-
       stallations.
   (12) Elementary of control, interlock and indicating connections
       between switchboards.
   (13) Isometric wiring diagram of power circuits in gun turrets and
       mounts.
   (14) Isometric wiring diagram of cable leads for main propulsion –
       (also an elementary wiring diagram).
   (15) Working wiring deck plans.
   (16) List of feeders and mains of Battle, General and Emergency
       systems (standard form Bureau drawing 9-S-4746-L).
   (17) List showing switch arrangements, loads, fusing, etc., of
       distribution panels.
   (18) Summary list of all storage batteries on vessel showing
       charging arrangements.
   (19) Complete list of transformers with load data.

S1-1

-25-

(b) Lighting system:
(1) List of lighting fixtures and appliances with symbols (standard form, Bureau drawing 9-S-4905-L - see also subparagraph S1-1-k-5-b(15).).
(2) Isometric wiring diagram of Battle and General systems.
(3) Isometric wiring diagram of Emergency system.
(4) Outline plan of vessel showing exact locations of all searchlights, running, anchor and signal lights.
(5) Elementary wiring diagram of running, anchor and signal lights.
(6) Isometric wiring diagram of running, anchor and signal lights.
(7) Isometric wiring diagram of lighting circuits in gun turrets and mounts and torpedo mounts.
(8) Plan showing locations of all flight deck lights.
(9) Elementary diagram of circuits of all flight deck lights.
(10) Elementary diagram of control of all flight deck lights.
(11) Elementary diagram of control of hangar deck lighting.
(12) Elementary diagram of remote control of general lighting.
(13) Working wiring deck plans.
(14) List of feeders and mains of Battle, General and Emergency systems (standard form, Bureau drawing 9-S-4745-L).
(15) List showing switch arrangements, loads, fusing, etc., of distribution panels.
(16) Load, analysis and summary of feeders (standard form for A.C. Bureau drawing 9-S-4704-L - see also subparagraph S1-1-k-5-a(3)).
(17) Summary of lighting system equipment (standard form, Bureau drawing 9-S-4905-L - see also subparagraph S1-1-k-5-b(1)).
(18) Illumination survey data (standard form, Bureau drawing 9-S-4901-L).

(c) Interior Communication and Fire Control Systems:
(1) Elementary wiring diagram of each interior communication system.  The government will supply type B and type D plans of elementary wiring diagrams of self-synchronous fire control circuits.
(2) Isometric wiring diagram of each interior communication and fire control system.
(3) List of voice tube outlets.
(4) List of telephones (battle, sound powered, automatic, general announcing)
(5) Diagram of current supply.
(6) Load summary of all circuits emanating from interior communication switchboards.
(7) Deck plans (1/4-inch scale on surface ships, 3/8-inch scale on submarines): separate sets of plans for interior communication and fire

S1-1

-26-

(3) Storage battery compartment and arrangement of battery charging station.
(4) Arrangement of electrical workshop.
(5) Steering gear room.
(6) Turrets and mounts.
(7) Turret.
    (a) Column and base.
    (b) Castings.
(8) Torpedo tubes.
(9) Torpedo rooms.
(10) Refrigerating plant spaces.
(11) Machinery spaces.
(12) Boiler rooms.
(13) Motor rooms.
(14) Bridge.
(15) Central station.
(16) Chart house.
(17) Conning tower.
(18) Armored access and wiring tubes.
(19) Control rooms.
(20) Maneuvering rooms.
(21) Fire control and director stations.
(22) Gyro rooms.
(23) Interior communication room.
(24) Cable installations at exposed guns and directors.
(25) Masts.
(26) Pilot house.
(27) Plotting rooms.
(28) Photographic laboratory.

(e) Miscellaneous.
    (1) Schedule of Type B plans of electrical installation -- This schedule shall consist of a tabulation of the plans required of the electrical installation of the vessel or vessels concerned; listing in parallel columns: (a) the titles; (b) the contractors plan numbers (with column for alteration numbers); (c) the Bureau of Engineering plan numbers (with column for alteration numbers); (d) the estimated date of submission for approval and (e) remarks; additional columns may be added to suit the contractors convenience.
    (2) A plan listing all methods of supporting cables, fixtures, panels, appliances, etc., by Bureau plan, alteration and method numbers as used; and delineating any proposed methods which are departures from the Bureau standard methods. Also plans shall be furnished of any nonstandard (special) fixtures and appliances used.
    (3) Diagrammatic wiring plan of power and lighting systems and diagram of connections of generator and distribution switchboard as required for proper care and operation of the electric plant. (Copies also to be suitably framed and fitted on each generating set platform) (Refer to subparagraph S1-1-k-5-a(1)).
    (4) List of electrical weights showing manufacturer's or contractor's drawing numbers, Bureau drawing numbers, quantity, unit weights, and total weights, in pounds, of all electrical material installed, whether furnished by the contractor or Bureau. (Bureau standard form, Bureau drawing 9-S-3617-L).

S1-1

-27-

(f) All Electrical Apparatus and Equipments.
(Refer to detail requirements of applicable Subsections of General Specifications for Machinery, Supplementary General Specifications for Machinery and Navy Department leaflet specifications).

S1-1-ℓ. ELECTRICAL PLAN REQUIREMENTS.

1. Plans showing runs of wire leads and structural work together shall have the wire leads shown as heavy lines, and structural work (outlines of decks, bulkheads, etc.) in light lines.

2. All working deck plans and general arrangement plans showing electrical wiring, shall have all structural work shown (such as doors, hatches, sky lights, stanchions, coal chutes, man holes, removable plates, together with their names and compartment numbers, etc.) which might in any way affect the run of the electrical wireways.

3. The symbols used on plans to indicate types of appliances, fixtures, etc., shall be in accordance with Bureau of Engineering standard plan 9-S-3741-L. Each plan on which appliances, fixtures, etc., are shown by a symbol, shall for convenient identification, and shall have on it a table which shall show in parallel columns each symbol used with its name and/or descriptive identification; this applies in particular to isometric and working wiring deck plans. All cables shown on plans shall be identified in accordance with Subsection S28-2. Where Bureau standard forms are available they shall be followed in the preparation of plans.

4. Working wiring deck plans shall be of 1/4-inch scale on surface vessels and 3/8-inch scale on submarines; or larger as required for satisfactory legibility. These plans shall be submitted after diagrammatic (elementary and isometric) plans have been approved, and shall show the proposed location and type of fixtures, approximate location of motors and motor generators, fans, I.C. instruments, and all other electrical apparatus, complete wiring, nature of wireways, and all appliances, such as feeder junction boxes, feeder distribution boxes, distribution boxes, switches, receptacles, etc.

5. Each system wiring plan shall have a reference plan table referring to all other plans of the system (this includes elementaries, isometrics, deck and feeder lists); this table shall list in parallel Engineering numbers and alterations of each. In the case of deck plans, one of the decks(preferably Hold-Ford) only, shall bear the list of reference plans and their respective alteration numbers — in case of alteration to one of the system plans, it will therefore be necessary only to change the alteration numbers of reference plans on only this single deck plan.

6. The schedule of plans of electrical installation and the elementary diagram of the power distribution system shall be submitted at the earliest practicable date after award of contract. All power systems, lighting system and general plans as listed in subparagraph S1-1-k-5 shall be submitted for approval in the general order stated in that subparagraph.

S1-1

-28-

7. On elementary and isometric wiring diagrams and on deck plans, the extensive use of single lines to represent several cables, is unsatisfactory; a limited use of single lines for this purpose will be satisfactory. However, this shall be limited to instances where a group of leads start at one point (as at a panel or terminal board) and all proceed in the same direction to end in one general vicinity - and in these instances there should be no branches off the main single line run; wherever the single line scheme is used the leads shall be carefully labelled at each end of the single line where they are again separated.

8. All interior communication plans shall be submitted for approval in the order stated in subparagraph S1-1-k-5 and on separate sheets. One system only shall be shown on a sheet. Additional plans which may be necessary to show special features or points not otherwise clear shall be submitted as required. Deck plans shall show general arrangement and wireways, including location of junction boxes, distribution boxes, and other principal wiring appliances. There shall be furnished sheets containing general summary of the interior communication instruments, accessories, and wiring appliances, giving both contractor's and Bureau drawing numbers.

9. The diagrams on lists of lighting feeders and mains shall show the number of each and every circuit and circuit section (feeders, mains, submains and branches). In this numbering care must be exercised in order to leave numbers available in sequence for each spare connection in a box (each spare on a box should be shown by a stub line). Also the deck plans shall show the number of each circuit (feeders, mains, submains and branches) which passes through a deck, bulkhead, or barrier or out of the same compartment from which it is fed; refer to Subsection S28-2. This marking is intended to provide proper identificaction of the circuits, so as to facilitate the tracing of the circuit after installation.

10. The approved type B plans of the electrical installation shall be followed in making the actual installation except as modified by this paragraph and any major developments or deviations therefrom - which are approved locally by the Inspector of Machinery or the Navy Yard - shall be accompanied by immediate alteration of the approved type B plans involved to show such departures. By major developments or deviations is meant changes which if not shown would lead to confusion in checking or tracing a circuit or fittings. Since the installation as actually made will be in strict conformity with and shown in all important details on the type B plans, which will thus include all such major developments and alterations made and approved by local authority, it is contemplated that new tracings made of such type B plans will be furnished as the type D drawings required under paragraph S1-1-g. It shall be noted in particular, that on this basis it will not be necessary to make wiring deck plans from the work to show exact locations of cables, fixtures, etc. - it being considered sufficient that the wiring installation plans shall have cables, fixtures, appliances, etc., shown in the proper compartments in their approximate locations, irrespective of exact location, as is the case on the type B plans. No type D finished deck plans will be required of the interior communication and fire control systems. Where one set of type D finished plans are furnished for more than one vessel of a group, all major departures for any individual vessel or vessels shall be clearly indicated by notes on the basic plan, or by such supplementary plans as may be necessary if such departures are extensive.

S1-1

-29-

S1-1-m.  RADIO DRAWINGS, SPECIAL REQUIREMENTS.

1.  Type plans drawings of radio apparatus and its arrangements will be supplied by the Government from which contractors shall make the installations.

2.  In cases when contractors supply radio apparatus, working drawings shall be submitted as may be required by the Bureau of Engineering, in the standard sizes shown in subparagraph S1-1-c-2.

S1-1-n.  SYMBOLS FOR ELECTRICAL INSTALLATION OF VESSELS.

1.  Symbols used on drawings to indicate type of appliances, etc., shall be in accordance with Bureau of Engineering plan No. 9-S-3744-L, revised to date of bid.

S1-1-o . INSPECTION AND PERFORMANCE ACCEPTANCE TESTS.

1. Unless otherwise specified, the inspections and tests made in accordance with the requirements of the applicable specifications shall be recorded in a complete test report as hereinafter stated. These reports may be made on manufacturer's or contractor's test forms, except when Standard Forms, (see Appendix I) have been prepared by the Bureau.

(For remainder, see shts. 1 and 2 of changes attached.)

# EXHIBIT 3

461252.1

W&K.PLAINTIFFS' EXHIBIT
NAVY 5017

NAVSHIPS (NS1)                                                                          S1-1

### GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Ships, Navy Department

---

### SUBSECTION S1-1. PLANS

1 March 1941

(Superseding Subsection S1-1, Plans; dated 1 November 1940)

---

· NOTE:-   Plans for the machinery, electrical equipment, and accessories of vessels building for the Navy are always of a confidential nature. Care shall be observed that they do not fall into the hands of unauthorized persons, especially those not citizens of the United States.

The following is quoted from an act approved June 15, 1917:

" *** whoever, lawfully or unlawfully, having possession of, access to, control over, or being intrusted with any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, or note relating to the national defense, willfully communicates or transmits or attempts to communicate or transmit the same to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it; or whoever, being intrusted with or having lawful possession or control of any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, note, or information, relating to the national defense, through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, shall be punishable by a fine of not more than $10,000, or by imprisonment for not more than 2 years, or both. *** "

S1-1-a. General requirements.

References:  (a)  Navy Department Specification 42B9 — Boxes, spare parts, electrical and mechanical (shipboard use).
(b)  Federal Specification CCC-C-531, Tracing cloth.
(c)  List of Bureau standard plans, see Appendix I.

1.  All drawings of machinery and accessories under the cognizance of the Bureau of Ships, which shall be furnished by and at the expense of the contractor, are grouped under the following general classification:

(a)  Type A drawings - Preliminary drawings, submitted with bids or prior to award of contract.
(b)  Type B drawings - Development or working drawings, submitted for approval subsequent to award of contract but prior to ordering material or commencing work.

S1-1

-2-

   (c)  Type C drawings – Drawings prepared during the progress of work to accompany orders on sub-contractors, particularly orders for steel castings and forgings.

   (d)  Type D drawings  Finished drawings, submitted after work is completed.

   (e)  In addition to the foregoing, instruction books and pamphlets, plans, and data incorporated in Booklet Plans of Machinery and Record of Electrical Installation shall be supplied as hereinafter described.

2.   The Bureau's approval of any type of plan shall not relieve a contractor of any material or performance obligation under the contract, unless a question in regard thereto has been brought to the Bureau's attention in writing, and specific waiver of such requirement by the Bureau has been obtained, see section A1. All discrepancies discovered in drawings, in specifications, or between drawings and specifications, shall be immediately referred to the Bureau for action.

3.   Drawings need not necessarily be made to scale, but, where practicable, scaled drawings are preferred. When drawings are not made to scale, such facts shall be clearly stated in the drawing title. In all cases figured dimensions of all parts shall be complete and shall include manufacturing tolerances, working fits, and surface finish, wherever applicable. All dimensions shall be given in feet, inches, and decimals or fractions of inches. Dimensions which apply to fitted parts shall be given in inches and fractions of inches with tolerances in decimal fractions; dimensions of non-fitted parts may be given in inches and decimal or common fractions; dimensions greater than 24-inches may be given in feet, inches, and fractions thereof. Where drawings are made to scale one of the following standard scales shall be used.

      1/16-inch to the foot.
      1/8-inch to the foot.
      1/4-inch to the foot.
      3/8-inch to the foot.
      1/2-inch to the foot.
      3/4-inch to the foot.
      1-inch to the foot.
      1-1/2-inches to the foot.
      3-inches to the foot.
      6-inches to the foot.
      Full size.

S1-1

-3-

4. The following plans shall be drawn to scales as indicated, but larger scales are preferred when their employment will not unduly increase the dimension of the sheet:

(a) General layout plans of machinery installations of not less than 1/4-inch to the foot.
(b) Piping layout plans for machinery spaces not less than 3/8-inch to the foot.
(c) Electrical wiring layout plans for the entire vessel shall be made with decks and other structural features drawn to a scale of not less than 1/4-inch to the foot. (See par. S1-1-ℓ).

5. All dimensions shall be so placed on drawings that they may be read either from the bottom of the sheet or from the right-hand side.

6. Salient features of the design and performance characteristics of all apparatus shall be prominently shown on every drawing where applicable. Such features shall include:-

(a) Power input - Pounds of steam per hour, kilowatts per hour, pounds of oil per hour, etc.
(b) Power output (normal rated and overload) - Horsepower, kilowatts, gallons per minute, etc.
(c) Pressure - Steam, exhaust, suction, discharge, test, bearing, voltage, etc.
(d) Speed - Revolution or double strokes per minute, feet per second, bearing or journal surface speed, etc.
(e) Velocity (steam, liquid, air, gas) - Through pipes and orifices, peripheral, etc.
(f) Temperature (inlet and outlet) - Steam, superheat, liquids, etc.
(g) Surfaces (area of) - Heating, cooling, grate, etc.
(h) Viscosities of liquids handled with corresponding temperatures.
(i) Power losses - In same units as (a) and (b).
(j) Heat transfer - Coefficient or rate.
(k) Piping - Friction head on suction at rated flow, pressure drop through.
(ℓ) Boilers - Furnace volume, clear area through gas passages, uptakes, armor bars, gratings, etc.
(m) Blowers - Clear area through ducts, intake gratings, armor bars, etc.
(n) Weights - As a whole or per unit, computed or actual, wet and dry.
(o) Power characteristics - Voltage, frequencies, number of phases, type of windings, starting torque, full-load speed torque, percentage of slip, speed adjustment, duty classification, etc.
(p) Characteristic curves - Steam consumption, horsepower, head, pressure, capacities, speed, efficiencies, etc.

S1-1

4

7. Where parts of machinery are indicated as being right hand or left-hand, a note shall be added to the drawing explaining in detail the difference between the right-hand and left-hand parts. Drawings of screw propellers, in addition to diameter, pitch, developed and projected areas of blades, etc., shall show indicated or shaft horsepower, effective horsepower, revolutions, and speed of vessel for which the propeller has been designed. Drawings of valves and miscellaneous fittings shall show the number, material, and location of each type and size. All drawings of apparatus using tubes, such as boilers, condensers, superheaters, feedwater heaters, etc., shall include a table showing number, ordering length, diameter, thickness, material, etc., of each type and size of tube required; the same applies to special brick in boiler combustion spaces. All apparatus using electric cable or wire shall include a table giving length, size, and type of all cable used.

8. Indicating the materials of construction by distinctive crosshatching is not required on any class of drawing; simple line hatching of complete sections or borders of separate parts shall be used wherever necessary to indicate a junction of two different pieces or otherwise to completely clarify the drawing. When distinctive crosshatching is used it shall conform to Bureau of Ships standard B 20.

9. The materials of construction shall be indicated on a list of material in all cases whether distinctive crosshatching is used or not. Since, under the provisions of Subsection S1 2, the list of material becomes the medium of agreement between the Bureau and the contractor as to the materials to be employed in construction, it is very important that extreme care be exercised in proper preparation. In order to facilitate Bureau action the following arrangement shall be followed (see also Table I):

    Column 1 - The piece number, (in numerical sequence, 1, 2, 3, etc.)
    Column 2 - The name of piece
    Column 3   The number required
    Column 4 - The material.
    Column 5 - The specification.

10. In the specification column the Navy Department specification and Supplementary General Specifications for Machinery number and class applicable shall always appear for each item considered by the manufacturer to fall in the stressed or otherwise vital class, and so subject to full inspection. Suffix letters, such as the "a" in 43B11a and SGS(41) 37a are not required to identify the particular issue of Navy Department specifications and Supplementary General Specifications for Machinery. The identifying number only, "43B11" or "SGS(41)-37" is necessary. In cases where the manufacturer proposes a substitution, reference to a footnote shall be entered after the Navy Department specification or Supplementary General Specification for Machinery number, and in the footnote the substitution shall be described in sufficient detail as to analyses, tests, heat treatments, etc., as will permit the Bureau to take proper action without further

S1-1

5-

correspondence and in such form that proper inspection can be made  No entry shall be made in Column 5 either of specification number or other designation, where the material is nonstressed or nonessential in character.  The Bureau, in acting on the plan, will either accept or return this list of material for revision, and having been agreed upon, and approved, the specification column with its footnotes shall serve as the inspecting officer's guide as to whether a full or only a surface inspection shall be applied, see Subsection S1 2 Additional columns will be permitted in the list of material to suit the special requirements of a contractor, but there shall be no omissions from the information called for.  Table I is a typical list of material for drawings and should be followed in carrying out the foregoing instructions  The width of columns and spacing of lines may be increased over that shown to suit requirements.

11.  In order to reduce the number of plans for certain classes of material, such as electrical equipment, switchboards, searchlights, and similar apparatus which are made up of parts and sub-assemblies that are identical except for minor details or in numbers of parts, additional columns may be inserted to the left of Column 1.  The number required of the items in Column 2 (name of piece) shall be tabulated in these additional columns instead of in Column 3.  This procedure is ordinarily applicable to plans which have been approved previously for similar apparatus on other vessels and may be used for assembly drawings, sub assemblies, or detail parts.  Essentially each item in Column 2 is identified by means of the additional columns.  If an item in Column 2 does not apply to the latest design, the space opposite that item in the additional column shall be left blank  If a part is changed, a new item shall be added to Column 2 and the number required of the new item shall be indicated in the additional column.  If the number required of any items is changed the new number required will appear in the additional column.  Each additional column shall show all the items that go to make up the complete unit corresponding to that column.  These items may be sub assemblies or individual parts, depending on the character of the unit.  Plans must be complete, permit ready identification of any part, show all details required for duplication of parts and include all parts which go to make up the complete assembly.  An explanatory note shall be added to each plan embodying this procedure that will show clearly which additional columns apply to the particular assembly, sub-assembly, or detail part on the plan, and the complete unit shall be identified by name plate serial numbers or other positive means.

12.  Surface finish shall be indicated for all parts.  Where practicable, Bureau standard symbols and method of indicating them shall be used as described below: where the shop practice of a given manufacturer requires symbols differing from the Bureau's standard, the manufacturer's symbols will be acceptable.

Finish Surface Marks

f 1.  Rough tool finish.     f 4.  Polish.          f 7.  File.
f 2.  Fine tool finish.      f 5.  Drill.           f 8.  Scrape.
f 3.  Grind.                 f 6.  Ream.            f 9.  Spot face.

S1-1

-6-

13.   Each piece will be marked with the character of finish required by inserting the corresponding number in the circle, the arrow being placed against the surface to which the finish mark applies, see Figure 1.

1/4"d

f2.

Figure 1

14.   The right hand side of types B and D drawings shall be reversed for titles, list of material, explanatory notes, etc , and types B and D drawings shall conform to the Bureau s standard title block plan No 385691 for arrangement.

15   The titles of all drawings shall be complete, and for all drawings, except type A, shall have the official designation of all vessels to which the drawing applies, as obtained from the special specifications there for or from the Bureau; viz, BB45, DD240, etc ; the number to appear after the name of the vessel  As soon as the vessels are named, the name of each vessel shall be added to its official designation wherever it appears  Names and designations of vessels shall be placed on drawings in letters not less than one fourth inch high

16.   Each type D assembly drawing of a set for a given item of apparatus or equipment shall carry a drawing list or index showing all other drawings of the set with identification numbers for ready reference.

17.   Where welding is to be used, types A, B, and D drawings shall show welding details clearly and concisely in all important and highly stressed members.  For general indications in structural assemblies, the welding symbols of section A-2 of Appendix VII of the General Specifications for Inspection of Material shall be used; in all such cases, a key to the welding symbols shall be included on the drawing

18.   It is of the utmost importance that the details of the spare parts and special tools to be furnished under any requisition, contract or order be clearly shown on both Type B and D drawings.  The details of spare parts and special tools for electrical equipment shall be arranged in a list in conformity with the  List of Spare Parts and Tools  shown on Navy Department specification 42B9  In general, a detailed list of spare parts and special

S1-1

-7-

tools to be furnished per vessel, and/or per requisition, contract, or order, shall be shown on the general assembly drawing for the equipment in question; in cases where such a list would be too extensive for detailing on the assembly drawing, a separate drawing shall be prepared for this sole purpose. For convenience of the manufacturer, the Bureau will accept a modification of the list of material shown under the preceding subparagraph 10, whereby the columns headed "Number required" may be broken down into two columns, one showing number required for assembly purposes and one showing additional parts to be manufactured for spares; but such information on detail plans shall not relieve the contractor from the responsibility for furnishing a detailed summary of spare parts and special tools on the general assembly drawing or separate special drawing, as the case may require. Final Bureau approval of the spare parts and special tools will be given on the assembly drawing, or special drawing, in each case, and not on detailed drawings. In particular, when sets of spare parts for a particular equipment are called for by the requisition, contract or purchase order, such as "complete sets of bearings," the summary of spare parts shall show in detail what items constitute a set.

19. In all applications of antifriction bearings of ball or roller types, the assembly plan of the apparatus shall bear a certificate signed by a responsible representative of the bearing manufacturing company showing that the application of each particular bearing proposed for use is approved by his company as to all details of mounting shown, the load and speed to which the bearing will be subjected and the lubrication of the bearing, giving full consideration to the intended service, viz, continuous or intermittent, ambient temperature, disassembly requirements, etc.

S1-1-b.  Photographic tracings.

1. Photographic tracing shall be furnished on tracing cloth which is in accordance with Federal Specifications CCC-C-531; white cloth vellum is not acceptable. Photographic tracings shall be right reading and capable of producing a clear and distinct print, and there shall be no distortion nor illegibility of the lines or figured dimensions.

2. Photographic tracings shall be made by an approved photographic process which shall consist of the production of a suitable vandyke negative from the original tracing on special paper; the negative shall then be placed on sensitized tracing cloth and exposed. Following exposure, the tracing cloth shall be passed through a water bath and a developing solution and then carefully wiped clean with cotton or a camels-hair brush to remove foreign or excess substances on the surface.

3. Photographic tracings shall be made with clear, sharp, durable black lines on the dull side of tracing cloth which has been treated with a colorless waterproof coating and sensitized to produce a black line print when ex-

S1-1

-3-

posed under a negative, developed and washed. They shall be of such character as to permit erasures and making alterations in ink with the same facility and degree of permanency as with regular ink tracings. The waterproofing shall withstand at least 20 minutes exposure to water without showing any tendency to break down and shall withstand a sufficient amount of vigorous rubbing necessary to clean out the back ground without disturbing the lines; breaks, cracks, or spots in waterproofing shall be cause for rejection. The waterproof coat shall adhere to the cloth so that it cannot be stripped from the cloth on either side.

4. The surface of photographic tracings shall be dull mat finish, requiring no top coating or lacquer, and shall possess sufficient tooth to take india ink with the same freedom as natural tracing cloth, and without causing the pen to slip or skip or the ink to spread unduly. The finish shall permit india ink lines to sufficiently penetrate the surface of the cloth so as to resist removal by chafing with the thumb nail, smudging the lines by damp hands under pressure and the wear and tear of frequent handling. Failure to withstand the above shall be cause for rejection.

5. Photographic tracings shall be perfectly smooth and flat when unrolled and show no tendency to pucker or draw. The background of the cloth after printing and developing shall be of a bluish-white tint having a transparency ratio of not less than 65, and the cloth shall retain as nearly as possible the flexibility of natural tracing cloth. Thickness over 0.0043-inch, stiffness or tackiness shall be cause for rejection.

6. All tracings from which photographic tracings are made shall be in such condition as to produce photographic tracings which are satisfactory in every respect.

S1-1-c. Sizes of drawings.

1. The standard vertical dimension when reading all drawings except types A and C drawings, shall be 27-inches, and the standard length shall be 40-inches, and this standard sheet shall be used wherever practicable. A half size sheet shall be 27-inches in the vertical direction and 20-inches in length, and this size sheet may be used when the standard sheet is not required. If a sheet larger than the standard sheet is essential, the length may be increased as required up to a maximum length of 80-inches. In exceptional cases the vertical dimension may be increased to 40-inches when specifically authorized by the Bureau. For deck arrangements of large vessels and similar plans, where the scale of drawings required to keep within the dimensions of the sheets specified herein, would make the drawing difficult to read, the supervisor of shipbuilding may permit the contractor to exceed the length of 80-inches specified, but the number of such sheets shall be kept at a minimum and specific approval of the supervisor must be obtained in each instance.

2. There is no restriction as to the size of types A and C drawings.

S1-1

-9-

S1-1-d.  Type A drawings.

1.  Type A drawings submitted in connection with bids for the building of vessels shall consist of such sketches and plans as may be necessary to amplify the Bureau's original contract plans.  Such drawings shall be submitted in duplicate with bids or as required by the invitation for bids

2.  When equipment for vessels is to be purchased directly by the Navy Department, Type A drawings in duplicate shall be furnished with the bids, or as may be specifically called for in the requisition or schedule.  In any case one set shall be for the files of the Bureau of Ships and the remainder filed as directed by the Bureau of Supplies and Accounts.  Type A drawings shall consist of all sketches, cuts, drawings, etc., as may be necessary to show completely the character and design of the material or equipment it is proposed to furnish, and in amplification of the description and guarantees described in the wording of the bid.

3.  For apparatus such as turbines, pumps, motors, generators, conden sers, boilers, and similar units, sectional plans shall be furnished which show clearly the details of the design, the materials of which the units are to be built, the over-all dimensions, and the space required for operation and overhaul.

4.  For equipment such as distilling plants, refrigerating plants, and similar installations a floor plan arrangement shall be furnished showing the space occupied by the apparatus, the space required for operation and overhaul, and the units which make up the plant.  Sectional plans of the principal units containing the information required in the preceding paragraph, and such other information as will permit a clear understanding of the plants and their operation shall be also furnished.

5.  Award of contract in connection with which Type A plans have been submitted does not carry approval of such Type A plans as construction or manufacturing plans but they are subject to modification in the development of Type B plans as demanded by the requirements of the specifications and terms of the contract.

S1-1-e.  Type B drawings.

1.  Type B drawings shall consist of: (1) Preliminary diagrammatic and/or (2) Detail working plans of all machinery and equipment prepared in the development of the contract specifications and shall be submitted for approval via the Bureau's inspector with suitable letter of transmittal for each vessel covered, as soon after award of contract as possible and before work covered by such plans is commenced.  Before detail working plans are submitted diagrammatic plans of general arrangement of main and auxiliary machinery, piping, light, power, and

S1-1

10

interior communication systems must be approved. These drawings shall be care-
fully checked in order to correct omissions, errors, deviations from form, and
noncompliances with the specifications before submission for approval via the
Bureau's inspector  When drawings in an unsatisfactory condition in this re-
spect are forwarded in sufficient quantity to constitute a definite cause for
delay, the Bureau's inspector shall report the circumstances to the Bureau to-
gether with such comment as the contractor may care to make. As the working
plans are developed, the shipbuilder shall enter the calculated weights on the
plans in accordance with the following general requirements:

(a) Assembly plans of units and equipment shall have indicated
thereon the calculated weight of the assembled unit or piece
of equipment. Assembled units of 1,000 lbs., or over shall
have the center of gravity indicated. The detail plans of
parts forming the assembly shall have notes thereon referring
to the assembly plans on which the weights are recorded

(b) Piping arrangement plans shall have indicated thereon the cal
culated weights of the systems  Where applicable, weights of
piping systems shall be indicated by subject subdivisions in
accordance with the latest edition of Instructions to Super
visors of Shipbuilding for Recording and Reporting Weights of
Finished Machinery.

(c) Electrical weights for interior communication, fire control,
radio, sound, and mine protective systems shall be indicated
by circuits and totals for each system. Power and lighting
systems need not have weights indicated on the deck plans or
feeder lists, but the plans of these systems shall be cross-
referenced to a plan covering a summary of the calculated
weights for each of these systems. See also subparagraph
S1-1-k 5(e)(4).

(d) The submission of plans for approval shall not be withheld
awaiting entry of calculated weights; but these weights shall
be determined and entered on the plans as required in the fore-
going paragraphs as early as practicable.

2. Type B drawings shall be blueprints furnished in triplicate unless
otherwise specified where the equipment covered thereby is entirely under the
cognizance of the Bureau of Ships. If other bureaus are involved one addition-
al copy shall be furnished for each of the other bureaus concerned. Of the
copies furnished, two shall be retained by the inspector and the remainder shall
be forwarded by him to the bureau. Upon receipt of the bureau's action, one of
the copies retained by the inspector will be suitably endorsed by him indicating
such action and returned to the contractor. Additional copies offered by the
contractor will be similarly endorsed on request.

SI-1

-11-

3. Where two or more vessels of the same class are under construction at the works of the same contractor, or where plans are developed by a central drafting room, Type B drawings pertaining to equipment common to two or more vessels shall be submitted as for one vessel and the number of blueprints furnished shall be as directed by the bureau. In such case drawings shall show name and designation of all vessels covered and letter of transmittal shall give the same information together with contract number of each vessel.

4. Type B drawings may be submitted as tracings accompanied by one blueprint for the files of the Bureau of Ships and one for the files of any other bureau concerned. When so submitted the contractor shall furnish the bureau's inspector with one copy for his use, as soon as approved tracing is returned with bureau's approval.

5. Where Type B drawings are taken from tracings previously approved by the bureau for other vessels, or are tracings made from approved drawings of other builders a note shall be made of bureau number previously assigned, together with notation "Modified", if modification has been made. If a new drawing is prepared it shall bear a note indicating that it supersedes the previous drawing number.

6. Any alteration made on a Type B drawing during the progress of work shall require procedure to obtain approval in the same manner as in the case of the original. Copies of the new or altered drawing, if approval is obtained, shall be supplied as in the case of the original. If alterations are thus authorized and no new drawing is made, the altered drawing shall carry a table of alterations serially numbered and arranged in a table giving date, nature of each alteration, and reference authority for change; such alteration tables shall indicate the character of the original design features which have been altered. The bureau's inspector shall certify approved alterations as in the case of the original drawing.

7. Two blueprint copies on paper of all finally approved Type B drawings shall be supplied by the contractor with each vessel delivered to take the place of Type D drawings, if the complete set of Type D drawings is not ready at time of delivery. One set of such blueprints showing the machinery and electrical installations as finally approved shall be delivered to the Commanding Officer of each vessel via the supervisor of shipbuilding, and the other set forwarded via the supervisor to the Commandant of each vessel's home Navy yard.

8. In the purchase of equipment for vessels directly by the Navy Department, Type B drawings shall be furnished for the bureau's action prior to fabrication of any material, unless the contract specifically states otherwise. In such case the method of procedure shall be identical with that outlined above. The drawings shall likewise be forwarded in triplicate unless otherwise specified with additional copies for each of the other bureaus concerned, unless the contract states otherwise.

S1-1

-12-

.S1-1-f. Type C drawings.

1. Type C drawings shall consist of such drawings as are necessary to amplify information supplied to sub-contractors with orders, copies thereof being required by the bureau inspectors in making inspection at the works of the sub-contractors.

2. Such drawings may be copies of Type B plans previously approved or any other form of drawing the contractor may desire to use. Copies of such drawings shall be furnished complete with each copy of the order. All drawings shall be clearly marked to show either shipbuilder's order number or Navy contract number to facilitate identification. Orders are required to be submitted to the bureau's inspector in quadruplicate. The bureau's inspector will supply the bureau and other inspectors at the works of sub-contractors with copies as necessary.

3. Orders for steel castings or forgings shall always be accompanied by Type C drawings.

S1-1-g. Type D drawings.

1. Type D drawings shall consist of accurate hand tracings in india ink or photographic tracings on tracing cloth for all finished work, and shall be sufficiently extensive in detail to enable parts of the machinery and electrical installation of a vessel to be duplicated without additional drawings, and shall contain sufficient information to permit any part to be readily identified in orders for replacement; for the latter purpose only, photographs mounted on standard size cloth back sheets with part numbers clearly marked thereon will be acceptable to amplify and simplify, but not to replace the regular assembly drawings. In general, Type D drawings shall include copies of all approved Type B drawings. (Except as modified under par. S1-1-k).

2. Assembly drawings shall show the name of all major parts of the apparatus or sub-assemblies which appear on other plans. All clearances affecting the assembling of detail parts shall be clearly indicated, together with any other information required for the proper adjustment of those parts. Any information, not otherwise furnished in instruction books, pertaining to the operation of the apparatus shall be indicated.

3. Where photographic tracings are supplied, reproductions made from the manufacturer's own shop tracings, will, in general, be acceptable. However, whether photographic tracings are made from shop drawing or otherwise, no finished drawings supplied under these specifications shall show any plan or supply any information that is not strictly applicable to the apparatus or equipment for which the drawings are furnished except for certain classes of equipment which are made up of parts of sub-assemblies, the details of which can be indicated by the procedure specified in subparagraph S1-1-a-9.

S1-1

-13-

4.  For equipment which is required to be in accordance with Navy Department Specifications such as 17B1, 17C10, 17C17, 17C7, 17C8, 17M10, 17M17, and 17R2, or subsections of the General Specifications for Machinery such as S62-1 containing specific plan requirements, the plans shall conform to the requirements specified therein, except that for Type D plans, the number of sets, size, arrangements, title, and form shall conform to the requirements specified herein.

5.  When a contractor for a given class of equipment is in doubt as to the character of the Type D drawings required by the bureau, it is suggested that a representative set of drawings covering a characteristic item of equipment be submitted to the bureau in triplicate for approval.  The bureau will then retain one set of such drawings, and return one corrected set to the contractor, and send one corrected set to the bureau's inspector having cognizance, for use in checking drawings delivered on contract.

6.  All Type D drawings shall be furnished complete within 4 months after a vessel has been delivered by the contractor unless the contract specifically states otherwise.

7.  Where contracts for the construction of two or more vessels of the same design are awarded to one contractor, under contracts for which bids were opened at the same time, original finished tracings or photographic tracings for the bureau and for distribution to navy yards are required only as for one vessel, whenever the apparatus covered is identical.  If not identical, separate and complete sets of tracings or photographic tracings for the bureau and for navy-yards for all items which differ shall be furnished for each vessel so affected.  When more than one vessel is covered by a drawing, the designation, name, and contract number for each vessel to which the drawing applies shall appear thereon.

8.  Unless otherwise specified, sets of Type D drawings shall be furnished in number and for the purpose indicated as follows:

    (a)  One complete set of hand tracings or photographic tracings for each group of similar vessels on order from the same contractor for the files of the bureau.

    (b)  Seven complete sets as in (a) above to the bureau's inspector for distribution to Navy yards, as directed by the bureau.

    (c)  One complete set of blueprints for each vessel built containing only the items pertaining to that vessel; this set shall be supplied to the vessel via the supervisor of shipbuilding.

S1-1

-14-

9.. The Type D drawings furnished for the machinery installation and electrical plant shall be indexed by the shipbuilder. Indexing shall be done with india ink and conform to size and styles shown on Bureau of Ships plan 385691 (see reproduction attached). The index number shall correspond to the official designation of the vessel, the group number shall conform to the Navy Filing Manual, and the file number shall conform to the master index sheets for machinery and electrical plans. Where a set of plans applies to a group of two or more vessels, all plans shall be indexed under the lowest numbered vessel of the group; in special cases where plans do not apply to all vessels of the group, such plans shall be indexed under the lowest numbered vessel of that group, and a notation made in or near the title to designate the vessel or vessels to which the plans are applicable.

10. The bureau will supply a set of blank index forms for Type D drawings which will be filled in by the shipbuilder with india ink, after which the shipbuilder will make blue-line print copies of these forms for each set of plans; the indexed forms will be forwarded to the bureau with the set of Type D drawings intended for the bureau's files, and set of blue line copies will accompany each other set of these drawings

11. Each set shall be wrapped in a waterproof wrapper and be packed separately, ready for shipment, in flat, strong, wooden cases, in which the sheets shall be so secured that it will be impossible for them to be displaced or crumpled during handling. Sets of machinery, electrical, and radio drawings for the same vessel may be boxed together.

12. In the purchase of equipment for vessels by direct contract with the bureau, Type D drawings conforming to the requirements of the above paragraphs shall be furnished by the contractor with the delivery of the completed material in number of sets as required by the contract.

13. No Type D finished plans will be required for the interior communication equipment listed in subparagraph S1-1-h-6(*l*).

S1-1-h. Instruction books and pamphlets.

1. Instruction books will be furnished by contractors and sub-contractors for main propelling machinery, boilers, air compressors, main forced draft blowers, centrifugal pumps as required by Subsection S47-2, positive displacement rotary pumps as required by Subsection S47-3 and other auxiliary machinery, electrical installations and other important Naval equipment furnished by them These instruction books will contain all necessary pertinent information to insure efficient and economical use of the equipment, such data and information as may be required by the applicable specifications under which furnished, and in general, the following:

(a) General description, including also sufficient sketches, illustrations, and sectional assemblies with appropriate references to drawing numbers and titles.

S1-:

-15-

(b)  Installation instructions.

(c)  Operating instructions.

(d)  Instructions for care and maintenance.

(e)  Safety precautions.

(f)  Index.

(g)  For interior communication equipment listed in subparagraph S1-1-h-6(t.) reproductions of approved Type B plans.

(h)  For motors and controllers reduced size reproductions of the finished (Type D) plans; for electrical as per Navy Department Specification 17R2 and other applicable Navy Department Specifications containing specific requirements.

The books will be printed on a strong grade of paper using a medium size type so as to render easy reading. The size of the printed page shall be approximately 8-1/2 by 10-1/2-inches.

2.  The instruction books shall be covered with a strong durable cover of black leather, leatherette, fabrikoid or similar approved material and shall be bound securely so as to prevent detachment of either the covering or the pages. The size of the cover shall be approximately 9 by 11-inches. The front cover shall contain the following information:

(a)  Sufficient descriptive data to enable ready identification.

(b)  Name and number of    vessels to which the equipment applies.

(c)  Contract numbers under which equipment was purchased. If more than one contract number is shown, the vessels supplied under each contract shall be indicated.

(d)  Manufacturer's name and address.

A sample of the complete books shall be submitted to the bureau for approval before final printing.

3.  A contractor furnishing more than one set or type of equipment, subject to bureau approval, may incorporate the instruction books of similar or allied equipment in one binder, providing the binder does not become bulky and more difficult to use.

S1-1

·16·

4.  The bureau will consider requests by contractors in special cases to furnish descriptive pamphlets instead of instruction books.  Such pamphlets shall contain sufficient information to insure that the operating personnel can operate and maintain the equipment properly.  The pamphlets shall be bound in a durable cover as described in subparagraph S1-1-h-2.

5.  All copies of instruction books required shall be delivered to the supervisor of shipbuilding prior to the delivery of each vessel.  Sufficient copies shall be supplied for distribution by the supervisor of shipbuilding as follows:

(a)  Five to the Bureau of Ships.

(b)  Ten to the commanding officer of each vessel, in the case of battleships, cruisers, and aircraft carriers, and five for each other type of vessel.

(c)  Two to the Superintendent of the United States Naval Academy.

(d)  Six books relating only to submarine equipment to the Commander, Submarine Base, New London, Conn., for the submarine school.

(e)  In the case of vessels built at Navy yards additional books shall be furnished as follows:

(1)  Two for the Commandant, Navy Yard, Brooklyn, N. Y.
(2)  Three for each building yard.

(f)  Two of equipment listed in subparagraph S1-1-h-6 (l) to each Navy yard, except Cavite, P. I., Portsmouth, N. H. and Charleston, S. C.

6.  Instruction books shall in all cases be furnished for the following types of equipment wherever installed:

(a)  Electrical propulsion equipments for all classes of vessels.
(b)  Oil engines of all types, whether for propulsion purposes or not.
(c)  Gasoline engines of all types.
(d)  Main propulsion turbines.
(e)  All turbines for driving electric generators.
(f)  Propulsion reduction gears.
(g)  Oil-burning equipment.
(h)  Distilling plants.

S1-1

-17-

(i) Refrigerating plants and boxes.
(j) Storage batteries, submarine propulsion.
(k) All auxiliary machinery of new unusual design.
(L) Interior communication equipment:

    (1) Electric clocks.
    (2) Telegraph systems.
    (3) Battery powered telephones.
    (4) Sound-powered telephones.
    (5) Announcing systems.
    (6) Under-water log.
    (7) Shaft-revolution indicator system.
    (8) Fire-alarm system.
    (9) Salinity indicator system.
    (10) Automatic telephone system.
    (11) Sound motion picture system.
    (12) Wind direction and intensity system.
    (13) High-powered announcing system.
    (14) Electrical character transmission system.

(m) As required by individual Navy Department specifications.

S1-1-i. Record of electrical installation.

1. Complete information and illustrative matter in connection with the details, layout, test, and operation of all the electrical equipment of a vessel shall be complied by the contractor and bound by him into a convenient record of the electrical installation; information concerning radio equipment, and the underwater sound system shall not be included, except items connected with the power supply therefor, such as motor generators, etc. Arrangements to include information concerning items of the electrical installation not under the cognizance of the Bureau of Ships shall be made by the contractor with the assistance and to the satisfaction of the supervisor of shipbuilding.

2. In general, the material included shall contain full information in regard to general appearance, details of construction, operation, connections, maintenance, shop test data, and shipboard test data (for standard test forms for electrical tests, see Appendix I) of all electrical machinery, instruments, fittings, appliances, etc., except such as may be covered by bureau standard plans and those excepted by subparagraph S1-1-i-1. For illustrative purposes, blueprints, photographs, cuts, or other suitable reproductions may be used and these shall be properly numbered or lettered to accompany the text; scales shall not be reduced to a size which would render reproductions difficult to read. Every type of instrument employed in the interior communication and signal systems, except equipment covered by separate instruction books, as well as generators, motors, controllers, searchlights, rheostats, circuit breakers, storage batter-

S1-1

-18-

ies, switchboards, panels, switchboard instruments, etc., shall be included, with the manufacturer's instructions, testing methods, nomenclature, catalog designation, and ordering instructions therefor. Elementary wiring diagrams shall be included in conjunction with other description and test data for electrical installations. Descriptions and plans of items furnished by the government shall be obtained from the bureau concerned by the contractor and included in the final compilation.

3. All matter as finally compiled shall be grouped and carefully indexed; the grouping shall be on general lines, as, for example: (a) general, (b) distribution, (c) power, (d) lighting, (e) interior communication, (f) signals, (g) storage batteries, etc. The text may be printed or multigraphed and extracts from manufacturer's catalog covering the apparatus concerned may be bound directly in the record if of convenient size. An index of separately bound instruction books shall be included: this index shall identify each instruction book in sufficient detail to permit replacement books to be obtained.

4. All copies of the record shall be delivered to the supervisor of shipbuilding prior to the delivery of each vessel. The records shall be grouped into volumes for distribution on the following described basis:

### Record of Electrical Installation

VOLUME I - Description.

NOTE 1 - This shall include all of the required information and illustrative matter.

NOTE 2 - This volume may cover a group of vessels when the matter is common to all the vessels of a group.

VOLUME II - Record of Electrical Tests.

NOTE 3 - This shall include blueprint copies of all authenticated electrical tests' records of electrical equipment which are not recorded on and made a part of the plans for that equipment.

NOTE 4 - This volume will apply to only one vessel.

S1-1

-19-

DISTRIBUTION OF BOUND COPIES

| :Copies to | Volume I | Volume II |
|---|---|---|
| :Bureau of Ships | 3.(original and 2 copies) | 2 (original and 1 copy): |
| :Commanding Officer of each vessel :of group | 1 | 1 |
| :Commandant or supervisor of ship- :building (at building yard as ap- :plicable) | 1 | 1 |
| :Navy Yards (same as receive fin- :ished plans) | 7 | 0 |
| :Bureau of Ordnance | 1 | 0 |
| :Superintendent of Naval Academy | 1 | 0 |

NOTE 5 .- The original reports from which the blueprint copies are made shall be bound in a cover in the same manner as the blueprint copies.

5. Any original tracings or extra copies of subject matter specially prepared for the record by the contractor, shall be finally forwarded to the bureau.

6. Every precaution should be observed to see that none of the information compiled in the record falls into the hands of unauthorized persons; see note at the beginning of subsection.

S1-1-j. Booklet plans of machinery.

1. Information and drawings of the systems hereinafter enumerated shall be prepared by the contractor, and blueprint copies of same shall be bound in suitable paper-backed booklets by him and delivered to the supervisor of shipbuilding prior to the delivery of each vessel. Sufficient copies shall be prepared for distribution by the supervisor of shipbuilding, as follows:

(a) One to the Bureau of Ships.
(b) Ten to the commanding officer of each vessel in the case of battleships, cruisers, and aircraft carriers and five for each other type of vessel.
(c) One to each Navy Yard.
(d) Two to the Superintendent of the United States Naval Academy.

2. After all copies have been made the original tracings prepared for the booklets shall be forwarded to the bureau for its files.

SL 1

20

3. Drawings for the booklet plans of machinery shall be submitted to the bureau for approval before final tracings. The final form of the drawings supplied shall be as finished tracings on cloth, in sheets 14 by 34 inches with a 1/2-inch margin all around, except on the left edge where a margin of 1-1/2-inches shall be left for binding  No more than one system shall be shown on any sheet, and each system shall be complete. All valves, branches, and connections to main and auxiliary machinery and equipment shall be shown.

4. Drawings shall be clear and distinct and shall show leads of all piping connections and in skeleton diagrammatic arrangement. Copy of bureau s standard drawing may be requested as indicative of what is required. (See bureau type plan 6 Y 374). At least one tracing showing each of the following systems and connections as installed in plan, and one showing each as installed in elevation shall be furnished. Certain systems may be shown for each deck if desirable.

For all vessels, except submarines:

(a) Main and auxiliary steam piping.
(b) Boiler feed; suction, discharge, and make-up feed piping.
(c) Auxiliary exhaust piping.
(d) Fresh water tanks; filling and suction piping.
(e) Fire and bilge; suction and discharge piping.
(f) Distilling plant; all piping.
(g) Refrigerating plant; refrigerant. brine, and water piping.
(h) Steam heating plant; steam and drain piping
(i) Pantry, galley, laundry, and bath; fresh-water supply; steam and drain piping
(j) Low pressure steam drainage; piping and traps.
(k) High-pressure steam drainage; piping and traps
(l) Main turbine glands; steam supply, leak off piping  and steam leakage recovery system.
(m) Main propelling machinery; lubricating oil supply return and purification system.
(n) Lubricating oil tanks; filling and suction piping.
(o) Sea valves; suction and discharge connections
(p) Compressed air; deck and machinery supply system.
(q) Fuel oil; tank filling and suction piping.
(r) Fuel oil; tank heating system, complete
(s) Fuel oil; burner supply piping to boilers, galley incinerator, and other special services.
(t) Electric cable, electric propulsion arrangement, generators via control station to motors, excitation and control systems.
(u) Electric propulsion switching system.
(v) Ventilation piping; supply and exhaust for machinery spaces.
(w) Such other additional systems as the bureau may specify in the individual case

NOTE:- For destroyers and other small types of vessels where any of the above enumerated systems are not extensive, two or more can be combined and shown on the same sheet if convenient.

S1-1

-21-

5. For heavy-oil engine installations (submarines), items (d), (f), (g), (h), (i), (n), (o), (q), (s), (t), and (u) shall be furnished as given in the foregoing subparagraph and the following additional items:

    (a) Forced lubrication and piston cooling; supply, return, and purification system.
    (b) Compressed air; scavenging, supercharging, and starting system.
    (c) Compressed air; ship's high-pressure system.
    (d) Compressed air; ship's low-pressure system.
    (e) Automatic fuel compensating system.
    (f) Main and auxiliary water systems.

6. In addition to the foregoing plans, general data for all vessels shall be supplied made up on a similar tracing, and a general synopsis of the official contract trials. The latter will be furnished to the contractor by the bureau, via the supervisor of shipbuilding. The general data required shall include the following items, covering dimensions and outstanding characteristics:

    (a) Hull.
    (b) Propelling machinery.
    (c) Shafting and bearings.
    (d) Propellers.
    (e) Boilers.
    (f) Pumps.
    (g) Auxiliary machinery.
    (h) Condensers and vacuum equipment.
    (i) Lubricating oil capacity and storage.
    (j) Fuel capacity and storage.
    (k) Fresh-water capacity and storage.
    (l) Speeds and performance characteristics on official trials.

S1-1-k. Type B and D drawings - list of plans.

1. In order to obtain uniformity in the preparation of Type B, and particularly Type D drawings, the following lists of subject items for such drawings are given. For certain vessels some items listed do not apply; for others, necessary items may have been omitted. The lists are not intended to be exhaustive but are furnished only as a general guide; omission of any important item shall not be construed to relieve the contractor of the responsibility for furnishing either Type B or Type D drawings; pertaining to same if required. It is understood that these items are meant to include only work which is under the cognizance of the Bureau of Ships.

S1-1

-22-

2. For the following items, arrangement or assembly drawings will be required with such detail drawings or information as are necessary for a clear understanding of the item and to permit reproduction of parts which are subject to wear or breakage and which may require replacement. The details of parts may be made on the same sheet as the arrangement or assembly plan, may be in form of a descriptive note, or may be on one or more separate sheets.

(a) Bilge drainage system, machinery spaces.
(b) Blacksmith shop.
(c) Feed regulators.
(d) Fire extinguishers, machinery spaces (steam)
(e) Floor plates, machinery space.
(f) Forced-draft system.
(g) Foundations, important machinery.
(h) Foundry.
(i) Gear. locking, main and bilge injection, distance, valve operating.
(j) General workshop.
(k) Gratings, machinery spaces.
(l) Guards, main propulsion units.
(m) Heating system:
    (1) Steam, living spaces.
    (2) Coils, fuel-oil tanks.
(n) Indicators:
    (1) Temperatures.
    (2) Fuel-oil tank gage.
    (3) Smoke.
(o) Ladders, machinery spaces.
(p) Lagging and heat insulation.
(q) Oil purification apparatus.
(r) Piping.
(s) Protective devices, electric propulsion controls.
(t) Shop arrangements.
(u) Sirens, steam (arrangement of piping and mechanical pulls.)
(v) Smoke pipes.
(w) Switching structure, electric propulsion control.
(x) Tanks, air.
(y) Trial equipment.
(z) Uptakes, boiler.
(aa) Valves:
    (1) Sentinel.
    (2) Sluice, gate.
(bb) Ventilating system, machinery spaces.
(cc) Whistles, steam and electric (arrangement of piping and mechanical pulls).

S1-1

-23-

3. For the following items, assembly and complete detail plans will be required:

    (a) Air accumulators:
        (1) Compressors.
        (2) Ejecting apparatus for condensers.
        (3) Flasks and plugs, Diesel engines.
        (4) Starting and reversing gears, Diesel engines.
    (b) Augmenters, vacuum.
    (c) Bearings:
        (1) Main shafting.
        (2) Main thrust.
        (3) Turbine thrust.
    (d) Blowers:
        (1) Ventilating, electric propulsion equipment.
        (2) Forced draft, fire rooms.
        (3) Soot.
    (e) Boilers:
        (1) Auxiliary.
        (2) Main.
    (f) Bolts, holding down, main propulsion units.
    (g) Cables, electric-propulsion units.
    (h) Circuit breakers.
    (i) Clutch gear, main propulsion.
    (j) Condensers.
    (k) Coolers.
        (1) Air.
        (2) Oil.
        (3) Water.
    (l) Distilling plant and auxiliary equipment.
    (m) Eductors.
    (n) Engines, main propelling.
    (o) Expansion couplings, shaft.
    (p) Expansion joints for piping.
    (q) Fair-waters.
    (r) Filters, lubricating oil.
    (s) Gages:
        (1) Bridge.
        (2) Turbine clearance.
    (t) Gear, lifting:
        (1) Lifting, for important machinery.
        (2) Operating:
             (a) Main engines.
             (b) Smoke pipe.
             (c) Damper.
             (d) Valve.
        (3) Turning or jacking, main propulsion units.

S1-1

-24-

(u) Generators, main propelling.
(v) Governors:
    (1) Auxiliary units.
    (2) Main propulsion units.
(w) Grease extractors.
(x) Heaters:
    (1) Water.
    (2) Oil.
(y) Indicator gear:
    (1) Auxiliary units.
    (2) Main engines.
(z) Interior communication equipment as listed under
    subparagraph S1-1-h-6(f.).
(aa) Insulators, electric propulsion cable.
(bb) Interlocks, electric propulsion.
(cc) Lubrication:
    (1) Auxiliary units.
    (2) Main propulsion units.
(dd) Mandrels for white metal, main bearings.
(ee) Manifolds and all important piping.
(ff) Meters, torsion.
(gg) Micrometer gear, main propulsion units.
(hh) Motors, electric propulsion.
(ii) Mufflers, exhaust, Diesel engines.
(jj) Oil fuel system.
(kk) Packing:
    (1) Gland:
        (a) Auxiliary turbine.
        (b) Main turbines.
    (2) Metallic, main engines.
(ll) Potheads, propulsion cables.
(mm) Propellers.
(nn) Pumps.
(oo) Reduction gear, main propulsion units.
(pp) Refrigerating plant.
(qq) Relays, electric propulsion control.
(rr) Rheostats, electric propulsion control.
(ss) Separators:
    (1) Oil.
    (2) Steam.
(tt) Shafting, main propulsion.
(uu) Strainers:
    (1) Macomb.
    (2) Oil.
    (3) Steam.

S1-1

-25-

(vv)  Stuffing boxes:
    (1)  Bulkhead:
        (a)  Pipe.
        (b)  Shaft.
    (2)  Main engine.
    (3)  Stern tube.
(ww)  Switchboards, electric propulsion control.
(xx)  Switches, electric propulsion control.
(yy)  Tanks:
    (1)  Air.
    (2)  Feed and filter.
    (3)  Ice making.
    (4)  Oil.
(zz)  Tools, special.
(aaa)  Transformers, electric propulsion.
(bbb)  Turbine, special control, main propulsion units.
(ccc)  Turbines:
    (1)  Auxiliary.
    (2)  Main propulsion.
(ddd)  Valves:
    (1)  Boiler blow.
    (2)  Check.
    (3)  Feed stop and check.
    (4)  Composition gate above 2-1/2-inches (where not standard).
    (5)  Composition globe, angle and cross above 2-1/2-inches
        (where not standard).
    (6)  Injection.
    (7)  Reducing or regulating.
    (8)  Relief.
    (9)  Safety, boiler.
    (10)  Sea.
    (11)  Spring-loaded or pressure-regulating, exhaust.
    (12)  Stop, boiler.
    (13)  Throttle.
    (14)  Toggle operated stop and cut out valves in the main steam
        lines.

4.  For certain classes of equipment, such as those where mechanical fit is not an object, where it may be manifestly impracticable for the manufacture of replacement parts to be attempted by Naval personnel, or where the item in question is in accordance with approved Naval standards or so standardized industrially as to be readily obtainable by purchase in practically any United States

S1-1

-26-

port, Types B and D drawings in the form specified above will not be required. In lieu of hand tracings or photographic tracings, however, sufficient information shall be supplied by photographs, illustrations, printed matter, etc., to enable the equipment in question to be readily understood and to permit all parts to be ordered for replacement. The following list of items is given as indicative of equipment covered in this subparagraph:

(a) Bolt forcers.
(b) Calorimeters.
(c) Chain blocks.
(d) Cleaners, tube.
(e) Clocks, non-electrical
(f) Electrical metering instruments, switchboard and portable.
(g) Flue-gas analyzing outfits.
(h) Fuses.
(i) Gages (steam, vacuum, air, water, and oil) except special types.
(j) Indicators:
    (1) Diesel engine.
    (2) Steam engine.
(k) Instruments, electric propulsion.
(l.) Joints, universal.
(m) Machine tools (except motors and other electrical equipment).
(n) Meters:
    (1) Oil.
    (2) Water.
(o) Pipe fittings.
(p) Pyrometers.
(q) Springs.
(r) Thermometers.
(s) Transformers, instruments.
(t) Tools:
    (1) Hand (except special wrenches, etc.).
    (2) Machine (except motors and other electrical equipment).
    (3) Workshop.
(u) Traps, except vacuum traps for turbine drainage,
(v) Valves:
    (1) Made from bureau standard plans, Bureau of Ships (INT) specifications, Navy Department specifications, or Supplementary General Specifications, except toggle operated stop and cut-out valves in main steam line.
    (2) Composition gate, globe, angle and cross, 2-1/2-inches and under.

S1-1

-27-

5. The following items for plans of electrical installation of vessels are listed to be furnished by the contractor:

(a) Power system:
    (1) Schematic (abbreviated) diagram of power distribution system.
    (2) Elementary diagram of power distribution system (refer to type and contract plans. (See also subpar. S1-1-k-5(e)(1)).
    (3) Electrical data for motor driven auxiliaries (standard form, Bureau drawing 9-S-4729-L).
    (4) Preliminary (abbreviated) electrical power analysis.
    (5) Power analysis and summary of feeders (standard form for A.C. Bureau drawing 9-S-4704-L. See also subpar. S1-1-k-5(b)(16))..
    (6) Isometric wiring diagram of Battle and General systems.
    (7) Isometric wiring diagram of Emergency system (including portable storage battery leads and charging circuits).
    (8) Elementary diagram of bus tie feeders between switchboards, generator cables and shore connection cables.
    (9) Elementary diagram of control, interlock and indicating connections (circuits) between switchboards.
    (10) Elementary diagram of vent sets power and control, and vent system closures and control.
    (11) Elementary diagram of electric furnace power and control.
    (12) Elementary diagram of all systems of remote control of circuits.
    (13) Elementary diagram of control and starting circuits of emergency-generator starting.
    (14) Isometric diagram of heating, starting, and radio testing installations.
    (15) Isometric wiring diagram of circuits and outlets for submersible pumps, portable arc welding sets and 440 volt portable tools.
    (16) Isometric wiring diagram of circuits and outlets for permanent arc welding installations.
    (17) Isometric wiring diagram of power circuits in gun turrets and mounts.
    (18) Isometric wiring diagram of cable leads for main propulsion (also an elementary wiring diagram).
    (19) Working wiring deck plans.
    (20) List of feeders and mains of Battle, General, and Emergency systems (standard form Bureau drawing 9-S-4746-L).
    (21) List showing switch arrangements, loads, fusing, etc., of distribution panels. (See also subpar. S1-1-k-5(b)(15).
    (22) Summary list of all storage batteries on vessel showing charging arrangements.
    (23) Complete list of transformers with load data.

-28-

(b)  Lighting system:
(1)  List of lighting fixtures and appliances with symbols (standard form, Bureau drawing 9-S-4905-L.  See also subpar. S1-1-k-5(b)(17)).
(2)  Isometric wiring diagram of Battle and General systems.
(3)  Isometric wiring diagram of Emergency system.
(4)  Outline plan of vessel showing exact locations of all searchlights, running, anchor, and signal lights.
(5)  Elementary wiring diagram of running, anchor, and signal lights.
(6)  Isometric wiring diagram of running, anchor, and signal lights.
(7)  Isometric wiring diagram of lighting circuits in gun turrets and mounts and torpedo mounts.
(8)  Plan showing locations of all flight deck lights.
(9)  Elementary diagram of circuits of all flight deck lights.
(10)  Elementary diagram of control of all flight deck lights.
(11)  Elementary diagram of control of hanger deck lighting.
(12)  Elementary diagram of remote control of general lighting.
(13)  Working wiring deck plans.
(14)  List of feeders and mains of Battle, General, and Emergency systems (standard form, Bureau drawing 9-S-4745-L).
(15)  List showing switch arrangements, loads, fusing, etc., of distribution panels. (See also subpar. S1-1-k-5(a)(21)).
(16)  Load, analysis and summary of feeders (standard form for A.C. Bureau drawing 9-S-4704-L.  See also subpar. S1-1-k-5(a)(5)).
(17)  Summary of lighting system equipment (standard form, Bureau drawing 9-S-4905-L.  See also subpar. S1-1-k-5(b)(1)).
(18)  Illumination survey data (standard form, Bureau drawing 9-S-4901-L).

(c)  Interior-communication and fire-control systems:
(1)  Elementary wiring diagram of each interior-communication and fire control system.  The Government will supply Type B and Type D plans of elementary wiring diagrams of self-synchronous fire-control circuits.
(2)  Diagram of current supply to interior-communication switchbo~~
(3)  List of v      be outlets.
(4)  List of ··      es (sound powered, automatic announcing).

S1-1

-29-

(5)  Isometric wiring diagram of each interior-communication and fire-control system.

(6)  Load summary of all circuits emanating from interior-communication switchboards (standard form, Bureau drawing 9-S-5112-L).

(7)  Deck plans (1/4-inch scale on surface ships, 3/8-inch scale on submarines); separate sets of plans for interior-communication and fire-control systems.

(8)  Summary of interior-communication and fire-control equipment (standard form, Bureau plan 9-S-5113-L).

(9)  Plans showing the mounting arrangements in the ship of:

(a)  Shaft revolution transmitters.

(b)  Underwater log rodmeter and transmitter.

(d)  General plans for all miscellaneous electrical systems and installations in the following spaces (these plans are in addition to those submitted as purely general arrangement plans for joint approval of the bureau concerned):

(1)  Wireways.

(a)' Master wireway (small scale) plan, showing all wireway locations (all decks and in profile); with master reference drawing table for listing each wireway deck and detail plan subsequently developed.

(b)' Wireway deck plans. - Composite for all systems - power lighting, I.C., F.C., radio, sound, steering gear Selsyn, etc., including thereon the following minimum information:

(1)'  Location of runs.

(2)'  Approximate space dimensions of runs.

(3)'  Designation of methods of support used for each section of runs.

(4)'  Designation of sections (and plan numbers for same) for which wireway details are shown on separate plans.

(5)   Cables in the runs. - showing for each:

(a)'  Circuit number.

(b)'  Cable type and size.

These plans shall be developed in collaboration with the development of the machinery arrangement (and prior to fixing such arrangement), so as to insure compliance with all cable arrangement (including circuit trunking) and installation specification requirements, allotment of space, etc.

S1-1

-30-

(c)' Wireway details. – As necessary, including the
following minimum information:.
   (1)' Arrangement (vertical) of cables in main
   wireway racks.
   (2)' Arrangement in gun-director trunk.
   (3)' Arrangement of gun mounts.
   (4)' Wiring tunnels.
   (5)' Arrangements at important locations, such as
   engine and fireroom bulkheads, vicinity of
   main switchboards I.C. and F. C. switchboards,
   etc.

NOTE:- Detail data such as shop drilling data for stuffing tubes in decks and
bulkheads, etc., are not required for Type B and D plans.

The nature of these plans (wireway details) will not permit specific checking
for complete approval by the bureau, and therefore the local supervisor of ship-
building will act on such plans, and by close follow up shall be responsible for
designs and installation being in as full compliance as practicable with the re-
quirements and intent of the applicable specifications. Also in this connection,
regardless of whether shown on detail plans or not, departures from specifications
(including standard installation methods) will be approved by the supervisor of
shipbuilding upon installation only in instances where the installation is such
that such departure is necessary. Copies of such plans given local approval shall
be furnished for the information and files of the bureau. Any particular matters
in connection with these matters (wireway details) on which the bureau's decision
is considered necessary, shall be submitted with full particulars and recommenda-
tions.

   (2) Dynamo flats. – Diesel engine generator rooms – switch-
   board rooms – etc. (to show arrangements of generator sets,
   rheostats, voltage regulator units, switchboards).
   (3) Storage-battery compartment and arrangement of battery-
   charging station.
   (4) Arrangement of electrical workshop.
   (5) Steering-gear room.
   (6) Turrets and mounts.
   (7) Turret.
      (a) Column and base.
      (b) Castings.
   (8) Torpedo tubes.
   (9) Torpedo rooms.
   (10) Refrigerating plant spaces
   (11) Machinery spaces.
   (12) Boiler rooms.
   (13) Motor rooms.

S1-1

-31-

(14) Bridge.
(15) Central station.
(16) Chart house.
(17) Conning tower.
(18) Armored access and wiring tubes.
(19) Control rooms.
(20) Maneuvering rooms.
(21) Fire-control and director stations.
(22) Gyro rooms.
(23) Interior-communication room.
(24) Cable installations at exposed guns and directors.
(25) Masts.
(26) Pilot house.
(27) Plotting rooms.
(28) Photographic laboratory.

(e) Miscellaneous.

(1) Schedule of Type B plans of electrical installation. — This schedule shall consist of a tabulation of both shipbuilders and manufacturers' plans required of the electrical installation of the vessel or vessels concerned; listing in parallel columns: (a) The titles; (b) the contractors plan numbers (with column for alteration numbers); (c) the Bureau of Ships plan numbers (with column for alteration numbers); (d) the estimated date of submission for approval and (e) remarks; additional columns may be added to suit the contractors convenience.

(2). A plan listing all methods of supporting cables, fixtures, panels, appliances, etc., by bureau plan, alteration, and method numbers as used; and delineating any proposed methods which are departures from the bureau standard methods. Also plans shall be furnished of any nonstandard (special) fixtures and appliances used.

(3) Diagrammatic wiring plan of power and lighting systems and diagram of connections of generator and distribution switchboard as required for proper care and operation of the electric plant. (Refer to subpar. S1-1-k-5(a)(2)). The plans shall be reduced to a size that is legible and can conveniently be handled, and mounted in one of the following ways:

(a) On sheet metal or other suitable rigid material and covered with a transparent sheet. These plans shall be uniform in size and mounted in a suitable case so that they can be hinged or slipped out for inspection. The individual sheets shall not be removable.

S1-1

-32-

(b) As photo reproductions on linen-cloth sheets of uniform size suitable for keeping in plan book form. The book shall consist of steel binders, approximately 20-inches by 12-inches over-all covered with artificial leather with title of book and name and number of vessel or vessels stamped thereon in gold letters. One book to be permanently located at each main and emergency switchboard and one in the Log Room.

(4) List of electrical weights showing manufacturer's or contractor's drawing numbers, bureau drawing numbers, quantity, unit weights, and total weights, in pounds, of all electrical material installed, whether furnished by the contractor or bureau. (Bureau standard form, Bureau drawing 9-S-3617-L). (See also subpars. S1-1-e-1(a); (b); (c); and (d)).

(f) All electrical apparatus and equipments. (Refer to detail requirements of applicable Subsections of General Specifications for Machinery, Supplementary General Specifications for Machinery, Bureau of Ships (INT) specifications, and Navy Department specifications).

6. The following Types B and D plans of the radio installation in vessels shall be furnished by the shipbuilding contractor. Type B radio plans should be submitted for approval separate from all other plans and in any order desired. It is not intended that the approval of radio plans will, in any way, affect the plans of the electrical, interior communication, underwater sound, or other equipment installed in radio spaces. All plans required hereunder shall be indexed under file Group S67.

(a) Wiring:

(1) Elementary diagram of complete radio installation in vessel (exclusive of broadcast receiving antenna distribution system).
(2) Isometric diagram of complete radio installation in vessel (exclusive of broadcast receiving antenna distribution system).
(3) Elementary diagram of complete radio broadcast receiving antenna distribution system.
(4) Isometric diagram of radio broadcast antenna distribution system.

(b) Arrangement:

(1) General arrangement of each radio space in vessel including radio central, radio transmitter room, emergency station, direction finder stations, motor-generator rooms, etc., where applicable).

S1-1

-33-

(2)  General arrangement of all topside transmitting and receiving
     antennas (including rod, whip and special types).
(3)  General arrangement of antenna trunks and lead-ins and/or trans-
     mission lines.

(c)  Miscellaneous:

     (1)  Detailed plans and/or instruction books for all radio equip-
          ment or special material furnished by the contractor.  (De-
          tailed plans and instruction books of "Government Furnished"
          radio equipment are not required to be furnished by the ship-
          building contractor).
     (2)  List of all items of equipment comprising the complete radio
          installation.

    7.  The shipbuilding contractor shall furnish the following types B and D
plans of the underwater sound and electric visual signalling installations.  The
Type B plans of these two systems should be submitted for approval separate from
all other plans and in any order desired.  It is not intended that the approval
of these plans will in any way affect the plans of the radio, electrical, interior
communication or other equipment installed within the same space as the underwater
sound equipment.  The plans required hereunder of the electric visual signalling
equipment shall be indexed under file Group S66 and those of the underwater sound
system under file Group S68.

     (a)  Wiring:

          (1)  Elementary diagram of the complete electric visual signalling
               system.
          (2)  Isometric diagram of the complete electric visual signalling
               system.
          (3)  Elementary diagram of the complete underwater sound system.
          (4)  Isometric diagram of the complete underwater sound system.

     (b)  Arrangement:

          (1)  Arrangement plan indicating the location of each unit of the
               electric visual signalling system.
          (2)  Arrangement of each underwater sound space and of other spaces
               in which units of the underwater sound are installed, in-
               cluding sea chests and hull fittings.

     (c)  Miscellaneous:

          (1)  Detailed plans and/or instruction books for all electric
               visual signalling and underwater sound equipment or associ-

S1-1

-34-

ated special material furnished by the shipbuilding con-
tractor. (Detailed plans and instruction books of "Govern-
ment Furnished" equipments are not required to be furnished
by the shipbuilding contractor)

(2) List of all items of electric visual signalling and underwater
sound equipment comprising the complete installation.

S1-1-£. Electrical plan requirements.

1. Plans showing runs of wire leads and structural work together shall have
the wire leads shown as heavy lines, and structural work (outlines of decks, bulk-
heads, etc.) in light lines.

2. All working deck plans and general arrangement plans showing electrical
wiring, shall have all structural work shown (such as doors, hatches, skylights,
stanchions, coal chutes, manholes, removable plates, together with their names
and compartment numbers, etc.) which might in any way affect the run of the elec-
trical wireways.

3. The symbols used on plans to indicate types of appliances, fixtures, etc.,
shall be in accordance with Bureau of Ships standard plan 9-S-3744-L. Each plan
on which appliances, fixtures, etc., are shown by a symbol shall, for convenient
identification, have on it a table which shall show in parallel columns each symbol
used with its name and/or descriptive identification; this applies in particular to
isometric and working wiring deck plans. All cables shown on plans shall be identi-
fied in accordance with Subsection S28-2. Where bureau standard forms are available
they shall be followed in the preparation of plans.

4. Working wiring deck plans shall be of 1/4-inch scale on surface vessels and
3/8-inch scale on submarines; or larger as required for satisfactory legibility.
These plans shall be submitted after diagrammatic (elementary and isometric) plans
have been approved, and shall show the proposed location and type of fixtures, ap-
proximate location of motors and motor generators, fans, I.C. instruments, and all
other electrical apparatus, complete wiring, nature of wireways, and all appliances,
such as feeder junction boxes, feeder distribution boxes, distribution boxes, switches,
receptacles, etc.

5. Each system wiring plan shall have a reference plan table referring to all
other plans of the system (this includes elementaries, isometrics, deck and feeder
lists); this table shall list in paralleled columns both the contractors and bureau
numbers and alterations of each. In the case of deck plans, one of the decks (pre-
ferably Hold-Ford) only, shall bear the list of reference plans and their respective
alteration numbers - in case of alteration to one of the system plans, it will there-
fore be necessary to change only the alteration numbers of reference plans on this
single deck plan.

S1-1

-35-

6. The schedule of plans of electrical installation and the elementary diagram of the power distribution system shall be submitted at the earliest practicable date after award of contract. All power systems lighting system, and general plans as listed in subparagraph S1-1-k-5 shall be submitted for approval in the general order stated in that subparagraph.

7. On elementary and isometric wiring diagrams and on deck plans, the extensive use of single lines to represent several cables, is unsatisfactory; a limited use of single lines for this purpose will be satisfactory. However, this shall be limited to instances where a group of leads start at one point (as at a panel or terminal board) and all proceed in the same direction to end in one general vicinity – and in these instances there should be no branches off the main single line run; wherever the single line scheme is used the loads shall be carefully labeled at each end of the single line where they are again separated.

8. All interior-communication and fire control plans shall be submitted for approval in the order stated in subparagraph S1-1-k-5 and on separate sheets. (One system only shall be shown on a sheet). When practicable equipment plans shall be submitted prior to the submission of installation plans. Additional plans which may be necessary to show special features or points not otherwise clear shall be submitted as required. Deck plans shall show general arrangement and wireways, including location of junction boxes, distribution boxes, and other principal wiring appliances.

9. The diagrams on lists of lighting feeders and mains shall show the number of each and every circuit and circuit section (feeders, mains, submains, and branches). In this numbering care must be exercised in order to leave numbers available in sequence for each spare connection in a box (each spare on a box should be shown by a stub line). Also the deck plans shall show the number of each circuit (feeders, mains, submains, and branches) which passes through a deck bulkhead, or barrier or out of the same compartment from which it is fed; refer to Subsection S28-2. This marking is intended to provide proper identification of the circuits, so as to facilitate the tracing of the circuit after installation.

10. The approved Type B plans of the electrical installation shall be followed in making the actual installation except as modified by this paragraph and any major developments or deviations therefrom – which are approved locally by the supervisor of shipbuilding or the Navy Yard – shall be accompanied by immediate alteration of the approved Type B plans involved to show such departures. By major developments or deviations is meant changes which if not shown would lead to confusion in checking or tracing a circuit or fittings. Since the installation as actually made will be in strict conformity with and shown in all important details on the Type B plans, which will thus include all such major develop-

Sl-1

-36-

ments and alterations made and approved by local authority, it is contemplated
that new tracings made of such Type B plans will be furnished as the Type D
drawings required under paragraph Sl-1-g.   It shall be noted in particular,
that on this basis it will not be necessary to make wiring deck plans from the
work to show exact locations of cables, fixtures, etc. - it being considered
sufficient that the wiring installation plans shall have cables, fixtures, appli-
ances, etc., shown in the proper compartments in their approximate locations,
irrespective of exact location, as in the case on the Type B plans. No Type D
finished deck plans will be required of the interior communication and fire-con-
trol systems. Where one set of Type D finished plans are furnished for more than
one vessel of a group, all major departures for any individual vessel or vessels
shall be clearly indicated by notes on the basic plan, or by such supplementary
plans as may be necessary if such departures are extensive.

    11. Multisheet electrical plans (plans requiring more than one sheet)
shall be assigned one file number with sheet numbers as required. This shall
include such plans as   Electrical Data for Motor Driven Auxiliaries - Lists
of Feeders and Mains. Power Analysis and Summary of Feeders -. List showing
Switch Arrangements, etc., of Distribution Panels   List of Fixtures and Ap-
pliances, etc., - Illumination Survey Data - and split plans, such as where
it is necessary because of the length to split a plan such as Elementary Dia-
gram of Power Distribution System. This does not apply to multisheet plans of
apparatus such as switchboards, generators, etc.

    12. The general plans, required by paragraph Sl-1-k-5(d), items 2 to 28
inclusive, shall be entitled "General arrangement of electrical equipment in --
-.- -.- .-.- " and shall include the following minimum information:

        (a)  Outline views of all electrical equipment in the compartment
            (shown in heavy weight lines).

        (b)  Location of all stenchions, hatches, doors, vent ducts, beams,
            manholes, salt water pipes, fresh water pipes, etc -

        (c)  Outline views of all other equipment in the compartment, such as
            Diesel engines, turbines, etc , (shown in light weight lines).

        (d)  Outline views only of wireways. Individual detail run of cables
            are specifically not desired.

        (e)  A small scale sketch showing the relation of the compartment to
            surrounding compartments, including accesses, etc.

Where plans showing the detail run of individual cables in the various compart-
ments are required by the shipyard they shall be entitled - "Arrangement of
wiring installation in - - - - - - ". These plans should not be forwarded to
the bureau for approval or file unless specifically requested.

S1-1

-37-

S1-1-m.  Radio plan requirements.

1.  Wiring:

(a) The elementary wiring plan of the complete radio installation in a vessel should preferably be on one sheet and include all radio apparatus to be installed in all spaces. No other apparatus or wiring except radio should be included on this plan. Each space, in which radio apparatus is to be installed, should be indicated on plan by an outlined area appropriately labeled and each unit of the various equipments indicated therein by block method. Each cable between units within a space and between spaces may be indicated by single heavy lines. Single lines to represent more than one cable should not be used. Each lead shall be marked with cable type and designation. Power supply wiring between the radio power panels and the apparatus, or receptacles therefor, shall be included. Transmitter remote control, radiophone, frequency meter and receiver extension circuits and antenna bus circuits, shall be in accordance with type plans furnished by the bureau. Inter-connection of equipments shall be in accordance with installation plans or instruction books furnished by the manufacturers of the equipments or by the bureau.

(b) The isometric wiring plan of the radio installation should include only that portion of the different decks traversed by radio cables and transmission lines. All cables between radio spaces, radio direction finder stations, remote control stations, motor-generator spaces, etc., shall be included on this plan. All leads shall be marked with cable type and designation to agree with the elementary wiring plan.

(c) The elementary wiring plan of the radio broadcast receiving antenna distribution system shall include all wiring between antenna and all outlets. The locations of antenna transformers, amplifiers, filters, branch transformers and all outlets shall be indicated on plan. Cable types and designations shall be indicated. If space permits, the isometric wiring diagram may be included on same plan with elementary wiring. The runs of all cables and the locations of all units of the system shall be shown on the isometric diagram. (See subsection 867-1).

2.  Arrangement:

(a) A plan view and an elevation view of each bulkhead, in which radio apparatus or material is concerned, should be shown for

Sl-1

-38-

each radio space, rain communication station, coding room, direction finder station, motor-generator room or other space in which an appreciable amount of radio equipment is installed. Spaces in which only remote station units, such as radiophone, key-control and jackbox units are installed, need not be included on radio arrangement plans. All radio equipment and material should be indicated by heavy lines. Structural members, ventilating ducts, piping, electrical equipment, interior communication equipment and all other apparatus or material, which may or may not affect the arrangement of radio equipment, should be indicated in outline by light lines. No wiring except antenna busses, and connecting leads thereto, should be shown on arrangement plans.

(b) Arrangement plans of topside antennas shall include an elevation view (profile) and a plan view if necessary to clearly show all antennas. The plan(s) shall show all transmitting, receiving and direction finder sense antennas and their lead ins to the point of entrance. Routing, points of attachment, yardarms, outriggers, pendants, insulators, and size, type and length of wire or cable should be indicated on these plans.

(c) Arrangement plans of antenna trunks shall show the routing, size, length, size of conductor, type and number of supporting insulators and number of access openings.

3. Miscellaneous:

(a) Detailed plans and instruction books shall be furnished covering all radio equipment furnished by the contractor, except where specifically waived. This requirement is not intended to include minor items of incidental installation material such as cable, stuffing tubes, clamps, brackets, etc , but only major items of radio apparatus furnished by the contractor. Plans shall include sufficient details to permit manufacture therefrom Instruction books shall include sufficient information to permit installation, operation and maintenance by Navy personnel. The books should be submitted to the Bureau for approval.

(b) The list of radio equipment plan shall include information grouped under the following headings where applicable    Symbol or symbol number (or both), quantity, Navy model or type; description, serial number, supply voltage, ship's power required, weight, Bureau drawing number, manufacturer's drawing number, remarks, and any other information desired added by the contractor.

S1-1

-39-

Sl-1-n.  Underwater sound and visual signalling plan requirements.

1.  Wiring:

(a)  The elementary wiring plan of each complete underwater sound and visual signalling installation in a vessel should preferably be on one sheet and include the apparatus to be installed in all spaces or locations.  No other apparatus or wiring except underwater sound or visual signalling should be included in these plans.  Each space, in which the apparatus is to be installed, should be indicated on plan by an outlined area appropriately labeled and each unit of equipment indicated therein by block method.  Each cable between units within a space and between spaces shall be indicated by single heavy lines.  Single lines to represent more than one cable should not be used.  Each lead shall be marked with cable type and designation.  Power supply wiring between the power panels and the apparatus shall be included.  Interconnection of equipment shall be in accordance with installation plans or instruction books furnished by the manufacturer of the equipment or by the Bureau.

(b)  The isometric wiring plans of the underwater sound and visual signalling installations should include only that portion of the different decks traversed by the cables.  All leads shell be marked with cable type and designation to agree with the elementary wiring plan.

2.  Arrangement:

(a)  A plan view and an elevation view of each bulkhead, in which underwater sound apparatus or material is concerned, should be shown for each underwater sound space, motor-generator room or other space in which an appreciable amount of sound equipment is installed.  All sound equipment and material should be indicated by heavy lines.  Structural members, ventilating ducts, piping, electrical equipment, interior communication equipment and all other apparatus or material, which may or may not affect the arrangement of sound equipment, should be indicated in outline by light lines.

(b)  Arrangement plans showing the electrical visual signalling equipment shall show location of the 12-inch and 24-inch searchlights in plan view and all interferences in elevation to show coverage of each light.

S1-1

-40-

3.  Miscellaneous:

(a)  Detailed plans and instruction books shall be furnished cover-
ing all underwater sound and visual signalling equipment fur-
nished by the contractor, except where specifically waived.
Plans shall include sufficient details to permit manufacture
therefrom.  Instruction books shall include sufficient informa-
tion to permit installation, operation and maintenance by Navy
personnel.  The books should be submitted to the Bureau for ap-
proval.

(b)  The list of underwater sound and visual signalling equipment
plan shall include information grouped under the following
headings where applicable - symbol or symbol number (or both),
quantity, Navy model or type, description, serial number, sup-
ply voltage, ship power required, weight, Bureau drawing number,
manufacturer's drawing number, remarks, and any other informa-
tion desired added by the contractor.

S1-1-o.  Symbols for electrical installation of vessels.

1-  Symbols used on drawings to indicate type of appliances, etc., shall
be in accordance with Bureau of Ships plan No. 9 S-3744-L, revised to date of
bid.

S1-1-p.  Inspection and performance acceptance tests.

1.  Unless otherwise specified, the inspections and tests made in accord-
ance with the requirements of the applicable specifications shall be recorded
in a complete test report as hereinafter stated.  These reports may be made on
manufacturer's or contractor's test forms, except when Standard Forms (see Ap-
pendix I) have been prepared by the Bureau.

2.  The inspections and tests which may be required by the applicable speci-
fications and which shall form the basis of test reports are as follows:

(a)  Separate tests of driving or driven units.
(b)  Combined assembly tests of driving and driven units.

3.  All combined assembly performance acceptance tests shall include all
data required by applicable material specifications as follows:

(a)  Test report of driving unit.  For alternating-current motors
refer to Navy Department Specification 17M10.  For direct
current motors refer to Navy Department Specification 17M17
and Factory Test Record, Form I.M.M. 21.

Sl 1

41

(b) Test record of controller (if involved). For alternating-current controllers, refer to Navy Department Specification 17C10. For direct-current controllers refer to Navy Department Specification 17C17 and Factory Record, Form I.N M. 23.

(c) Test record of generators (if involved). For alternating-current generators, refer to Navy Department Specification 17G8 and Factory Record, Form I.N.M 36. For direct current generators refer to Navy Department Specification 17G7 and Factory Record, Form I.N M. 22.

(d) Test record of driven unit, including copies of all recorded test data and characteristic curves plotted therefrom (where required).

(e) Test report of the combined assembled unit, including a definite report on the suitability of the driving unit (and controller, if furnished) for its specific application and harmony of assembly of all independent units going to make up to the complete equipment.

4. Distribution of complete test reports on the combined assembled units shall be as follows, except when applicable material specification requires that test data be indicated on and made a part of the plans for the equipment.

(a) Two to Bureau of Ships.
(b) One to each vessel concerned (to be forwarded via supervisor of shipbuilding or commandant of the building yard).
(c) Two to each supervisor of shipbuilding (one for the supervisor's files, the other for the shipbuilder), for privately built ships.
(d) One to commandant of each building yard concerned, for Navy Yard built vessels.
(e) One for primary district inspection office.
(f) One for branch inspection office (if any)

81–1

| Piece No. | Name of piece | Number required | Material | Material specifications | Drawing Nos.[1] | |
|---|---|---|---|---|---|---|
| | | | | | Contractor | Bureau |
| | **LIST OF MATERIAL** | | | | | |
| | (Quantities are for 1 globe valve) | | | | | |

Table I.

R.D 002

STANDARD TITLE BLOCK
FOR CONTRACTORS PLANS
TITLE
CONTRACTORS PLAN NUMBER

SUPERSEDED

S1-1
Amendment No. 1
1 July 1941

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Ships, Navy Department

SUBSECTION S1 1 - PLANS

The following changes should be made in the March 1941 edition:

Par. S1-1-k.   Type B and D drawings -- list of plans.
Subpar. 5(a)(3):
 Fourth line, change "S1-1-k-5(a)(2)" to "S1-1-k-5(a) and S1-1-k-5(b)".
 Sixth line, delete "in one of the following ways" and substitute "as follows".
Subpar. (b), delete.

21256