# EXHIBIT 6

461252.1

Case 3:14-cv-00013-GC-TJB    Document 82-8    Filed 03/17/14    Page 2 of 100 PageID: 1090

■ 9999906 2106143 903 ■

Raytheon
Santa Barbara
Library c. 1

MIL-M-15071C(SHIPS)
10 SEPTEMBER 1957
SUPERSEDING
MIL-T-15071B(SHIPS)
16 AUGUST 1954

## MILITARY SPECIFICATION

## MANUAL, TECHNICAL, FOR MECHANICAL

## AND ELECTRICAL EQUIPMENT (LESS ELECTRONICS)

### 1. SCOPE.

1.1 Scope. — This specification covers the minimum requirements for preparing and revising technical manuals for electrical and mechanical equipment(s). The requirements for electronic equipment are covered in Specification MIL-M-16616. In addition, it covers the requirements for approval procedures; production and reproduction; quality and distribution; and packing and packaging.

1.2 Classification. — Technical manuals shall be of the following types as specified (see 6.1):

Type I — Type I manuals are required for experimental equipment procured to determine either military suitability or the ability of a manufacturer to meet military specifications. (See 3.1 and 3.2)

Type II - Type II manuals are required where the equipment to be described has no direct commercial counterpart or which is sufficiently complex that more extensive information is necessary. (See 3.1 and 3.3)

Type III — Type III manuals are required where the equipment to be described is an adaptation or variation of conventional commercial equipment, where, with certain modifications and additional data, the type of instruction matter normally furnished will serve the purpose. (See 3.1 and 3.4)

Type IV — Type IV manuals are standard commercial manufacturers' instructions on relatively simple equipment which will be adequate subject to minor modifications. (See 3.1 and 3.5)

### 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards, drawings and publications, of the issue in effect on date of invitation for bids form a part of this specification:

SPECIFICATIONS

FEDERAL

LLL-B-631-Boxes; Fiber Corrugated (for Domestic Shipment).
LLL-B-636-Boxes; Fiber Solid, (for Domestic Shipment).
PPP-B-585-Boxes; Wood, Wirebound.
PPP-B-591-Boxes; Fiberboard, Wood-Cleated.
PPP-B-601-Boxes; Wood, Cleated-Plywood.
PPP-B-621-Boxes; Wood, Nailed and Lock-Corner.

MILITARY

JAN-P-108-Packaging and Packing for Overseas, Shipment Boxes, Fiberboard (V-Board and W-Board), Exterior and Interior.
MIL-P-116-Preservation, Methods of
MIL-B-10377-Boxes; Wood-Cleated, Veneer, Paper Overlaid.
MIL-L-10547-Liners, Case, Waterproof.

3084

Licensed by Information Handling Services

■ 9999906 2107143 8TO ■

MIL-M-15071C (SHIPS)

NAVY DEPARTMENT

General Specifications for Inspection of Material.

STANDARDS

MILITARY

MIL-STD-218-2 Technical Manuals Part 2 — Production or Procurement of Artwork for Technical Manuals.
MIL-STD-218-3 Technical Manuals Part 3 — Preparation of Manuscript (Final, Typed) for Technical Manuals.
MIL-STD-12     Abbreviations for use on Drawings.
MIL-STD-15     Electrical and Electronic Symbols.
MIL-STD-16     Electrical and Electronic Reference Designations.
MIL-STD-17     Mechanical Symbols.
MIL-STD-103    Abbreviations (for Electrical and Electronic Use).
MIL-STD-129    Marking for Shipment and Storage.

DRAWINGS

BUREAU OF SHIPS

S0103-73729 — Standard Drawing Format for Production Drawings Prepared by Contractor or Manufacturer for approval by Government Agencies.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DD441 (Attachment) — Industrial Security Manual for Safeguarding Classified Information.

(Copies of specifications, standards, drawings and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications. — The following document forms a part of this specification. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

CONSOLIDATED CLASSIFICATION COMMITTEE

Consolidated Freight Classification Rules.

(Application for copies should be addressed to the Consolidated Classification Committee, 202 Chicago Union Station, Chicago 6, Ill.)

3. REQUIREMENTS.

3.1 General requirements.

3.1.1 Material. — The minimum material requirements shall be as specified hereinafter. A good grade of printing and materials shall be used when not definitely specified.

3.1.2 Identification. — Technical manuals shall be identified by a Navy identification number of the form "NAVSHIPS 300-0000" (see figures 1 and 2). Numbers will be assigned only by the Bureau of Ships upon receipt of a preliminary copy of the manual. In urgent cases, a letter request, containing complete descriptive data of the equipment, will be honored for the purpose of assigning a NAVSHIPS number (see 3.1.8.1). This number shall be imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page of all final copies of the manuals prior to distribution (see figures 1 and 2).

2

Licensed by Information Handling Services

■ 9999906 2107144 737 ■

MIL-M-15071C(SHIPS)

**3.1.3 Copyright.** – Technical manuals shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all manuals procured under this specification.

**3.1.4 Security classification.** – The security classification of the manuals shall be as designated by the bureau or agency concerned. If classified, the security requirements of the Industrial Security Manual for Safeguarding Classified Information DD441 (Attachment) shall be followed. For classified manuals all pages shall bear appropriate security classification located as shown on figures 1 through 13. The word "UNCLASSIFIED" shall appear on each page of unclassified sections of classified manuals. Revisions (see 3.1.6) shall be classified as required by their subject matter. Revised pages (see 3.1.6.2) shall have the same classification as the original pages, unless otherwise specified by the bureau or agency concerned. Information with a security classification higher than that established in table I for a section that is considered essential shall be brought to the attention of the bureau or agency concerned. A volume shall be classified the same as the highest classification within the volume. The sections of the manual shall be classified as shown in table I, unless the bureau or agency concerned approves content with a higher classification.

TABLE I

| SECTION | Equipment classification | | |
| --- | --- | --- | --- |
| | UNCLASSIFIED. | CONFIDENTIAL[1] | SECRET |
| 1. General Information | UNCLASSIFIED | CONFIDENTIAL[1]. | SECRET |
| 2. Principles of Operations | UNCLASSIFIED | CONFIDENTIAL[1] - | SECRET |
| 3. Operating Instructions | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 4. Installation | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 5. Maintenance. | UNCLASSIFIED | CONFIDENTIAL[1] | SECRET |
| 6. Parts list | UNCLASSIFIED | UNCLASSIFIED | UNCLASSIFIED |
| 7. Drawings | UNCLASSIFIED · | CONFIDENTIAL[1] | SECRET · |

[1]Substitute - "Confidential - Modified handling authorized" - for equipments so classified.

In addition to being marked with the appropriate security classification each classified manual shall bear the following notation printed on the title page (as shown on figure 2):

"WARNING: This material contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or revelation of which in any manner to an unauthorized person is prohibited by law."

**3.1.5 Additional manuals.** – There shall be printed upon the title page of all final manuals the notice as shown on figure 2 advising where additional copies of the manual may be obtained.

**3.1.6 Revision to incorporate changes.** – New, revised, or supplementary pages shall be furnished until the guarantee period of the equipment expires.

**3.1.6.1 New pages.** – When it is found necessary to include new information to augment the content of the original manual, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line, the month and year of issue. New pages shall bear the same number as the page they follow and shall be further annotated using the decimal system; for example, original page 1-1-14, new pages 1-1-14.1 and 1-1-14.2 (see 3.3.2.5 for numbering). A reproduction copy of each new page shall be provided.

3 ·

Licensed by Information Handling Services

■ 9999906 2107145 673 ■

MIL-M-15071C(SHIPS)

3.1.6.2 **Revised pages.** – If it is determined that information originally furnished in manuals must be changed for clarification, correction or because every equipment covered by the manual has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace and if the revised information should require the use of additional pages they shall be annotated using the decimal system (see 3.3.2.5 for numbering.) A reproduction copy of each revised page shall be provided.

3.1.6.3 **Supplementary pages.** – In instances where modifications are made only to a portion of the total number of equipments covered by the manual, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner adjacent to the page number but toward the binding edge of each page. Include, on the first line, the word "Supplementary" followed by the NAVSHIPS identification number, on succeeding lines the hull numbers of the specific ships to which the page applies and on the last line, the month and the year of issue. Supplementary pages shall bear the same number as the manual page they follow and shall be further annotated using the decimal systems; for example, original page 1-1-14, supplementary pages 1-1-14.1 and 1-1-14.2. (See 3.3.2.5 for numbering.) A reproduction copy of each supplementary page shall be provided.

3.1.7 **Time of delivery.** – Every effort shall be made to submit the preliminary manual in ample time to permit approval and final printing prior to the delivery date of the equipment (see 3.1.8.1). Two copies of each final manual shall be delivered with the first unit and each succeeding unit of equipment shipped (see 3.6). If final manuals are not available at the time of delivery of equipment, two copies of an adequate preliminary manual packed with each unit of equipment shall be furnished. In all instances where preliminary manuals are furnished in lieu of final manuals they shall be replaced with final manuals within 60 days (see 3.1.8.2.4).

3.1.8 **Preliminary manuals.** –

3.1.8.1 **Method of approval.** – Prior to printing final manuals, the manufacturer shall prepare and submit, as indicated herein, a preliminary manual, in duplicate, for approval and assignment of a NAVSHIPS number (see 3.1.2). NAVSHIPS numbers will be assigned only by the Bureau of Ships. At the time of submission of preliminary manuals, the manufacturer shall submit a letter of transmittal forwarding the preliminary manual which shall state the expected delivery date of final manuals and the quantity of manuals being furnished for stock in accordance with 3.6. The preliminary manuals shall be forwarded by the contractor to one of the following activities, as appropriate:

(a) *Manuals procured by the Bureau of Ships* - Contractor shall forward preliminary copies via the cognizant Government inspector to the Bureau of Ships for approval and assignment of a NAVSHIPS number.

(b) *Manuals procured by Naval activities other than the Bureau of Ships* – Contractor shall forward preliminary copies to the Naval activity for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

(c) *Manuals procured for the Navy by a commercial activity (such as a shipbuilder at a private yard) or other Government agency* – Contractor shall forward preliminary manuals to the cognizant Naval supervising activity or other Government agency, as appropriate, for their approval and transmittal to the Bureau of Ships for assignment of a NAVSHIPS number.

3.1.8.2 **Contents.** –

3.1.8.2.1 **Approval and procurement record page.** – In each preliminary manual exactly identical to one previously procured and assigned a NAVSHIPS number an approval and procurement record page (see figure 3a) shall be provided and inserted immediately following the title page. In each preliminary manual not exactly identical to one previously procured and assigned a NAVSHIPS number, an approval and procurement record page (see figure 3b) shall be provided and inserted immediately following the title page.

3.1.8.2.2 **Text.** – Preliminary manuals shall consist of a complete text of the instructions required for the type of manual to be furnished.

4

Licensed by Information Handling Services

■ 9999906 2107146 507 ■

MIL-M-15071C(SHIPS)

3.1.8.2.3 Figures. — Preliminary manuals shall contain a list of all figures (photographs, exploded views, and drawings) and shall include sample art work (all exploded views and sketches) which will appear in the final manual. If the final manual is to include test data, or a table of weights, for example, and if any of the items are not available when the preliminary manual is issued, then a foreword shall state which items have been omitted.

3.1.8.2.4 Manual identification. — In all instances where preliminary manuals are furnished in lieu of final manuals, the NAVSHIPS identification number preceded by the word "PRELIMINARY" shall be stamped or hand printed on the covers of all copies of the preliminary manuals prior to distribution (see 3.1.2). This number shall be imprinted on the upper left hand corner of the cover, and printed on the upper right hand corner of the title page.

3.1.8.2.5 Covers. — Covers for preliminary manuals shall be at least 20 by 26-65/500 - basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final manual. (See figure 1).

3.1.8.2.6 Printing. — The text of preliminary manuals may be printed by any quick, economical method, such as multigraph, mineograph or similar method.

3.2 Type I manuals. — The preparation and contents of the type I manuals shall be as specified in the individual contract or order.

3.3 Type II manuals. —

3.3.1 Contents. — Type II manuals shall contain the following information as applicable presented in the order listed (see figures 1 to 13 inclusive).

Front matter.
Section 1 - General information.
Section 2 - Principles of operations.
Section 3 - Operating instructions.
Section 4 - Installation.
Section 5 - Maintenance.
Section 6 - Parts list.
Section 7 - Drawings.
Memorandum.

Note. — When a manual covers an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be necessary to arrange the manual in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements listed herein. The order listed herein may be altered with the approval of the Bureau or agency concerned.

3.3.1.1 Front matter. — The front matter for type II manuals shall consist of the following:

(a) Cover.
(b) Title page.
(c) Approval and procurement record page.
(d) List of effective pages.
(e) Correction page.
(f) Table of contents.
(g) List of figures.
(h) List of tables.

3.3.1.1.1 The list of effective pages shall be required in classified manuals only, and in multiple volume manuals shall be a separate page for the contents of each volume.

3.3.1.1.2 The title page, table of contents, list of figures and list of tables shall be a separate page for the contents of each volume.

5

Licensed by Information Handling Services

■ 9999906 2107147 446 ■

MIL-M-15071C(SHIPS)

3.3.1.1.3 Approval and procurement record page. — In all final copies of the manual, the manufacturer shall include an approval and procurement record page inserted immediately following the title page: Figures 3a or 3b gives the format that shall be followed in its preparation.

3.3.1.1.4 List of effective pages. — A list of effective pages (see figure 4) shall be prepared for all final manuals classified for security purposes (see 3.1.4) and copies thereof. For multiple volume manuals there shall be prepared a separate list for the contents of each volume.

3.3.1.1.5 Correction page. — A correction page (see figure 5) shall be furnished for all final manuals and copies thereof for the purpose of making revisions in accordance with 3.1.6. For multiple volume manuals there shall be prepared a separate correction page for each volume.

3.3.1.1.6 Table of contents. — The table of contents (see figure 6) shall list all primary divisions and secondary subdivisions such as chapters, sections, and main paragraphs, with their corresponding paragraph numbers and page numbers. Where sub-manufacturers are furnishing associated equipment it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.

3.3.1.1.7 List of figures and drawings. — A list of figures (see figure 7) which have been assigned figure numbers shall be prepared. The list shall be arranged in numerical sequence by figure number and shall give the figure title (see 3.3.3.8) and page number.

3.3.1.1.8 List of tables. — The list of tables (see figure 8) shall follow the list of figures and drawings. It shall include all tables assigned numbers and shall be arranged in numerical sequence by table number.

3.3.1.2 Section 1 — General information. — This section shall include general data, an introduction, and a detailed description.

3.3.1.2.1 General data. — This portion of the manual shall contain the following data:

(a) Component list and performance design characteristics: The name of each component and the respective manufacturer's name with its complete rated performance characteristics for continuous or intermittent operation and, where applicable, maximum permissible overload characteristics and their duration. In addition, a description of the the item shall be included to distinguish it from other items of the same general category. For instance, a motor shall be distinguished as to the specific type of motor for example, as a.c., synchronous, totally enclosed, etc.

(b) Navy type designation.
(c) Principal overall dimensions.
(d) Weights (with or without packing).
(e) Allowable clearances, temperatures, pressures, pressure and blow range settings or tolerances shall be shown in tabular form.

3.3.1.2.2 Introduction. — This division shall include a general description of the equipment; explain briefly what it is, where it is used, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains technical terms, terms not commonly used, or symbols, definitions shall be included.

3.3.1.2.3 Detailed description. — This division shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example, ship service turbogenerator, the turbine, reduction gear, generator and exciter.

3.3.1.2.4 Section 2 — Principles of operation. — This division shall contain a brief resume of the principles of operation. Figures, sketches, performance curves, and schematic wiring diagrams shall be included to convey an understanding of the function and operation of the equipment (see 3.3.1.2.9).

3.3.1.2.5 Section 3 — Operating instructions. — Information shall include routine and emergency procedures, and safety precautions; maximum and minimum loads; normal temperature or pressure limits or both; trans-

6

Licensed by Information Handling Services

■ 9999906 2107148 382 ■

MIL-M-15071C(SHIPS)

far from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) shall be described which should be taken in the event of power failure; control air failure; generating tube failure; lube-oil failure; steering gear failure; partial failure of equipment; and similar conditions. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until an opportune time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Operating data which is frequently referred to in operating the equipment shall be included. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.3.1.2.6 Section 4 — Installation. — This division shall contain methods of installation, including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, recommendations regarding shielding, safety guards, grounding or bonding.

3.3.1.2.7 Section 5 — Maintenance. —

3.3.1.2.7.1 Preventive maintenance. — This division shall cover all maintenance procedures, inspection, tests, test data, and adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of the equipment. Routine maintenance check charts or instructions or both shall be provided. They shall include, but shall not necessarily be limited to the following:

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to insure continuity of service at optimum performance.
(b) Tables or charts or both to indicate what is to be done, when it is to be done, and how to do it.
(c) Utilization of the test facilities which may be incorporated in the various components.
(d) Instructions for the care, inspection, and cleaning of all pertinent parts.
(e) Instructions stressing the importance of properly maintaining any safety devices or interlocks provided to prevent damage to equipment or injury to personnel.
(f) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

3.3.1.2.7.2 Corrective maintenance. — This division shall cover all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment upon initial installation or under other conditions such as after major overhaul where complete readjustment may be required. Included in this division shall be the following:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.
(b) Complete instructions on signal tracing for electric circuits, use of test instruments and other common servicing techniques.
(c) Ample figures, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained in other divisions may be used and referred to under this division without duplicating them.

3.3.1.2.8 Section 6 — Parts list. — This section shall contain identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Do not list standard hardware, structural parts, indicating instrument parts or other parts which have no maintenance significance.

3.3.1.2.8.1 Contents. — The parts list shall contain the following subdivisions:

(a) Introduction.
(b) Parts tabulation.
(c) Special tools.

3.3.1.2.8.1.1 Introduction. — This division shall contain sufficient instructions to explain the following:

7

Licensed by Information Handling Services

■ 9999906 2107149 219 ■

MIL-M-15071C(SHIPS)

(a) Any symbols used for the parts tabulation.
(b) All cross index systems employed.
(c) Titles or other markings intended to segregate different models.
(d) Other information as may be required to facilitate rapid and accurate use of the parts list.

3.3.1.2.8.1.2 **Parts tabulation.** — The parts tabulation shall contain information specified in 3.3.1.2.8.1.2.1 and 3.3.1.2.8.1.2.2 presented in an intelligible sequence. An intelligible sequence may be obtained by listing parts by spatial or functional groups.

3.3.1.2.8.1.2.1 **Tabulation for mechanical parts.** — Tabulation for mechanical parts shall contain the following:

(a) — Figure number. This shall denote the figure number wherein the part has been shown.
(b) — Index number. This number shall denote main assembly, sub-assembly or part identified which is utilized on the reduced size drawing(s) or other figure(s) included in the manual.
(c) — Nomenclature for part using actual manufacturer's name.
(d) — Number required.
(e) — Contractor's service part number.
(f) — Actual manufacturer's service part number.

3.3.1.2.8.1.2.2 **Tabulation for electrical parts.** — Tabulation for electrical parts shall contain the following:

(a) — Figure number. This shall denote the figure number wherein the part has been shown.
(b) — Index number or reference designation (see 3.3.1.2.9.3). This number shall denote main assembly, sub-assembly or part identified which is utilized on the reduced size drawing(s) or other figure(s) included in the manual.
(c) — Nomenclature for part using actual manufacturer's name. —
(d) — Number required.
(e) — Contractor's service part number.
(f) — Actual manufacturer's service part number.
(g) — In addition to the requirements of (a) through (f) a separate functional listing by part name shall be stated alongside each part giving the use, purpose, or the function of the part in the assembly.

3.3.1.2.8.1.3 **Special tools.** — A separate list shall immediately follow the parts tabulation under the heading "Special Tools" which are supplied with the equipment; that is, tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number.

3.3.1.2.9 **Section 7 — Drawings.** — This division shall contain reproductions of drawings, additional block diagrams, schematic drawings, and exploded views of explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable. A sufficient number of reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 13) shall be included to aid in the identifications of the parts in the "Parts List" (see 3.3.1.2.8). Other figures shall be included to supplement or extend the information contained in the reduced size drawings prepared in accordance with the standard drawing format shown on Drawing S0103-73729 as required for further identification of parts and explanation of the descriptive information contained in the text.

3.3.1.2.9.1 **Symbols.** — Symbols shall be used as necessary. Symbols utilized for the preparation of block diagrams, schematic diagrams, or other explanatory drawings which are not prepared in accordance with Drawing S0103-73729, shall be those contained in the applicable Military Standard as follows:

(a) Symbols for electrical equipment shall be in accordance with Standard MIL-STD-15.
(b) Mechanical symbols shall be in accordance with Standard MIL-STD-17.

8

Licensed by Information Handling Services

■ 9999906 2107150 730 ■

**3.3.1.2.9.2 Abbreviations.** — Abbreviations shall be used on drawings only when their meaning is unquestionably clear. Abbreviations when utilized on drawings which are not prepared in accordance with Drawing S0103-73729 shall be in accordance with Standards MIL-STD-12 and MIL-STD-103.

**3.3.1.2.9.3 Reference designations.** — For use on diagrams of electrical circuits which are not prepared in accordance with Drawing S0103-73729 the applicable reference designations contained in Standard MIL-STD-16 shall be utilized. These designations shall be utilized for the purpose of correlating graphical symbols shown thereon with the "Parts List" ( see 3.3.1.2.8.1.2.2) and descriptions of, and instructions concerning the circuits. A reference designation *is not* an abbreviation for the name of the part.

**3.3.1.2.10 Memorandum pages.** — Three blank sheets (six pages) shall be inserted at the end of the manual for memorandum purposes. Each page shall be marked "Memorandum" at the top center.

**3.3.2 Format.** —

**3.3.2.1 Volumes.** — Should the summation of information submitted result in an unreasonably bulky manual, the information shall be divided into two or more volumes. The cover of each manual (volume) shall be printed in accordance with figure 1 with the addition of the following as to the respective volume number and the number of volumes comprising the total information furnished; for example, VOLUME I of III; VOLUME II of III; VOLUME III of III. Each volume will be identified by the same NAVSHIPS number (see 3.1.2).

**3.3.2.2 Divisions (chapters or sections).** — Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively (see 3.3.2.5). In general, chapters shall be the main divisions of larger manuals and sections should be the main divisions of smaller manuals. Chapters in larger manuals may be further divided into sections.

**3.3.2.3 Page identification.** — At the top of each page the following shall appear (see figures 9 and 10):

(a) Each left hand page -
   (1) Briefed title of the manual flush with the outside margin.
   (2) Paragraph number flush with the inside margin.
(b) Each right hand page -
   (1) Division, chapter or section number and title flush with the outside margin.
   (2) Paragraph number flush with the inside margin.

**3.3.2.4 Paragraphs.** — Paragraphs shall not be titled or numbered more extensively than is necessary to facilitate reference. Individual paragraph numbering may be omitted, provided the text is so prepared that reference to each paragraph by number is unnecessary. Main paragraphs shall be numbered consecutively within each division, chapter, or section, using Arabic numerals separated by a dash. The number following the dash will indicate the number of the paragraph within the section; for example, "2-17" is the 17th paragraph of section 2. Similarly for manuals subdivided by chapter and section both the chapter and section number shall precede the paragraph number; for example, "2-4-10" is the 10th paragraph of section 4 contained in chapter 2. The main paragraph numbers and title shall stand alone on one line (see figures 9 and 10). It is suggested that individual steps of a step-by-step procedure be identified by step number rather than by paragraph number; for example, Step 1, Step 2, etc.

**3.3.2.5 Numbering.** — Front matter pages shall be numbered in lower case Roman numerals. The cover, title page, and approval and procurement record page shall not be numbered. Pages of the manual(s) shall be numbered consecutively within each division, chapter (or section). Arabic numerals shall be used for numbering for all pages other than the front matter. All odd numbered pages shall appear as right hand pages. Pages, tables, and figures shall be numbered consecutively within each chapter (or section) but each starting with the number "ONE". The page, table, and figure number shall be preceded by the chapter (or section) number. For example, page 3 in section 4 shall be numbered page 4-3; table 5 in section 2 shall be numbered table 2-5; figure 2 in section 1 shall be numbered figure 1-2. Where manuals are divided by chapter and section the chapter and section number both shall precede the pages, table, and figure number. Page numbers shall be placed at the lower outer corner of the page.

9

Licensed by Information Handling Services

■ 9999906 2107151 977 ■

MIL-M-15071C(SHIPS)

3.3.2.5.1 Fold over pages shall be right hand pages printed on one side only and when they are used they shall be assigned two page numbers. The page numbers shall appear on the face of the sheet at the lower righthand corner (see figure 13). Fold over pages shall be arranged so that page numbers and figure numbers are visible without unfolding. Fold over arrangements shall be as shown on figure 13.

3.3.2.6 Layout treatment. — The layout of the manuals shall be such as to conserve space without detracting from the utility or clarity of the material presented. Blank pages and spaces shall be avoided wherever possible with the exception specified in 3.3.1.2.10 and in 3.3.2.6.1. Normally, textual material shall be printed on both sides of the sheet. Figures serving no instructional function or to which no reference is made in the text shall not be used. Partial page figures within the text are highly desirable although several small figures may be grouped to form a single page layout. Whenever possible, figures within the text shall be located so that reference can be made from applicable text without turning a page. Whenever it is necessary to include fold over pages they shall be inserted at the end of the applicable division, chapter or section.

3.3.2.6.1 All drawings which are inserted as fold over pages shall be provided with a blank apron page at the left hand edge of the fold over page (see figure 13). This will permit the printed portion in its entirety to be visible while the text is being studied.

3.3.3 Text. —

3.3.3.1 Wording. — The text shall be factual, specific, concise, and clearly worded so as to be readily understandable to relatively inexperienced personnel involved in the operation and maintenance of the equipment, yet provide technicians with sufficient information to install, operate, service, and maintain the equipment at peak performance. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.3.2 Emphasis. — When necessary, emphatics such as "NOTE", "CAUTION", and "WARNING" shall be used as adjuncts to the text. These, however, shall be used as sparingly as is consistent with the real need. The appropriate adjunct to the text shall be selected in accordance with the following definition:
    (a) "NOTE" — An operating procedure, condition, etc., which it is essential to highlight.
    (b) "CAUTION" - Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
    (c) "WARNING" — Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

3.3.3.3 Grammatical person and mode. — The second person imperative shall be used for operational procedures; for example: "Disengage jacking gear from main engine reduction gears". The third person indicative shall be used for description and discussion; for example: "The jacking gear rotates the main shaft and main engine by engagement of the main reduction gears".

3.3.3.4 Nomenclature consistency. — Nomenclature used shall be consistent throughout the manual. For example, a part once identified as a "cover" shall not be referred to elsewhere as a "plate". That portion of the nomenclature that is used shall agree with the parts list nomenclature.

3.3.3.5 Tables and charts. — The use of tables and charts is desirable. Tables and charts shall be as simple as possible with sufficient explanation to make them easily used and understood. When material is presented in tabular form for ready reference purposes, as when listing weights, measures, condensed trouble shooting information, etc., the tabulation shall be numbered by table (or chart) number and chapter (or section) number. Thus, table 3 in chapter 4 shall be numbered table 4-3.

3.3.3.6 Measures. — The system of standard U. S. customary units of weights and measures shall be used. As a general rule all references to liquid capacities shall be given in U. S. standard units of liquid measure. When scientific or medical equipment is of a type which makes references to metric weights and measures customary, such references may be used.

3.3.3.6.1 Temperature references. — Temperature readings shall be given in degrees Fahrenheit or degrees Centigrade (Celsius), whichever is standard in U. S. industry. (In general, Fahrenheit is used with mechani-

Information Handling Services

■ 9999906 2107152 803 ■

MIL-M-15071C(SHIPS)

cal equipment and Centigrade (Celsius) is used with electric equipment.) Also, one may follow the other in parentheses, for example: 194°F (90°C) or 90°C (194°F).

3.3.3.7 **Figures** — A view of each assembly, sub-assembly and the component parts thereof shall be shown as necessary to supplement the text and aid in the identification of parts. Identification of illustrated parts with the listed parts shall be facilitated by the use of key numbers (or more commonly known as piece numbers or index numbers) and arrows which will identify assemblies, sub-assemblies and component parts thereof. Figures of the exploded type may be used. When the use of exploded views is not practical, simple cross sectional views may be used. It is preferable when cross sectional views are used that they be approved drawings or excerpts from approved drawings. In the event no applicable drawing is available, cross sectional views from manufacturer's drawings may be used. Reduced figures for reproduction from validated master figures do not require revalidation.

3.3.3.8 **Figure titles.** — Figure titles shall indicate clearly in a brief descriptive phase what is portrayed, by giving the function or process illustrated, the nomenclature of the equipment shown, or other pertinent and quickly understood identification.

Examples:

(a) Wing hydraulic system.
(b) Model D-3-401 wheel assembly.
(c) Measuring o.d. of clutch cone.
(d) Removing rotor and plate with fixture.

3.3.3.9 **Indexing and referencing of figures.** —

3.3.3.9.1 Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on figures with explanatory legend on the sketch or photo when an extremely large amount of nomenclature is required.

3.3.3.9.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrow head, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.3.3.9.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10 point type.

3.3.3.10 **Deleted figures.** — When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure_____deleted" in or near the place of deletion.

3.3.3.11 **Multiple reference.** — Where references are made in a paragraph to several items in the same figure, as in instructions detailing maintenance procedures, the figure number need be given only once at the beginning of the references (usually the beginning of the paragraph) with index numbers (or reference designation) of the items placed in parentheses in the body of the text where pertinent. Care shall be taken that such references are entirely clear. An example is the following portion of a paragraph:

"10. DISASSEMBLY OF AIR VALVE (see figure 1-5)
  a. Unscrew safety disc retainer (2) from valve body (1) and remove safety disc (3) and safety disc washer (4)."

3.3.3.12 **References to figures.** — Where reference is made to figures, the reference shall be to the figure number and the chapter (or section) number. The page number shall not be used. Where reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8) (see figure 1-5)."

3.3.3.13 **Specification and standard references.** — When Government specification or standard numbers are referred to, only the basic numbers shall be mentioned, omitting the revision letter suffix unless it is es-

 11

Licensed by Information Handling Services

■ 9999906 2107153 74T ■

MIL-M-15071C(SHIPS)

sential to mention a particular issue of a specification or standard. References to specifications and standards shall be made as follows: "Federal Specification P-S-661", "Military Specification MIL-C-5020", "Military Standard MIL-STD-105", etc. All materials, required for maintenance referred to in the manual, such as lubricants, solvents, additives, sealing materials, abrasives, etc., shall be described by Military Specification numbers where applicable. Commercial designations may be used when there is no applicable Government specification.

3.3.3.14 Numbers. — Numbers used at the beginning of a sentence shall be spelled out and followed by the numeral in parentheses.

3.3.4 Production and reproduction requirements for type II manuals. —

3.3.4.1 Graphics. — The quality of art work for type II manuals (such as photographs, renderings, line drawings and diagrams) shall conform to the quality requirements of Standard MIL-STD-218-2.

3.3.4.1.1 Photographs. — Photographic figures shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched as necessary to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3.3.4.1.2 Exploded views. — Exploded views may be used for representation of parts of machinery or equipment to show proportionate size, proper relation to other parts, and assembly or disassembly sequence. It is preferable that all parts be exploded in isometric projection of their line of assembly axis (see figure 12).

3.3.4.2 Color. — Color shall be used functionally where it is absolutely necessary to show electrical or mechanical circuits, the flow of materials, schematic diagrams or operational diagrams. Cross hatching or similar methods of media shall be employed in lieu of color wherever possible. Color selection shall be based on the primary colors, which may be used in flat combination or screened for texts. A legend on the artwork shall explain the significance of each color used. In no case shall color be used for background or other decorative purpose.

3.3.4.3 Printing. — Printing shall be done by either photo-offset, or letterpress method, and shall be of equal quality to first-class commercial work. Reproduction copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped or typewritten copy as second choice. Final typed manuscript shall conform to the requirements of Standard MIL-STD-218-3. The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material prepared for earlier manuals. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed necessary.

3.3.4.3.1 Arrangement. — The text may be arranged in the form of either two vertical columns or a single wide column. The two column arrangement shown on figure 10 is preferred; the single column arrangement is shown on figure 9. Right hand margins shall not necessarily have lines flush at the right, but care shall be taken to prepare a generally uniform margin. Final trim size shall be 8-3/8 by 10-7/8 inches. Test shall be printed on both sides except as otherwise specified herein for fold over pages.

3.3.4.4 Paper. — The paper for the photo-offset reproduction shall be preferably 25 by 38-50/500 basic offset; for letterpress 25 by 38-70/500 basic dull coated book paper.

3.3.4.5 Covers. — Covers for manuals less than ½ inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material, weight 6-½ to 7-½ ounces per square yard (finished cloth). Covers for manuals over ½ inch thick shall be made of semiflexible board covered with black fabrikoid material, weight 6-½ to 7-½ ounces per square yard. The information shown on figure 1 shall be imprinted in gold, silver, or aluminum color on the cover. Backbones of manuals over ½ inch thickness shall be imprinted with the NAVSHIPS number (Navy identification number) and title in brief. Covers shall overlap the top, bottom, and outside edge of the manual by 3/16 of an inch. Outside corners of the cover shall be slightly rounded.

3.3.4.6 Binding. — The binding shall be loose-leaf using 3/16 inch metal posts and screws, top and bottom posts 3/8 inch from the outside edge with the three posts spaced on 4-¼ inch centers. Covers for manuals ½ inch thick or more shall have a binding flange of corrosion-resistant metal covered 700 quality fabrikoid. On manuals

12

-Licensed by Information Handling Services

■ 9999906 2107154 686 ■

containing less than 50 pages (25 sheets), split type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.

3.3.4.6.1 **Fillers.** — Fillers made of newsboard or similar material shall be inserted where needed to build up the binding edge to the same thickness as the outside edge. Fillers shall be spaced throughout the binding edge of the manual such that the pages of the manual shall not be bent.

3.3.4.7 **Drawings.** — When drawings are necessary to illustrate the description, operation and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 13) and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. See 3.3.2.6 regarding partial page figures and fold-over pages. Care shall be taken in the preparation of drawings for reproduction to insure that when the drawings are reduced in size they shall be clear and legible.

3.3.4.8 **Figures.** — (NOTE: This paragraph does not pertain to reduced size reproduction of approved drawings which may be extracted and used as figures in a manual.) The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining area of a figure having similar values shall be avoided. Edges of all silhouette half-tone figures shall be sharply defined by retouching. Exploded views and cutaways shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion. Except for diagrams, schematic, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading medium to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross section views.

3.3.4.9 **Reproduction copy.** — Reproduction copy shall be prepared in accordance with 3.3.4.3. If offset negatives are used in the publication of the manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. Regardless of the method of printing used, one glossy print or negative of each halftone figure included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. This requirement does not apply to manuals for which reproduction copy has been previously furnished. Where color is used (see 3.3.4.2) suitable copy for each separate color plate will be rendered properly identified showing register marks. Color plates shall also be forwarded to Naval Supply Depot, Mechanicsburg, Pennsylvania.

3.3.4.10 **Security requirements.** — The security requirements prescribed in Section IX — Graphic Arts of the Industrial Security Manual (DD Form 441-Attachment) shall be observed during the production, reproduction, and distribution of graphic arts involving classified information.

3.4 **Type III manuals.** —

3.4.1 **Contents.** — Type III manuals shall contain the following information as applicable presented in the order specified as follows (see figures 1 to 13 inclusive):

> Front matter
> Section 1 — General information
> Section 2 — Operating instructions.
> Section 3 — Installation.
> Section 4 — Maintenance.
> Section 5 — Parts list.
> Section 6 — Drawings.
> Memorandum.

**Note.** — When a manual covers an equipment composed of several distinct units (for example, a pump unit consisting of a pump and motor), it may be necessary to arrange the manual in major divisions, each covering one unit. If so,

13

Licensed by Information Handling Services

■ 9999906 2107155 512 ■

MIL-M-15071C(SHIPS)

the major divisions may be arranged by subdivisions, each corresponding to the requirements listed herein. The order listed herein may be altered with the approval of the bureau or agency concerned.

3.4.1.1 Front matter. — The front matter for type III manuals shall consist of the following.

(a) Cover.
(b) Title page.
(c) Approval and procurement record page.
(d) List of effective pages.
(e) Correction page.
(f) Table of contents.
(g) List of figures.
(h) List of tables.

3.4.1.1.1 The list of effective pages shall be required in classified manuals only, and in multiple volume manuals shall be a separate page for the contents of each volume.

3.4.1.1.2 The title page, table of contents, list of figures and list of tables shall be a separate page for the contents of each volume.

3.4.1.1.3 Approval and procurement record page. — In all final copies of the manual, the manufacturers shall include an approval and procurement record page inserted immediately following the title page. Figures 3a or 3b gives the format that shall be followed in its preparation.

3.4.1.1.4 List of effective pages. — A list of effective pages (see figure 4) shall be prepared for all final manuals classified for security purposes (see 3.1.4) and copies thereof. For multiple volume manuals there shall be prepared a separate list for the contents of each volume.

3.4.1.1.5 Correction page. — A correction page (see figure 5) shall be furnished for all final manuals and copies thereof for the purpose of making revisions in accordance with 3.1.6. For multiple volume manuals there shall be prepared a separate correction page for each volume.

3.4.1.1.6 Table of contents. — The table of contents (see figure 6) shall list all primary divisions and secondary subdivisions such as chapters, sections, and main paragraphs, with their corresponding paragraph numbers and page numbers. Where submanufacturers are furnishing associated equipment it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents.

3.4.1.1.7 List of figures and drawings. — A list of figures (see figure 7) which have been assigned figure numbers shall be prepared. This list shall be arranged in numerical sequence, by figure number and shall give the figure title (see 3.4.3.7) and page number.

3.4.1.1.8 List of tables. — The list of tables (see figure 8) shall follow the list of figures and drawings. It shall include all tables assigned numbers and shall be arranged in numerical sequence by table numbers.

3.4.1.2 Section 1 — General Information. — This section shall include general data, an introduction and a detailed description.

3.4.1.2.1 General data. — This portion of the manual shall contain the following data:

(a) Component list and performance design characteristics. The name of each component and the respective manufacturer's name with its complete rated performance characteristics for continuous or intermittent operation and, where applicable, maximum permissible overload characteristics and their duration. A description of the items shall be included to distinguish it from other items of the same general category. For instance, a motor shall be distinguished as to the specific type of motor for example, as a.c., synchronous, totally enclosed, etc.
(b) Navy type designation.
(c) Principal overall dimensions.

14

Licensed by Information Handling Services

■ 9999906 2107156 459 ■

MIL-M-15071C(SHIPS)

(d) Weight (with or without packing).

(e) Allowable clearances, temperatures, pressures, pressure and blow range settings or tolerances shall be shown in tabular form.

3.4.1.2.2 Introduction. — This division shall include a general description of the equipment; explain briefly what it is, where it is used, and what it will do. All information of a general character applicable to the complete equipment shall be given. When the text contains technical terms, terms not commonly used, or symbols, definitions shall be included.

3.4.1.2.3 Detailed description. — This division shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example ship service turbogenerator, the turbine, reduction gear, generator, and exciter.

3.4.1.2.4 Section 2 — Operating Instructions. — This division shall contain, simple, brief, and effective instructions, including normal routines and precautions to be observed in starting, operating, stopping or shutting down the equipment. Where operations are to be performed in specific sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.4.1.2.5 Section 3 — Installation. — This division shall contain methods of installation, including packing or unpacking, handling, preparation of site, alignment precautions, mounting instructions, bolting diagrams, recommendations regarding shielding, safety guards, grounding or bonding.

3.4.1.2.6 Section 4 — Maintenance. — This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts. Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods. Lubricants shall be described by Military Specification numbers, where applicable and by commercial designations. Maintenance instructions shall cover the use of special tools.

3.4.1.2.7 Section 5 — Parts list. — This section shall contain identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes.

3.4.1.2.7.1 Contents. — The parts list shall contain the following information arranged in an intelligible sequence:

(a) — Figure number. This shall denote the figure number whereon the part has been shown.

(b) — Index number. This number shall denote main assembly, subassembly or part identity on the reduced size drawing(s) or other figure(s) included in the manual. (This column may be eliminated when the part is identified by name on a figure.)

(c) — Nomenclature for part using actual manufacturer's name.

(d) — Number required.

(e) — Actual manufacturer's service part numbers.

3.4.1.2.7.2 Special tools. — A separate list shall immediately follow the parts tabulation under the heading "Special Tools" which are supplied with the equipment, that is, tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set) description, and manufacturer's identification number.

3.4.1.2.8 Section 6 — Drawings. — This division shall contain drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.4.1.2.9 Memorandum pages. — One blank sheet (two pages) shall be inserted at the end of the manual for memorandum purposes.

  15

Licensed by Information Handling Services

■ 9999906 2107157 395 ■

**MIL-M-15071C(SHIPS)**

**3.4.2 Format. –**

3.4.2.1 **Volumes.** – Should the summation of information submitted result in an unreasonably bulky manual, the information shall be divided into two or more volumes. The cover of each manual (volume) shall be printed in accordance with figure 1 with the addition of the following as to the respective volume number and the number of volumes comprising the total information furnished; for example, VOLUME I of III, VOLUME II of III, VOLUME III of III. Each volume shall be identified by the same NAVSHIPS number (see 3.1.2).

3.4.2.2 **Divisions (chapters or sections).** – Divisions of manuals shall be by chapters or sections, numbered or lettered consecutively (see 3.4.2.5). In general, chapters shall be the main divisions of larger manuals and sections shall be the main divisions of smaller manuals. Chapters of larger manuals may be further divided into sections.

3.4.2.3 **Page Identification.** – At the top of each left hand page, flush with the outside margin, shall appear a briefed title of the manual. At the top of each right hand page, flush with the outside margin, shall appear the division, chapter, or section title.

3.4.2.4 **Paragraphs.** – Paragraphs shall not be titled or numbered more extensively than is necessary to facilitate reference. Individual paragraph numbering may be omitted, provided the text is so prepared that reference to each paragraph by number is unnecessary. Main paragraphs shall be numbered consecutively within each division, chapter or section, using Arabic numerals separated by a dash. The number following the dash will indicate the number of the paragraph within the section; for example, "2-17" is the 17th paragraph of section 2. Similarly for manuals subdivided by chapter and section both the chapter and section number shall precede the paragraph number; for example, "2-4-10" is the 10th paragraph of section 4 contained in chapter 2. The main paragraph numbers and title shall stand alone on one line (see figures 9 and 10).

3.4.2.5 **Numbering.** – Front matter pages shall be numbered in lower case Roman numerals. The cover, title page, and approval and procurement record pages shall not be numbered. Pages of the manual(s) shall be numbered consecutively within each division, chapter (or section). Arabic numerals shall be used for numbering for all pages other than the front matter. All odd numbered pages shall appear as right hand pages. Pages, tables, and figures which are referred to in the manual shall be numbered consecutively within each chapter (or section) but each starting with the number "ONE". The page, table, and figure number shall be preceded by the chapter (or section) number. For example, page 3 in section 4 shall be numbered page 4-3, table 5 in section 2 shall be numbered table 2-5, figure 2 in section 1 shall be numbered figure 1-2. Where manuals are divided by chapter and section the chapter and section number both shall precede the page, table, and figure number. Page numbers shall be placed at the lower outer corner of the page.

3.4.2.5.1 Fold over pages shall be right hand pages printed on one side only and when they are used they shall be assigned two page numbers. The page numbers shall appear on the face of the sheet at the lower right hand corner (see figure 13). Fold over pages shall be arranged so that page numbers and figure numbers are visible without unfolding. Fold over arrangements shall be as shown on figure 13.

3.4.2.6 **Layout treatment.** – The layout of the manuals shall be such as to conserve space without detracting from the utility or clarity of the material presented. Blank pages and spaces shall be avoided wherever possible with the exception specified in 3.4.1.2.9 and in 3.4.2.6.1. Normally, textual material shall be printed on both sides of the sheet. Figures serving no instructional function or to which no reference is made in the text shall not be used. Partial page figures within the text are preferred although several small figures may be grouped to form a single page layout. Whenever possible, figures within the text shall be located so that reference can be made from applicable text without turning a page. Whenever it is necessary to include fold over pages they shall be inserted at the end of the applicable division, chapter or section.

3.4.2.6.1 All drawings which are inserted as fold over pages shall be provided with a blank apron page at the left hand edge of the fold over page (see figure 13). This will permit the printed portion in its entirety to be visible while the text is being studied.

3.4.3 **Text.** –

16

Licensed by Information Handling Services

■ 9999906 2107158 221 ■

MIL-M-15071C(SHIPS)

3.4.3.1 **Wording.** — The text shall be factual, specific, concise, and clearly worded so as to be readily understandable to relatively inexperienced personnel involved in the operation and maintenance of the equipment, yet provide technicians with sufficient information to install, operate, service, and maintain the equipment at peak performance. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.4.3.2 **Emphasis.** — When necessary, emphatics such as "NOTE", "CAUTION", and "WARNING" shall be used as adjuncts to the text. These, however, shall be used as sparingly as is consistent with the real need. The appropriate adjunct to the text shall be selected in accordance with the following definitions:

(a) "NOTE" — An operating procedure, condition, etc., which it is essential to highlight.
(b) "CAUTION" — Operating procedures, practices, etc., when if not strictly observed, will result in damage or destruction of equipment.
(c) — "WARNING" — Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

3.4.3.3 **Grammatical person and mode.** — The second person imperative shall be used for operational procedures; for example: "Disengage jacking gear from main engine reduction gears." The third person indicative shall be used for description and discussion; for example: "The jacking gear rotates the main shaft and main engine by engagement of the main reduction gears."

3.4.3.4 **Nomenclature consistency.** — Nomenclature used shall be consistent throughout the manual. For example, a part once identified as a "cover" shall not be referred to elsewhere as a "plate". That portion of the nomenclature that is used shall agree with the parts list nomenclature.

3.4.3.5 **Tables and charts.** — The use of tables and charts is desirable. Tables and charts shall be as simple as possible with sufficient explanation to make them easily used and understood. When material is presented in tabular form for ready reference purposes, as when listing weights, measures, condensed trouble shooting information, etc., the tabulation shall be numbered by table (or chart) number and chapter (or section) number. Thus table 3 in chapter 4 shall be numbered table 4-3.

3.4.3.6 **Measures.** — The system of standard U. S. customary units of weights and measures shall be used. As a general rule all references to liquid capacities shall be given in U. S. standard units of liquid measure. When scientific or medical equipment is of a type which makes reference to metric weights and measures customary, such reference may be used.

3.4.3.6.1 **Temperature reference.** — Temperature readings shall be given in degrees Fahrenheit or degrees Centigrade (Celsius), whichever is standard in U. S. industry. (In general, Fahrenheit is used with mechanical equipment and Centigrade (Celsius) is used with electric equipment.) One may follow the other in parentheses, for example: 194°F. (90°C) or 90°C. (194°F.).

3.4.3.7 **Figures.** — A view of each assembly, sub-assembly and the component parts thereof shall be shown as necessary to supplement the text and aid in the identification of parts. Identification of illustrated parts with the listed parts shall be facilitated by the use of key numbers (or more commonly known as piece numbers or index numbers) and arrows which will identify assemblies, sub-assemblies, and component parts. Figures of the exploded type may be used. When the use of exploded views is not practical, simple cross sectional views may be used. It is preferable when cross sectional views are used that they be approved drawings or excerpts from approved drawings. In the event no applicable drawing is available, cross sectional views from manufacturer's drawings may be used. Reduced figures for reproductions from validated master figures do not require revalidation.

3.4.3.8 **Figure titles.** — Figure titles shall indicate clearly in a brief descriptive phrase what is portrayed, by giving the function or process illustrated, the nomenclature of the equipment shown, or other pertinent and quickly understood identification.

Examples:

(a) Wing hydraulic system.

17

Licensed by Information Handling Services

■ 9999906 2107159 168 ■

MIL-M-15071C(SHIPS)

(b) Model D-3-401 wheel assembly.
(c) Measuring o.d. of clutch cone
(d) Removing rotor and plate with fixture.

3.4.3.9 Indexing and referencing of figures. —

3.4.3.9.1 Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on figures with explanatory legend on the sketch or photo when an extremely large amount of nomenclature is required.

3.4.3.9.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrow head, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the required details.

3.4.3.9.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10 point type.

3.4.3.9.4 Deleted figures. — When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure_____deleted" in or near the place of deletion.

3.4.3.9.5 Multiple reference. — Where references are made in a paragraph to several items in the same figure, as in instructions detailing maintenance procedures, the figure number need be given only once at the beginning of the references (usually the beginning of the paragraph) with index numbers (or reference designations) of the items placed in parentheses in the body of the text where pertinent. Care shall be taken that such references are entirely clear. An example is the following portion of a paragraph:

"10.  DISASSEMBLY OF AIR VALVE (see figure 1-5)
a.  Unscrew safety disc retainer (2) from valve body (1) and remove safety disc (3) and safety disc washer (4)"

3.4.3.9.6 Reference to figures. — Where reference is made to figures, the reference shall be to the figure number and the chapter (or section) number. The page number shall not be used. Where reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8) (see figure 1-5)."

3.4.3.9.7 Specification and standard references. — When Government specifications or standard numbers are referred to, only the basic numbers shall be mentioned, omitting the revision letter suffix unless it is essential to mention a particular issue of a specification or standard. References to specifications and standards shall be made as follows: "Federal Specification P-S-661", "Military Specification MIL-C-5020", "Military Standard MIL-STD-105", etc. All materials required for maintenance referred to in the manual, such as lubricants, solvents, additives, sealing materials, abrasives, etc., shall be described by military specification numbers where applicable. Commercial designations may be used when there is no applicable government specification.

3.4.3.9.8 Numbers. — Numbers used at the beginning of a sentence shall be spelled out and followed by the numeral in parentheses.

3.4.4 Production and reproduction for type III manuals. —

3.4.4.1 Graphics. — The quality of art work for type III manuals (such as photographs, renderings, line drawings and diagrams) shall conform to the quality requirements of Standard MIL-STD-218-2.

3.4.4.1.1 Photographs. — Photographic figures shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched as necessary to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

18

Licensed by Information Handling Services

■ 9999906 2107160 987 ■

**MIL-M-15071C(SHIPS)**

3.4.4.1.2 **Exploded views.** — Exploded views may be used for representation of parts of machinery or equipment to show proportionate size, proper relation to other parts, and assembly or disassembly sequence. It is preferable that all parts be exploded in isometric projection on their line of assembly axis (see figure 12).

3.4.4.2 **Color.** — Color shall be used functionally where it is absolutely necessary to show electrical or mechanical circuits, the flow of materials, schematic diagrams or operational diagrams. Cross hatching or similar methods of media shall be employed in lieu of color wherever possible. Color selection shall be based on the primary colors, which may be used in flat combination or screened for texts. A legend on the artwork shall explain the significance of each color used. In no case shall color be used for backgrounds or other decorative purpose.

3.4.4.3 **Printing.** — Printing shall be done by either photo-offset, or letterpress method, and shall be of equal quality to first class commercial work. Reproduction copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped or typewritten copy as second choice. Final typed manuscript shall conform to the requirements of Standard MIL-STD-218-3. The style of composition to be used, however, shall be governed by the quantity of manuals to be produced, the relative costs of the several methods and the availability of material prepared for earlier manuals. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed necessary.

3.4.4.3.1 **Arrangement.** — The text may be arranged in the form of either two vertical columns or a single wide column. The two column arrangement shown on figure 10 is preferred; the single column arrangement is shown on figure 9. Right hand margins shall not necessarily have lines flush at the right, but care shall be taken to prepare a generally uniform margin. Final trim size shall be 8-3/8 by 10-7/8 inches. Text shall be printed on both sides except as otherwise specified herein for fold over pages.

3.4.4.4 **Paper.** — The paper for the photo-offset reproduction shall be preferably 25 by 38-50/500 basic offset; for letterpress 25 by 38-70/500 basic dull coated book paper.

3.4.4.5 **Covers.** — Covers for manuals less than ½ inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material, weight 6-½ to 7-½ ounces per square yard (finished cloth). Covers for manuals over ½ inch thick shall be made of semiflexible board covered with black fabrikoid material, weight 6-½ to 7-½ ounces per square yard. The information shown on figure 1 shall be imprinted in gold, silver, or aluminum color on the cover. Backbones of manuals over ½ inch thick shall be imprinted with the NAVSHIPS number (Navy identification number) and title in brief. Covers shall overlap the top, bottom, and outside edge of the manual by 3/16 of an inch. Outside corners of the cover shall be slightly rounded.

3.4.4.6 **Binding.** — The binding shall be loose-leaf using 3/16 inch metal posts and screws, top and bottom posts 3/8 inch from the outside edge with the three posts spaced on 4-¼ inch centers. Covers for manuals ½ inch thick or more shall have a binding flange of corrosion-resistant metal covered 700 quality fabrikoid. On manuals containing less than 50 pages (25 sheets), split type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion - resisting material, or shall be treated to resist corrosion.

3.4.4.6.1 **Fillers.** — Fillers made of newsboard or similar material shall be inserted where needed to build up the binding edge to the same thickness as the outside edge. Fillers shall be spaced throughout the binding edge of the manual such that the pages of the manual shall not be bent.

3.4.4.7 **Drawings.** — When drawings are necessary to illustrate the description, operation and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 13) and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Also see 3.4.2.5 regarding partial page figures and fold over pages. Care shall be taken in the preparation of drawings for reproduction to insure that when the drawings are reduced in size they shall be clear and legible.

3.4.4.8 **Figures.** — (NOTE: This paragraph does not pertain to reduced size reproduction of approved drawings which may be extracted and used as figures in a manual). The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining area of a figure having similar values shall be avoided. Edges of all silhouette halftone figures shall be sharply defined by retouching. Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may

⊕ 19

Licensed by Information Handling Services

■ 9999906 2107161 816 ■

MIL-M-15071C(SHIPS)

be used for small parts or units which lend themselves to this method without showing noticeable distortion. Except for diagrams, schematics, orthographic projections, reproduction of approved drawings, all line sketches shall be prepared with the use of shading medium to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross section views.

3.4.4.9 **Reproduction copy.** – Reproduction copy shall be prepared in accordance with 3.4.4.3. If offset negatives are used in the publication of the manuals, a complete set of such negatives shall, after completion of the manuals, be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. Regardless of the method of printing used, one glossy print or negative of each *halftone* figure included in the manuals, shall be delivered to the Naval Supply Depot, Mechanicsburg, Pennsylvania and shall remain the property of the Government for use in subsequent reproduction of the manuals. This requirement does not apply to manuals for which reproduction copy has been previously furnished. Where color is used (see 3.4.4.2) suitable copy for each separate color plate will be rendered properly identified showing register marks. Color plates shall be forwarded to Naval Supply Depot, Mechanicsburg, Pennsylvania.

3.4.5 **Security requirements.** – The security requirements prescribed in Section IX – Graphic Arts of the Industrial Security Manual (DD Form 441 – Attachment) shall be observed during the production, reproduction and distribution of graphic arts involving classified information.

3.5 **Type IV manuals.** –

3.5.1 **Contents.** – Type IV manuals shall consist of manufacturer's standard commercial instructions and parts lists bound together. Production drawings prepared for the manufacture of the equipment(s) when required may be included to supplement the standard manufacturer's instructions. All final manuals shall include an approval and procurement record page (see figures 3a and 3b).

3.5.2 **Covers.** – Covers shall be of a black fabrikoid or leatheroid material. The cover shall bear the information shown on figure 1 and shall be located in accordance with the format shown thereon.

3.5.3 **Binding.** – The manual and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.6 **Distribution requirements.** –

3.6.1 Unless otherwise specified in the contract or order, distribution of all *final manuals not exactly identical* to ones previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard a single ship shall be provided. The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.

(b) Two copies to the Bureau of Ships.

(c) Two copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard.

(d) One copy to each U. S. Naval Shipyard, except Pearl Harbor and Portsmouth Naval Shipyards (total of nine).

(e) Two copies to the Commander, Pearl Harbor Naval Shipyard (for submarine equipment and surface ship equipment).

(f) Two copies to the Commander, Portsmouth Naval Shipyard (for submarine equipment only).

(g) One copy to the cognizant Inspector of Naval Material.

(h) Two copies to the Submarine Supply Office, Philadelphia, Pennsylvania (submarine equipment only).

(i) Two copies to all Submarine Tenders (submarine equipment only).

(j) Two copies to the Commander, Submarine Base, New London, Connecticut (submarine equipment only).

(k) Three copies to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania.

20

Licensed by Information Handling Services

■ 9999906 2107162 752 ■

MIL-M-15071C(SHIPS)

(1) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania, (for record purposes only).

(m) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Bureau of Ships (for record purposes only).

(n) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 10 | 5 plus 1 per equipment |
| 11 to 25 | 25 |
| 26 to 40 | 35 |
| 41 to 60 | 50 |
| 61 to 100 | 65 |
| 101 to 150 | 80 |
| 151 to 200 | 100 |
| 201 and over | 1 for every 2 identical equipments procured |

These manuals shall be shipped to:

Commanding Officer
Naval Supply Depot
(For Stock)
Mechanicsburg, Pennsylvania

3.6.2 Unless otherwise specified in the contract or order, distribution of all final manuals exactly identical to ones previously procured and approved (as evidenced by a previously assigned NAVSHIPS number ) (see figures 3a and 3b) shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard a single ship shall be provided. The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.

(b) Two copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard.

(c) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania, (for record purposes only).

(d) Two copies of the approval and procurement record page, (see figures 3a or 3b) to the Bureau of Ships, (for record purposes only).

3.6.3 Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Mutual Defense Assistance Program (MDAP) shall be as follows:

(a) Two copies packed with each unit of equipment procured but not to exceed six for ultimate placement aboard ship shall be provided. The requirement for concurrent delivery of these manuals with the equipment cannot be over emphasized since they are absolutely essential for effective shipboard installation, operation and maintenance of the equipment for which they are supplied.

(b) Six copies per equipment for each ship to be transferred under MDAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ship.

(c) One copy to the Washington, D. C. Naval Attache of the foreign government to receive the ship.

(d) Two copies to the Bureau of Ships.

(e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.

(f) One copy to the cognizant Inspector of Naval Material.

21

Licensed by Information Handling Services

■ 9999906 2107163 699 ■

MIL-M-15071C(SHIPS)

(g) Twelve copies to:
> Commanding Officer
> Naval Supply Depot
> (For Stock)
> Mechanicsburg, Pennsylvania

(h) Two copies of the approval and procurement record page (see figures 3a or 3b) to the Commanding Officer, Ships Parts Control Center, Mechanicsburg, Pennsylvania (for record purposes).

(i) Two copies of the approval and procurement record page, (see figures 3a or 3b to the Bureau of Ships (for record purposes only).

3.7 **Workmanship.** — The workmanship shall be of high quality, comparable in text, compilation, arrangement, and accuracy to high grade commercial manuals and parts catalogs and shall be satisfactory to the bureau or agency concerned. Copy which has filled letters or is blurred will not be acceptable.

## 4. QUALITY ASSURANCE PROVISIONS

4.1 **Approval procedures.** — The methods of approval shall be as specified in 3.1.8.1.

4.2 **Inspection procedures.** — For Naval purchases, the general inspection procedures shall be in accordance with the General Specifications for Inspection of Material.

## 5. PREPARATION FOR DELIVERY

5.1 **Manuals accompanying equipment.** — One or two copies, as specified in the contract or order, of the manual shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the water vaporproof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in accordance with method IC-3 of Specification MIL-P-116 except the manuals accompanying the equipment packed by level C shall be packaged in accordance with commercial practice. The packing list shall indicate which container includes the manuals.

5.2 **Bulk manuals.** —

5.2.1 **Packing.** —

5.2.1.1 **Level A.** — Manuals, in multiples of 10 when practical, shall be packed in overseas type wood cleated fiberboard, nailed wood, wirebound wood, corrugated or solid fiberboard, wood cleated paper overlaid, or wood cleated plywood boxes, conforming to Specifications PPP-B-591, PPP-B-621, PPP-B-585, class 2 or 3, JAN-P-108, MIL-B-18377 or PPP-B-601, respectively. Shipping containers shall have caseliners conforming to Specification MIL-L-10547 and shall be closed and sealed in accordance with the appendix thereto. Caseliners for boxes conforming to Specification JAN-P-108 may be omitted provided all joints of the boxes are sealed with tape as specified in the appendix of the box specification. Box closures shall be as specified in the applicable box specification or appendix thereto. The gross weight of wood boxes shall not exceed 200 pounds; fiberboard boxes shall not exceed the weight limitations of the applicable box specification.

5.2.1.2 **Level B.** — Manuals, in multiples of 10 when practical, shall be packed in domestic type wood cleated fiberboard, nailed wood, wirebound wood, corrugated or solid fiberboard, wood cleated plywood, or wood cleated paper overlaid boxes conforming to Specifications PPP-B-591, PPP-B-621, PPP-B-585, LLL-B-631, LLL-B-636, PPP-B-601 or MIL-B-10377, respectively. Closures shall be as specified in the applicable box specification or appendix thereto. Fiberboard boxes shall conform to the special requirement of the applicable box specification. The gross weight of wood boxes shall not exceed 200 pounds; fiberboard boxes shall not exceed the weight limitations of the applicable box specification.

5.2.1.3 **Level C.** — Manuals shall be packed in a manner to insure safe delivery and acceptance at destination. Containers shall comply with the Consolidated Freight Classification Rules or other carrier regulations applicable to the mode of transportation.

22



Licensed by Information Handling Services

■ 9999906 2107164 525 ■

MIL-M-15071C(SHIPS)

**5.2.2 Security requirements.** — All classified material shall be prepared for delivery in accordance with DD441 (ATTACHMENT).

**5.3 Marking.** — In addition to any special marking specified in the contract, order, or herein, each unit and intermediate package and shipping container shall be marked in accordance with Standard MIL-STD-129.

**6. NOTES**

**6.1 Ordering data.** — Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type of manual required (see 1.2).
(c) Security classification, if required (see 3.1.4).
(d) Special requirements for type I manuals (see 3.2) when appropriate.
(e) Quantity of preliminary manuals required, delivery date and delivery destination(s).
(f) Quantity of final manuals required, delivery date, and delivery destination(s) (see 3.6).
(g) Details of special requirements for drawings, charts, and illustrations, pertinent to the particular equipment, if not covered by the equipment specification.
(h) Levels of packing required (see 5.1 and 5.2).

**6.2 Superseding data.** — Types of manuals have been superseded as follows:

| MIL-T-15071B | MIL-M-15071C |
|---|---|
| Type A | Type I |
| Type B | Type II |
| Type C | Type III |
| Type D | Type IV |

**Notice.** — When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

23

Licensed by Information Handling Services

■ 9999906 2107165 461 ■

BUREAU IDENTIFICATION NUMBER OF MANUAL appears in upper left-hand corner, set in 18 pt. Stymie light caps with Stymie bold numerals.

SECURITY CLASSIFICATION (see 3.1.4) appears in upper left-hand corner, set in 18 pt. Stymie light caps.

MULTIPLE-VOLUME MANUALS applicable to the same equipment shall be identified as to the particular volume and the number of volumes comprising the total information. Single-volume manuals need not be so annotated. This annotation shall be set in 18 pt. Stymie light caps with Roman numerals.

SERIAL NUMBER (see DD441 Attachment) appears in upper right hand corner, set in 18 pt. Stymie light caps. (Serial number assigned in this case is Serial No.-1). Serial numbers are not required for unclassified manuals.

PUBLICATION shall be defined as "MANUAL, TECHNICAL" and so annotated. Type set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie extra bold caps.

MANUFACTURER'S NAME AND ADDRESS set in 24 pt. Stymie extra bold caps.

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D. C., to be set at bottom of page in 12 pt. Stymie light caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (see 3.1.4) appears in lower right-hand corner, set in 18 pt. Stymie light caps.

NOTE – If Stymie is not available, the following faces may be substituted: Gothic, Alternate Gothic, Futura, and Sans Serif.



24

Licensed by Information Handling Services



**NAVSHIPS 300-0000**

**SECURITY CLASSIFICATION**

**VOLUME I OF III**

**SERIAL NO.-1**

# TECHNICAL MANUAL

# 450-KW AC/DC GENERATOR SET STEAM-TURBINE

## MANUFACTURER'S NAME AND ADDRESS

**BUREAU OF SHIPS - NAVY DEPARTMENT - WASHINGTON, D. C.**

SECURITY CLASSIFICATION

## FIGURE 1 - TYPICAL COVER

25



Licensed by Information Handling Services

█ 9999906 2307167 234 █

SECURITY CLASSIFICATION (see 3.1.4) appears in upper right-hand corner set in 18 pt. Stymie light caps.

BUREAU IDENTIFICATION NUMBER OF MANUAL appears in upper left-hand corner, set in 18 pt. Stymie light caps with Stymie Bold numerals.

SERIAL NUMBER (see DD441 Attachment) appears in upper left-hand corner, set in 18 pt. Stymie light caps. (Serial number assigned in this case is Serial No.-1). Serial numbers are not required for unclassified manuals.

MULTIPLE-VOLUME MANUALS applicable to the same equipment shall be identified as the particular volume and the number of volumes comprising the total information. Single-volume manuals need not be so annotated. This annotation shall be set in 18 pt. Stymie light caps with Roman numerals.

TYPE OF MANUAL (see 1.2) set in 24 pt. Stymie extra bold upper case.

PUBLICATION shall be defined as "MANUAL, TECHNICAL" and so annotated. Type set in 24 pt. Stymie extra bold upper case.

SPECIFIC TITLE OF MANUAL set in 30 pt. Stymie bold upper case.

"WARNING" paragraph shall be set in 8 pt. Stymie bold caps (see 3.1.4). This paragraph not required for unclassified manuals.

MANUFACTURER'S NAME AND ADDRESS set in 24 pt. Stymie extra bold caps.

CONTRACT NO. may, at the discretion of the manufacturer, be hand lettered, stamped or typewritten on the title page in lieu of being printed.

"NOTICE FOR REQUISITIONING" shall be set in 24 pt. Stymie extra bold caps.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION.

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D. C., to be set at bottom of page in 12 pt. Stymie light caps.

DATE OF MANUAL may, at the discretion of the manufacturer, be hand lettered, stamped or typewritten on the title page in lieu of being printed.

SECURITY CLASSIFICATION (see 3.1.4) appears in lower right-hand corner set in 18 pt. Stymie light caps.

NOTE: If Stymie is not available, the following faces may be substituted: Gothic, Alternate Gothic, Futura, and Sans Serif. Weights shown shall be maintained.

26

Licensed by Information Handling Services



■ 9999906 2107168 170 ■

_SERIAL NO.-1

/VOLUME I OF III

SECURITY CLASSIFICATION

NAVSHIPS 300-0000

# TYPE - I
# TECHNICAL MANUAL
# 450-KW AC/DC
# GENERATOR SET
# STEAM-TURBINE

"WARNING: This material contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794, the transmission or revelation of which in any manner to an unauthorized person is prohibited by law."

# MANUFACTURER'S NAME AND
# ADDRESS

# CONTRACT NObs 00000

NOTICE: Additional copies of this or other manuals may be obtained from the U. S. Naval Supply Depot, Mechanicsburg, Pennsylvania. Manuals requested on equipment for which a NAVSHIPS identification number is not known may be obtained by furnishing complete identification plate data, service application and other characteristics of the equipment to aid in the identification of the applicable manual.

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS  -  NAVY DEPARTMENT  -  JUNE 1956

SECURITY CLASSIFICATION

## FIGURE 2 - TYPICAL TITLE PAGE

27

Licensed by Information Handling Services

■ 9999906 2107169 007 ■

PAGE HEADING FOR IDENTIFICATION.

BASIC APPROVAL DATA shall include the applicable letters or correspondence granting approval in conformance with approval procedure specified in 3.1.8.1.

COLUMN HEADINGS FOR LISTING NECESSARY DATA.

DATA shall be listed in sequence by contract date with the latest contract appearing last as illustrated.

REMARKS space reserved for comments.

CERTIFICATION paragraph and date.

MANUFACTURER'S SIGNATURE.

NOTES:

1. This page is to be made of the same paper as the remainder of the manual and may be typed or printed. It shall be inserted within the manual immediately following the title page.

2. A manufacturer shall list only the present contract or order and two previous contracts or orders. Manufacturers with less than three previous contracts or orders shall list all previous contracts or orders.

3. This figure applies to preliminary and final manuals which are identical to those previously furnished. For preliminary and final manuals being furnished for the first time, see figure 3B.

28

Licensed by Information Handling Services

■ 9999906 2107170 829 ■

# APPROVAL AND PROCUREMENT RECORD

## BASIC APPROVAL DATA FOR: NAVSHIPS 300-0000,

### TITLE _____

Bureau of Ships letter Serial 544-654 of 18 April 1953.
NAVSHIPS 300-0000 Model 67DR Dishwashing Machine. Supervisor of
Shipbuilding, USN and Naval Inspector of Ordnance, New York Serial
34567-987 of 16 March 1953, AKA150 Class/S45/11/8.

| CONTRACT OR ORDER | DATE | VESSELS APPLICABLE | QUANTITY OF MANUALS | BUILDING YARD |
|---|---|---|---|---|
| 917-7896-W1897 | 2-16-53 | AKA156 DE113 | 56 | A Shipyard Company Gamble, New York |
| NObs-76813 | 3-17-54 | DE789 CVE888 | 45 | B Iron Works Leadville, Penna. |
| NObs-67000 | 4-18-55 | AMS198 SS111 | 8 | C Iron Works Bath, Maine |

### REMARKS:

None.

### CERTIFICATION:                DATE   1-1-56

It is hereby certified that the manuals to be provided under this contract
(or order No.) Nobs-67000 are exactly identical to NAVSHIPS 300-0000
approved by authority of basic approval data shown above. Further it is
certified that this identical manual has been provided under other con-
tracts or orders as listed above.

──────────────→ MANUFACTURER'S SIGNATURE

FIGURE 3A, APPROVAL AND PROCUREMENT RECORD PAGE



29

-Licensed by Information Handling Services

█ 9999906 2107171 765 █

PAGE HEADING FOR IDENTIFICATION. ─────────────────

BASIC APPROVAL DATA shall include the applicable letters or correspondence granting approval in conformance with approval procedure specified in 3.1.8.1.

COLUMN HEADINGS FOR LISTING NECESSARY DATA. ─────────

REMARKS space reserved for comments. ─────────────────

CERTIFICATION paragraph and date. ─────────────────

MANUFACTURER'S SIGNATURE. ─────────────────

NOTES:

1. This page is to be made of the same paper as the remainder of the manual and may be typed or printed. It shall be inserted within the manual immediately following the title page.

2. The manufacturer shall list the contract or order under which the final manual is being furnished for the first time.

3. This figure applies to preliminary and final manuals which are being furnished for the first time. For preliminary and final manuals identical to those previously furnished, see figure 3A.



30

Licensed by Information Handling Services

■ 9999906 2107172 6T1 ■

# APPROVAL AND PROCUREMENT RECORD

## BASIC APPROVAL DATA FOR: NAVSHIPS 300-0000,

### TITLE

Manual - Leslie Pump Pressure Governors and Strainers for Fuel Oil Service Pumps, NAVSHIPS 300-0000.

Approved by New York Naval Shipyard letter 252:ETE:mk, CVA62/S48 of 5 November 1956.

| CONTRACT OR ORDER | DATE | VESSELS APPLICABLE | QUANTITY OF MANUALS | BUILDING YARD |
|---|---|---|---|---|
| N140(131)56253B | 12-29-55 | CVA62 | 28 | New York Naval Shipyard Naval Base Brooklyn 1, New York |

**REMARKS:**

**CERTIFICATION:**                                         **DATE** 4-27-56

It is hereby certified that the manual, NAVSHIPS 300-0000, provided under this contract (or order No.) N140(131)56253B, has been approved by authority of basic approval data shown above.

⟶ **MANUFACTURER'S SIGNATURE**

FIGURE 3B, APPROVAL AND PROCUREMENT RECORD PAGE

31



Licensed by Information Handling-Services

■ 9999906 2307173 538 ■

SECURITY CLASSIFICATION

## LIST OF EFFECTIVE PAGES

| PAGE NUMBERS | CHANGE IN EFFECT | PAGE NUMBERS | CHANGE IN EFFECT |
|---|---|---|---|
| Title Page | Original | 4-1 through 4-25 | Original |
| APR Page | | | |
| iii through vi | Original | 5-1 through 5-20 | Original |
| 1-1 through 1-4 | Original | 6-1 through 6-28 | Original |
| 2-1 through 2-10 | Original | 7-1 through 7-15 | Original |
| 3-1 through 3-8 | Original | | |

ORIGINAL          SECURITY CLASSIFICATION          iii

Figure 4 — List of effective pages

Licensed by Information Handling Services

■ 9999906 2107174 474 ■

FRONT MATTER

**SECURITY CLASSIFICATION**

Correction Page

**RECORD OF CORRECTIONS MADE**

| PAGES | NUMBERS | DATE | SIGNATURE |
|---|---|---|---|
| Revised | 1-6 through 1-8 | 2/56 | John R. Smith |
| Revised | 3-7 through 3-9 | 6/56 | John R. Smith |
| New | 2-14.1 through 2-14.3 | 7/56 | John R. Smith |
| Revised | 3-10 through 3-12 | 12/56 | John R. Smith |
| Supplementary | 3-14.1 through 3-14.3 | 2/57 | John R. Smith |

ORIGINAL                    **SECURITY CLASSIFICATION**                    iv

Figure 5 — Record of corrections made

34

Licensed by Information Handling Services

■ 9999906 2107175 300 ■

SECURITY CLASSIFICATION

## TABLE OF CONTENTS

### DIVISION ONE-ENGINE

Paragraph    Page

## CHAPTER 1 — GENERAL INFORMATION

Section 0—

1-0-1    General Data ......................................................................... 1-0-1
1-0-2    Introduction ......................................................................... 1-0-8
1-0-3    Detailed Description .............................................................. 1-0-9

## CHAPTER 2 — PRINCIPLES OF OPERATIONS

Section 1 - Basic Engine Cycles

2-1-1    Four-Stroke Cycle Engines ...................................................... 2-1-1
2-1-2    Two-Stroke Cycle Engines ....................................................... 2-1-4
2-1-3    Scavenging ......................................................................... 2-1-7
2-1-4    Engine Timing ..................................................................... 2-1-9

Section 2 — Fuel Systems

2-2-1    Types of Fuel Injection Systems ................................................ 2-2-1

Section 3 — Starting Systems

2-3-1    Air Starting Systems .............................................................. 2-3-1
2-3-2    Electrical Starting Systems ....................................................... 2-3-4

Section 4 — Governor Systems

2-4-1    Mechanical Governors ............................................................ 2-4-1
2-4-2    Hydraulic Governors .............................................................. 2-4-4
2-4-3    Governor Applications ............................................................ 2-4-7

Section 5 - Lubrication System

2-5-1    Gravity and Splash Systems ..................................................... 2-5-1
2-5-2    Pressure Systems .................................................................. 2-5-5

Section 6 — Cooling System

2-6-1    Open Systems ...................................................................... 2-6-1
2-6-2    Closed Systems ..................................................................... 2-6-5

Section 7 — Exhaust Systems

2-7-1    Exhaust Manifolds ................................................................ 2-7-1
2-7-2    Turbosupercharger ................................................................ 2-7-1
2-7-3    Wet Mufflers ....................................................................... 2-7-2
2-7-4    Dry Mufflers ....................................................................... 2-7-2

ORIGINAL    SECURITY CLASSIFICATION    v

Figure 6 — Table of contents

Licensed by Information Handling Services

■ 9999906 2107176 247 ■

FRONT MATTER                    SECURITY CLASSIFICATION                    Contents

Section 8 — Air Induction System

2-8-1    Types of Air Filters ................................................................ 2-8-1
2-8-2    Aftercoolers ..................................................................... 2-8-2
2-8-3    Air Silencers .................................................................... 2-8-2

Section 9 — Instruments and Controls

2-9-1    Necessity for ...................................................................... 2-9-1

## CHAPTER 3 — OPERATING INSTRUCTIONS

Section 1 — Operating Procedure

3-1-1    Preliminary to Starting .......................................................... 3-1-1
3-1-2    Starting the Engine .............................................................. 3-1-2
3-1-3    Warm-up........................................................................... 3-1-6
3-1-4    Operation Under Load............................................................. 3-1-7
3-1-5    Stopping the Engine............................................................... 3-1-10
3-1-6    Securing .......................................................................... 3-1-10

Section 2 — Operating Notes

3-2-1    General ........................................................................... 3-2-1
3-2-2    Oil Pressure...................................................................... 3-2-2
3-2-3    Oil Temperature................................................................... 3-2-2
3-2-4    Water Temperature................................................................. 3-2-2
3-2-5    Exhaust Temperature .............................................................. 3-2-2
3-2-6    Throttle Handling ................................................................ 3-2-2
3-2-7    Emergency Stop .................................................................... 3-2-3
3-2-8    Ether Injection................................................................... 3-2-3

## CHAPTER 4 — INSTALLATION

Section 1 — Initial Installation

4-1-1    General ........................................................................... 4-1-1
4-1-2    Assembly .......................................................................... 4-1-1
4-1-3    Mounting .......................................................................... 4-1-1
4-1-4    Coupling Alignment................................................................ 4-1-3
4-1-5    Fresh Water System................................................................ 4-1-4
4-1-6    Sea Water System.................................................................. 4-1-4
4-1-7    Lubrication System ............................................................... 4-1-5
4-1-8    Exhaust System ................................................................... 4-1-6
4-1-9    Instruments and Controls ......................................................... 4-1-8

Section 2 — Run-In After Installation

4-2-1    Prestart.......................................................................... 4-2-1
4-2-2    Initial Dock Run ................................................................. 4-2-4
4-2-3    After Trials ..................................................................... 4-2-5

SECURITY INFORMATION                    ORIGINAL

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107177 183 ■

## CHAPTER 5 – MAINTENANCE

### Section 1 – Periodic Inspection

5-1-1    Inspection Schedule .......................................................... 5-1-1
5-1-2    Inspection Notes ............................................................. 5-1-3

### Section 2 – Basic Engine

5-2-1    Description ................................................................. 5-2-1
5-2-2    Adjustment and Repairs ...................................................... 5-2-8

### Section 3 – Fuel System

5-3-1    Description ................................................................. 5-3-1
5-3-2    Adjustment and Repair ....................................................... 5-3-7

### Section 4 – Starting System

5-4-1    Description ................................................................. 5-4-1
5-4-2    Adjustment and Repair ....................................................... 5-4-6

### Section 5 – Governor System

5-5-1    Description ................................................................. 5-5-1
5-5-2    Adjustment and Repair ....................................................... 5-5-5

### Section 6 – Lubrication System

5-6-1    Description ................................................................. 5-6-1
5-6-2    Adjustment and Repair ....................................................... 5-6-4

### Section 7 – Cooling System

5-7-1    Description ................................................................. 5-7-1
5-7-2    Adjustment and Repair ....................................................... 5-7-4

### Section 8 – Exhaust System

5-8-1    Description ................................................................. 5-8-1
5-8-2    Adjustment and Repair ....................................................... 5-8-3

### Section 9 – Air Induction System

5-9-1    Description ................................................................. 5-9-1
5-9-2    Adjustment and Repair ....................................................... 5-9-5

### Section 10 – Instruments and Controls

5-10-1   Description ................................................................. 5-10-1
5-10-2   Adjustment and Repair ....................................................... 5-10-7

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107178 01T ■

## CHAPTER 6 – PARTS LISTS

### Section 1 – General Information

6-1-1      General.................................................................................................. 6-1-1
6-1-2      Original Manufacturer's Code ...................................................... 6-1-2
6-1-3      Nomenclature ................................................................................. 6-1-4
6-1-4      Model Designation........................................................................ 6-1-4
6-1-5      Communications............................................................................ 6-1-4

### Section 2 – Basic Engine

6-2-1      Accessory Drive ............................................................................. 6-2-1
6-2-2      Camshaft......................................................................................... 6-2-2
6-2-3      Connecting Rod and Piston ......................................................... 6-2-4
6-2-4      Crankcase ........................................................................................ 6-2-6
6-2-5      Crankcase Extension .................................................................. 6-2-16
6-2-6      Crankshaft .................................................................................... 6-2-17
6-2-7      Cylinder and Valves................................................................... 6-2-19
6-2-8      Engine Drive ................................................................................ 6-2-20
6-2-9      Engine Lifting Brackets ............................................................. 6-2-21
6-2-10     Exhaust Manifold........................................................................ 6-2-22
6-2-11     Flywheel........................................................................................ 6-2-24
6-2-12     Intake Manifold .......................................................................... 6-2-24
6-2-13     Vibration Damper......................................................................... 6-2-25

### Section 3 – Fuel System

6-3-1      Adapter, Shaft and Levers Assembly....................................... 6-3-1
6-3-2      Injection Pump............................................................................. 6-3-2
6-3-3      Injection Pump Drive ................................................................. 6-3-2
6-3-4      Injection Pump Support.............................................................. 6-3-6
6-3-5      Injection Nozzle and Holder Assembly .................................. 6-3-7
6-3-6      Filter Assembly............................................................................ 6-3-8
6-3-7      Piping............................................................................................. 6-3-9

### Section 4 – Starting System

6-4-1      Starter ............................................................................................. 6-4-1
6-4-2      Air Lines ......................................................................................... 6-4-2
6-4-3      Oiler ................................................................................................ 6-4-4
6-4-4      Control Valve................................................................................. 6-4-6
6-4-5      Ether Injection.............................................................................. 6-4-7
6-4-6      Starter Clutch and Brake ........................................................... 6-4-9

### Section 5 – Governor System

6-5-1      Regulating Governor.................................................................... 6-5-1
6-5-2      Regulating Governor Linkage .................................................. 6-5-2
6-5-3      Overspeed Governor .................................................................... 6-5-7

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 951 D4CL0191 9055555 ■

Section 6 — Lubrication System

6-6-1      Lube Oil Pump Adapter ........................................................... 6-6-1
6-6-2      Lube Oil Pumps Assembly ......................................................... 6-6-2
6-6-3      Auxiliary Lube Oil Pump .......................................................... 6-6-2
6-6-4      Oil Pressure Relief Valve ......................................................... 6-6-4
6-6-5      Oil Piping ........................................................................ 6-6-5
6-6-6      Lube Oil Filter ................................................................... 6-6-6
6-6-7      Lube Oil Heat Exchanger .......................................................... 6-6-25
6-6-8      Lube Oil Strainer ................................................................ 6-6-25

Section 7 — Cooling System

6-7-1      Fresh Water Pump Adapter ......................................................... 6-7-1
6-7-2      Fresh Water Pump ................................................................. 6-7-2
6-7-3      Fresh Water Heat Exchanger ....................................................... 6-7-3
6-7-4      Thermostat ....................................................................... 6-7-5
6-7-5      Fresh Water Piping ............................................................... 6-7-5
6-7-6      Sea Water Pump ................................................................... 6-7-15
6-7-7      Sea Water Piping ................................................................. 6-7-16

Section 8 — Exhaust System

6-8-1      Muffler .......................................................................... 6-8-1

Section 9 — Air Induction System ............................................................. 6-9-1

6-9-1      Supercharger ..................................................................... 6-9-1
6-9-2      Air Filter and Silencer .......................................................... 6-9-2
6-9-3      Aftercooler ...................................................................... 6-9-4
6-9-4      Adapter, Exhaust ................................................................. 6-9-6
6-9-5      Support, Shaft, and Levers ....................................................... 6-9-7

Section 10 — Instruments and Controls

6-10-1     Engine Mounted Instruments ....................................................... 6-10-1
6-10-2     Panel Mounted Instruments ........................................................ 6-10-2
6-10-3     Engine Mounted Controls .......................................................... 6-10-13
6-10-4     Ship Mounted Controls ............................................................ 6-10-16

# CHAPTER 7 — DRAWINGS

Figure No.                                                                         Page No.

Section 1 — General

7-1-1      Diesel Engine Assembly-Left Side-Showing Groups in which parts appear ........... 7-1-1
7-1-2      Diesel Engine Assembly-Right Side-Showing Groups in which parts appear .......... 7-1-2
7-1-3      Orientation Diagram .............................................................. 7-1-3
7-1-4      Engine Name Plate ................................................................ 7-1-4

ORIGINAL                    SECURITY CLASSIFICATION                    ix

Figure 6 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107180 778 ■

Section 2 — Basic Engine

7-2-1    Accessory Drive Gear Train — Transfer Section .......................................... 7-2-1
7-2-2    Accessory Drive Gear Train — Longitudinal Section ..................................... 7-2-2
7-2-3    Camshaft Assembly......................................................................... 7-2-3
7-2-4    Connecting Rod and Piston ................................................................ 7-2-4
7-2-5    Crankcase Assembly — Upper ............................................................. 7-2-5
7-2-6    Crankcase, Accessory Drive Housing, and Flywheel Housing Assembly....................... 7-2-6
7-2-7    Crankcase Assembly — Lower............................................................... 7-2-7
7-2-8    Crankshaft Assembly ...................................................................... 7-2-8
7-2-9    Cylinder and Valves Assembly ............................................................. 7-2-9
7-2-10   Engine Drive Assembly .................................................................... 7-2-10
7-2-11   Flywheel Assembly......................................................................... 7-2-11

Section 3 — Fuel System

7-3-1    Adapter, Shaft, and Levers Assembly ...................................................... 7-3-1
7-3-2    Fuel Injection Pump........................................................................ 7-3-2
7-3-3    Fuel Supply Pump .......................................................................... 7-3-3
7-3-4    Fuel Injection Pump Support ............................................................... 7-3-4
7-3-5    Fuel Injection Nozzle and Holder........................................................... 7-3-5
7-3-6    Fuel Oil Filter............................................................................. 7-3-6
7-3-7    Piping — Fuel Supply and Leak-Off System ................................................. 7-3-7

Section 4 — Starting System

7-4-1    Air Starter Motor.......................................................................... 7-4-1
7-4-2    Air Starter Oiler.......................................................................... 7-4-2
7-4-3    Air Starter Control Valve ................................................................. 7-4-3
7-4-4    Ether Injection Unit ...................................................................... 7-4-4
7-4-5.   Starter Clutch and Brake Assembly ........................................................ 7-4-5

Section 5 — Governor System

7-5-1    Regulating Governor ....................................................................... 7-5-1
7-5-2    Regulating Governor Linkage ............................................................... 7-5-2
7-5-3    Overspeed Cutout .......................................................................... 7-5-3

Section 6 — Lubrication System

7-6-1    Lube Oil Pump Adapter ..................................................................... 7-6-1
7-6-2    Lube Oil Pump Assembly..................................................................... 7-6-2
7-6-3    Auxiliary Oil Pump ........................................................................ 7-6-4
7-6-4    Lube Oil Pressure Relief Valve ............................................................ 7-6-5
7-6-5    Oil Filter Lube ........................................................................... 7-6-6
7-6-6    Lube Oil Heat Exchanger.................................................................... 7-6-24
7-6-7    Element and Adapter Assembly............................................................... 7-6-24
7-6-8    Lube Oil Strainer Assembly................................................................. 7-6-25

Section 7 — Cooling System

7-7-1    Fresh Water Pump Adapter................................................................... 7-7-1
7-7-2    Fresh Water Pump .......................................................................... 7-7-2

x                    SECURITY CLASSIFICATION                    ORIGINAL

Figure 6 (Cont.)

40

Licensed by Information Handling Services

■ 9999906 2107181 604 ■

| Contents | SECURITY CLASSIFICATION | FRONT MATTER |

| 7-7-3 | Fresh Water Heat Exchanger | 7-7-3 |
| 7-7-4 | Thermostat | 7-7-4 |
| 7-7-5 | Exhaust Manifold Cooling System (Fresh Water) | 7-7-5 |
| 7-7-6 | Valve Assembly (3 way) Sea Water | 7-7-6 |
| 7-7-7 | Sea Water Pump | 7-7-7 |

Section 8 — Exhaust System

| 7-8-1 | Muffler | 7-8-1 |

Section 9 — Air Induction System

| 7-9-1 | Supercharger Assembly | 7-9-1 |
| 7-9-2 | Rotor Assembly (Supercharger) | 7-9-2 |
| 7-9-3 | Air Filter and Silencer | 7-9-3 |
| 7-9-4 | Aftercooler and Stud | 7-9-4 |
| 7-9-5 | Support, Shaft and Levers Assembly (Supercharger) | 7-9-5 |

Section 10 — Instruments and Controls

| 7-10-1 | Instrument Panel — Front | 7-10-1 |
| 7-10-2 | Instrument Panel — Rear | 7-10-2 |
| 7-10-3 | Engine Speed Control Lever Actuator | 7-10-3 |
| 7-10-4 | Engine Speed Control Lever Actuator | 7-10-4 |
| 7-10-5 | Throttle Control Assembly | 7-10-5 |
| 7-10-6 | Vernier Control Valve | 7-10-6 |
| 7-10-7 | Transfer Valve | 7-10-7 |
| 7-10-8 | Control Stand — Engine Room | 7-10-8 |
| 7-10-9 | Double Check Valve | 7-10-9 |
| 7-10-10 | Air Starter Control Valve Push Button | 7-10-10 |
| 7-10-11 | Vented Cock | 7-10-11 |

MEMORANDUM

ORIGINAL                SECURITY CLASSIFICATION                xi

Figure 6 (Cont.)

41

Licensed by Information Handling Services

■ 9999906 2107182 540 ■

## LIST OF FIGURES AND DRAWINGS

Figure No.                                                                                    Page No.

### CHAPTER 1 – GENERAL INFORMATION

Section – 0

1-0-1    Engine Series XXX, Fuel Injection and Burning Cycle ..................................... 1-0-1
1-0-2    Orientation Diagram ...................................................................... 1-0-8
1-0-3    Name Plate – Model XXXX ............................................................. 1-0-10

### CHAPTER 2 – PRINCIPLES OF OPERATIONS

Section 1 – Basic Engine Cycles

2-1-1    Diagram of Basic 4 Stroke – Cycle Sequence of Events..................................... 2-1-2
2-1-2    Diagram of Basic 2 Stroke – Cycle Sequence of Events..................................... 2-1-4
2-1-3    Diagram (s) of typical Scavenging Arrangements ......................................... 2-1-7

### CHAPTER 3 – OPERATING INSTRUCTIONS

Section 1 – Operating Procedures

3-1-1    Engine Instrument Panel.................................................................3-1-1
3-1-2    Start-Stop Control Cross Section.........................................................3-1-2
3-1-3    Engine Room Control Stand .............................................................3-1-8

### CHAPTER 4 – INSTALLATION INSTRUCTIONS

Section 1 – Initial Installation

4-1-1    Installation Dimensions and Schematic Piping Diagrams – Model XXXX..................... 4-1-1
4-1-2    Installation Dimensions and Schematic Piping Diagrams – Model XXXXX.................... 4-1-3
4-1-3    Installation Diagram – Sea Water Piping – Model XXXX and XXXXX........................ 4-1-5
4-1-4    Installation Diagram – Engine Controls – Models XXXX and XXXXX ....................... 4-1-7

### CHAPTER 5 – MAINTENANCE

Section 2 – Basic Engine

5-2-1    Engine Transverse Cross Section......................................................... 5-2-8
5-2-2    Accessory Drive Gear Train ............................................................. 5-2-9
5-2-3    Engine Timing Cycle ................................................................... 5-2-10
5-2-4    Engine Timing Marks ................................................................... 5-2-12
5-2-5    Camshaft Turning Wrench ............................................................... 5-2-13
5-2-6    Cylinder Retainer Capscrew Loosening and Tightening Sequence ........................... 5-2-16
5-2-7    Driver for Removing Main Bearing Shells ............................................... 5-2-17
5-2-8    Method of Removing Accessory Drive Gear Bearings with Adapters and Standard Navy Pullers.... 5-2-18
5-2-9    Method of Assembling Accessory Drive Gear Bearings with Assembling Fixture ............... 5-2-20

xii                          SECURITY CLASSIFICATION                        ORIGINAL

Figure 7 – List of Figures and Drawings

Licensed by Information-Handling-Services

■ 9999906 2107183 487 ■

Section 3 — Fuel System

5-3-1     Fuel Injection Pump.................................................................. 5-3-8
5-3-2     Fuel Injection Nozzle and Holder................................................. 5-3-9
5-3-3     Wrench for Fuel Line Connections ............................................. 5-3-10
5-3-4     Holding Fixture for Nozzle and Holder Assembly ............................ 5-3-10
5-3-5     Fuel Pumping Principle ........................................................... 5-3-15
5-3-6     Fuel Pump Rack Travel for Various Stages of Engine Operation ............ 5-3-17

Section 4 — Starting System

5-4-1     Starter Motor Cross Section ..................................................... 5-4-7
5-4-2     Starting Air Control Valve Cross Section ...................................... 5-4-8
5-4-3     Starter Air Oiler Cross Section .................................................. 5-4-8
5-4-4     Starter Overrunning Clutch and Brake .......................................... 5-4-9

Section 5 — Governor System

5-5-1     Regulating Governor Cross Section ............................................. 5-5-2
5-5-2     Governor Assembly with Cover Removed........................................ 5-5-7
5-5-3     Removing Governor Speed Spring and Fork .................................... 5-5-9
5-5-4     Correct Position of Regulating Governor Pilot Valve after Adjustment........ 5-5-11

Section 6 — Lubrication System

5-6-1     Schematic Diagram of Model XXXX Propulsion Engine Lubrication System .... 5-6-6
5-6-2     Fresh Water and Air Pumps Cross Section ...................................... 5-6-6
5-6-3     Schematic Diagram of the Model XXXX Generator Set Lubrication System ..... 5-6-7
5-6-4     Oil Pressure Relief Valve Cross Section ........................................ 5-6-7

Section 7 — Cooling System

5-7-1     Fresh Water Pump System ........................................................ 5-7-5
5-7-2     Schematic Diagram of Fresh Water Cooling System Models XXXX and XXXXX ... 5-7-5
5-7-3     Sea Water Pump System ........................................................... 5-7-6
5-7-4     Schematic Diagram of Sea Water Cooling System — Models XXXX and XXXXX ... 5-7-6
5-7-5     Thermostat Cross Section ......................................................... 5-7-8

Section 9 — Air Induction Systems

5-9-1     Cutaway View of Supercharger ................................................... 5-9-9
5-9-2     Turbosupercharger with Lifting Bracket attached............................... 5-9-10
5-9-3     Air Filter and Silencer ............................................................. 5-9-12

Section 10 — Instrument and Controls

5-10-1    Engine Control Showing Three Methods of Operation .......................... 5-10-8
5-10-2    Control Stand for Engines ......................................................... 5-10-10
5-10-3    Engine Speed Vernier Adjustment Valve Cross Section ....................... 5-10-11
5-10-4    Engine Mounted Instrument Panel................................................ 5-10-13
5-10-5    Start-Stop Control Cross Section ................................................ 5-10-14
5-10-6    Control Stand Throttle Control Transfer Valve Cross Section ................. 5-10-15
5-10-7    Control Stand Throttle Control Transfer Valve — Exploded View .............. 5-10-18

Figure 7 (Cont.)

Licensed by Information Handling Services

■ 9999906 2107184 313 ■

FIGURES AND DRAWINGS            SECURITY CLASSIFICATION                    FRONT MATTER

5-10-8      Double Check Valve — Exploded View.................................................5-10-21
5-10-9      Throttle Assembly — Exploded View ................................................5-10-22

## CHAPTER 7 — DRAWINGS

### Section 1 — General

7-1-1      Diesel Engine Assembly — Left Side-Showing Groups in which parts appear.................... 7-1-1
7-1-2      Diesel Engine Assembly-Right Side-Showing Groups in which parts appear.....................7-1-2
7-1-3      Orientation Diagram ................................................................... 7-1-3
7-1-4      Engine Name Plate ..................................................................... 7-1-4

### Section 2 — Basic Engine

7-2-1      Accessory Drive Gear Train — Transfer Section ......................................... 7-2-1
7-2-2      Accessory Drive Gear Train — Longitudinal Section ..................................... 7-2-2
7-2-3      Camshaft Assembly .................................................................... 7-2-3
7-2-4      Connecting Rod and Piston ............................................................ 7-2-4
7-2-5      Crankcase Assembly — Upper ........................................................... 7-2-5
7-2-6      Crankcase, Accessory Drive Housing, and Flywheel Housing Assembly...................... 7-2-6
7-2-7      Crankcase Assembly — Lower ........................................................... 7-2-7
7-2-8      Crankshaft Assembly .................................................................. 7-2-8
7-2-9      Cylinder and Valves Assembly ......................................................... 7-2-9
7-2-10     Engine Drive Assembly ................................................................ 7-2-10
7-2-11     Flywheel Assembly .................................................................... 7-2-11

### Section 3 — Fuel System

7-3-1      Adapter, Shaft, and Levers Assembly .................................................. 7-3-1
7-3-2      Fuel Injection Pump .................................................................. 7-3-2
7-3-3      Fuel Supply Pump ..................................................................... 7-3-3
7-3-4      Fuel Injection Pump Support .......................................................... 7-3-4
7-3-5      Fuel Injection Nozzle and Holder...................................................... 7-3-5
7-3-6      Fuel Oil Filter...................................................................... 7-3-6
7-3-7      Piping — Fuel Supply and Leak-Off System ............................................. 7-3-7

### Section 4 — Starting System

7-4-1      Air Starter Motor .................................................................... 7-4-1
7-4-2      Air Starter Oiler..................................................................... 7-4-2
7-4-3      Air Starter Control Valve ............................................................ 7-4-3
7-4-4      Ether Injection Unit ................................................................. 7-4-4
7-4-5      Starter Clutch and Brake Assembly .................................................... 7-4-5

### Section 5 — Governor System

7-5-1      Regulating Governor .................................................................. 7-5-1
7-5-2      Regulating Governor Linkage .......................................................... 7-5-2
7-5-3      Overspeed Cutout ..................................................................... 7-5-3

xiv                         SECURITY CLASSIFICATION                         ORIGINAL

Figure 7 (Cont.)

44

Licensed by Information Handling Services

Section 6 – Lubrication System

7-6-1 Lube Oil Pump Adapter .......... 7-6-1
7-6-2 Lube Oil Pump Assembly .......... 7-6-2
7-6-3 Auxiliary Oil Pump .......... 7-6-4
7-6-4 Lube Oil Pressure Relief Valve .......... 7-6-5
7-6-5 Oil Filter Lube .......... 7-6-6
7-6-6 Lube Oil Heat Exchanger .......... 7-6-24
7-6-7 Element and Adapter Assembly .......... 7-6-24
7-6-8 Lube Oil Strainer Assembly .......... 7-6-25

Section 7 – Cooling System

7-7-1 Fresh Water Pump Adapter .......... 7-7-1
7-7-2 Fresh Water Pump .......... 7-7-2
7-7-3 Fresh Water Heat Exchanger .......... 7-7-3
7-7-4 Thermostat .......... 7-7-4
7-7-5 Exhaust Manifold Cooling System (Fresh Water) .......... 7-7-4
7-7-6 Valve Assembly (3 way) Sea Water .......... 7-7-6
7-7-7 Sea Water Pump .......... 7-7-7

Section 8 – Exhaust System

7-8-1 Muffler .......... 7-8-1

Section 9 – Air Induction System

7-9-1 Supercharger Assembly .......... 7-9-1
7-9-2 Rotor Assembly (Supercharger) .......... 7-9-2
7-9-3 Air Filter and Silencer .......... 7-9-3
7-9-4 Aftercooler and Stud .......... 7-9-4
7-9-5 Support, Shaft and Levers Assembly (Supercharger) .......... 7-9-5

Section 10 – Instruments and Controls

7-10-1 Instrument Panel – Front .......... 7-10-1
7-10-2 Instrument Panel – Rear .......... 7-10-2
7-10-3 Engine Speed Control Lever Actuator .......... 7-10-3
7-10-4 Engine Speed Control Lever Actuator .......... 7-10-4
7-10-5 Throttle Control Assembly .......... 7-10-5
7-10-6 Vernier Control Valve .......... 7-10-6
7-10-7 Transfer Valve .......... 7-10-7
7-10-8 Control Stand – Engine Room .......... 7-10-8
7-10-9 Double Check Valve .......... 7-10-9
7-10-10 Air Starter Control Valve Push Button .......... 7-10-10
7-10-11 Vented Cock .......... 7-10-11

MEMORANDUM

Figure 7 (Cont.)

Licensed by Information Handling Services

9999906 2107186 196

FRONT MATTER                                                                    TABLES

## SECURITY CLASSIFICATION

## LIST OF TABLES

Table No.                                                                      Page No.

**CHAPTER 1 – GENERAL INFORMATION**

Section 0

1-0-1    Performance Characteristics at Design Point........................................ 1-0-1
1-0-2    Weights of Engine and Accessories .................................................. 1-0-3
1-0-3    Fit, Clearance and Adjustment Table ................................................ 1-0-4
1-0-4    Bearing, Clearance, Backlash, and End Float ....................................... 1-0-6
1-0-5    Fuel, Lubricant, and Maintenance Material Specifications ......................... 1-0-7

**CHAPTER 3 – OPERATING INSTRUCTIONS**

Section 1 – Operating Procedure

3-1-1    Operators Check Chart ............................................................. 3-1-7
3-1-2    Performance Curves ............................................................... 3-1-8

**CHAPTER 4 – INSTALLATION**

Section 1 – Initial Installation

4-1-1    Torque Table ..................................................................... 4-1-2

**CHAPTER 5 – MAINTENANCE**

Section 2 – Basic Engine

5-2-1    Bearing Data ..................................................................... 5-2-9
5-2-2    Gearing Data ..................................................................... 5-2-9
5-2-3    Valve Tappet Clearance........................................................... 5-2-12

Section 3 – Fuel System

5-3-1    Fuel Injection Timing Adjustment Chart ........................................... 5-3-8

Section 7 – Cooling System

5-7-1    Anticorrosion Zinc Location Table ................................................ 5-7-5

xvi                           SECURITY CLASSIFICATION                           ORIGINAL

Figure 8 – List of tables

Licensed by Information Handling Services

▓ 9999906 2107187 022 ▓

## SECTION I

## INITIAL INSTALLATION

### 4-1-1 General.

Prior to shipment the engines, driven machinery and all connecting parts have been carefully tested, individually and in combination as complete units. The engines have had ample "run-in" and final inspection.

Installation drawings showing the over-all installation dimensions and clearances, as well as the location of all connecting piping flanges, are included at the end of this chapter. Fresh and sea water cooling, lubricating oil, air and fuel oil piping to be done by the shipbuilder and also shown in schematic diagrams on the installation drawings. Where possible, temporary cone-type strainers should be installed in the lines and removed upon completion of trials.

Diagrams and instructions for installation of the generator and switchgear will be found in the generator manufacturer's instruction book, Volume II.

Installation should be as described in the installation plans and the following instructions to insure good operating conditions for the engines and associated equipment.

For operators and repair base personnel, the installation specifications are of secondary importance. They should understand, however, those factors which, if altered or not kept in repair, might reduce the efficiency of or damage the engine and associated equipment.

### 4-1-2 Assembly.

The generator sets are completely assembled to the subbase, aligned and tested prior to shipment.

The sets are protected against vibration during shipment by the insertion of paper under the inertia flywheel and the generator pedestal bearing caps and under the generator brushes. The inertia flywheel is cushioned on a rubber pad and two wooden wedges are installed on each side between the flywheel and subbase cross member. The paper must be removed from under the bearing caps and the wedges removed from between the flywheel and subbase before the machinery can be rotated.

### 4-1-3 Mounting.

The foundations upon which the generator set subbase or propulsion engine mounting rails are to rest must be level athwartships and in parallel planes. All subbase and mounting bolts should be checked and torqued to the value specified before final installation and coupling alignment.

### 4-1-4 Coupling Alignment.

Sufficient time should be allowed after launching to permit swelling and tightening of the ships timbers and the ship should be weighted to the loaded waterline before the reduction gear and propeller shafts are finally aligned. At this time the alignment of the generator set subbases and foundations should be rechecked and the engine-to-fly-

Figure 9 — Page Identification

47

Licensed by Information Handling Services

■ 9999906 2107188 769 ■.

Model XXX — Propulsion              SECURITY CLASSIFICATION                    Paragraph 4-1-2
       Diesel Engine

wheel and flywheel-to-generator couplings broken and the alignment checked. Alignment procedures are illustrated in Figure 4-1-1 below.

(EXAMPLE ILLUSTRATION)

FIGURE 4-1-1 COUPLING ALIGNMENT

When measuring the face-to-face distance of the coupling, the shaft of the engine drive assembly should be pulled back toward the coupling to take up the end of the shaft.

If the coupling face-to-face distance is not as specified, the unit must be shifted ahead on its mounting and secured, after which the clearance and alignment should be rechecked before completion of the installation.

4-1-2                        SECURITY CLASSIFICATION                         ORIGINAL

Figure 9 (Cont.)

48

Licensed by Information Handling Services

█ 9999906 2107189 9T5 █

## SECTION 1

## INITIAL INSTALLATION

### 4-1-1 General

Prior to shipment – the engines, driven machinery, and all connecting parts have been carefully tested, individually and in combination as complete units. The engines have had ample "run-in" and final inspection.

Installation drawings showing the over-all installation dimensions and clearances, as well as the location of all connecting piping flanges, are included at the end of this chapter. Fresh and sea water cooling, lubricating oil, air and fuel oil piping to be done by the shipbuilder and also shown in schematic diagrams on the installation drawings. Where possible, temporary cone-type strainers should be installed in the lines and removed upon completion of trials.

Diagrams and instructions for installation of the generator and switchgear will be found in the generator manufacturer's instruction book, Volume II.

Installation should be as described in the installation plans and the following instructions to insure good operating conditions for the engines and associated equipment.

For operators and repair base personnel, the installation specifications are of secondary importance. They should understand, however, those factors which, if altered or not kept in repair, might reduce the efficiency of or damage the engine and associated equipment.

### 4-1-2 Assembly.

The generator sets are completely assembled to the subbase, aligned and tested prior to shipment.

The sets are protected against vibration during shipment by the insertion of paper under the inertia flywheel and the generator pedestal bearing caps and under the brushes. The inertia flywheel is cushioned on a rubber pad and two wooden edges are installed on each side between the flywheel and subbase cross member. The paper must be removed from under the bearing caps and the wedges removed from between the flywheel and subbase before the machinery can be rotated.

### 4-1-3 Mounting.

The foundation upon which the generator set subbase on propulsion engine mounting rails are to rest must be level athwartships and in parallel planes. All subbase and mounting bolts should be checked and torqued to the value specified before final installation and coupling alignment.

### 4-1-4 Coupling Alignment.

Sufficient time should be allowed after launching to permit swelling and tightening of the ships timbers and the ship should be weighted to the loaded waterline before the reduction gear and propeller shafts are finally aligned. At this time the alignment of the generator set subbases and foundations should be rechecked and the engine-to-flywheel and flywheel-to-generator couplings broken and the alignment checked. Alignment procedures are illustrated in Figure 4-1-1 below.

(EXAMPLE ILLUSTRATION)

### FIGURE 4-1-1 COUPLING ALIGNMENT

When measuring the face-to-face distance of the coupling, the shaft of the engine drive assembly should be pulled back toward the coupling to take up the end play of the shaft.

If the coupling face-to-face distance is not as specified, the unit must be shifted ahead on its mounting and secured, after which the clearance and alignment should be rechecked before completion of the installation.

Figure 10 – Page identification

 49

Licensed by Information Handling Services.

Licensed by Information Handling Services



Figure 11. Engine control system.

SECURITY CLASSIFICATION



■■ 9999906 2107191 553 ■■

SECURITY CLASSIFICATION



GREASE FITTING

FRONT BEARING

FRAME AND STATOR

REAR BEARING

FRONT BRACKET

ROTOR

REAR BRACKET

*Preferred art treatment for exploded views—line drawing with shading medium. Preferred method of handling indexing by the use of nouns or nomenclature is also shown.*



*Alternate acceptable art treatment—line drawing, black used to shape parts. Alternate method of handling indexing by the use of numerals as shown may be used if number of component parts warrants their use.*

GREASE FITTING

FRONT BEARING

FRAME AND STATOR

REAR BEARING

FRONT BRACKET

ROTOR

REAR BRACKET

*Alternate acceptable art treatment—wash drawing technique (suitable for letterpress or offset reproduction only). Preferred method of handling indexing is shown.*

NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per drawing shown above will also be acceptable.

Figure 12.   Art treatment for exploded views.

SECURITY CLASSIFICATION

51



Licensed by Information Handling Services

9999906 2107192 497

SECURITY CLASSIFICATION

88" TO CLEAR AND CLOSE VALVE
8 1/8
20 1/8 APPROX.
12 3/8
99" LENGTH OF RODMETER
101" REQUIRED TO REMOVE RODMETER
SEA VALVE
IDENTIFICATION PLATE ITEM 35
7
GEAR
1
2
3C
3A
3
40
35
36
9
20
38
33
32
31
30
29
28

Figure 13.–Reduced size

52

Licensed by Information Handling Services

■ 9999906 2107193 326 ■



drawing with blank apron page to illustrate fold-over arrangement.

Part 2 852
Licensed by Information Handling Services

■ 9999906 2107194 262 ■

| .T OF MATERIAL QUANTITIES FOR ONE SEA VALVE | | | | | | | | REVISIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4738-1-A | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4749-A | | | | | | | | | |
| | | | IH4749-1-A | | | | | | | | | |
| | MONEY | MIL-B-18241 | IH4749-A | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4729-A | | | | | | | | | |
| | IH4 | | IH4734-A | | | ZINC PLATE | | | | | | |
| | | | | | | | | | | | | |
| | | QQ-B-740 | IH4728-A | | | | | | | | | |
| | | | IH4741-A | | | | | | | | | |
| | | MIL-B-18241 | IH4729-1-B | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | A-A177 | | | | SYMBOL 104 | | | | | | |
| | | QQ-B-91 | | | | | | | | | | |
| | | QQ-B-911 | | | | | | | | | | |
| | | QQ-B-613 | | | | | | | | | | |
| | | 100-B-601 | | | | R.H. E. RX 90 | | | | | | |
| | | QQ-B-611 | | | | | | | | | | |
| | | QQ-B-501 | | | | | | | | | | |
| | | QQ-B-611 | | | | ZINC PLATE | | | | | | |
| | | QQ-B-601 | | | | P D AND RT 90 | | | | | | |
| | BEAR BRONZE | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | MIL-B-601 | | | | | | | | | | |
| | | MIL-B-17061 | | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4737-A | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4736-A | | | | | | | | | |
| | | MIL-B-20311 | | | | | | | | | | |
| | | MIL-B-1644 | | | | | | | | | | |
| | NOBEL | QQ-B-621 | IH4738-1-A | | | | | | | | | |
| | RUBBER | MIL-B-900 | IH4740-A | | | | | | | | | |

NOTES:

1. Pinion shaft, item 31, is furnished 56" long (from center line of valve) length to be cut to suit ship and handwheel pinned in place. Necessary bearing for shaft to be furnished by others.

2. At installation, item 10 and 11 must be rigidly held in alignment.

3. Where spec. no. is not noted, material of best commercial grade to be used.

4. Valve made in accordance with spec. MIL-V-20231 class III except os noted.

5. Components exposed to hydrostatic pressure shall withstand without damage or operational failure hydrostatic pressure of 550 lbs. per square inch for one hour.

SECURITY CLASSIFICATION

| | | |
|---|---|---|
| | UNDERWATER LOG EQUIPMENT | |
| | SEA-VALVE ASSEMBLY | |
| | | |

53

SECURITY CLASSIFICATION



Licensed by Information Handling Services

# EXHIBIT 7

461252.1

REPRODUCED AT . NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)
6 June 1961

ADVANCE COPY

SUPERSEDING
MIL-M-15071C(SHIPS)
10 September 1957

## MILITARY SPECIFICATION

## MANUAL, SERVICE (INSTRUCTION BOOKS) FOR SHIPBOARD ELECTRICAL AND MECHANICAL EQUIPMENT

### 1. SCOPE

1.1 Scope. - This specification sets forth Bureau of Ships requirements for classes and general contents of manuals necessary for the satisfactory operation, maintenance, installation, overhaul and repair, without the services of manufacturer's representative, of electrical, mechanical, hull, interior communication and fire control shipboard equipment. This specification also includes procedures for submission, review, approval and revision of the service manual. The intent is to accept the manufacturer's commercial type of manual or one prepared in accordance with his commercial practice whenever it is roughly equivalent to the detail requirements included herein.

1.2 Classification. - Service manuals shall be of the following classes:

Class A manual - A basic manual covering a family of equipment of the same basic design and one which can be made applicable to a specific equipment manufactured to that basic design by completing sheets and blanks.

Class B manual - A manual covering a specific equipment for which a class A approval has not been obtained.

### 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitation for bids, form a part of this specification to the extent specified herein.

SPECIFICATIONS

MILITARY
MIL-D-963 - Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.

FSC 7610

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for Safe-guarding Classified Information.

(Copies of specifications and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 The following document forms a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N. Y.)

3. REQUIREMENTS

3.1 Media for final manuals and approval. -

3.1.1 Class A manuals. - Whenever a manufacturer's equipment lends itself to the preparation of a manual covering a family of equipments of the same basic design and one which can be made applicable to specific equipments of that design by completing sheets and blanks, the manufacturer may submit to the Bureau of Ships four copies of the basic manual together with examples of the sheets and blanks which will represent the detailed information to be provided for a specific equipment. Approval of a class A manual will be by the Bureau of Ships only and, once approved, the basic manual shall not be modified without the approval of the Bureau of Ships. At the time of class A manual approval, the Bureau will assign a NAVSHIPS number to the basic manual and forward one copy to the cognizant inspection for future comparison inspection with manuals furnished for specific equipments.

2


REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.1.1  Once approval of a class A manual is granted for a particular basic design of equipment (and size range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished on a contract or order may be supplied by the manufacturer, in the quantities required by that order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the manufacturer with the NAVSHIPS number of the basic manual followed by "-1", "-2" or higher.  Each dash number shall be assigned numerically by the manufacturer for each specific equipment of that family.

3.1.2  Class B manuals. - Class B manuals cover a specific equipment for which class A approval has not been obtained.  Once a class B manual has been approved by the Bureau  or its field representative, the manual shall not be modified without approval of the Bureau of Ships.  (NOTE:  Bureau of Ships field representative - Where the term "field representative" is used in this specification, it is limited to field representative of the Bureau of Ships, i.e. Supervisors of Shipbuilding, USN, U.S. Naval Shipyards and Industrial Manager, USN.)  Whenever a manual for a specific equipment has not been approved previously, for this or a previous issue of this specification, prior to preparing final manuals, the manufacturer shall prepare and submit a sample manual for approval to one of the following activities, as appropriate:

    (a) Manuals procured on Bureau of Ships contracts - Contractor shall forward four sample copies to the Bureau of Ships for approval and assignment of a NAVSHIPS number with a copy of the forwarding document to the cognizant Government inspector.

    (b) Manuals procured on contracts issued by Naval activities other than Bureau of Ships - Contractor shall forward four sample copies to the Naval activity for approval.

    (c) Manuals procured for the Navy by a commercial activity (such as a private shipbuilder) - Contractor shall forward five sample copies to the commercial activity for approval of both the commercial activity and the cognizant Bureau representative.

3.1.2.1  The Bureau will assign a NAVSHIPS number to each different class B manual as follows:

    (a) Manuals procured on contracts issued by the Bureau of Ships - The NAVSHIPS number will be included in the approval letter.

    (b) Manuals procured on contracts issued by other activities.

3

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

The field approving activities may obtain NAVSHIPS numbers from the Bureau of Ships by one of the following methods:

    (a) Submit two copies of the manual prior or subsequent to the review and approval.
    (b) Permit the manufacturer to forward two copies of the manual to the Bureau simultaneously with the copies for approval.
    (c) In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability and contract or order number.

3.1.2.2 Regardless of the method used for obtaining NAVSHIPS numbers, the letter request shall state the expected delivery date of the manuals and the quantity of manuals being furnished for stock.

3.1.3 Emphasis. - The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format. The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative. The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair. The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual. (A class A or B manual may be the manufacturer's commercial manual, or one prepared in accordance with his commercial practice whenever it will be suitable for the service intended as determined by the approving activity.)

3.1.4 Security classification. - The security classification of manuals shall be as designated by the bureau or agency concerned. If classifed, the security guide issued by DD form 254, forming a part of the contract shall be followed. All pages shall be marked in accordance with the requirements of the Industrial Security Manual for Safeguarding Classified Information (DD 441 (Attachment)). Where a minor amount of classified information is involved, two volumes - one unclassified and one classified shall be provided. The word "UNCLASSIFIED" need not appear on each page of unclassified portions of classified manuals. Revisions shall be classified as required by their subject matter. Regardless of the overall classification of a classified publication, an unclassified title shall be assigned whenever possible and consistent with security and clarity. In all cases, however, if a classified manual is involved, the initials of the classification assigned to the title, standing alone, shall be indicated in parentheses immediately following the title, using one of the following notation (U), (C), (S), (TS). In addition, the covers of classified manuals shall include the markings as indicated on figure 1.

4

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.5 Detail requirements. -

3.1.5.1 Contents. - Manuals shall contain the following information, arranged in an order appropriate to provide adequate instruction for operation and maintenance of each unit in the equipment and the complete assembly: No particular arrangement, format or chapter titles are required as long as the information is suitably presented.

Front Matter
General Information
Installation
Principles of Operation
Operating Instructions
Maintenance and Repair
Parts Lists

3.1.5.2 Front matter. - The front matter shall consist of the following:

(a) Cover
(b) Title page (for classified manuals only)
(c) Approval and procurement record page
(d) List of effective pages
(e) Table of contents
(f) List of figures
(g) List of tables

3.1.5.2.1 Cover and title page. - The cover shall contain the information on figure 1. The title page for classified manuals shall conform to figure 2.

3.1.5.2.2 Approval and procurement record page. - The approval and procurement record (APR) page shall be the first page of unclassified manuals and shall follow the title page of classified manuals and shall conform to figure 3.

3.1.5.2.3 List of effective pages. - A list of effective pages shall be included. In multiple volume manuals, the list of effective pages shall be included in volume 1 only. The list of effective pages shall be modified whenever revisions are incorporated in copies of the manual.

5

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.5.2.4 Table of contents. - The table of contents shall list all primary divisions and secondary subdivisions such as chapters, sections and pages with their corresponding numbers. Where sub-manufacturers are furnishing associated equipment and a separate manual is not provided, it shall be the responsibility of the prime contractor to integrate and reflect the information provided by the sub-manufacturers within the table of contents. In multiple volume publications, a table of contents shall be prepared for each volume.

3.1.5.2.5 List of figures. - A list of figures shall be prepared listing all figures, their titles and numbers. In multi-volume publications, a list of figures shall be prepared for each volume.

3.1.5.2.6 List of tables. - A list of tables shall be prepared listing all tables, their titles and numbers. In multi-volume publications, a list of tables shall be prepared for each volume.

3.1.6 General information. - General information shall consist of general data, a general description and detailed descriptions, as necessary to supplement data included in drawings and photographs.

3.1.6.1 General data. - General data shall consist of the following data for each component or unit:

    (a) Descriptive (name plate) data necessary to identify manufacturer, type, model and performance or design characteristics.
    (b) Principal overall dimensions.
    (c) Weight.
    (d) Allowable capacities, temperatures, pressures, settings, tolerances or other salient features as appropriate to the item shall be shown.

3.1.6.2 General description. - General description shall consist of a short general description of the equipment; explain briefly what it is, what it will do, and the general overall and interrelated operation of the various units. All information of a general character applicable to the complete equipment shall also be given. Where the text contains terms or symbols not commonly used, definitions or explanatory notes shall be included.

3.1.6.3 Detailed description. - Detailed description shall contain a complete detailed description of units and assemblies which comprise the complete equipment; for example: ship service turbo generator: the turbine, reduction gear, generator and exciter.

6

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.7 Installation. - Instructions, if necessary to supplement the installation drawings supplied (in accordance with Specification MIL-D-963), shall consist of methods of installation; including packing or unpacking, handling, preparation of foundation, alignment, precautions, mounting instructions, bolting diagrams, safety guards, grounding or bonding, clearances for access, ventilation, motion under shock, and methods of testing to assure satisfactory installation.

3.1.8 Principles of operation. - Figures, sketches, performance curves, and schematic wiring diagrams shall be included to the extent necessary to provide satisfactory operation, maintenance and repair. Operating sequences of automatic and semi-automatic equipment shall be indicated.

3.1.9 Operating instructions. - Information shall include routine and emergency procedures, and safety precautions; maximum and minimum loads; normal temperatures or pressure limits or both; transfer from manual to automatic operation (or the reverse), to be observed in the starting, operating, stopping, and shutting down of the equipment. In addition, action(s) which should be taken in the event of power failure; control air failure; lube-oil failure; partial failure of equipment; and similar conditions shall be described. Action(s) described in the event of partial failure shall include, where practicable, those procedures necessary to provide continued service of the equipment until time is available to repair the equipment. Where operating procedures are to be performed in specific sequence, step-by-step procedures shall be given. Operations shall be numbered in the order in which they are performed. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.1.10 Maintenance and repair. -

3.1.10.1 Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

7

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that sub-components are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3, 1, 10, 2  Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

8

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.1.11  Parts list. – The parts list shall include identification data covering all repair parts to facilitate ready identification of parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed.

3.1.12  Special tools. – A separate list of "special tools" which are supplied with the equipment shall immediately follow the parts tabulation; this list shall contain only tools that are peculiar to the equipment showing the quantity, unit of issue (each, pair, set), description, and manufacturer's identification number. A photograph or sketch showing each special tool as it is being used, shall be included in the manual.

3.1.13  Photographs and drawings. – As the preferred alternate to lengthy, detailed discussions, the manual shall make maximum use of shop photographs, with parts annotated for identification. Photographs may be half-tones or glossy prints. Manuals shall contain reproductions of drawings, additional block diagrams and schematic drawings as necessary to supplement the descriptive matter contained in the text. In every case, a drawing or photograph of the assembly shall be included. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. Photographs and sketches shall be included wherever necessary for identification of the parts in the "parts list". Other figures shall be included to supplement or extend the information contained in the photographs and drawings as required for further identification of parts and explanation of the descriptive information contained in the text.

3.2  Format. –

3.2.1  Volumes. – Manuals shall be divided into volumes and by chapters or sections as necesary to provide ready handling and to present orderly instructions for operation and maintenance of the equipment, depending on the size and complexity of the manual.

3.2.2  Numbering. – Any section, chapter, page and paragraph numbering system which facilitates adequate indexing and rapid location of pertinent information is acceptable.

9

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.3 Text. -

3.3.1 Wording. - The text shall be factual, specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, repair, overhaul and maintenance of the equipment, and to provide sufficient information for technicians to install, operate, service; and maintain the equipment at peak performance without the services of a manufacturer's representative. Technical phraseology requiring a specialized knowledge shall be avoided except where no other wording will convey the intended meaning, in which case the technical term shall be defined.

3.3.2 Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses.

3.3.3 Figures. - Sectional views of assemblies, sub-assemblies and the component parts thereof shall be shown as necessary to supplement the text, photographs, and drawings and aid in the identification of parts. Identification of illustrated parts with listed parts shall be facilitated by the use of index (or piece) numbers and arrows which will identify assemblies, sub-assemblies and component parts thereof.

3.3.4 Indexing and referencing of figures. - Significant features or components of figures shall be identified by brief applicable nomenclature with arrows. Index (or piece) numbers may be used on figures when an extremely large amount of nomenclature is required.

3.3.5 Deleted figures. - When a change requires deletion of a figure without substitution of another, the following sentence shall be inserted "Figure _____ deleted" in or near the place of deletion.

3.3.6 Notes, cautions and warnings. - Notes, cautions and warnings should be used to emphasize important and critical instructions. The use should be as sparing as is consistent with real need. When used, notes, cautions and warnings should immediately precede the applicable instructions and shall be selected in accordance with the following definitions:

(a) "NOTE" - An operating procedure, condition, etc., which it is essential to highlight.
(b) "CAUTION" - Operating procedures, practices; etc., when if not strictly observed, will result in damage or destruction of equipment.
(c) "WARNING" - Operating procedures, practices, etc., which will result in personal injury or loss of life if not correctly followed.

100

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.4 Applicability of manuals. –

3.4.1 Identical. – When a class A manual covering a specific equipment or a class B manual which is already available, is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the manufacturer issuing an approval and procurement record page. Copies of the manual required for the ship(s) and local use may be requisitioned from stock by the cognizant Naval supervising activity.

3.4.2 Identical except for minor modifications. – When a class A manual covering a specific equipment or a class B manual is applicable to the equipment being procured except for minor differences, the manufacturer shall modify the manual to cover the differences by the issue of revised or supplementary pages. All revisions to an existing manual shall be approved by the Bureau of Ships, shall require the assignment of a change number, assigned by the Bureau of Ships, and shall be issued by the manufacturer with an approval and procurement record page.

3.5 Revisions. – Revisions to manuals which have been previously distributed shall be prepared as follows:

    (a) New pages – New pages shall be issued when it is found necessary to include new information to augment the content of the original manual.

    (b) Revised pages – Revised pages shall be issued to make changes which apply uniformly to all equipments covered by the manual.

    (c) Supplementary pages – Supplementary pages shall be issued when necessary to provide alternate instructions applicable only to a portion of the total equipments covered by the manual because of minor modifications or minor differences in related components.

3.5.1 Legend for revisions. – All new, revised or supplementary pages shall include the words "new", "revised" or "supplementary", the date and a change number.

3.5.2 Submission for approval. – Four copies of each revision shall be submitted to the Bureau for approval and assignment of a change number. The forwarding letter shall include the number of stock copies and the estimated delivery date of the final copies.

11

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.6 Production requirements. – Detail materials, printing procedures and assembly for each manual shall be as approved at time of class A or B manual approval. An acceptable arrangement is set forth in the appendix of this specification. Alternate arrangements will be approved if equivalent performance is provided.

3.7 Distribution requirements. – Unless otherwise specified in the contract or order, distribution of all manuals not exactly identical to one previously procured and assigned a NAVSHIPS number shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.

(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(c) Two copies to the Bureau of Ships.

(d) Three copies to the cognizant Supervisor of Shipbuilding when the equipment is to be installed by a private shipyard. (These copies are in addition to the copies for placement on board the ship.)

(e) Two copies to the Naval shipyard when the equipment is to be installed by that activity. (These copies are in addition to the copies for placement on board the ship.)

(f) One copy to each U.S. Naval Shipyard except Pearl Harbor and Portsmouth Naval Shipyard (total of nine).

(g) Two copies to Pearl Harbor Naval Shipyard (for submarine and surface ship equipment).

(h) Two copies to Portsmouth Naval Shipyard (for submarine equipment only).

(i) One copy to all active submarine tenders (submarine equipment only).

(j) One copy to Submarine Bases, New London and Pearl Harbor (submarine equipment only).

(k) Two copies to Commanding Officer, Ships Parts Control Center, Mechanicsburg, Penn.

(l) One copy to Naval Supply Centers, Norfolk and Oakland.

(m) One copy to Naval Supply Depot, Clearfield, Odgen, Utah.

(n) One copy to Forms and Publications Supply Office, Byron, Georgia.

12

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

(o) Manuals for stock shall be in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 25 | 25 |
| 26 to 99 | 50 |
| 100 and over | 100 |

These manuals shall be shipped to:
    Receiving Officer, Naval Supply Depot, Mechanicsburg, Penn. Marked for COG I stock.
(p) Copies of approval and procurement record pages in accordance with paragraph 3.10.

3.8 Unless otherwise specified in the contract or order, (where manuals are not to be drawn from stock, see 3.4.1) distribution of all manuals exactly identical to ones previously approved shall be as follows:

(a) Two copies for each equipment shall be packed with the equipment when the equipment is shipped to stock.
(b) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.
(c) Copies of approval and procurement record pages in accordance with 3.10.

3.9 Revisions. - Revision pages shall be distributed to all activities receiving the original manual, and in the same quantity.

3.10 Approval and procurement record page. - This page shall be included in all copies of the manuals and additional copies distributed as follows:

(a) Two copies to Bureau of Ships.
(b) One copy to Forms and Publications Supply Office, Byron, Georgia.
(c) One copy to Ships Parts Control Center, Mechanicsburg, Penn.

13

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

3.11 Military Assistance Program Ships. - Unless otherwise specified in the contract or order, distribution of all final manuals for ships being constructed, reactivated, converted or otherwise readied for transfer under the Military Assistance Program. (MAP) shall be as follows:

(a) Two copies for each equipment shall be shipped separately to the cognizant Naval supervising activity marked for each ship on which the equipment is to be installed.

(b) Six copies per equipment for each ship to be transferred under MAP to a foreign government. These copies shall be sent to the Military Assistance Advisory Group (MAAG) of the recipient country for delivery to the foreign government which is to receive the ships.

(c) One copy to the Washington, D.C. Naval Attache of the foreign government to receive the ships.

(d) Two copies to the Bureau of Ships.

(e) One copy to the cognizant Supervisor of Shipbuilding when the equipment is to be installed at a private yard.

(f) One copy to the Commanding Officer, U.S. Navy Forms and Publications Supply Office, Byron, Georgia.

(g) Twelve copies to Receiving Officer, U.S. Naval Supply Depot, Mechanicsburg, Penn., marked for COG I stock.

## 4. QUALITY ASSURANCE PROVISIONS

4.1 Contractor responsibility. - The supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own or any other inspection facilities and services acceptable to the Government. Inspection records of the examinations shall be kept complete and available to the Government as specified in the contract or order. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Inspection. - Sample copies shall be inspected to determine compliance with the requirements of this specification and for equivalence with the approved (when applicable) sample or basic manual. (If any subsequent issue of manuals is not equivalent to or better than an approved class A manual, class A approval may be withdrawn.)

14

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

4.3 Content. – The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required. The NAVSHIPS number on the manual shall be checked for agreement with the NAVSHIPS number on the equipment identification plate where specified.

5. PREPARATION FOR DELIVERY

5.1 Packaging and packing. –

5.1.1 Individual and multi-volume manuals. – Individual copies and multi-volume manuals shall be packed to preclude damage to material. Multi-volume manuals shall be furnished as complete sets.

5.1.2 Manuals shipped with equipment. – When two copies of the manual are packed with the equipment they shall be packed within the shipping container holding the main unit of equipment. The manual(s) shall be so placed that they are readily accessible prior to removing the equipment and shall not be placed within the vaporproof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice packing list or bill of lading shall include the NAVSHIPS number of the manual, the quantity and shall indicate which container includes the manuals.

5.1.3 Bulk shipment. – Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations as applicable to the mode of transportation.

5.2 Marking. – On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

Box (number) of (number)   (to be listed on multiple container shipments)
NAVSHIPS number            (manual number)
Quantity                   (in package)

The words "FOR STOCK" shall be endorsed on the package or packages destined for stock, unless otherwise specified. NAVSHIPS numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different NAVSHIPS manual numbers, the stock copies of each manual number shall be shipped separately.

15

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

6. NOTES

6.1 Ordering data. - Equipment specifications and procurement documents shall specify the following:

      (a) Title, number and date of this specification.
      (b) Quantity of manuals or APR pages required, delivery date and delivery destinations (see 3.7 through 3.11 inclusive).

6.2 Classes of manuals. - The class of manual need not be specified in equipment specifications or procurement documents. The intent is that the manufacturer shall supply class A manuals for any equipment for which he has received class A manual approval. He shall supply class B manuals wherever he has not been granted class A approval.

6.3 Use of term "Service Manual". - Manuals to this issue of the specification are identified as "Service Manuals", instead of "Technical Manuals" since past use of the work "Technical" tended to denote a comprehensive, expensive, theoretical and engineering document whereas all that is necessary is a document that provides for satisfactory operation, maintenance and repair.

6.4 Elimination of types. - Previous issues of this specification have established different types for manuals. Types have been eliminated from this issue. The content and make-up of each manual should be tailor-made to delineate the particular operation and maintenance procedures required.

6.5 Rights in data. - Wherever unlimited rights in data are not obtained, the manual should eliminate all proprietary information if operation and maintenance suitability is not thereby reduced. If proprietary information is required to be included and only limited rights in data are obtained, a restrictive clause per ASPR Section 9 should be included on the cover of each manual for ready identification.

16

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

Notice. - When Government drawings, specifications or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N014Sh)

17

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

APPENDIX

10. SCOPE

10.1 This appendix covers the requirements for the production of service manuals.

20. REQUIREMENTS

20.1 Quality. - All manuals furnished will be subject to 35-mm microfilming. Letters, lines and symbols shall be of a uniform contrast throughout the documents. Blurred or smudged printing or drop out of characters or lines shall be cause for rejection of the publication. Characters shall be no smaller than 8 point type.

20.2 Typography. - Preferred typography is set forth in table I. When revisions are made to the basic manual, the typography shall conform as nearly as possible to the original manual.

Table I - Typography for 8-1/2 by 11-inch manual.

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Security classification A condensed | Gothic 14 pt[1] | Capitals | 6 pt. | |
| Chapter or section titles | Same type as text | Capitals | 6 pt. | 48 pt. Following marginal copy, text of illustration 18 pt. Preceding text or illustration |
| Primary side heads | Same type as text | Capitals | 2 pt. | 6 pt. Preceding or following text |
| Subordinate side heads | Same type as text | Capitals | 1 pt. | 6 pt. Preceding or following text |
| Figure and table titles | Same type as text | Capitals and lower case | 2 pt. | 6 pt. Following illustration |

[1] If 14 pt. is not available, next smaller size shall be permitted.

18

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

Table I - Typography for 8-1/2 by 11 inch manual (cont'd)

| Use | Type style and size | Capitalization | Leading | Spacing between units |
|---|---|---|---|---|
| Notes and cautions | Same type as text | Capitals centered | ------- | 4 pt. Preceding and following text |
| Warnings | Same type as text | Capitals centered | ------- | 4 pt. Preceding and following text |
| Text, table of contents, list of illustrations etc. | Book face (roman) bold 10 pt. | Capitals and lower case | 1 pt. | 12 pt. Preceding illustration or following figure title 6 pt Preceding or following notes, cautions, warnings |
| Keys or legends | Book face (roman) italics 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding figure title or following illustration 12 pt. Preceding text |
| Parts breakdown listings | Book face (roman) 8 pt. | Capitals and lower case | 1 pt. | 6 pt. Preceding bottom rule or following headings |
| Footnotes | Book face (roman) bold 8 pt. | Capitals and lower case | 1 pt. | |

NOTES

1. It is not the intent of this appendix to qualify the methods or composing equipment to be used, but to specify results required.
2. Leading and spacing may be relaxed where circumstances require such alterations.
3. The above requirements are for type that will reproduce same size. When oversize pages are used, type shall reduce to approximately these sizes.
4. All type specified may be plus or minus 1 point, except that 8 point type shall be the minimum allowable size.

19

REPRODUCED AT THE NATIONAL ARCHIVES:

MIL-M-15071D(SHIPS)

### NOTES TO TABLE I (cont'd)

5. The type faces listed below are the most preferred. They are available in linotype or can be closely matched on office composing machines.

<u>Book face (Roman)</u>
Garamond
Modern.
Bookman
Tribune News
Times Roman
Antique
Baskerville
Century

6. Type sizes as indicated in the requirements were selected for conservation of space and legibility and should not be changed except:

    (a) When oversize pages are prepared.
    (b) When unusual copy fitting problems arise.

20.3 <u>Layout.</u> –

20.3.1 <u>Text pages.</u> – The preferred layout of 8-1/2 inches by 11 inches text pages is two columns 20 picas wide and 54 picas deep, making an overall page image size of 42 by 60 picas. The text and illustration areas shall conserve space without lessening clarity or legibility. Blanks and spaces shall be avoided, except on fold-ins, and the first major division of the manual (chapter or section) shall be a new odd page.

20.3.2 <u>Fold-ins.</u> – Fold-in pages shall be used only for diagrams, drawings or charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable and shall not exceed an overall length of 34 inches from the binding edge including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

20.4 Form-punching and drilling. - Service manuals shall be prepared in looseleaf form unless otherwise specified or approved. Looseleaf publications and revisions shall be punched for looseleaf binding with three holes one-fourth inch in diameter and four and one-fourth inches center to center (for 8-1/2 by 11 inch pages) or with such other drilling or punching as specified. Punching of revision pages shall be the same as punching of the original manuals.

20.5 Size. - Suggested sizes for final trim of service manuals follow:

4-3/8 by 6-3/4
8-1/2 by 11

All dimensions are in inches.

20.6 Paper stock. -

20.6.1 Text pages. - Paper stock for text pages shall be as specified in 20.6.1.1 or 20.6.1.2.

20.6.1.1 Lithography. - Paper stock shall be white offset book free from unbleached or ground woodpulp and shall have a substance weight of not less than 100 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.1.2 Letterpress. - Paper stock shall be equivalent to white super-calendered book containing not to exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1,000 sheets, basis 25 by 38 inches.

20.6.2 Fold-ins. - Paper stock for fold-in pages shall be equivalent to high wet strength lithographic map, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 48 pounds per 1,000 sheets, basis 17 by 22 inches.

20.6.3 Binders. - Binders shall be of plastic or pressboard and shall accommodate looseleaf manuals punched or drilled as specified in 20.4 and shall facilitate insertion of replacement pages. Commercial type fasteners are to be used. Information to be included on the binders shall not be stamped with gold or any other metal foil. Binder colors for unclassified manuals shall be any color except yellow or red. Binders for confidential manuals shall be red. Binders for secret and top secret manuals shall be yellow.

21

REPRODUCED AT THE NATIONAL ARCHIVES

MIL-M-15071D(SHIPS)

NAVSHIPS 000-00
SECURITY CLASSIFICATION

VOLUME I OF III

NAV
SEC

NAV
SEC

NAV

# TITLE OF

# MANUAL

# (U)

GROUP CLASSIFICATION MARKING (for classified manuals. See DD254)

SECURITY CLASSIFICATION

Figure 1 - Cover.

REPRODUCED AT THE NATIONAL ARCHIVES

NAVSHIPS 000-000
SECURITY CLASSIFICATION

MIL-M-15071D(SHIPS)
VOLUME I OF III

# TITLE OF
# MANUAL
# (U)

WARNING:  This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794.  The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law.

SECURITY CLASSIFICATION

Figure 2 - Title page.

23

MIL-M-15071D(SHIPS)

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures.

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions.

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate:

For Class A manuals covering specific equipments.

It is hereby certified that NAVSHIPS _____ is identical to the basic manual NAVSHIPS _____ approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order _____.

For original Class B manuals.

It is hereby certified that NAVSHIPS _____ to be provided under contract or purchase order _____ has been approved by the approval data shown above.

For identical Class A manuals covering specific equipment and Class B manuals.

It is hereby certified that the manuals to be provided under contract or purchase order _____ are exactly identical to NAVSHIPS _____ approved by authority of approval data shown above.

For Class A manuals covering specific equipment and Class B manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order _____ are exactly identical to NAVSHIPS _____ approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in Class B manuals and copies of final manuals.

24

APPROVAL AND PROCUREMENT RECORD PAGE

APPROVAL DATA FOR: NAVSHIPS _____
TITLE OF MANUAL:

APPROVAL AUTHORITY:

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

CERTIFICATION:

DATE _____

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

CHANGE NO.

Figure 3  Approval and procurement record page

REPRODUCED AT THE NATIONAL ARCHIVES

REPRODUCED AT THE NATIONAL ARCHIVES

SPECIFICATION ANALYSIS SHEET

## Instructions

This sheet is to be filled out by personnel either Government or contractor, involved in the use of the specification in procurement of products for ultimate use by the Bureau of Ships.

This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be

procured with a minimum amount of delay and at the least cost.

Comments and the return of this form will be appreciated.

Fold on dotted lines on reverse side, staple in corner, and send to Bureau of Ships, Specifications and Standardization Branch, Washington 25, D.C.

Specification

| Organization | City | State |
|---|---|---|

Contract No.

| Quantity of Items Procured | Dollar Amount $ |
|---|---|

Material procured under a direct Government contract ☐ or a subcontract ☐

1. Has any part of the specification created problems or required interpretation in procurement?
a. Give paragraph number and wording

5. Recommendations for correcting the deficiencies

2. Comment on any specification requirement considered too rigid

3. Is the specification restrictive?    If the answer is "Yes", in what way?
☐ Yes    ☐ No

4. Remarks (Attach any pertinent data which may be of use in improving this specification. Place this form and papers in an envelope and send to the Bureau

| Submitted by (Print name and activity) | Date |
|---|---|

REPRODUCED AT THE NATIONAL ARCHIVES

Fold

DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

OFFICIAL BUSINESS

POSTAGE AND FEES PAID
NAVY DEPARTMENT

CHIEF, BUREAU OF SHIPS
SPECIFICATIONS AND STANDARDIZATION BRANCH
DEPARTMENT OF THE NAVY
WASHINGTON 25, D.C.

Fold

# EXHIBIT 8

461252.1

MIL-M-15071E(SHIPS)
15 April 1962
SUPERSEDING
MIL-M-15071D(SHIPS)
6 June 1961
MIL-M-16616(SHIPS)
4 February 1956

# MILITARY SPECIFICATION

## MANUALS, EQUIPMENT AND SYSTEMS

### 1. SCOPE

1.1 Scope. - This specification sets forth Bureau of Ships requirements for manuals necessary for installation, operation, maintenance, and repair (without the services of manufacturer's representatives) of equipment and systems.

1.2 Classification. - Manuals shall be of the following types, as specified (see 6.1):

Type I - Electrical and mechanical equipment manuals.
Type II - Electronic and specialized equipment manuals.
Type IIa - Experimental equipment manuals.
Type III - Systems manuals.

### 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitations for bids, form a part of this specification to the extent specified herein:

SPECIFICATIONS

MILITARY
MIL-D-963 - Drawing, Electrical, Hull and Mechanical Equipment for Naval Shipboard Use.
MIL-M-21741 - Manual, Technical, Maintenance Standard Book.
MIL-D-23140 - Drawing, Installation Control and Preliminary Data (for Electronic and Related Equipment).

STANDARDS

MILITARY
MIL-STD-12 - Abbreviations for Use on Drawings and in Technical-Type Publications.
MIL-STD-15-1 - Graphical Symbols for Electrical and Electronic Diagrams, Part 1.
MIL-STD-15-2 - Electrical Wiring Symbols for Ships' Plans, Part 2.
MIL-STD-15-3 - Electrical Wiring Symbols for Architectural and Electrical Layout Drawings, Part 3.

MIL-STD-16 - Electrical and Electronic Reference Designations.
MIL-STD-17 - Mechanical Symbols.
MIL-STD-806 - Graphic Symbols for Logic Diagrams.

PUBLICATIONS

DEPARTMENT OF DEFENSE
DD Form 441 (Attachment) - Industrial Security Manual for Safeguarding Classified Information.

BUREAU OF SHIPS
NAVSHIPS 250-000 - Bureau of Ships Technical Manual
NAVSHIPS 94500 - Preparation Guide for Electronic Equipment Technical Manuals.
NAVSHIPS 900,000.102 - Handbook of Electronic Circuits.

(Copies of specifications, standards, and publications required by contractors in connection with specific procurement functions may be obtained from the bureau or activity concerned or as directed by the contracting officer.)

2.2 Other publications. - The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

AMERICAN STANDARDS ASSOCIATION (ASA)
Y14.15 - Electrical Diagrams.

(Applications for copies should be addressed to the American Standards Association Inc., 10 East 40th Street, New York 16, N.Y.)

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Applications for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N.Y.)

FSC 7610

THIS DOCUMENT CONTAINS 18 PAGES.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

3. REQUIREMENTS

3.1 Level of writing. - As a general guide, the level of writing should be that for a high school graduate having specialized training as a technician through Navy training courses. Operating instructions shall be written to the level of an operator having previous experience in the operation of similar or related equipment. The level of writing for other portions of the manual shall be to that of a technician having previous maintenance experience with similar or related equipment. These manuals are required to be written to the level of understanding of a Navy Technician Third Class. Technical manuals for experimental equipment (type IIa) should be written to the level of understanding of an engineer. To help contractors determine the nature, content and level of training given in the Navy Class A schools, manufacturers may request Inspectors of Naval Material to requisition training material on loan for the duration of the need.

3.2 References. - The Bureau of Ships Technical Manual, NAVSHIPS 250-000, describes the theory, operation and maintenance of many equipments and systems. Common electronic circuits are described in the Handbook of Electronic Circuits, NAVSHIPS 900,000.102. Accordingly, it will not be necessary to repeat this type of data in equipment or systems manuals except by reference. New or unique applications shall be fully described, to acquaint the technician with their principles of operation and maintenance.

3.3 Contents. - Manuals shall contain the following data, as applicable, arranged in an appropriate order to provide adequate instruction for installation, operation and maintenance of the equipment or system:

    Front matter
    General information
    Installation
    Operation
    Trouble shooting
    Maintenance
    Parts list
    Index

3.3.1 Front matter. - Standard front matter, listed in the normal sequence of appearance, shall consist of the following:

3.3.1.1 Cover and title page. - The cover shall contain the information shown in figure 1. The title page shall contain the information shown in figure 2.

3.3.1.2 Approval and procurement record page. - For type I manuals only, the approval and procurement record (APR) page shall follow the title page, and shall conform to figure 3.

2

3.3.1.3 List of effective pages. - The list of effective pages shall list all pages of the manual and shall indicate the issue information of each page (see 3.10.2.3). In multi-volume manuals, this page shall be included in volume 1 only.

3.3.1.4 Table of contents. - The table of contents shall list all primary divisions (chapters, sections, and paragraphs), with their corresponding page numbers. In multi-volume manuals, volume 1 shall contain a complete table of contents for all volumes; each subsequent volume shall contain its own table of contents.

3.3.1.5 List of illustrations. - The list of illustrations shall contain a complete listing of figures, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of illustrations; each subsequent volume shall contain its own list of illustrations.

3.3.1.6 List of tables. - The list of tables shall contain a complete listing of all tables, titles, and page numbers. In multi-volume manuals, volume 1 shall contain a complete list of tables; each subsequent volume shall contain its own list of tables.

3.3.2 General information. - The manual shall include an over-all description of the functions and purpose of the equipment. This information is intended for use at the command level and others requiring a general summary of the equipment or system and its performance, advantages and limitations. It should not include information on operation and maintenance.

3.3.2.1 Description. - The functioning of the equipment or system as a whole and of its interrelated units shall be described. The functional description shall be non-technical in nature and shall describe the intended use (why, where, when, and with what), capabilities, and limitations of the equipment or system. Text covering physical descriptions or structural arrangements shall be brief, with special attention given to avoiding the inclusion of unnecessary or repetitious details that are easily illustrated. If the manual covers more than one model equipment or system, a statement or table pointing out the differences shall be provided. A list of equipment supplied, together with the approximate volume, weight, and over-all dimensions of each unit, if applicable, shall also be included. A list of equipment or publications required but not supplied and a compilation of quick reference data shall also be included. The quick reference data shall consist of pertinent technical or design characteristics of the equipment. Examples of such data are:

    (a) Descriptive (nameplate) data necessary to identify manufacturer, type, model.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

(b) Functional characteristics, such as:
Power requirement
Types of operation
Power output
Frequency
Pulse characteristics
Sensitivity; selectivity
(c) Capabilities, such as:
Rated ranges
Coverage
Resolution
Accuracy
(d) Rated outputs, such as:
Wattages
Voltages
Horsepower
Gallons per minute
(e) Special characteristics, such as:
Operating temperatures
Heat dissipation per unit
Pressure
Humidity
Tolerances
(f) Other pertinent characteristics

3.3.3 Installation. - Installation information, as necessary to summarize installation drawings (conforming to MIL-D-963 or MIL-D-23140, as applicable), such as: site selection, unpacking and handling (where abnormal procedures or precautions are required), preparation of foundations, power requirements, mechanical assembly procedures, mounting instructions, bolting diagrams, safety precautions or guards, grounding and bonding, clearances for access, ventilation, motion under shock, methods of testing to assure satisfactory installation, and other recommendations for reduction of electrical or radio interference shall be provided. Information shall also be included to describe and illustrate, as necessary, the procedures to prepare the equipment for reshipment, taking into account complicated disassembly or dismantling procedures and known requirements for special handling of the equipment.

3.3.4 Operation. - Operating instructions shall include routine and emergency procedures (manual, automatic, local, and remote), safety precautions, quantitative and qualitative limits to be observed in the starting, operating, stopping, or shutting down of the equipment or systems. Where operating procedures or adjustments are to be performed in a specific sequence, step-by-step procedures shall be given; tables or charts, as necessary, are preferred for the presentation of such procedures. Adequate illustrative material shall supplement the text, to identify and locate all operating control and indicating devices. Tables which present the function of each operating control and indicating device, as well as the normal in-use position or indication, shall be included. Operating and stand-by cycling time for

maximum over-all equipment life shall also be included. Emergency operating instructions shall describe procedures to be followed when normal operation is not possible because of emergency conditions, such as: power failure, "battle short" operation, control air failure, lube-oil failure, partial failure of equipment, and so forth.

3.3.4.1 Operator's maintenance. - It is the intent of this specification that the operator's information include any maintenance procedures within the capability of an operator. This capability is limited to procedures governing periodic inspection, cleaning, servicing, preservation, lubrication, adjustment, and minor parts replacement (fuses, dry batteries, indicator lamps, and so forth) which do not require the need for internal alignment or complex adjustment.

3.3.5 Trouble shooting. - The manual shall provide the maintenance technician with adequate details for quickly and efficiently locating the cause of an equipment malfunction. The discussions shall contain concise information (to the extent needed) on how the equipment operates. The discussions shall be in order of operational or data sequence, as applicable. Block diagrams, simplified schematic diagrams of electrical, mechanical, hydraulic, pneumatic, and electronic circuits or systems, performance curves, and nomographs shall be used to support the discussions wherever necessary. Trouble-shooting information required to localize any trouble to a particular functional division (or unit) shall be included, to serve as a guide in isolating faults.

3.3.6 Additional specific requirements for types I, II, and III manuals are set forth in paragraphs (3.4), (3.5) and (3.6), respectively.

3.3.7 Parts list. - The parts list shall include identification data covering all maintenance parts, to facilitate ready identification of the parts for replacement and ordering purposes. Standard hardware, structural parts, or other parts which have no maintenance significance shall not be listed. A brief introduction and the applicable tables listed below shall be included:

3.3.7.1 List of units. - The units shall be listed by unit number in numerical order; the list shall also indicate the quantity per equipment and the official name and designation.

3.3.7.2 Maintenance parts list. - The maintenance parts list shall list all of the units and their maintenance parts. The listing shall be arranged by units in numerical sequence. Maintenance parts for each unit shall be listed alphabetically-numerically by class of part following the unit designation:

(a) The tabulation shall consist of the following data: reference designation (military

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

or commercial, as applicable) and the name and description of the parts, keyed to an illustration. (If a cross reference list to provide parts location data is included with the repair material, the parts list can omit cross reference to an illustration.) Those parts which are not covered by military designation shall include sufficient characteristics to allow identification of the part within the equipment.

(b) A separate list of any special tools supplied with the equipment shall be provided at the end of the parts list tabulation.

3.3.7.3 List of manufacturers. - A list of manufacturers shall be supplied unless the manufacturers are identified within the parts list tabulation by name and not by code.

3.3.8 Index. - An alphabetical index by subject shall be included if the manual contains more than 100 pages. In multi-volume manuals, the index shall be included in volume 1 only.

3.3.9 User activity comment sheet. - The manual production source shall include in each bound copy of final equipment and systems manuals one user activity comment sheet. This sheet shall be located immediately following the last page of each manual. In multi-volume manuals the sheet shall be located immediately following the last page of each volume. Figure 4 shall be used as reproduction copy for the production of these sheets.

3.4 Specific requirements for type I manuals. -

3.4.1 Maintenance and repair. -

3.4.1.1 Preventive maintenance. - Instructions shall include all maintenance procedures, inspections, tests, and adjustments which should be performed periodically under shipboard conditions for the purpose of preventing failure or impairment of the equipment. A one page summary and time schedule for maintenance procedures, including a check-off table where appropriate, shall be provided. The summary sheet shall identify any items required by the Navy, as indicated at time of approval action, to be included in the ship's permanent history cards. Where necessary, instructions shall include procedures for obtaining access to the sub-components for maintenance. Maintenance instructions shall include, where appropriate, but shall not be limited to the following:

(a) A tabulation of periodic, routine, mechanical, and electrical tests and checks which should be accomplished regularly to show that subcomponents are operating properly and to insure continuity of service at optimum performance.

(b) Table or charts, including "wear-limit" charts when appropriate, to indicate what is to be done, when it is to be done based on inspection, and how to do it.

(c) Utilization of the test facilities which may be incorporated in the various components.

(d) Instructions for the care, inspection, and cleaning of all pertinent parts.

(e) Instructions stressing the importance of properly maintaining all safety devices and interlocks provided to prevent damage to equipment or injury to personnel.

(f) Instructions on lubrication at shipboard operating temperatures shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer and the type of lubricant to be used. Lubricants shall be described by symbol number, Federal stock number, Military specification and industry standard numbers where applicable and known.

(g) Instructions on in-place-balancing or other means of reducing noise level if equipment specifications and shipboard application require quiet operation.

3.4.1.2 Trouble shooting, overhaul and repair. - Instructions shall include all information necessary to permit a technician to locate trouble, and to make repairs, adjustments and conduct tests of each component, assembly or sub-assembly of the equipment. The following shall be included:

(a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptoms, probable cause, and instructions for remedying the faults.

(b) Complete instructions on signal tracing for electric circuits, use of special test instruments and unusual servicing techniques.

(c) Ample figures and sectional views giving details of mechanical assemblies, and simplified schematic diagrams of electrical, mechanical, hydraulic and pneumatic circuits. Figures contained elsewhere in the manual may be used and referred to under this heading without duplicating them.

3.5 Specific requirements for type II manuals. -

3.5.1 Preparation guide. - NAVSHIPS 94500 provides guidance as to a desired level of organizing, illustrating, and expressing technical material required by this specification. Any major deviation from this guide shall be approved by the bureau or agency concerned.

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

3.5.2 Trouble shooting. -

3.5.2.1 Trouble-shooting guides for localizing faults, giving sources of trouble, the symptoms, and probable cause, and instructions for remedying the faults shall be included for equipment or systems if adequate historical data is readily available.

3.5.2.2 Trouble shooting where adequate historical data is not readily available shall be based on the following "logical trouble-shooting procedure" (see 6.2):

(a) Step 1 - Symptom recognition. - The technician must be able to recognize when the equipment is malfunctioning or when performance has deteriorated beyond acceptable limits. This requires that the technician have available data similar to the following:
  (1) Expected performance or design characteristics for the equipment as a whole.
  (2) Performance limits for individual units of an equipment.
  (3) Other factors which can cause a deterioration in equipment performance but are not the direct result of an equipment malfunction.

(b) Step 2 - Symptom elaboration. - After a trouble has been verified, the technician must use the available aids designed into the equipment to further define the trouble. As an aid to this step, the technician needs:
  (1) A list of all front panel indicating devices (listing normal indications) and the controls which govern their operation.
  (2) A list of all critical adjustments or alignment procedures which affect equipment operation.
  (3) Programmed or automatic testing procedures.

(c) Step 3 - Listing probable faulty function. - After the technician has further defined the equipment trouble, he makes several "logical choices" covering the general location of the trouble, based upon the symptoms, his knowledge of the equipment, and the information available in the manual. In making these "logical choices", the technician will limit the location of the fault to those functional divisions which, if defective, could reasonably cause the trouble. For this he needs:
  (1) A complete functional description of the equipment, and a detailed description of the operation of

each functional division of the equipment and an explanation of critical circuits and reasons for adjustments.
  (2) Block diagrams of the equipment broken down into its functional divisions.

(d) Step 4 - Localizing the faulty function. - After "Choosing" the functional division that could be faulty, the technician performs certain tests or checks which will either eliminate or pinpoint the functional division under consideration. In order to perform these tests, the technician needs:
  (1) A list of test equipment and any special tools required.
  (2) A complete and comprehensive servicing block diagram for each functional division of the equipment.
  (3) Illustrations calling out significant test-point locations.

(e) Step 5 - Localizing trouble to the assembly (or circuit). - After the faulty functional division has been isolated, further "logical choices", together with additional tests and checks, enable the technician to isolate and pinpoint the part(s) causing the trouble. In order to accomplish this degree of isolation, the technician needs:
  (1) An over-all equipment schematic diagram, or, if the equipment is large or complex, individual unit schematics.
  (2) A listing of pertinent measurements (end play, backlash, clearances, temperatures, resistances, waveforms, and so forth) to be used as they apply in checking individual assembly or circuit conditions.
  (3) Illustrations showing the location of all parts.

(f) Step 6 - Failure analysis. - This is simply a review step in which the technician retraces the procedures he used in arriving at the corrective measure he is about to take. It allows the technician to broaden his background by giving him practice in determining the effect of the faulty part on the functional division, and on the equipment.

3.5.3 Maintenance. -

3.5.3.1 Preventive maintenance. - All preventive maintenance procedures that must be performed by a maintenance technician, tests, inspections, and adjustments which should be performed periodically to maintain proper operation shall be included if they are not described in a separate maintenance publication (such as a Maintenance

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Standards Book as covered by MIL-M-21741). The instructions shall include, where appropriate:

(a) A maintenance procedures summary and time schedule chart.

(b) A tabulation of periodic performance, mechanical and electrical tests and checks, cleaning and inspections, and lubrication. Each of the checks or procedures shall be properly illustrated, and a regular time interval of performance shall be established (such as daily, weekly, monthly, and so forth). Acceptable limits of performance shall also be included within the tabulations. In general, the information shall indicate when it is to be done, what is to be done, how to do it, and the expected result.

(c) Lubrication instructions shall include manufacturer's recommendations on types of lubricant to use, specific time intervals for lubrication, and, where necessary, any special instructions covering lubricating procedures. Lubricants shall be identified by military or commercial standard numbers, as available.

(d) Cleaning instructions shall include information on the types of solvents to use and the cleaning periods. The cleaning solvents shall be identified by military or commercial standard numbers, as available.

3.5.3.2 Repair. - Instructions shall be provided for the removal, repair, adjustment, and replacement of all items which are within the ability of a technician to perform. Schematic diagrams of electrical, mechanical, hydraulic, pneumatic, and electronic circuits; parts location illustrations or other methods of parts location information; photographs, inter-connection cabling, piping plans, intra-rack wiring data (diagrams or tabular listings), and exploded and sectional views giving details of mechanical assemblies shall be provided, as necessary, to supplement the test. For mechanical items, information on tolerances, clearances, wear limits, maximum bolt-down torques, and in-place balancing or other means of reducing noise level shall be supplied. Information on the use of special tools and test equipment supplied with the equipment, as well as any cautions or warnings which must be observed to protect personnel and equipment, shall also be covered. The presentation should be arranged on a unit-by-unit basis; however, extensive material, procedures, or illustrations which are common to more than one assembly or sub-assembly need not be repeated, but may be referenced.

3.5.4 Operators' handbook. - When the thickness of the manual exceeds approximately 1/2 inch, the operators' information required in 3.3.4 shall be bound as a separate "Operators' Handbook". When bound separately, the standard front matter specified in 3.3.1 shall be included in the handbook.

3.6 Specific requirements for type III manuals. - Systems manuals shall contain data required for type I or type II manuals arranged in an appropriate order to provide system oriented instructions for overall operation, checkout, and maintenance of the system. Detailed requirements for these manuals shall be as specified in the contract, order, or ship specification. Parts lists of units involved with systems not already covered in equipment manuals shall be included.

3.7 Format. -

3.7.1 Volumes. - When the thickness of a manual exceeds approximately 2 inches, the manual shall be divided functionally into volumes and chapters or sections, as necessary, to provide easy handling and to present orderly instructions.

3.7.2 Text. - The text shall be specific, concise, and clearly worded to be readily understandable by personnel involved in the operation, maintenance, and repair of the equipment.

3.7.3 Emphasis. - The Bureau of Ships is mainly interested in the adequacy and completeness of contents and the clarity and readability of the information rather than the format. The manual shall be oriented toward operation, maintenance and repair of the equipment by the forces afloat, without the services of a manufacturer's representative. The portions devoted to descriptive matter and theory shall be limited to those which are essential to a proper understanding of the equipment for satisfactory operation, maintenance and repair. The text need not duplicate information which is adequately shown on the photographs, drawings and illustrations incorporated in the manual.

3.7.4 Security classification. - The security classification of a manual shall be as designated by the bureau or agency concerned. The Security Requirements Check list DD Form 254, which constitutes a part of the contract for all classified material, identifies and indicates the classified features. All pages of classified manuals shall be marked in accordance with Industrial Security Manual for safeguarding classified information. Whenever possible, the installation, operation, and parts list information shall be kept unclassified.

3.7.4.1 Additional security markings. - When a manual contains information of a higher classification than that of the equipment it concerns, the appropriate classification of all classified data

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433562
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

contained within that manual shall be identified by a classification letter(s) enclosed in parentheses (see 3.7.4.2) and positioned as follows:

   (a) Paragraphs and subparagraphs. - At the beginning and end of the text.

   (b) Tables and illustrations. - At the upper-left and lower-right corners.

   (c) Subjects and titles. - At the end of the subject or title.

3.7.4.2 Classification letters. - The classification letters assigned to the various levels are: (TS) Top Secret, (S) Secret, (C) Confidential, and (CMH) Confidential—Modified Handling Authorized, and (CRD) Confidential Restricted Data. Although it is not intended that each and every item of information bear a classification letter, the letter (U) shall be used to denote unclassified data when so directed by the bureau or agency concerned.

3.7.5 Notes, cautions, and warnings. - Notes, cautions, and warnings shall be used to emphasize important and critical instructions, consistent with the need. Notes, cautions, and warnings shall immediately precede the applicable instructions, and shall be selected in accordance with the following:

   (a) "NOTE" - Concerns an operating procedure or condition which should be highlighted.

   (b) "CAUTION" - Concerns an operating procedure or practice, which if not strictly observed, will result in damage to or destruction of equipment.

   (c) "WARNING" - Concerns an operating procedure or practice which, if not strictly observed, will result in injury to personnel or loss of life.

3.7.6 Numbering and identification. - Any chapter, section, page, and paragraph numbering system is acceptable if it facilitates adequate indexing and location of information.

3.7.7 Illustrations. - Illustrations perform the function of graphically presenting required information. They shall be so planned and laid out as to portray complete pertinent information in a clear and accurate manner. Contractors may use available illustrations (photographs, diagrams, and so forth) prepared for other publications if the illustrations conform to this specification.

3.7.8 Abbreviations. - Abbreviations for use on drawings shall conform to MIL-STD-12, or MIL-D-963, as applicable.

3.7.9 Graphical symbols. - For type I manuals, use graphical symbols from MIL-D-963. For type

II manuals, use graphical symbols for electronic diagrams from MIL-STD-15-1; electronic wiring equipment symbols from MIL-STD-15-2; electronic wiring symbols for architectural and electronic layout drawings from MIL-STD-15-3; mechanical symbols from MIL-STD-17; and logic diagram symbols from MIL-STD-806. For required details on the application of graphical symbols refer to ASA Y14.15.

3.7.10 Reference designations. - Electronics reference designations shall conform to MIL-STD-16.

3.8 Production. -

3.8.1 Detail materials, reproduction procedures and assembly shall be approved at time of submission of manuscript for approval. Acceptable production details are set forth in this specification. Alternate methods will be approved if equivalent performance and durability are provided.

3.8.2 Use of color. - Color shall only be used to clarify functional operations. Such methods as cross-hatching or shading shall be used in lieu of color when there will be no loss in comprehension. Color shall not be used for backgrounds or for other decorative purposes. If color is used, a legend shall be included to explain the colors used. Colors shall be held to a minimum.

3.8.3 Typography. - It is not the intent of this specification to state the different methods or composing equipment to be used, but rather to state the results required. All manuals are subject to 35mm microfilming. Letters, lines, and symbols shall be of a uniform contrast throughout the publication. Blurred or smudged printing or drop-out of characters or lines shall be cause for rejection. Characters shall be no smaller than 8-point type. When revisions are made, the typography shall conform as nearly as possible to the original manual. Preferred typography is set forth in table I.

   (a) Table I indicates the final point size of the type. When oversize pages are used for composition, the type shall approximate these sizes when reduced.

   (b) The type families listed below are most preferred, and can be closely matched by cold composition processes:

### Book face (Roman)

| | |
|---|---|
| Garamond | Bookman |
| Century | Modern Roman |
| Modern | Baskerville |

   (c) Leading and spacing may be relaxed where circumstances require such alterations.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Table I—Typography

| Use | Type Face and Point Size | Capitalization | Leading | Spacing Between Lines |
|---|---|---|---|---|
| Security classification | Same type family as text, 14 pt | Capitals | 6 pt | |
| Body text | Book face (roman), 10 pt | Capitals and lower case | 1 pt | 12 pt preceding illustration or following figure title |
| Chapter and section titles | Same as body text | Capitals | 6 pt | 48 pt following marginal copy, text, or illustration |
| Primary side heads | Same as body text | Capitals | 2 pt | 6 pt preceding or following text |
| Subordinate side heads | Same as body text | Capitals | 1 pt | 6 pt preceding or following text |
| Marginal copy | Same as body text | Capitals and lower case | Solid | |
| Tables: Titles | Same as body text | Capitals | 2 pt | 6 pt to preceding text and following rule |
| Column heads | Same as body text | Capitals | | |
| Body | Same as body text | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Parts listing | Book face (roman) 8 pt, or EAM print-out | Capitals and lower case | 1 pt | 6 pt preceding bottom rule or following headings |
| Note (word only) | Same as body text | Capitals and lower case | | 4 pt preceding and and following text (text of Note set same as body text) |
| Caution (word only) | Same as body text | Capitals | | Same as for Notes |
| Warning (word only) | Same as body text | Capitals | | Same as for Notes |
| Figure titles | Same as body text | Capitals and lower case | 2 pt | 6 pt following illustration |
| Keys or legends | Same as body text | Capitals and lower case | 1 pt | 6 pt following figure title or following illustration |
| Footnotes | Same as body text | Capitals and lower case | 1 pt | Fit to space available |

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433802
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

3.8.4 <u>Layout</u>.- Recommended page layout is set forth below:

(a) <u>Single pages</u>.- The preferred layout follows:

| Page size (inches) | Columns | Column Width (picas) | Gutter Width (picas) | Binding Edge (picas) | Image* Depth (picas) |
|---|---|---|---|---|---|
| 8-1/4 x 10-3/4 | 1 | 42 | --- | 7 | 60 |
| 7-3/4 x 10-1/4 | 1 | 39 | --- | 6 | 57 |
| 8-1/4 x 10-3/4 | 2 | 20 | 2 | 7 | 60 |
| 7-3/4 x 10-1/4 | 2 | 19 | 1-1/2 | 6-1/2 | 57 |
| 3-3/8 x 6-3/4 | 1 | 20 | --- | 5 | 31-1/2 |

* Exclusive of security classification and page numbers.

Blanks and spaces shall be avoided except on fold-ins. The first major division of the publication (chapter or section) shall begin on a new odd page.

(b) <u>Fold-ins</u>.- Fold-in pages shall be used only for diagrams, drawings, and charts which cannot be reduced for satisfactory presentation on a single page, or when frequent reference is required from other pages of the book. Page-size aprons are required. When fold-in pages are used, they should be held to a two-page fold-in whenever practicable, and shall not exceed an overall length of 34 inches from the binding edge, including the apron. The apron may contain information pertaining to the diagram, drawing or chart.

3.8.5 <u>Illustrations</u>.- Illustrations shall be prepared by the most economical method which will result in clear, legible illustrations.

(a) <u>Lettering</u>.- Lettering height in final reproduced form shall not be less than 0.060 inch.

(b) <u>Continuous-tone artwork</u>.- Continuous-tone artwork (photographs and renderings) shall provide a clear definition of shapes, tonal values, and surface texture. The subjects shall be well-lighted, detailed, and brilliant.

(c) <u>Line artwork</u>.- Line artwork shall be prepared with line weights of sufficient strength to reproduce sharply and clearly at the final reproduction size, and shall be suitable for reduction to 35mm microfilm.

3.8.6 <u>Paper stock</u>.- Paper stock for text pages and fold-ins shall be as follows:

(a) <u>Lithography</u>.- Paper stock shall be white offset book, free from unbleached or ground woodpulp, and shall have a substance weight of not less than 100 pounds per 1000 sheets, basis 25 by 38 inches.

(b) <u>Letterpress</u>.- Paper stock shall be equivalent to white supercalendered book, the content of which shall not exceed 5 percent unbleached chemical wood or ground woodpulp, the remainder to be bleached chemical woodpulp, and shall have a substance weight of not less than 90 pounds per 1000 sheets, basis 25 by 38 inches.

3.8.7 <u>Cover stock</u>.- Cover stock shall be of plastic or pressboard. Information to be imprinted on the covers shall not be stamped in gold or any other metal foil. Cover colors for unclassified manuals shall be of any color except red or yellow. Covers for CONFIDENTIAL manuals shall be red. Covers for SECRET and TOP SECRET manuals shall be yellow.

3.8.8 <u>Binding</u>.- Manuals shall be prepared in looseleaf form, and shall facilitate the insertion of replacement pages. Commercial metal-type fasteners are to be used. The manual pages shall be punched or drilled as follows (all dimensions in inches):

| Hole-type binders | 4-3/8 x 6-3/4 | 7-3/4 x 10-1/4 (8-1/4 x 10-3/4) |
|---|---|---|
| Number of holes | Two | Three |
| Hole size | 1/4 | 1/4 |
| Distance, center-to-center | 4-1/2 | 4-1/4 |
| Distance to binding edge | 5/16 | 7/16 |

| Multi-slot binders | | |
|---|---|---|
| Number of slots | Twelve | Eighteen (Nineteen) |
| Slot size | 3/16 x 5/16 | 3/16 x 5/16 |

9

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

Multi-slot binders (cont'd)

| Distance, center-to-center | 9/16 | 9/16 |
|---|---|---|
| Distance to binding edge after trim | 3/16 | 3/16 |

Punching or drilling of revision pages shall be the same as for the original manuals. Fillers shall be used to build up binding edge to same thickness as right-hand edge of manuals.

3.8.9 Preliminary, experimental manuscript and service test manuals. -

3.8.9.1 Typography. - Manuals shall be type-written, single-spaced. The copy shall be such that clear, readable reproductions may be obtained. Any method of duplication which will provide the necessary quantity of black legible copies will be acceptable. When the method of duplication permits, the manual shall be reproduced on both sides of the paper.

3.8.9.2 Layout. - Layout shall conform to the requirements for final manuals (see 3.8.4) except that horizontal and vertical folds are acceptable on fold-in pages.

3.8.9.3 Illustrations. - Illustrations for preliminary, experimental manuscript and service test manuals shall be prepared by the most economical method which will result in clear, legible illustrations when reproduced.

3.8.9.4 Paper and cover stock. - Any good-quality paper stock which is suitable for the intended method of reproduction will be satisfactory for text and fold-in pages. Cover stock satisfactory for the intended use is acceptable; however, the color shall conform to the requirements for final manuals (see 3.8.7).

3.8.9.5 Binding. - Binding shall conform to the requirements for final manuals (see 3.8.8). Covers need not include any printed matter (other than the security classification) if suitable cut-out windows are provided.

3.9 Applicability of manuals. -

3.9.1 Identical manuals. - When a manual that is already available is applicable in its entirety to the equipment being procured, the applicability is to be extended to include the additional ships by the contractor issuing a new approval and procurement record page.

3.9.2 Modified manuals. - When existing manuals are applicable to the equipment being procured except for minor differences, the contractor

shall modify the manual to cover the differences by the issue of a revision.

3.10 Revisions. -

3.10.1 Changes. - Information amending, correcting or modifying a manual shall be issued either as a temporary or permanent change. Change numbers will be assigned by the bureau or agency concerned when the submitted review copy is returned to the contractor.

3.10.1.1 Temporary changes. - Temporary changes shall be supplied when there is insufficient time to publish the information in the manual prior to delivery of the equipment, when making minor pen-and-ink corrections, or when revising preliminary manuals (see 3.11.3). A temporary change shall consist of detailed instructions for revising the manual.

3.10.1.1.1 Instructions. - The instruction portion of a temporary change shall be prepared as follows:

(a) The publication number and the temporary change (T-) number shall appear in the upper left-hand corner of each page.

(b) The total number of pages shall be indicated on the first page only.

(c) The security notice shall appear on the first page of all classified temporary changes (see figure 1).

(d) A statement shall be made indicating when the temporary change is in effect. If it supersedes an earlier temporary change or permanent change, a statement to that effect shall be given.

(e) A statement shall be made indicating the purpose of the change and the extent (or conditions of application) to which it applies.

(f) Instructions shall be given for making specific pen-and-ink corrections. The instructions shall be terse, yet clear. Illustrations and diagrams shall be used where needed. Specific data to be changed shall be set off in quotation marks. Pen-and-ink changes shall not be allowed when the time required is more than one minute per page and where the space available does not permit the insertion without affecting the clarity of the test.

(g) Instructions shall be given for inserting new or revised pages, for the disposition of superseded material, and for correcting the list of effective pages.

(h) The instructions shall be followed by a statement that the temporary change

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433982
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

shall be inserted in the manual immediately behind the front cover, preceding any previous changes.

(i) Printed matter shall be arranged on the pages so that none of the copy will be obscured when the pages are inserted into the affected publication.

3.10.1.1.2 Production of temporary changes. - Temporary changes shall be produced by the most economical method.

3.10.2 Permanent changes. - A permanent change shall consist of detailed instructions and revised pages for revising the manual. If more than 25 percent of the total pages of the manual (or volume if the manual consists of more than one volume) is affected, the manual (or volume) shall be issued as a completely revised manual (see 3.10.4). If, as a result of an equipment change, a manual covers only modified items or material, a note shall be included in the first paragraph of the instruction sheet to the effect that maintenance support activities should not dispose of the superseded pages until it can be established that all of the equipment population has been modified. Other activities should update their publications when the modification has been accomplished. If an equipment change does not affect the entire equipment population, the change shall be prepared in such a manner that the manual will describe both the affected and the unaffected equipment.

3.10.2.1 Instructions. - A permanent change shall include and supersede all previous changes. A permanent change shall include an instruction sheet prepared to the same requirements as a temporary change (see 3.10.1.1), and shall contain the following:

(a) A new cover (for each volume affected) if the change includes too many new pages to fit in the original cover.

(b) A revised title page, including the original date of the publication and the date of the change. When approved by the bureau or agency concerned, the title page may be revised by pen-and-ink corrections.

(c) A revised list of effective pages. When a new title page is not required, the list of effective pages may be revised by pen-and-ink corrections.

(d) Instructions for inserting the new or revised pages.

(e) Instruction for disposing of superseded pages.

(f) Revised pages of the table of contents, list of illustrations, list of tables, index, and so forth, when applicable.

3.10.2.2 Copy, serial, or register numbers. - Changes for non-registered publications shall not bear copy, serial, or register numbers.

3.10.2.3 Issue information. - Changed pages shall include the number of the change of which they are a part. For example: If a page is revised in Change 3, "CHANGE 3" shall be substituted for the publication issue information (Change 1, and so forth) in lower binding-edge corner of the page. On unrevised sides of revised pages, the number of the change in which they were first issued (such as Change 1) shall be included, as applicable.

3.10.2.4 Production of permanent changes. - Permanent changes shall be produced in the same method as the manual.

3.10.3 Parts list revisions. - Corrections or additions to parts lists tables shall be made either by revised pages or by providing supplementary tables, provided that such tables do not exceed 25 percent of the size of the parts list. In subsequent revisions, the parts list tables shall be revised until they exceed 25 percent of the parts list. When more than 25 percent of the parts list is affected, the list shall be completely revised or corrected by a permanent change (see 3.10.2). Supplementary tables shall appear at the front of the parts list tabulation. The style and format shall be equivalent to that of the basic parts list. The supplementary parts list shall have a note equivalent to the following included in the introduction:

"This parts list has been corrected by means of the following supplementary tables.' For any given item, always refer first to the appropriate supplementary table, since it completely supersedes any corresponding listing in the basic table. If no information is shown for a given item, refer to the basic table for the required information."

3.10.3.1 The supplementary parts lists shall be entitled: "SUPPLEMENTARY PARTS LIST". If applicable, each table of the supplementary parts list shall be numbered the same as the basic parts list, followed by the letter "A". All supplementary parts lists for previous changes shall be incorporated in the new supplementary parts list.

3.10.4 Revised manuals. - A revised manual shall be supplied when the number of pages required to supply corrected and additional information for the manual is more than 25 percent of the total pages of the manual (or volume). This includes pages affected by the current change (including backup pages), plus pages affected by previous changes.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/4 20:22:11 GMT

MIL.-M-15071E(SHIPS)

**3.11 Approval.** -

**3.11.1 Basic equipment manuals.** - Whenever an equipment lends itself to the preparation of a manual covering a family of equipments of the same basic design, and one which can be made applicable to specific equipments of that design by completing sheets and blanks, the contractor may submit to the Bureau of Ships four copies of the basic manual, together with examples of the completing sheets and blanks which will represent the detailed information to be provided for a specific equipment. Approval of such a manual will be by the Bureau of Ships only, and once approved, the basic manual shall not be modified without the approval of the Bureau of Ships. At the time of manual approval, the Bureau will assign a NAVSHIPS number to the basic manual and forward one copy to the cognizant inspector for future comparison and inspection with manuals furnished for specific equipments. If any subsequent issue of a basic manual is not equivalent to the approved manual, such approval may be withdrawn. Once approval of such a manual is granted for a particular basic design of equipment (and size range, if appropriate), the basic manual with the specific detailed information required for the unit of the family being furnished shall be supplied in the quantities required by the order, without further approval. Copies of the manual prepared for the specific equipments shall be marked by the contractor with the publication number of the basic manual, followed by a "-1", "-2", and so forth. Each dash number shall be assigned numerically by the contractor for each specific equipment of that family.

**3.11.2 Specific equipment manuals.** - Manuals for a specific equipment that are not prepared from a basic manual shall be approved by the Bureau of Ships or its field representative. (The term "field representative" is limited to field representatives of the Bureau of Ships, that is, Supervisors of Shipbuilding, USN, U.S. Naval Shipyards, and Industrial Managers, USN.) Once such a manual has been approved by the Bureau of Ships or its field representative, the manual shall not be modified without approval of the Bureau.

**3.11.2.1** Manuals for a specific equipment not previously approved shall be submitted for approval to the appropriate activity, as follows:

(a) Manuals procured under Bureau of Ships contracts. - The contractor shall forward four copies of the manual to the Bureau of Ships for approval.

(b) Manuals procured under contracts issued by Naval activities. - The contractor shall forward four copies to the Naval activity for approval.

(c) Manuals procured for the Bureau of Ships by a commercial activity (such as a private shipbuilder). - The contractor shall forward four copies of the manual to the commercial activity for approval of both the commercial activity and the cognizant Bureau of Ships representative.

**3.11.2.2** The Bureau of Ships will assign a publication number to each specific equipment manual as follows:

(a) Manuals procured under Bureau of Ships contracts. - The publication number will be included in the Bureau of Ships approval letter.

(b) For manuals procured for the Bureau of Ships by Naval or commercial activities, the contractor shall request a publications number from the ordering activity at the time of submission for approval.

**3.11.3 Preliminary manual approval.** - When there is insufficient time to permit approval by the bureau or agency concerned and still provide manuals with the first equipment delivered, a review copy shall be submitted to the cognizant Government inspector for approval.

**3.11.3.1** The review copy shall be submitted (prior to shipment of the first equipment) to the Government inspector simultaneously with four copies of the manual to the bureau or agency concerned. Publications numbers for preliminary manuals shall be requested from the local Navy representative.

**3.11.3.2** A self-addressed (contractor) postal card containing information equivalent to the notice indicated below shall be attached to the title page of all preliminary manuals which accompany equipment.

IMPORTANT NOTICE: This is a preliminary manual for (insert nomenclature of equipment), publication (insert number), supplied under contract (insert number). A copy of the FINAL manual will be forwarded when published. Return this card IMMEDIATELY, indicating ship or shore activity and mailing address.

When postal cards are received by the contractor after shipment of the bulk quantity of manuals has been completed, they shall be forwarded to the cognizant Government inspector with a request to process the cards into the supply system.

**3.11.4 Revisions.** - Four copies of changes or revised manuals shall be submitted to the bureau or agency concerned for approval and assignment of a publication number. However, temporary changes

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

are approved by the Government inspector only. Publication numbers of temporary changes shall be obtained from the bureau or agency concerned prior to publication.

3.12  Quantity and distribution. - The quantity of manuals shall be as specified in the contract, order or ship specification. Unless otherwise specified, the contractor shall be responsible for the distribution of all manuals procured on the contract or order.

3.12.1  Preliminary manuals. - The quantity shall be 2 per equipment, and a bulk quantity up to the bulk required for final manuals. The actual quantity to be supplied will depend upon the need at the time and the expected delay in production of final manuals. Distribution will be as directed. Distribution of bulk shall be not later than two weeks prior to the shipment of the first equipment.

3.12.2  Revisions. - The quantity of changes or revised manuals shall be as specified in the contract, order or ships specification. The distribution of such material shall be to all activities receiving the original manual and in the same quantity or as directed by the bureau or agency concerned.

3.13.3  Replenishment material. - One glossy, unscreened photographic print of each half-tone illustration used in manuals shall be furnished, along with two copies of the final manual. This material shall be forwarded as directed, with a covering letter advising that the material is for replenishment purposes.

3.14  Reproduction rights. - Reproduction rights shall be as established by the provisions of the contract pertaining to data or copyright. When material is copyrighted, the publication shall include a statement adjacent to the copyright notice as to the rights of the Government thereunder.

4.  QUALITY ASSURANCE PROVISIONS

4.1  The supplier is responsible for the performance of all inspection requirements as specified herein. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure that supplies and services conform to prescribed requirements.

4.2  Inspection. - Manuals shall be inspected to determine compliance with the requirements of this specification, and for equivalence with the approved manuscript (sample manual or basic manual) and the approval letter.

4.3  Content. - The content of the manual shall be checked against the equipment being furnished to assure that it depicts accurately and adequately the equipment and the operating and maintenance procedures required.

5.  PREPARATION FOR DELIVERY

5.1  Packaging and packing. -

5.1.1  Individual and multi-volume manuals. - Individual copies and multi-volume manuals shall be packed to preclude the possibility of damage in transit. Multi-volume manuals shall be furnished as complete sets except for the manuals shipped for stock. Stock copies of identical volumes shall be packed and shipped in common container(s).

5.1.2  Manuals shipped with equipment. - When copies of the manual are packed with the equipment, they shall be packed within the shipping container holding the main unit of equipment. The manuals shall be so placed that they are readily accessible prior to removing the equipment, and shall not be placed within the vapor-proof barrier material used to enclose the equipment. Manuals accompanying equipment shall be packaged in a waterproof container. The invoice, packing list or bill of lading shall include the publication number of the manuals, and the quantity; it shall also indicate which container includes the manual.

5.1.3  Bulk shipment. - Manuals shipped in bulk shall not be individually wrapped. Containers shall comply with the Uniform Freight Classification Rules or other carrier regulations, as applicable to the mode of transportation.

5.2  Marking. - On bulk shipments, interior packages and exterior shipping containers shall be marked with the following information for each item enclosed, except for shipment of an individual copy or an individual set of manuals:

> Box (number) of (number) (to be listed on multiple container shipments)
> Publication number
> Quantity (in package)
> Contract or order number

The words "FOR STOCK" shall be marked on the package or packages destined for stock. The publication numbers shall be indicated on the shipping documents. When a contract or order requires manuals having different publication numbers, the stock copies of each manual number shall be shipped separately. All bulk shipments shall be in accordance with security requirements.

6.  NOTES

6.1  Ordering data. - Procurement documents shall specify the following:

(a)  Title and number of this specification
(b)  Security classification (see 3.7.4)

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

(c) Quantity of manuals (revisions or APR pages) required (see 3.12, 3.12.1)

6.2 The purpose of the detail requirements for the "logical trouble-shooting procedure" is to insure that the maintenance technician will have sufficient trouble-shooting information to enable him to efficiently locate equipment troubles, using the steps outlined. The objective of the method is to develop the technician's ability to decide what checks should be performed and where to make them. The information presented in the manual should not act as a "crutch" for the technician, but rather should serve as one of his most important maintenance tools.

6.3 Applicability of manuals. - Copies of manuals previously supplied covering a specific equipment in its entirety, required for ship(s) and local use, shall be requisitioned from stock by the cognizant Naval supervising activity.

6.4 Manuals procured by other activities for the Bureau of Ships. - The field approving activities shall obtain publication numbers from the Bureau of Ships by one of the following methods:

(1) Submit two copies of the manual either prior to or subsequent to the review and approval.

(2) Permit the contractor to forward two copies of the manual to the Bureau of Ships simultaneously with the copies for approval.

(3) In urgent cases, submit a letter containing the nameplate data of the equipment, the ship applicability, and the contract or order data.

6.4.1 Regardless of the method used for obtaining publication numbers, the accompanying letter shall state the expected delivery date of the final manuals and the quantity of manuals being furnished for stock.

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever, and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Ships
(Project 7610-N0016Sh)

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

```
┌──────── SECURITY CLASSIFICATION ────────┐
│                                          │
│ (Publication number)                     │
│                                          │
│                                          │
│           VOLUME  (number)               │
│                                          │
│                                          │
│          TYPE OF PUBLICATION             │
│                                          │
│                   for                    │
│                                          │
│            NOMENCLATURE                   │
│                                          │
│           OF EQUIPMENT(U)                │
│                                          │
│                                          │
│   (Manuals Bearing Classified Restricted Data Only) │
│              RESTRICTED DATA             │
│                                          │
│   "This document contains restricted data as defined in the │
│   Atomic Energy Act of 1954. Its transmittal or the disclosure │
│   of its contents in any manner to an unauthorized person │
│   is prohibited."                        │
│                                          │
│              (Other Classified Manuals)  │
│                                          │
│   "This document contains information affecting the national │
│   defense of the United States within the meaning of the │
│   Espionage Laws, Title 18, U.S.C., Sections 793 and 794, │
│   the transmission or the revelation of which in any manner to │
│   an unauthorized person is prohibited by law." │
│                                          │
│        DEPARTMENT OF THE NAVY            │
│            BUREAU OF SHIPS               │
│                                          │
│                                          │
│                                          │
└──────── SECURITY CLASSIFICATION ────────┘
```

Figure 1.  Sample Cover

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT

MIL-M-15071E(SHIPS)

──────SECURITY CLASSIFICATION──────

(Publication number)

VOLUME (number)

TYPE OF PUBLICATION

for

# NOMENCLATURE
# OF EQUIPMENT(U)

For classified manuals, place applicable
automatic, time-phased downgrading and
de-classification notice here.

DEPARTMENT OF THE NAVY
BUREAU OF SHIPS

──────SECURITY CLASSIFICATION──────

Publication: (DATE)
Change (number): (DATE)

Figure 2. Sample Title Page

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/4 20:22:11 GMT

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/04 20:22:11 GMT

Approval Authority shall include the applicable letters or correspondence granting approval in conformance with approval procedures. ——————————————————

Remarks space shall be used for necessary comments and the inclusion of information regarding the extension of a manual by minor revisions. ————————

Certification: One of the following certification paragraphs shall be typed in this space, as appropriate: ——————

Basic equipment manuals.

It is hereby certified that NAVSHIPS ——————— is identical to the basic manual NAVSHIPS ——————— approved by the approval data shown above except for the detailed information required for the equipment provided under contract or purchase order ———————————

Specific equipment manuals.

It is hereby certified that NAVSHIPS ——————— to be provided under contract or purchase order ————— has been approved by the approval data shown above.

For identical manuals covering basic equipment and specific manuals.

It is hereby certified that the manuals to be provided under contract or purchase order——————— are exactly identical to NAVSHIPS———————approved by authority of approval data shown above.

For basic equipment manuals covering specific equipment and specific equipment manuals which have been previously distributed but required minor modification.

It is hereby certified that the manuals to be provided under contract or purchase order———————are exactly identical to NAVSHIPS———————approved by the approval data shown above except for the necessary modification as shown in the above remarks space.

NOTE: This page may be typed and reproduced by any economical method and shall be included in specific equipment manuals and copies of final manuals.

APPROVAL AND PROCUREMENT RECORD PAGE
—————————————————————————————

APPROVAL DATA FOR: NAVSHIPS——————— .
    TITLE OF MANUAL:

APPROVAL AUTHORITY:

| CONTRACT OR PURCHASE ORDER | SHIPS APPLICABLE | QUANTITY OF MANUALS | QUANTITY OF EQUIPMENT | BUILDING YARD |
|---|---|---|---|---|
| | | | | |

REMARKS:

————————————————————————————  DATE ———————————

CERTIFICATION:

CHANGE NO.

MANUFACTURER'S SIGNATURE
MANUFACTURER'S NAME AND ADDRESS
FEDERAL CODE NUMBER (HOME OFFICE)

MIL-M-15071E(SHIPS)

Figure 3  Approval and procurement record page.

MIL-M-15071E(SHIPS)

NAVSHIPS NO._____     USER ACTIVITY COMMENT SHEET          Vol. No._____

(Fold on dotted lines on reverse side,
staple in corner, and send to Bureau
of Ships, Code 240, Washington 25, D. C. )

PROBLEM AREA:

Both sides of this form to be reproduced locally as required.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/4 20:22:11 GMT