# EXHIBIT 9

461252.1

## DOCUMENT CERTIFICATION

I, Celia A. Booth, do swear under the penalties of perjury that the documents attached hereto are true and accurate copies of the original documents in the custody of the Archivist of the United States.

_____
Celia A. Booth

Fitsum Guhneh, a commissioned Notary Public of the Commonwealth Virginia, do certify that Celia A. Booth appeared before me on this date in the City of ___ in the Commonwealth of Virginia and that I took her oath aforesaid.

_____

Date: 6|13|07

My Commission Expires On: MY COMMISSION EXPIRES APRIL 30, 2011

_____

For use by the Navy, Marine Corps,
and Coast Guard

Second Edition
May 1943

REPRODUCED AT THE NATIONAL ARCHIVES

N20.7¹⁄₂:
Sh 64.
943

≠

J

# NAVY
# SHIPMENT MARKING
# HANDBOOK

For use by the Navy, Marine Corps,
and Coast Guard

Second Edition
May 1943

PDI 06276

REPRODUCED AT THE NATIONAL ARCHIVES

MAY 10 1943

N20.7¹ᵃ:
Sh6⁴
943.

# NAVY
# SHIPMENT MARKING
# HANDBOOK

## BUREAU OF SUPPLIES AND ACCOUNTS

[Excerpt from Bureau of Supplies and Accounts
Memoranda, art. 1823]



Second Edition
May 1943

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1943

PDI 06277

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT,
BUREAU OF SUPPLIES, AND ACCOUNTS,
*Washington, D. C., May 1, 1943.*

The Navy Shipment Marking Handbook is issued for the information and guidance of all persons in the Naval Establishment, Marine Corps, and Coast Guard.

W. B. YOUNG,
*Paymaster General of the Navy.*

Approved:
FRANK KNOX,
*Secretary of the Navy.*

II

PDI 06278



REPRODUCED AT THE NATIONAL ARCHIVES

TABLE OF CONTENTS

|  | Paragraph |
|---|---|
| General instructions for marking Navy shipments, domestic and overseas | 1 |
| Definition of advance base | 2 |
| Purpose of marking | 3 |
| Shipping papers | 4 |
| Method of marking outside containers | 5 |
| Abbreviations | 6 |
| Method of marking inside containers | 7 |
| Outside markings | 8 |
| Preparation and disposition of shipping papers | 9 |
| Shipping papers to accompany shipment | 10 |
| Shipments to naval vessels | 11 |
| Shipment marking examples | 12 |

III

PDI 06279

REPRODUCED AT THE NATIONAL ARCHIVES

## NAVY SHIPMENT MARKING HANDBOOK

1. General instructions for marking Navy shipments, domestic and overseas.—

(a) The term "Navy shipments" includes shipments of the Marine Corps and Coast Guard.

(b) All Navy shipping activities will hereafter be governed by marking instructions contained herein, and all previous instructions, regardless of source, are hereby canceled. These instructions are intended to provide unified marking directions for all Navy shipping activities.

(c) No general marking instructions shall be issued, except in this publication. Requests for any modification of these instructions shall be made direct to the Bureau of Supplies and Accounts (Transportation Division) and receipt of any general marking instructions from other sources should promptly be reported to the Transportation Division. These instructions do not preclude a modified procedure in the case of individual shipments or movements when circumstances require; nor do they apply to shipments made on account of foreign governments when marking instructions are specified by such governments. Overseas shipments marked in accordance with these instructions shall be packed for ocean shipment in accordance with *Army-Navy General Specification for Packaging and Packing for Overseas Shipment* issued February 15, 1943, Navy Specification No. 39P16a.

(d) Inspectors shall be responsible for the proper marking of material moving under contract.

(e) Receiving activities shall notify the cognizant shipping officer of any violations observed and send a copy of such notice to the Bureau of Supplies and Accounts.

2. Definition of advance base.—

All bases outside the continental limits of the United States are to be treated as advance bases (Alnavsta, November 12, 1942). However, for purposes of these instructions, bases and activities listed in the Navy Shipping Guide and those located in or in waters contiguous to North, Central and South America shall not be considered as advance bases. Should such activities later fall within active combat areas, these instructions will be amended accordingly. Shipments to Alaskan bases other than those listed in Navy Shipping Guide shall be treated as advance base shipments.

3. Purpose of marking.—

Proper marking of packages containing Navy shipments is important to facilitate positive movement of the packages to their correct destination and consignee without confusion and

1

PDI 06280

REPRODUCED AT THE NATIONAL ARCHIVES

delay, and to permit ready identification of contents either at transhipping activity or destination. It is not expected that any set of rules can possibly encompass the exact needs of every marking situation that will confront a shipping officer. Therefore, these two fundamental objectives, backed by experience and sound judgment on the part of the shipper, must serve as a guide in whatever deviation from the following instructions particular circumstances may require.

**4. Shipping papers.—**

It is important that all personnel understand the purpose, preparation, and disposition of shipping papers. Because of the different manner in which Navy material is procured and shipped, shipping papers are not the same for all types of shipment.

**5. Method of marking outside containers.—**

(a) Outside markings shall be stenciled, printed, or stamped clearly and legibly in quick drying, waterproof ink or paint (preferably black) in letters of appropriate size, depending upon the dimensions of the package. The use of writing ink or chalk is prohibited.

(b) Such markings shall appear on one face of each package, except that on overseas shipments for advance bases and shipments for major assemblies such as Lions, Cubs, Acorns, etc., all such markings shall appear on one face and one end of each package and markings indicating *Contents* shall appear on all surfaces of each package.

(c) When articles are shipped loose, in bales or bundles, or in packages too small to permit compliance with general marking instructions, such articles shall be marked either by painting or stenciling necessary markings on the article itself, otherwise by use of two or more cloth, metal, or waterproof shipping tags firmly attached to the package. The tags shall be shellacked after attachment to prevent obliteration of markings by salt water.

(d) When tags are used for marking rods, shafting, bars, springs, and other articles of like character, which are shipped without packing, two tags must be securely attached to the article by wire, one of which must be concealed by being bound to the article with burlap or other covering and each end of the covering securely fastened.

**6. Abbreviations.—**

Abbreviations may be used only when it is certain that their meaning will be understood clearly by all concerned.

2

PDI 06281

REPRODUCED AT THE NATIONAL ARCHIVES

7. **Method of marking inside containers.—**

Inside packages, containers, or unpackaged items, not immediately identifiable, packed into an export container, shall be labeled or marked plainly. Material contained therein, not readily identifiable, unless plainly tagged by the manufacturer, shall always be tagged with a waterproof tag, not smaller than 3½ inches by 2 inches, attached securely to each item and marked clearly by the shipper in paint or waterproof ink. Any necessary instructions for assembling of material or warning as to handling, storage, and operation shall be packed with such material.

8. **Outside markings.—**

(a) The following markings shall appear on the outside face of each package in accordance with accompanying illustrations.

(1) Shipments by air transport, see subpars. (17), (18).

(2) Name and address of consignor: Unnecessary details such as street address shall be omitted.

(3) Name and address of consignee: Unnecessary details such as street address of established naval activities may be omitted.

(4) Accent: Emphasize consignee's name and/or shipping designator; subordinate consignor's name.

(5) For overseas shipments only: Name and address of transshipping activity marked FOR ultimate consignee, either in the clear or in code, according to current instructions.

(6) Service or bureau emblem:

(a) Overseas shipments, shipments for vessels, and shipments of material for assemblies such as Lions, Cubs, Acorns, etc., under the cognizance of the Marine Corps, the Coast Guard, or the Bureau of Aeronautics, the Bureau of Medicine and Surgery, the Bureau of Ordnance, and the Bureau of Ships, shall have marked on the outside of each package the official emblem of such service or bureau. Official emblems of these bureaus are shown by accompanying illustrations. Stencils may be procured by requisition on any major activity by shipping activities requiring them. When the service or bureau emblem is marked on the case, no lettered abbreviation of such service or bureau is required. When a stencil is not available and time does not permit the preparation of one, lettered abbreviations of such service or bureau, e. g., U. S. M. C., U. S. C. G., BuAer, BuM&S, BuOrd, or BuShips, shall be used.

(b) No official emblems are provided for shipments of material under the cognizance of the Bureau of Supplies and Accounts or the Bureau of Yards and Docks.

(7) Radar, radio communication, shipboard underwater sound, and harbor detection equipment (see illustrations, page 23):

(a) Radar equipment shall be marked with a 3 inch green circle on all sides of each container.

(b) Radio communication equipment shall be marked with a 3 inch green circle and a 3 inch by ½ inch green line under the circle on all sides of each container.

(c) Shipboard underwater sound equipment shall be marked with a 3 inch green circle and two 3 inch by ½ inch green lines under the circle on all sides of each container.

(d) Harbor detection equipment shall be marked with a 3 inch green circle and three 3 inch by ½ inch green lines under the circle on all sides of each container.

3

PDI 06282

REPRODUCED AT THE NATIONAL ARCHIVES

(5) Brief description of contents:

(a) Exact Navy nomenclature will be used, and quantity will be shown. On shipments for advance bases and for major assemblies such as Lions, Cubs, Acorns, etc., these markings shall be stenciled on all surfaces of each package. (This provision is important, particularly on shipments for advance bases, where shipments may be unloaded under difficult circumstances.) Description on packages containing such shipments should be as complete and explicit as space will permit. During unloading in active combat areas it is often impossible to inspect lists of contents attached to the outside of containers, even when such lists remain attached, and there is no time to open packages to ascertain contents.

(b) Such marking must appear in sufficient detail to identify contents to trans-shipping activities and to consignee. The main item of equipment for which spare parts are intended shall be shown. In the case of standard items of subsistence, clothing, ammunition, and GSK items, it is not essential to show detailed description on each package or to enclose separate packing lists inside each package. Moreover, there may be cases when the nature of the contents of a package makes it undesirable to show such information on the outside of shipping container, e. g., alcoholic liquors, classified material, and small objects of great value subject to heavy pilferage. In some cases the multiplicity of articles in a container may make showing full description of the contents on the outside of the container impossible, and packing lists firmly attached to the outside of the package must be relied upon.

(c) In combined operations (i. e., shipments) with the Army, all containers of Navy and Marine Corps supplies will have two diagonally opposite corners painted with an 8 inch altitude black triangle on each face of the two corners. On small containers this triangle shall be one-quarter of the depth. Such markings shall be used only on these shipments. Special instructions will be furnished in such cases. (See page 25.)

(d) In the exercise of his judgment, the shipping officer will be held responsible for full compliance with the spirit of these instructions to the end that transshipping and receiving activities may have all the information necessary for positive handling and immediate identification. On shipments to advance bases and into active combat areas, the needs of receiving activities must be the paramount consideration in the marking of packages.

(9) Gross weight, and on overseas shipments, cubic measurement; on packages of excessive dimensions, the length, height, and width shall be stenciled on the container.

(10) Package number, including number of packages in total shipment, e. g., Pkg. 1 of 12, Pkg. 7 of 12, etc. On domestic carload shipments of standard items, such marking may, at the discretion of the shipper, be omitted.

(11) Bill of lading number: When a transshipping activity issues a new bill of lading, the new bill of lading number shall be shown on the package and the abbreviation "ex" placed before the bill of lading number covering inland movement.

(12) Such of the following items as may be available and applicable:

| | |
|---|---|
| Contract number | Manufacturer's serial number |
| Purchase order number | Bureau shipment order number |
| Item number | Requisition number, or other receiving activity reference. |

Shipping officers must be alert to include such reference as may be helpful to the receiving activity in identifying and matching material with the request therefor, e. g., dispatch or file number. Some overseas shipments will move to the transshipping activity on commercial bills of lading, and in such cases, contractors shall be instructed by the purchasing activity to mark on the packages such of the foregoing items as may be applicable.

(13) Invoice number applicable to shipments from naval activities when invoice is prepared at the time the shipment goes forward. A copy of the invoice shall also be placed

6

PDI 06283

REPRODUCED AT THE NATIONAL ARCHIVES

inside one package of each shipment, and the marking on the package should indicate such inclusion.

(14) Special markings such as TOP, GLASS, ACID, EXPLOSIVES, KEEP DRY, HANDLE WITH CARE, FRAGILE, DELICATE INSTRUMENTS, and such other markings and special handling instructions or warnings as may be required by the Interstate Commerce Commission or other regulations.

(15) U. S. Navy: When the bureau emblem includes the words "U. S. Navy," this may be omitted in the marking.

(16) Port marks: When the transshipping activity considers it desirable in the case of vessels loading for more than one port of discharge, cargo may be port marked with colored paint or lined off in the holds with colored paint. This method may also be employed for separating cargo within a single vessel for two or more principal receiving activities.

(17) Air shipments: Shipments moving by air transport should be marked in accordance with the foregoing except that shipments to established shore activities served direct by the Naval Air Transport Service in the Atlantic and Caribbean areas and in Alaska may be marked direct for the consignee in clear or in code rather than via a transshipping activity such as the Navy Overseas Freight Terminal, San Francisco. For shipments through Army-Navy consolidating stations, see par. 9(f).

(18) Rail-air shipments: Shipments moving by Railway Express Agency rail or express service to a junction with the Naval Air Transport Service for further forwarding should be marked FROM shipper TO Transport Officer, Naval Air Transport Service at the junction airport FOR consignee or FOR transshipping activity FOR consignee.

9. Preparation and disposition of shipping papers.—

(a) *Bill of lading* (inland).—

(1) The inland bill of lading is primarily a contract for the transportation of material. Material must be described on such bills of lading covering shipment via commercial carriers in accordance with the carriers' legally published freight classification. Bills of lading and all copies thereof must be plain, legible, and complete, and must show full reference to authority for shipments, i. e., bureau shipment order number, contract number, requisition number, etc. Since it occasionally happens that the transshipping activity or receiver may have nothing but the bill of lading available to identify or locate a shipment, it is necessary that when the freight classification description does not parallel Navy nomenclature, the latter must be shown parenthetically on bills of lading with freight classification description. For example, certain items of minesweeping gear cannot be identified from the freight classification, and the bill of lading in such cases should indicate that such items are particular parts of a minesweeping assembly.

(2) An original white copy and one yellow copy of the inland bill of lading shall be mailed direct to the consignee, except that in the case of air or combination express-air shipments, the original white bill of lading and two yellow copies must accompany the shipment. On overseas shipments, the original white copy of the inland bill of lading and one yellow copy shall be forwarded by fastest available mail (accompanied by two copies of the invoice when prepared) to the transshipping activity, and a yellow copy of the inland bill of lading shall be mailed direct to the ultimate consignee.

5

REPRODUCED AT THE NATIONAL ARCHIVES

(b) *Bill of lading (ocean).*—

(1) Ocean bills of lading shall be prepared in the same manner and shall contain all of the information required on inland bills of lading.

(2) Two sets of ocean bills of lading shall be placed in the hands of the commanding officer or master of the ship before sailing, one copy to be retained by him, and one copy to be delivered to the consignee at destination immediately on arrival.

(3) Two sets of the ocean bills of lading will be mailed with a copy of the manifest to the Director, Naval Transportation Service, Washington, D. C., immediately after a vessel sails. This shall be done by the port director, when one is established, otherwise by the transshipping activity.

(c) *Copy of contract.*—A copy of the contract shall be placed in the hands of the transshipping and receiving activities, except advance bases (see par. 2), at the earliest possible moment. Copies of such contracts are essential for proper identification, disposition, and accounting on shipments received under Navy contract.

(d) *Shipment order (N. S. A. Form 584).*—A shipment order is a formal request from one of the bureaus of the Navy Department to some naval activity to make a specific shipment of material to a designated consignee and destination. The issuing bureau, at the time of issue, shall see that all interested parties receive a copy of such shipment order. It is particularly important on overseas shipments that the transshipping activity, as well as the ultimate receiver, be furnished promptly with a copy of the shipment order.

(e) *Invoice.*—On overseas shipments, two copies of the invoice with the required copies of the bill of lading shall be mailed to the transshipping activity. The transshipping activity shall detach one copy and forward the other to the ultimate consignee with the ocean bill of lading.

(f) On shipments moving through Army-Navy consolidating stations, copies of invoice, contract, or material inspection report shall be mailed to the ultimate consignee and not to the consolidating station.

10. Shipping papers to accompany shipment.—

(a) The papers listed in subpars. (b) to (e) must accompany shipments as directed. As hereinafter required certain documents must be placed inside the packages and others attached to the outside of the packages. In the latter case, this is to be accomplished by placing such documents inside a waterproof envelope (Form NIS 48) beneath a plywood panel of appropriate size securely attached to a recessed surface of the package, or by tacking waterproof envelopes to such recessed surface of the package. Waterproof envelopes may be obtained at all major activities.

(b) *Packing lists.*—Except for standard articles of subsistence, clothing, ammunition, etc., indicated in par. 5(a) (3) (5) and except for packages where full description of the contents is printed or stenciled on the outside, separate packing lists shall be prepared for each package and a copy placed in a waterproof envelope (Form NIS 48) outside such package. In addition, on overseas shipments a copy of such packing lists shall be enclosed in each package. When it is impossible to prepare separate packing lists for each package, the invoice or similar document shall indicate the number of the package into which individual items are packed.

8

PDI 06285

REPRODUCED AT THE NATIONAL ARCHIVES

(c) *Copy of invoice.*—An invoice is prepared on all shipments from Navy activities. On domestic shipments a copy of such invoice shall be included inside one package of each shipment, and the marking on the outside of the package shall indicate such enclosure. On overseas shipments, a copy of the invoice shall also be attached to the outside of one package. On an individual package when the copy of the invoice will serve as a packing list, it will not be necessary to provide a separate packing list.

(d) *Material inspection report (Form NIS 8).*—This form is prepared on shipments from Navy contractors. On both domestic and overseas shipments, a copy of such form shall be firmly attached to the outside of one package of each shipment. On individual packages when this form will serve as a packing list, a separate packing list need not be attached to the outside of the container. Complete instructions for preparation and distribution of Form NIS 8 are issued by the Naval Inspection Service.

(e) *Special assembly instructions or warnings.*—When such instructions are necessary, shipping activities shall see that they accompany the shipment and that they are conspicuously indicated.

## 11. Shipments to naval vessels.—

(a) Current instructions provide that shipments for vessels shall be made to a transshipping activity within the continental limits of the United States, marked in the clear with the name of the vessel for which intended. For naval vessels known to be in overhaul, shipments are consigned in the usual manner direct to the overhaul yards (when located within the continental limits of the United States), marked in the clear with the name of the vessel for which intended.

(b) When shipments to vessels via air transport are routed on advice from the Bureau of Supplies and Accounts (Transportation Division), markings should show only TO transshipping activity designated by the Transportation Division; further forwarding is arranged by the Transportation Division by confidential dispatch.

## 12. Shipment marking examples.—

(a) *Marking methods.*—

(1) The following pages show examples of the marking methods to be used for the various types of shipments where rectangular containers are used.

(2) For barrels, cylinders, drums, and similar containers the same types of markings are to be placed on the ends or heads of such containers.

(3) For bundles or individual items when shipping tags are used (see pars. 5 (c), and 7), the tags are to have markings similar to the "tag" example. The space available on the tags does not permit the use of the symbols.

(b) *Lettering.*—

(1) The lettering necessary to convey needful information is to be limited to the essentials. Standard abbreviations are to be used if space does not permit complete spelling.

(2) Stencils used by the Navy Department are cut by standard commercial stencil machines, which cut figures and letters, alike in height and pitch, in sizes of approximately ⅜ inch,

7

PDI 06286

REPRODUCED AT THE NATIONAL ARCHIVES

¾ inch, 1 inch, and 1¼ inches. The 1¼ inch size cuts characters which when stenciled on a container can be seen 30 feet.

(8) In general the size of the characters must conform to the space available for stenciling. Large characters will be avoided if their use would obscure the legibility of the markings. Lettering and figures will be at least 1 inch from the container edge. Lettering combinations will be grouped as shown by the examples.

(c) *Bureau symbols.—*

(1) The symbols shown in the examples are the trademarks of the respective bureaus. The stencils will be made of a durable material; activities will order no more stencils than are actually required. The applicable symbol is to be stenciled on the lower right corner of every container carrying material under the cognizance of the shipping bureau.

(2) The symbols will be approximately 5 inches by 6 inches. They may be obtained at all major activities.

(3) The stencils are made so their outer edges align with the outer edges of the cover to enable stenciling the symbol in the correct position.

(4) The Marine Corps symbol, to be stenciled on the lower right corner of each container of Marine Corps supplies, will be a colored insignia. The colors to be used for various classes of supplies are—

| | |
|---|---|
| Ordnance: | Yellow (Spec. 3-1, Yellow No. 4) |
| Air Force: | Blue (Spec. 3-1, Light blue No. 23) |
| Engineer: | Red (Spec. 3-1, Red (flag color) No. 15) |
| Chemical: | Dark blue (Spec. 3-1, Blue (flag color) No. 24) |
| Signal: | Orange (Spec. 3-1, Orange No. 26) |
| Medical: | Maroon (Spec. 3-1, Maroon No. 18) |
| Quartermaster | (general supplies): Green (Spec. 3-1, Green No. 25). |

The specifications indicated are Army Standard Specifications, and the colors under those specifications will be the only ones used. With the exception of the approved colored markings on organizational equipment which accompanies troops, the colored Marine Corps insignia on containers will be the only colored markings used on shipments of Marine Corps supplies.

(d) *Inspection mark.—*This mark (symbol), stenciled or stamped on a container or article, indicates that the contents have been examined by a naval inspector of machinery. It is to be stenciled on containers, etc., when required as shown on the examples, 1 inch after the address of the manufacturer, agent, etc., with its extreme upper portion, 1 inch from the edge of the container.

(e) *Abbreviations.—*The abbreviations used in the examples are to be interpreted as follows:

| | | | |
|---|---|---|---|
| ASA | Aviation supply annex. | REQ | Requisition. |
| B/L | Bill of lading. | SO | Shipment order. |
| | These letters and figures are | USS | United States ship. |
| | coded symbols relating to | VA | Virginia. |
| DOVB-54 | shipping and vary for every | WT | Weight. |
| ROAR-48 | shipment. They are issued to | LBS | Pounds. |
| | shippers as required by other | CU | Cubic feet (given in two parts, a |
| | activities. | | whole number indicating the |
| INV | Invoice. | | total number of cubic feet and |
| MK | Mark. | | a fractional part denoting the |
| MOD | Modification. | | twelfth parts of a cubic foot). |
| NSD | Naval supply depot. | | |
| PC | Patrol craft. | | |
| PKG | Package. | | |

8

PDI 06287

REPRODUCED AT THE NATIONAL ARCHIVES

Type A shipment

FROM: NSD
      NORFOLK, VA.


TO:    OFFICER IN CHARGE
       NAVY OVERSEAS FREIGHT TERMINAL
       PIER 50-B
       SAN FRANCISCO, CALIFORNIA.


FOR:   DOVE-54


PKG. 1 OF 2
B/L 763496
S. O. 124828      1 DEPTH CHARGE PROJECTOR
INV. 183793       MK. 6 MOD I
WT. 62 LBS.       WITH SPARES
CU. 6-5

To be used for coded overseas shipments

PDI 06288

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06289

REPRODUCED AT THE NATIONAL ARCHIVES

Type B shipment



FROM: NSD
NORFOLK, VA.

TO:    SUPPLY OFFICER
NAVY YARD
MARE ISLAND, CALIFORNIA

FOR:   U. S. S. PROMETHEUS

PKG. 23 OF 34
B/L. 835461
REQ. A-8915
R. O. 134586      P. C. SPARES
INV. 183795
WT. 200 LBS.
CU. 6-5

To be used for any movement of material to any vessel known to be in overhaul yard

11

PDI 06290

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06291

REPRODUCED AT THE NATIONAL ARCHIVES

Type C shipment



FROM: NMSD
BROOKLYN, NEW YORK

TO: PORT TRANSPORTATION OFFICER
PORT OF EMBARKATION
ARMY BASE
BROOKLYN, NEW YORK

FOR: BONE-43

PKG. 1 OF 1
B/L. 221673
REQ. 1593
S. O. 134528        DRUGS—BIOLOGICAL
INV. 183793
WT. 155 LBS.
CU. 6-5

To be used for overseas transshipment of material by Army controlled carriers

18

PDI 06292

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06293

REPRODUCED AT THE NATIONAL ARCHIVES

Type D shipment



FROM: CLEVELAND DIESEL DIVISION
GENERAL MOTORS CORPORATION
CLEVELAND, OHIO.

TO: SUPPLY OFFICER
NAVY YARD
BOSTON, MASSACHUSETTS.

PKG. 2 OF 5
REQ. 18185
CONT. NXs-59653    DIESEL SPARES
WT. 200 LBS.    MOD 8-268A
CU. 7-8

To be used for the nonsecret movement of contractual material from manufacturer, agent or
warehouse, etc., to naval activities

15

PDI 06294

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06295

REPRODUCED AT THE NATIONAL ARCHIVES



Type E shipment

FROM: A. S. A.
      NORFOLK, VA.


TO:   SUPPLY OFFICER
      NAVAL SUPPLY DEPOT
      SEATTLE, WASHINGTON


FOR:  SUPPLY OFFICER
      NAVAL AIR STATION
      KODIAK, ALASKA


PKG. 2 OF 5
B/L. 229645
REQ. 1975        TBF
S. O. 184528     PROPELLER SPARES
INV. 83796
WT. 180 LBS.
CU. 6-5

To be used for the nonsecret movement of material

17

PDI 06296

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06297

REPRODUCED AT THE NATIONAL ARCHIVES



Marine Corps shipment

FROM: DEPQUART, USMC
PHILA., PA.

TO: DEPOT QUARTERMASTER
MARINE CORPS DEPOT OF SUPPLIES
SAN FRANCISCO, CALIF.

FOR: ROSE-52 5TH MAR. 1ST MARDIV.

PKG. 3 OF 10
B/L 34962
REQ. 2371
S. O. 56309      SPARE PARTS
INV. 92516       M1 RIFLE
WT. 106 LBS.
CU. 6-5

U.S.M.C.

The Marine Corps insignia is to be stenciled in colors (see par. 12(c)(4))

19

PDI 06298

PDI 06299

REPRODUCED AT THE NATIONAL ARCHIVES

REPRODUCED AT THE NATIONAL ARCHIVES



Coast Guard shipment

FROM: CLEVELAND DIESEL DIVISION
GENERAL MOTORS CORPORATION
CLEVELAND, OHIO.

TO:     COMMANDANT
COAST GUARD YARD
CURTIS BAY, MD.

PKG.  2 OF 5
REQ.  18125
CONT. NCG-50632    DIESEL SPARES
WT.   200 LBS.     MOD 8-268A
CU.   7-8

U.S.C.G.

21

PDI 06300

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06301



REPRODUCED AT THE NATIONAL ARCHIVES

For radar
equipment

For radio
communication
equipment

For shipboard
underwater sound
equipment

For harbor
detection
equipment

Green paint shall be used for these marks. The marks are to be placed on all sides of each container.

23

PDI 06302

REPRODUCED AT THE NATIONAL ARCHIVES

PDI 06303



Type A tag shipment

FROM: NSD
      NORFOLK, VA.

TO:   OFFICER IN CHARGE
      NAVY OVERSEAS FREIGHT TERMINAL
      PIER 56-B
      SAN FRANCISCO, CALIFORNIA

FOR:  DOVE-54

                                          FRONT

BOX 1 OF 2
S. O. 184535
INV. 183795
B/L. 355731
WT. 62 LBS.
CU. 6-5

DEPTH CHARGE PROJECTOR
MARK 6—MOD I WITH SPARES

                                          BACK

                    BUORD
                    U. S. NAVY

Corner markings

Additional corner markings for shipments with the Army of Navy and Marine Corps supplies. Such markings to be used only on these shipments shall not exceed 8 inches in altitude or on small containers ⅓ of the depth (see par. 8 (a) (8) (c)).

25

PDI 06304

# EXHIBIT 10

461252.1

UNIFORM LABELING PROGRAM- NAVY
9/24/56

WK Navy 5106

DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

SECNAV 6260.3-
NAVEXO-7231-bar
24 September 1956

SECNAV INSTRUCTION 6260.3-

From:  Secretary of the Navy
To:    Chief of Naval Material
       Chief of Naval Operations
       Chief of Naval Personnel
       Chief of Naval Research
       Chief, Bureau of Aeronautics
       Chief, Bureau of Medicine and Surgery
       Chief, Bureau of Ordnance
       Chief, Bureau of Ships
       Chief, Bureau of Supplies and Accounts
       Chief, Bureau of Yards and Docks
       Commandant, U. S. Marine Corps
       Commander, Military Sea Transportation Service.

Subj:  Uniform labeling program for hazardous industrial chemicals
       and materials.

Encl:  (1) Markings and Design of Labels
       (2) Tentative Label Classification Guide
       (3) Elements of a Labeling Program

1. Purpose. The purpose of this Instruction is to standardize on labeling requirements for hazardous chemical products during the users stage, and to provide selective labels which will contain pertinent information designed to warn users of the potential dangers involved.

2. Scope. This Instruction applies to the labeling of all hazardous materials throughout the Naval Establishment wherever distribution of hazardous chemicals and materials is made to the actual consumer (shop, office, or unit). It applies to materials received from any supply source, provided the material is intended for ultimate use at the local activity. In this regard it refers to labeling of the original container as well as any other container to which the material may subsequently be transferred. This Instruction is not intended to govern:

   a. The type of labels to be affixed by the manufacturer. (These are governed by State and Federal laws and regulations depending on the nature of the material and whether its shipment is interstate or intrastate. In addition, most major manufacturers of chemicals abide by the "Warning Labels Guide" published by the Manufacturing Chemists' Association.)

Enclosure (3)                    SECNAVINST 6260.1
                                 24 September 1956

## Elements of a Labeling Program

1. **General.** All materials should be labeled whether or not they are considered toxic, flammable, or explosive. This is desirable, not only to prevent untoward incidents but also to conserve material which would otherwise be discarded and wasted if unlabeled. Hazardous chemicals and materials within the scope of this Instruction have been grouped into six general classifications defined as follows:

   a. **Class I. Fire Hazard (Flammable).** Any material which alone or in combination with other materials may produce a danger of fire or explosion (such as the strong oxidizing agents, perchlorates, peroxides, naphthas, acetone, ether, etc.).

   b. **Class II. Toxic and Fire Hazard.** Any material which presents a combined hazard due to its flammability (Class I) and its toxicity (Class III).

   c. **Class III. Toxic.** Any industrial or military material which may give off a harmful vapor, dust, fume, or mist during handling or operations. The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic). The mode of entry into the body may be by ingestion, inhalation, or absorption through the skin. Examples of this class are chlorinated hydrocarbons (carbon tetrachloride, tetrachlorethylene, trichlorethylene), chlorinated diphenyls, compounds of cadmium, mercury, chromium, lead, and organic phosphorus compounds.

   d. **Class IV. Poisonous.** A poison is commonly understood to be a product which will lead to fatal results in a short period of time when taken into the body. Oral intake is the primary mode of entry into the body. It is now recognized that other routes such as inhalation and absorption through the skin may produce the same effect as oral ingestion of some materials. Examples of this category are cyanides, arsenicals, carbon disulphide, and dimethyl sulphate. Some of these materials may give off a deadly vapor when mixed with acids, e.g., cyanide and acid.

   e. **Class V. Corrosive.** Agents which in contact with tissues of the body surface will cause injury or destruction of those tissues. Among these are corrosive agents such as hydrochloric, acetic, nitric, and sulfuric acids; and sodium, potassium, and ammonium hydroxides.

                                        Enclosure (3)

# EXHIBIT 11

461252.1



# WARNING LABELS

## PART 1

A GUIDE FOR THE PREPARATION
OF WARNING LABELS FOR
HAZARDOUS CHEMICALS

## PART 2

ILLUSTRATIVE WARNING LABELS
FOR HAZARDOUS
CHEMICALS



PUBLISHED BY

MANUFACTURING CHEMISTS' ASSOCIATION
OF THE UNITED STATES,
608 Woodward Bldg., Washington 5, D. C.

Copyright 1966 by Manufacturing Chemists' Association of the United States



Manual
L-1

# PART I

## MANUAL L-1—A GUIDE FOR THE PREPARATION OF WARNING LABELS FOR HAZARDOUS CHEMICALS

### Adopted 1945

### Revised April 1946

The development of new chemical products and the introduction of chemical processes into ever-widening fields has accentuated the need for furnishing appropriate information in those cases where special precautions are necessary. Many chemicals present no hazards in normal handling and storage and for these products no precautionary labels are necessary.

The education of employees regarding chemical hazards is, and must remain, the direct responsibility of their employers. However, such hazards are not confined to employees alone, and information concerning them should, so far as practicable, reach every person using, transporting, or storing chemicals. The most practical means for the seller to disseminate this information appears to be by labels affixed to containers of hazardous chemicals, bearing appropriate precautionary statements and instructions stated as simply and briefly as circumstances permit.

In the interest of uniformity and more adequate labeling of chemical products, the Manufacturing Chemists' Association has prepared this Manual for the benefit and guidance of its members. A series of definitions is included in Schedule 1 in order that the terms used may be clearly understood. In addition to the general recommendations contained herein, the MCA has prepared suggested labels for specific products. These have been printed as Manual L-2, which will be supplemented from time to time as additional recommended labels are developed.

A precautionary label does not take the place of safety equipment such as suitable goggles, airline respirators, gas masks, clothing, shoes, etc.

Individual statutes, regulations or ordinances may require that particular information be included on a label or that a specific label be affixed to a container. In each case, the requirements of these laws should also be studied. *The warning labels suggested in this Manual should be used in addition to, or in combination with, any label required by law.*

---

* Federal statutes include:

Interstate Commerce Commission Regulations for Transportation of Explosives and Other Dangerous Articles: Supt. of Documents, Govt. Printing Office, Washington, D. C.

Federal Caustic Poison Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Federal Insecticide Act of 1910 and regulations: Agricultural Marketing Administration, U. S. Department of Agriculture, Washington, D. C.

Federal Food, Drug and Cosmetic Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Related statutes of the 48 States and the District of Columbia include Caustic Acid, Pharmacy, Poison, and Insecticide Acts.

1

Manufacturing Chemists' Association of the United States

Manual
L-1

## Schedule 1

## DEFINITIONS

*Flammable Liquid*[1]—An inflammable[1] liquid is any liquid which gives off inflammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 80 F.

*Extremely Flammable Liquid*[2]—An extremely flammable liquid is a liquid which gives off flammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 20 F.

*Corrosive*[2]—(Physiological)—A corrosive is an agent which in contact with living tissue will cause more or less severe destruction of tissue by chemical action.

*Irritant*[2]—(Physiological)—An irritant is an agent which in contact with living tissue will induce either immediately or after prolonged or repeated contact a more or less severe local tissue reaction not leading directly to destruction of tissue.

*Sensitizer*[2]—(Physiological)—A sensitizer is a material which as ordinarily handled does not necessarily cause any discernible reaction in living tissue but which after initial or repeated contact with the tissue of some individuals may, at a later date, produce a prompt inflammatory reaction on contact, even in minute amounts, with the tissue of the same individuals.

*Dusts*[3]—Solid particles generated by handling, crushing, grinding, rapid impact, detonation and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain, etc. Dusts do not tend to flocculate except under electrostatic forces; they do not diffuse in air but settle under the influence of gravity.

*Fumes*[3]—Solid particles generated by condensation from the gaseous state, generally after volatilization from molten metals, etc., and often accompanied by a chemical reaction such as oxidation. Fumes flocculate and sometimes coalesce.

*Mists*[3]—Suspended liquid droplets generated by condensation from the gaseous to the liquid state or by breaking up a liquid into a dispersed state, such as by splashing, foaming, and atomizing.

*Gases*[3]—Normally formless fluids which occupy the space of enclosure and which can be changed to the liquid or solid state only by the combined effect of increased pressure and decreased temperature. Gases diffuse.

*Vapors*[3]—The gaseous form of substances which are normally in the solid or liquid state and which can be changed to these states either by increasing the pressure or decreasing the temperature alone. Vapors diffuse.

*Poison*[2]—Poison means a substance which, when taken by mouth in amounts of 60 grains (4 grams) or less, or when inhaled in concentrations of less than 200 parts per million by volume in the air, rapidly (within 5 or 10 minutes) jeopardizes life by other than mechanical or physical action.

> *Note:* This definition of "Poison" is based on practical considerations only, as an aid in determining, generally, when the word "Poison" should be included on a warning label. See General Principles 4.

*Mixture*[2]—A physical commingling of two or more substances which may or may not bear a fixed proportion to one another and which have not reacted chemically with one another.

---

[1] ICC definition. While the term "inflammable" is used by the ICC, the preferred form "flammable" is used in this Manual.

[2] MCA definition.

[3] As defined in Chapter II "Engineering Control of the Air Contamination of the Working Environment" (Allen D. Brandt, D.Sc.) page 198, "Manual of Industrial Hygiene," USPHS.

5

Manufacturing Chemists' Association of the United States

Manual L-1

| | |
|---|---|
| V. Gases and Vapors Physiologically Inert. | CAUTION! VAPOR REDUCES OXYGEN AVAILABLE FOR BREATHING<br>Use with adequate ventilation.<br>Keep container closed. |
| VI. Harmful Dusts. | CAUTION! HARMFUL DUST<br>Avoid repeated breathing or skin contact.<br>Wash thoroughly before eating or smoking.<br>Keep away from feed or food products. |
| VII. Skin Irritants—Corrosive. | DANGER! CAUSES SEVERE BURNS<br>Do not get in eyes.<br>Do not get on skin.<br>Do not get on clothing.<br>In case of contact, immediately flush skin or eyes with plenty of water; for eyes, get medical attention. Remove and wash clothing before re-use. |
| VIII. Materials Causing Skin Irritations after Repeated or Continued Contact. | CAUTION! MAY CAUSE SKIN IRRITATION<br>Avoid prolonged or repeated contact. |
| IX. Materials Toxic through Vapor Inhalations or Skin Absorption. | WARNING! ABSORBED THROUGH SKIN VAPOR HAZARDOUS<br>Avoid contact with skin or clothing.<br>Avoid breathing vapor.<br>In case of exposure, remove to fresh air. Immediately wash with soap and plenty of water. Remove and wash clothing before re-use. |
| X. Toxic if Taken Internally. Applies to materials covered by statutory definition of poison "liable to be destructive of human adults in doses of 60 grains or less (4 gms.)" or to any material toxic in amounts likely to be taken internally through easily anticipated errors. | POISON<br>If not covered by regulation or definition (see General Principles 4) a typical label might read:<br>DANGER! MAY BE FATAL IF SWALLOWED<br>Do not take internally. |

7

# EXHIBIT 12

461252.1



USSROAN00000012



USSROAN0000013



FOSTER WHEELER CORPORATION
NEW YORK, N.Y.

F W CORP. DRAWING NO. NY - 420 - 907-2

F.W. ORDER NO FWB-1987-2070

| SCALE: | DATE: 11-18-43 |
| DRAWN BY: | EXAMINED BY: |
| CHECKED BY: | APPROVED BY: |

| FORWARDED TO BUREAU | APPROVED ____ DATE |
| LETTER NUMBER | REFERENCE |

4-18-44

FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

_____ PLAN
EXAMINED AND FOUND CORRECT
DATE _____ FOR SUPERVISOR OF SHIPBUILDING, U.S.N.

EXPRESS TYPE BOILER

# GENERAL ARRANGEMENT, BOILER FRONT AND SIDE VIEWS

BUREAU OF SHIPS PLAN NUMBER

## DD692-S5101-245177 ALT. 2

| NO. | DESCRIPTION | AUTHORITY | BY | | | |
|---|---|---|---|---|---|---|
| II | INTERCHANGED 15" AND 10" WATER GAUGES AND ALTERED FW REGULATOR TO SUIT | | | | | |
| III | | CUSTOMER'S CHANGE | | | | |

ALTERATIONS

USSROAN00000012