# EXHIBIT 13

461252.1

# INSTRUCTION BOOK
# MARINE STEAM GENERATORS



S.S. "Santa Paula" and "Santa Elena"—Foster Wheeler equipped.



Bulletin M-42-3

## MARINE DEPARTMENT
# FOSTER WHEELER CORPORATION
### 165 BROADWAY, NEW YORK
(Fifth Edition)

# MARINE STEAM GENERATORS

## INDEX



CLASSIFICATION OF TYPES—GENERAL
DESCRIPTIONS ......................... Page
1. Three-Drum—"A"-type.............. 5
2. Separately-Fired-Superheater type...... 5
3. Two-Drum—"D"-type............... 7
4. Two-Drum, Nelis type (Low Head).... 7
5. Cross Drum, Straight Tube type........ 7
6. Economizers......................... 9
7. Superheaters......................... 9
8. Waterwalls......................... 9

BOILER INTERNALS—DESCRIPTION
1. Desuperheaters...................... 11
2. Baffles............................ 11
3. Swash Plates....................... 11
4. Internal Feed Line.................. 11
5. Scum Pan......................... 11
6. Downcomer Nipples................. 11

BOILER FITTINGS and MOUNTINGS
1. Safety Valves...................... 13
2. Gauge Glasses .    ................. 13
3. Try Cocks......................... 13
4. Air Cocks......................... 13
5. Salinometer Cocks.. ............... 13
6. Blow Down Valves.................. 15
7. Soot Blowers...................... 15
8. Feed Water Regulators.... .......... 17

ECONOMIZERS
1. U-Bend Type...................... 19
2. Straight Tube Type................. 19
3. Installing Handhole Plugs (Plain Type..) 22
4. Removing Elements—U-Bend Type..... 25
5. Removing Elements—Straight Tube Type 25
6. Replacing Economizer Elements........ 27
7. Removing Handhole Plugs............ 27
8. Installing Handhole Plugs (Lip Type)... 27
9. Applying Tube Plugs................ 27

BOILER TUBE RENEWAL................ 27
1. Handhole Plugs..................... 23

EXPANDING TUBES
1. Selecting Expander.................. 29
2. Combination Belling and Rolling
   Expander......................... 29
3. Straight Rolling Expander............ 29
4. Belling Tool....................... 29

SUPERHEATER TUBE REMOVAL........ 30

BRICK and INSULATION              Page
1. General........................... 31
2. Arch Brick........................ 32
3. Furnace Floors..................... 33
4. Furnace Walls—Repairs.............. 33
5. Insulation......................... 34
6. Special Clips, Anchor Bolts, Baffle Tile,
   etc............................... 34

OPERATING—(ECONOMIZERS)
1. Feed Water Regulating Valve......... 35
2. Economizer Relief Valve............. 35
3. Economizer Drain Valves............. 35
4. Washing.......................... 35
5. Internal Surfaces................... 35
6. Soot Blowers...................... 35
7. Casings.......................... 37
8. Flues............................ 37
9. Feed Water........................ 37

TUBE CLEANERS...................... 37

HYDROSTATIC TESTS................. 39

DRYING-OUT FIRE and BOILING-OUT
BOILER............................ 40

PUTTING STEAM GENERATOR IN
SERVICE........................... 42

CARE DURING OPERATION........... 44

COMBUSTION
1. General........................... 45
2. Secondary......................... 45
3. Smoke Detectors................... 45

TAKING STEAM GENERATOR OUT OF
SERVICE........................... 47

UNUSUAL CONDITIONS............... 47

GENERAL........................... 49

"ORSAT"—FLUE GAS ANALYZER..... 50

DISSOLVED OXYGEN DETERMINATION 52

WASTE HEAT BOILERS............... 55





**Fig. 1.**
Boiler room on one of the new steamers of the American Merchant Marine, showing instrument panel on the left and Foster Wheeler, "D"-type Marine Steam Generators on the right.

**FOSTER WHEELER**



ECONOMIZER INLET

SMOKE INDICATOR

AIR    DUCT

Fig. 2.

Three-drum, "A"-type Marine Steam Generator fitted with water cooled furnace, convection superheaters, extended surface economizers, and air-jacketed furnace.

# MARINE STEAM GENERATORS

## MARINE STEAM GENERATORS

Foster Wheeler Marine Steam Generators are built to meet the widely varying conditions under which steam is generated on shipboard, and may be generally classified as follows:

3 drum "A"-type
3 drum Separately-Fired-Superheater type
2 drum "D"-type
2 drum Nelis type
Straight Tube Cross Drum type

including superheaters, waterwalls, economizers, air heaters, and desuperheaters.

### Three-Drum, Bent Tube, "A"-Type

The three drum, bent tube, "A"-type marine steam generator, as shown in Figs. 2, 32, includes a boiler, superheater and economizer. The boiler consists of a large top, or steam, drum and two smaller water drums. The two lower water drums are connected to the steam drum by banks of tubes. The rows of tubes on each side, closest to the furnace, are carried down past the water drums and out through the side walls of the furnace just above the furnace floor line. These tubes are connected to headers placed below the water drums and are supplied with water from these drums.

Superheater surface is installed in both banks of boiler tubes. It is constructed of small diameter tubes expanded into headers and is drainable.

The economizer is made up of two sections, one placed behind the last row of boiler tubes on each side, and is constructed of 2" o.d. steel tubes upon which are shrunk cast iron, gilled rings of the Foster Wheeler standard, extended surface design. For boilers where weight is a big factor, the extended surface may be built of cast aluminum rings on 2" o.d. tubes. The ends of each economizer element are expanded into headers; each element being replaceable separately.

The steam generating unit is baffled, using high temperature resistant plates, so that the gases pass upward over the front bank of tubes and the superheater, then downward over the second bank of tubes, and again upward through the economizer to the stack.

### Separately-Fired-Superheater Type

This steam generator is a modification of the three-drum, "A"-type, to provide separate and independent control of superheat. (Fig. No. 6, page 12.)

The boiler section is "A"-type consisting of the usual large steam drum connected by two banks of tubes to two smaller water drums.

The superheater consists of headers connected by tubes so arranged that they form the walls of a separate furnace built at one side of the boiler—the gases passing into the main boiler furnace. The superheat may be controlled by regulation of the firing of the burners in the superheater furnace.

The economizer is placed on the side of the boiler opposite to that of the superheater.

The gases from the main combustion space pass over one bank of boiler tubes, then to the economizer and stack. The gases from the superheater furnace pass over the superheater tubes and both banks of boiler tubes to the economizer and stack.

# FOSTER WHEELER



FOSTER WHEELER
MARINE STEAM GENERATOR

AIR DUCT

Fig. 3.

Two-drum, "D"-type Marine Steam Generator showing water cooled furnace, drainable superheater, extended surface economizer, and air-jacketed furnace.

# MARINE STEAM GENERATORS

## Two-Drum, "D" - Type

The "D"-type steam generator is shown in Figs. 3, 4, 5, 29, 31, and consists of a two-drum, bent tube boiler section, waterwall, superheater, and economizer. (An air heater section may be added and a smaller economizer used. See Fig. 29, page 40.)

The boiler section consists of a large steam drum and a smaller water drum connected by a vertical bank of tubes. The two drums are also connected by tubes from the lower drum which extend across under the furnace floor to a header at the side of the furnace. From this header tubes extend up the side wall of the furnace and over to the steam drum, forming a waterwall which covers the side wall and roof of the furnace. The drum and furnace arrangement also permits the use of waterwall tubes at the ends of the furnace when desirable. Waterwall tubes are readily accessible through handholes in the headers.

The superheater is located in the tube bank a few tubes back from the furnace and consists of U-bend elements rolled into vertical headers. It is drainable.

The economizer is of the standard 2" o.d. steel tube type with extended surface, horizontal elements having the ends of each rolled into headers. A handhole is provided opposite each element connection for easy access for cleaning or inspection.

The air heater, when used, is placed just above the economizer, and is constructed of horizontal seamless steel tubes rolled into tube sheets.

A baffle in the boiler tube bank causes the gases to flow up over the boiler surface and the superheater in the first pass, then down over the tubes in the second pass, finally upward into the economizer and air heater, thence to the stack.

## Two-Drum, Nelis Type (Low Head)

The two-drum, or Nelis, steam generator includes boiler section, superheater and economizer. (Fig. No. 8, page 16.)

The boiler section consists of two drums connected by a bank of inclined, bent tubes. The inclination of the tubes is such that minimum head room is required.

The superheater is usually of the radiant type, so placed that it forms the roof of the furnace. "C"-tile are installed to cover the superheater surface. The removal of a portion of the lower part of the "C"-tile, exposing the superheater elements, to the horizontal centerline, permits the desired superheat to be obtained.

The economizer is of the standard 2" o.d. steel tube type with extended surface, the elements being horizontal and each being rolled into headers. Handholes are located opposite the ends of each element for easy access for cleaning and inspection. The economizer is placed above the boiler tube bank with the top of the casing below the top of the drum in order to occupy the least head room.

A steel baffle causes gases to flow down over the first bank of tubes and up over the second bank, thence horizontally through the economizer to the stack.

## Cross Drum, Straight Tube Type

Foster Wheeler straight tube type steam generators (Fig. No. 7, page 14) have forged steel, sectional headers. They may be supplied with or without superheaters, waterwalls, economizers or air heaters. Superheaters may be either radiant or convection, or a combination or both. When a convection superheater is supplied it may be located in between the tube banks or at the top of the first pass of gases. Radiant superheaters are located either in the walls or on the floor.

The boiler is usually single pass with a scatter baffle placed on the top row of tubes and arranged to diffuse the gases effectively over the heating surface.



# MARINE STEAM GENERATORS

## ECONOMIZERS

The increases in boiler pressure that have been adopted in order to obtain higher efficiency have emphasized the necessity for heat recovery devices. The boiler, or evaporating surface proper, becomes less efficient due to the increase in steam temperature resulting from higher pressure. At 400 lb. pressure the steam temperature is 448°F. which means that the gas temperature from a normally proportioned boiler will be approximately 600°F. Economizers are used to recover heat from waste gases on the way to the stack and raise the temperature of boiler feed water.

Foster Wheeler Economizers are built of extended surface rings, (aluminum or cast iron), fitted to steel tubes. The tubes carry the water and the extended surface absorbs heat from the gases. A shrink fit assures metal to metal contact. The extended surfaces not only protect the tubes from external corrosion but give greater heating surface per lineal foot of tube. The heating surface is six to nine times that of the bare tubing.

## SUPERHEATERS

Superheated steam has a greater volume, and contains more heat units per pound, than saturated steam. Therefore it can do more work than an equal weight of saturated steam and its use gives greater efficiency.

Fuel savings from 5% to more than 20% have been made in marine work by superheating steam 25° to 300°. The degree of superheat depends upon the type of prime mover, steam pressure, and other conditions of each particular installation.

Superheaters may be either—Separately Fired, Convection or Radiant types.

**1. Separately Fired Superheaters** are units having their own furnaces and burners. The units may be in a separate and independent setting, taking their steam from an outside source, or they may be, as in marine practice, inside the boiler casing. The superheat is controlled by regulating the burners in the superheater furnace.

**2. Convection Superheaters** are those heated chiefly by convection from the gases passing over them. They may be either—Interdeck or Waste Heat types.

Interdeck superheaters are placed in tube banks so that the hot gases from the furnace pass over them.

Waste heat superheaters are those placed in the passage of gases on the way to the stack. The gases may be from a boiler or other source such as gas engine exhaust, etc.

**3. Radiant Superheaters** are arranged to receive their heat from flame, hot brickwork, and fuel bed. They may be either floor, wall or roof type. The superheat may be regulated by covering a portion of the superheater with insulation.

## WATERWALLS

Waterwalls were developed to eliminate one of the chief obstacles to the progress of modern boiler firing practice—inadequate refractories. Even the best refractories imposed limitations upon the rate of heat liberation, furnace temperature and "turbulence" that could be maintained continuously in a furnace with safety. Molten ash attacks the highest quality refractories. Flowing slag or impingement of flame cause erosion, and changes in temperature cause cracking, checking and spalling. For these reasons the cost of maintaining refractory furnaces has always been a major item of power plant expense.

Waterwalls are manufactured by Foster Wheeler in varied sizes, shapes and forms, and may be installed in practically any type or size boiler. Waterwalls protect the refractories, and increase the boiler heating surface.



Fig. 5.

"D"-type Marine Steam Generators arranged for stoker firing. The combination of shaking grates and hydraulic ash removal has proved eminently satisfactory.

# MARINE STEAM GENERATORS

## BOILER INTERNALS

**Desuperheaters**—When saturated, or only slightly superheated, steam is required from a high-temperature unit for the auxiliaries, a desuperheater is usually placed in the steam drum to supply the desuperheated steam. The function of the desuperheater is to maintain steam flow through the superheater yet provide saturated steam as it is required. Saturated steam should never be taken directly from the steam drum except in cases of extreme emergency, for a reduction of steam flow through the superheater at medium or high rates of firing, may cause the superheater elements to be burned out or damaged.

The desuperheater consists of tubes connected in series and made so that they can be removed through the manhole in the end of the drum. The desuperheating is accomplished by the cooling action of the relatively cool water in the steam drum absorbing heat from the superheated steam as it passes through the coils of the desuperheater. The desuperheater coils should be kept tight for a leak in the desuperheater coils would permit moisture and solids from the drum to be entrained in the steam for the auxiliaries, due to the higher pressure in the drum. This would be detrimental.

**Baffles**—Baffles are sheets or strips of metal, or plastic, placed in the gas passes through a boiler to direct the flow of gas over and through the tube banks so as to get the maximum heat transfer. In a few cases no baffles are used.

**Swash Plates** are plates placed in the upper, or steam, drum of the boiler to keep surging of the water to a minimum. With a ship rolling or pitching in a seaway it would be practically impossible to tell accurately what the water level was without adequate swash plates. They also cut down the possibility of heavy priming due to the surging of the water level.

**Internal Feed Line** is that part of the feed line extending within the steam drum. Normally it extends along about 80% of the length of the drum, below the normal water level. It usually has a number of small openings along its length so as to introduce the water into the drum evenly throughout its length.

**Scum Pan** is the name of the pan, or funnel, placed on the end of the internal extension from the surface blow valve. The upper lip of the scum pan is generally set about level with the center line of the upper drum. It is used for removing any scum or grease floating on the surface of the water.

**Downcomer Nipples**—When the waterwall tubes terminate in a common header below the water drum of a boiler, this header is connected to the water drum by a series of downcomer tubes. To keep any mud or deposits from getting down into the waterwall header the downcomer tubes are sometimes fitted with nipples extending up about 6" or 8" above the bottom of the water drum. These nipples make a tight joint in the downcomer tubes, preventing dirt and scale from going down into the header, thence into the fire row of boiler tubes. They are easily removed from the inside of the drum.



Case 3:14-cv-00013-GC-TJB     Document 82-10     Filed 03/17/14     Page 13 of 57 PageID: 1246



Fig. 6.   Separately-Fired-Superheater Marine Steam Generator—Merchant Type.

This Steam Generator was designed for installation on board vessels where large quantities of saturated steam are used for port and auxiliary loads. Steam temperatures, from approximately 25° above saturated temperature to maximum superheat, are obtainable by regulating the fire in the superheater furnace.

# MARINE STEAM GENERATORS

## BOILER FITTINGS AND MOUNTINGS

**Safety Valves**—All boilers and superheaters are provided with safety valves for the purpose of relieving the boiler of excessive pressure when for some reason the pressure builds up above a safe operating pressure. The superheater safety valve is placed at the outlet and is set to blow before the boiler safety valves, to protect the superheater by insuring a steam flow thru it (should normal steam flow through the superheater be stopped while firing continues).

The present-day safety valve, or pop valve, is a spring loaded valve. The boiler pressure acting on the underside of the valve is resisted by the spring.

Safety valves should open with a sharp pop, with little or no preliminary warning or simmering and should blow down not more than 4% of the set pressure.

When hydrostatic tests are put on the boilers at pressures above the set pressure of the safety valves, the valves should be gagged.

"Chattering," which is a hammering or vibration in the valve, either before or after popping, should be stopped or excessive damage to the valve seat will occur.

Leakage, which is a constant hissing at pressure below the popping pressure may be caused by chips or hard particles lodging under the seat and can sometimes be remedied by lifting the valve manually and blowing freely. A damaged or cut seat may also cause leakage. Exhaust piping frequently causes valve leakage because of expansion or other strains transmitted to the valve body.

Excessive blowdown may be caused by a weakening of the spring or some other mechanical fault.

For details and methods of repairing safety valves, see the instructions of the manufacturer of the particular valves supplied.

**Gauge Glasses**—There are many makes of gauge glasses; their sole function is to indicate the level of the water in the drum. A gauge glass should be placed on the steam drum with the top connected to the steam space and the bottom to the water space. It should be located so that the fireman can readily read it and "blow it down." The gauge should be fitted with cocks so that the glasses may be quickly replaced. There should be no valves between cocks and drum. Modern boilers for pressures in excess of 300 lb. are usually fitted with flat type gauge glasses. These glasses should always be backed with mica to prevent steam etching the glass.

**Try Cocks**—Three (3) try cocks should be conveniently located near the gauge glass, with one at the highest permissible water line, one at the normal water line and one at the lowest permissible water line. The try cocks are for use in determining the water level when the gauge glass is out of service and to check the level indicated by the gauge glass at certain intervals, at least once a month. All leaks in gauge glasses and try cocks should be stopped immediately. A leaking gauge glass may give a dangerously false indication of the water level.

**Air Cocks** are valves, or cocks, fitted to the top of the steam drum for venting off the air when steam is being raised.

**Salinometer Cocks** are valves, or cocks, fitted to a boiler for the purpose of drawing off water samples.

FOSTER WHEELER

SECTION "C-C"    HALF SECTION "A-A"    VIEW "B" WITH CASING REMOVED

Fig. 7.

Cross drum, straight tube, forged steel, sectional header Marine Steam Generator, arranged for oil firing and three flows of gases across the heating tubes. A convection superheater is placed at the top of the first and second gas passes. Units of this type are used on the "Liberty Ships" of U. S. Maritime Commission. Capacity 24,000 lb. of steam per hour, steam pressure 220 lb. per sq. in., final steam temperature 450 deg. F. (See page 23 for details.)



## MARINE STEAM GENERATORS

**Blow Down Valves**—Every marine boiler is fitted with blow down valves, a surface blow and a bottom blow valve, or valves. The blow down valves are for freeing the boiler of internal accumulations of dirt or grease and to reduce concentration of solids. The surface blow is intended to clean the boiler of scum of oil or grease. Scum is dangerous in a boiler as it insulates the heating surface and causes tube failures very quickly. The presence of scum is usually easily detected by its appearance in the gauge glass. As soon as it is discovered, the water level should be raised 1" to 2" and the surface blow valve opened quickly and left open until steam begins to issue from the discharge, then the valve should be closed. The gauge glass should then be blown and, if scum still appears, repeat the procedure.

The bottom blow is supplied to allow a boiler to be blown clear of dirt and to reduce concentration in accordance with instructions furnished by the persons responsible for the feedwater treatment (a competent feedwater authority).

Whenever blow valves are used, they should be opened wide as quickly as possible and closed in the same manner to protect the seats from erosion or cutting due to solids being passed. Never blow down so that the water level goes below the bottom of the glass. Except in cases of emergency to protect personnel, a hot boiler should not be emptied.

Bottom blow down valves should not be operated when a boiler is being "forced" or operated at high ratings. The normal circulation within the boiler may then be so disturbed by blow down operation that certain tubes may be partially emptied of water or otherwise exposed to conditions of damaging nature. Use bottom blow down valves at low rates only, if possible.

Experience has established the surface blow valve as most satisfactory for reduction of high water levels which may occur for one reason or another. Bottom blow valves should not be used for this purpose unless emergency conditions justify.

**Soot Blowers**—Due to the fact that dirt on the inside or outside of a tube acts as an insulator, it cuts down the transfer of heat thru the tube from the gasses to the steam or water and so reduces the efficiency. Every effort should be made to keep tubes clean. Soot blowers are usually provided to keep the external surfaces, those exposed to the products of combustion, as clean as possible. Steam or air lances may be used also if space permits. During any outage of the boilers, the soot blowing should be augmented by hand lancing and scraping when necessary. A regular schedule of soot blowing should be worked out for each particular job and followed regularly in order to keep the efficiency of the unit at its best. Regular inspections should be made to be sure that there is no impingement of the steam from the soot blower nozzles on any tube or header. Impingement causes cutting and finally failure of the tube. Care must be used in lining up the soot blower elements.

**Before blowing soot, the steam line to the soot blowers should be thoroughly drained to eliminate all moisture. If wet steam is used in the soot blowers it will cause the soot to cake and adhere tightly to the tubes. Water in the steam admitted to hot soot blower elements may fracture, or otherwise damage them.** Further details of operation and repair should be obtained from the instructions of the manufacturer of the soot blowers.



Fig. 8.

Two-drum, Nelis Type (low head) Marine Steam Generator. This Low Head type was designed for installation on board vessels where head room must be kept to a minimum. Ample furnace volume is provided in a horizontal direction.



# MARINE STEAM GENERATORS

**Feed Water Regulators—**In the past it was usual practice to control the supply of feed water to the boiler by hand, either by changing the speed of the pump or by opening or closing a valve in the pump discharge line. This does not provide even flow to the boiler and the water level will fluctuate unduly.

Many of the present day marine boilers are fitted with automatic feed water regulators, both to insure continuous feed at the proper rate, and to eliminate part of the attention necessary for hand control.

There are three main types of feed water regulators:

    1. Float    2. Thermo-Pressure    3. Thermo-Expansion.

all of which depend upon the fluctuations of the water level in the drum.

(1). The Float Type has a float chamber connected to the steam space of the boiler in such a way that the water level of the float chamber is in line with the water level of the boiler. A balance feed valve regulates the flow of water to the boiler and is actuated by a suitable metal float thru the required linkage. A fixed relation is maintained between the feed valve opening and the water level in the drum.

(2). The Thermo-Pressure Type consists of a generator made up of an inclined seamless tube connected to the steam and water space of the drum. The level of the water in the tube will correspond to the level in the drum and in a jacket which surrounds the inclined tube. The jacket is of fin type construction to dissipate heat, and is connected thru tubing to a diaphragm type feed valve. The jacket and tubing form a closed system. When the feed valve is closed, the jacket and tubing are filled with water. As the water in the drum lowers, the water in the tube inside the jacket lowers correspondingly, steam taking its place thru the upper connection. The steam gives up heat to the water in the jacket, causing a pressure to build up, which opens the feed valve diaphragm. The lower the water falls in the tube inside the jacket, the more surface is exposed to steam, the greater the pressure and the wider the feed valve opens. When the water rises there is less surface exposed and the action of the radiating fins causes the pressure to decrease and the feed valve to close.

(3). The Thermo-Expansion Type of regulator is actuated by the expansion and contraction of a heavy metallic tube mounted on a base and connected by linkage to control a feed valve. The expansion tube is set in an inclined position in such a manner that the water level in the tube will correspond to that in the drum. The tube is connected at the top to the steam space and the bottom to the water space of the steam drum. The upper end of the expansion tube is at steam temperature, approximately, while the lower end is filled with water and is slightly above room temperature, due to the cooling from radiation. As the water level falls, the tube contains more steam, the increase in the amount of steam filled space causes the tube to expand and open the feed valve proportionately. When the water level rises the reverse is true. For details concerning feed water regulators, see the manufacturer's instructions.

**General—**All feed water regulators are designed to maintain a constant water level in the boiler at all times. When the load is taken off a boiler and the fires extinguished the steam bubbles in the water collapse and cause a lowering of the water level. The regulator immediately opens the feed valve and raises the water to its former level. If the load increases and the fires are lit again the water level will raise rapidly and probably go over the top of the glass causing heavy priming with a resultant damage to the machinery. It is therefore, advisable that, when maneuvering or operating under varying loads, the hand controlled feed check valve be used and the water level be kept below its normal steaming level. (Just visible in the bottom of the glass.)

# FOSTER WHEELER



### Fig. 9.  U-BEND ECONOMIZER WITH ALUMINUM RINGS.

Photograph of economizer element of U-bend construction having aluminum rings. This design of extended surface economizer has nine times the external heating surface of a bare tube. In the foreground are handhole plug fittings, from left to right: plug, gasket, plate, and nut.



### Fig. 10.  STRAIGHT TUBE ECONOMIZER.

The first Foster Wheeler economizer was equipped with both mechanical soot blowers and water washing devices to insure means of effectively cleaning the extended surface. Experience has shown that in almost every instance, properly designed mechanical soot blowers will keep the surface free from soot and ash without supplementary water washing. The illustration shows typical application of a mechanical soot blower to the extended surface, armored economizer. The entire economizer surface is reached effectively by the steam jets, and is maintained highly efficient in every day service.



# MARINE STEAM GENERATORS

## ECONOMIZERS

**U-Bend Type**—Economizers as furnished for minimum weight and highest efficiency are built of U-bend elements. (Fig. No. 9.) The elements are made of aluminum rings forced on 2" steel tubes to form the extended surface. The elements are arranged as shown on Figures 9 and 11, with the ends rolled into return headers. The header ends of the element fit tightly into the tube sheet by means of a male and female joint. The opposite, or element removal ends, fit large holes in the tube sheet to allow the elements to be removed. These holes are sealed by means of tube hole rings on the elements, these rings being made of aluminum also. Connected to the tube hole rings there are smaller rings of aluminum which are fitted around the tube, so that the insulation cannot come in contact with the steel tubing.

**Insulation** on the economizer tube sheets should be applied according to instructions and should be maintained in good condition without cracks, as this insulation serves two purposes—to reduce the heat loss due to radiation and to seal the tube sheet to eliminate the possibility of gases by-passing the heating surface.

Prior to applying insulation, clean the exposed part of the U-bend down to bare metal, then apply two coats of aluminum paint (first coat to be thoroughly dry before applying second coat) to all surfaces which come in contact with insulation. Insulation should be mixed with a maximum of three parts water by weight (sufficiently plastic for application). A dripping or puring consistency must be avoided. At front (Fig. 11) apply one (1) course, ¾" thick, to be thoroughly dried by heating from inside. A second course should be applied after the first course has been thoroughly dried. At rear, apply one course full thickness. All insulation should be applied 18 hours, or less, prior to boiler going into steam service, or preferably during interim at times of preparing boiler for steaming (drying and boiling out).

**Straight Tube Economizer**—The Foster Wheeler **Straight Tube** Economizer (Fig. No. 10), is installed when weight is not of extreme importance. As can be seen from the illustration the element consists of a 2" steel tube on the outside of which is tightly fitted, by shrinking process, a series of cast iron gilled rings. The ends of these gilled rings are machined with male and female joints to insure protection of the steel tube from the furnace gases and condensation. It will be noted that in service the steel tube resists the water pressure and the cast iron resists the corrosive action of furnace gases, sweating, and weak sulphuric acid. (Figs. No. 10 and 13.)

The extended surface is used to provide considerably greater heat absorbing surface per foot of length and, therefore, a greater surface (square feet) may be installed in a given space.

The connecting header end, or inlet and outlet header end, has a tube sheet with small holes in it and is so constructed that the gilled ring of the element at this end fits tightly into the tube sheet to act as a seal to keep the gases from leaking out and by-passing the heating surface. At this end there is a pipe spacer between the tube sheet and the header into which the elements are rolled. This spacer is used as an anchor so that all expansion will be taken up at the opposite end. At the return header end it will be noted that the tube sheet has large holes to enable the elements to be easily installed or removed. A sealing ring is provided at this end to keep the gases from leaking out and by-passing the heating surface. The elements are rolled into the return headers in accordance with instructions for expanding tubes. Opposite each element in the return headers, as well as the connecting headers, there is a handhole plug to allow easy inspection and cleaning of the internal surfaces.



**NOTE** ⊂⊐ INDICATES U-BEND ELEMENTS
○━○    "    RETURN HEADERS

Fig. 11. ECONOMIZER FRONT TUBE SHEETS.

Flow Diagram (facing header end) showing path of feed water through economizer having three parallel lanes carrying the water. The number of lanes to carry water vary with the capacity of the steam generator and are arranged to give the desired water velocity through the economizer.

## MARINE STEAM GENERATORS



Fig. 12.

Standard tube expander having straight rolls and guide collar. Collar is adjustable to suit the depth of header; it also holds the expander in alignment with the tube.

Fig. 13.

U-BEND ECONOMIZER, WITH CAST IRON RINGS.

Typical return bend economizer element showing details of construction and support. The gilled rings are cast in sections and machined to male and female joints before being shrunk upon the tubes.



REAR DOOR     GUIDE ROD     FRONT DOOR

WASHER    ASSEMBLED ELEMENT

REAR TUBE SUPPORT PLATE

FRONT TUBE SUPPORT PLATE

RETURN HEADER OR MANIFOLD

Fig. 14.

Section through U-bend economizer showing method of guiding element tube through tube sheet and into header

## FOSTER WHEELER



Fig. A.    Fig. B.    Fig. C.

Fig. D.    Fig. E.    Fig. F.

## HANDHOLE PLUGS

### Installation and Removal of 2" Tapered Plugs (Not Lipped)

1. Assemble the plug complete as shown in Fig. A after coating the threads with a mixture of graphite and oil, and lightly coating the inside of the gasket with cylinder oil. The thin edge of the gasket should be placed next to the plug and the thick end next to the plate.

2. Insert the plug into seat and bring the plate firmly against the header, as shown in Fig. B which shows the plug partly drawn up.

3. Slowly draw up the plug, using a wrench no longer than 12" (no extension being needed) and tap the header lightly to facilitate tightening of the plug.

    While drawing up on the plug, the plate should be held in place and not allowed to turn. The plug in the fully drawn up position is shown in Fig. C.

4. To make an inspection without renewing the gasket, remove the nut and plate and tap the plug to loosen it in the gasket. When the plug is loose enough, drive the plug in by means of a pipe, (see Fig. D), leaving the gasket in the seat. Before knocking the plug in, however, fasten the handhole plug lifting tool to the plug by screwing the eye screw of the tool into the tapped hole in the end of the shank of the handhole plug. This tool will keep the plug from dropping out of reach into the header.

    If the gasket starts to move, crimp it slightly to hold it in place, as shown in Fig. E. To reinstall the plug, pull back into place, assemble the plate and nut and draw up the plug as described under Paragraph 3.

5. To remove the plug, when gasket is to be removed, remove nut and plate and peen gasket over, as shown in Figs. D and E. Then knock plug in and crush the gasket, removing gasket and plug. To replace with new gasket, follow Paragraphs 1, 2, and 3.

6. Fig. F shows method of handling plug when header is opened for inspection only.

## MARINE STEAM GENERATORS



### CROSS DRUM
### BOILER DETAILS

Left: Fig. G.

Typical section of heating surface used in cross drum, straight tube boiler indicating large tubes at the bottom with groups of smaller tubes above, also assembly of forged steel header and handhole plates.

Below: Fig. H.

Seperate parts of handhole plates and group as installed.

## FOSTER WHEELER



Crimping Tool (201)

Plug Extractor

Plug

Fig. 16.

Section through forged steel return header showing—at top—method of using crimping tool; and—at bottom—method of removing the plug from a tube that has been plugged to permit operation without waiting for repairs.



Fig. 17.

Sectional drawing to show tube rolled in place and belled—also handhole plug installed.

## MARINE STEAM GENERATORS

### REPLACING ECONOMIZER ELEMENTS

Clean tube ends and tube seats in headers of all dirt and scale. Insert the element carefully, guiding the end of element will facilitate entering the header end in rear tube support plate, Figure 14. Hold the U-bend end so that spigot of end ring will seat tightly into recess in rear support plate. Figure 13. Reinstall washer, and wedge return header or manifold against rear support plate until the joints are expanded. (See "Expanding Tubes," page 29.) The element is thus fixed at the connecting header end and expansion will take place at the return end.

Wire brush, then paint all metal surfaces coming in contact with insulation and the exposed part of element tubing (U-bend) with two (2) coats of aluminum paint (mixed in proportion of two pounds of aluminum powder and one gallon of aluminum spar varnish) and after drying replace the insulation, as described on page 19 under Insulation.

Exposed parts of tubing should be cleaned down to bare metal prior to painting.

After economizer has been in service check the insulation for surface shrinkage and fill in where necessary.

### REMOVING HANDHOLE PLUGS

For inspection and cleaning, do not remove gasket (#12, Fig. 18, page 28).

Remove nut and plate, tapping plug end.

As a rule gasket will remain in handhole plug seat. If, in tapping plug, gasket moves, flare gasket slightly on outside to retain it.

To push plug clear of hole, without removing gasket, use handhole plug Lifting Tool. See Detail Fig. F, page 22.

### INSTALLING HANDHOLE PLUG—Lip Type—(Figure No. 18)

Insert Plug (#9) thru its own handhole without gasket, angling same on short axis of plug.

Insert gasket retaining square edge on outside of header and assemble plate and nut, completing the unit in place. Take up on Plug Retaining Plate (#10) against header, using Pin Spanner Wrench (#193) on plate to keep it from rotating with Nut (#11).

Hand tightening with 12" socket wrench is sufficient to make the plug assembly tight.

### APPLYING TUBE PLUGS—(Economizer)

To take any element out of service, place the plugs in the inlet—Top (1), (3), and outlet bottom (2), (4), manifolds (Fig. 11) stopping off the stream affected—viz: For failure of element (Y), place plug (Figure 16) at "B" in Rows No. 1 and No. 10.

For plugging element, remove handhole plug as shown in Figure F, page 22.

### BOILER TUBE RENEWAL

Before installing a new boiler tube, clean same internally to remove the internal protective coating which may, in time, become varnish-like, causing warping and twisting in service. Then, flush well with hot, strong, lye-water.

# FOSTER WHEELER



**Fig. 18.**

Drawing of return header assembly showing the various parts of expander and handhole plug as described in the text.



Fig. 19. Straight Belling Tool.



Fig. 20. Goose-neck Belling Tool.

## MARINE STEAM GENERATORS

### EXPANDING TUBES

**1. Selecting Expander**—When preparing to expand tubes, an expander suitable for the size and gauge of tube to be expanded should be selected. The thickness of the seats must be taken into consideration, as an expander with the correct length rolls should only expand the tubes about ¼" past the outside of the seat.

**2. Combination Belling and Rolling Expander**—Clean the tube ends and seats thoroughly, removing all mill scale, set the tube end properly in the seat (¼" to ⅛" of tube extending inside the seat) and proceed as follows:

The stop on the Expander (#182—Figure 18) should be set by measuring carefully before commencing to use the expander, so that the small end of the belling roll will stop at the inside edge of the seat when rolling is complete. The expander should be inserted only far enough into the tube to permit the small end of the belling roll to enter. As the mandrel is turned, the expander will move into the tube until the stop comes against the sheet. **Great care must be taken** not to over-expand tubes. The amount a tube should be expanded can only be determined from experience.

**3. Straight Rolling Expander**—The Expander should be inserted in the tube until the stop on the back of the head is about ¼" from the end of the tube in thin seats, or 1" in heavier seats. As the mandrel is turned, the expander will move into the tube until the stop comes against the end of the tube.

In small headers, where the handholes are not opposite the tube holes, it is necessary to use short mandrels driven by universal jointed extension, (Figure 21). The tubes should first be expanded with the No. 1 mandrel and, if this mandrel does not give sufficient expansion, the tube should be expanded with the No. 2 mandrel.

**4. Belling Tool. (Figure 20)**—When tubes are expanded with the straight rolling expanders, the tubes should be belled with a hand belling tool. The tool should be turned in the tube after each blow of the hammer. The tubes should be belled until the outside diameter of the bell is equal to the outside diameter of the original tube plus not less than ⅛" or more than ⅛".



Fig. 21.
Cross Section through header,
expander in position.

# FOSTER WHEELER



USE EITHER HAND HOLE
FOR SLOTTING BELL

LIFTING TOOL

SECTION A-A

Fig. 22. SUPERHEATER TUBE REMOVAL.

Drawing of section through a superheater connecting header showing the use of ripping tool for slotting the belled end of an element tube, preparatory to crimping it over and driving it out.

## MARINE STEAM GENERATORS



Fig. 23.

Unretouched photograph of side wall of furnace in a three-drum, "A"-type boiler after 15,000 miles of service.

### BRICK AND INSULATION

As the demand for highly refined and lighter grade oils increases it becomes *necessary to burn a poorer grade of oil for fuel.*

This in turn has made it necessary to use a better grade of the brick and insulation and to make more frequent inspections. Poor insulation, or insulation in poor condition, results in a direct loss due to radiation and adds to the temperature of the fire room. Insulation, therefore, should be of the best material obtainable and should be kept in first-class condition. When repairing or replacing brick or insulation, manufacturers specifications should be followed as closely as possible.

*The fireclay used should be supplied by the manufacturer furnishing the firebrick and made of the same material.*

All firebrick and clay should be stored in dry places. BRICK EXPOSED TO THE WEATHER SHOULD NOT BE USED.

**For Rebricking**—No work should be started until uptakes have been cleaned of all soot and the exterior of all tubes and surfaces of all baffles have been thoroughly cleaned with a strong force of air or steam. All surfaces are to be thoroughly dried before installation of insulation or brick.

# FOSTER WHEELER

Remove all brickwork, and defective insulation from the side walls, front and rear walls, and bottom of furnace; also all defective tie bolts. The steel casing surfaces should be properly scraped and scaled to bare iron; then painted.

All brick walls to be of header construction or laid with special tile and laid as herein described and in accordance with drawings covering the particular installation.

No trowels should be allowed in the furnace during brickwork repairs and the excess clay on the ends of the bricks is to be scraped off with a board.

The increase in height due to using fireclay wash should not exceed $\frac{1}{8}$" for six courses of brick.

The use of broken bricks for finishing brick wall should be prohibited.

Walls to have 1" end clearance between insulation and/or as shown on drawings to provide for expansion, these walls to be so erected that one end of each will have the above mentioned clearance with the other end butting hard against adjacent brick wall.

The courses of brick should be so laid that the tie bricks are in alignment with the holes in the casings or clips provided for anchor bolts, and located in a position to permit anchor bolts to be at right angles with the sides of the casing. In order to obtain the correct location for these anchor brick, a course of "split" brick may be used. All fire brick, as previously specified for furnace walls, should be laid as "headers" and no "stretchers" should be allowed.

Special, self-supporting shapes or tile should be laid so that clips securing same in position hook over support bars located in casing and that the horizontal lines of tile are in correct alignment with support bars referred to and as shown on drawing.

Water drums of Types "A" and "D" boilers should be protected with tile and/or insulation or plastic firebrick as specified on drawings. Space behind waterwalls to be fitted with insulation, tile or plastic firebrick as called for on drawings.

**Arch Brick**—Arch brick, or brick work around the burner, is subject to a very high temperature when the burner is in service. If the air register is not closed tight, or if it leaks when the burner is cut out, the brick is swept by cool air from the fan. Such rapid change of temperature causes spalling and cracking. If this brick is not kept to its original shape and size it will cause poor combustion and, in bad cases, may result in serious damage to the flame cone, register, furnace fronts and the remaining brick in the furnace. In renewing or patching the arch brick, care should be taken to make sure that the brick is centered with the flame cone and is built up to its original thickness.

Arch brick may be patched with a good grade of plastic, after the old brick has been thoroughly cleaned of slag, soot, and oil. Dirty burners will cause dripping, improper combustion and flame impingement on the side walls and arches, resulting in brick failure in a very short time. These conditions should be watched for and corrected immediately as bad brick work may lead to serious casing damage as well as an increase in fuel consumption. A very satisfactory burner arch may be formed by using a plastic brick only, in fact approximately 50% of the arches for new installations are being installed in this manner.

# MARINE STEAM GENERATORS

**Furnace Floors**—The furnace floor insulation and firebrick should be as called for on drawings. Firebrick is to be laid loose on the insulation with no fireclay, with $\frac{1}{16}$" clearance between each brick



**Fig. 24.**
Section through rear wall of an "A"-type boiler furnace showing outside casing, air duct, furnace wall plate, high temperature resistant tile clips, insulation, and interlocking, firebrick tile forming the furnace lining. Each tile is supported individually and held in place positively.

horizontally. Spacing to be made with steel plate gauge $\frac{1}{16}$" thick. All brick must be laid with the long side at right angles to the path of the flame, and with all joints broken so that no continuous unbroken joint is presented to the flame.

If slag is found to be forming on the floor of a furnace it should be removed the first time the boiler is cold, as it will run into the expansion joints in the floor and cause the floor to buckle. Slag also has a tendency to undercut the brick on the sides, back, and front walls. Certain slags are extremely corrosive to brick work.

**Furnace Walls—Repairs**—The firebrick, or special tile, in the front, sides and rear walls are to be dipped in a bath of fireclay. Each brick to receive a coating of this loose fireclay on all sides, after which it is to be rubbed into its place in the course. The excess clay is squeezed out by this rubbing, resulting in a joint between each two bricks of the thinnest possible film of fireclay.

All joints between courses are to be broken and no wide or open joints are to be left in any furnace wall. Face of walls to be true to line or straight edge.

Each brick laid in the wall shall be driven hard against the insulation to insure that the brick wall as a whole stands tight against this insulation with no space intervening.

Care should be taken that vertical walls are laid hard against the wall with which they are in abutment to prevent opening at the corners that will permit flame to strike the insulation.

In Foster Wheeler Boilers where each tile in the wall is individually supported, it is possible to renew any one tile without disturbing the rest of the wall. The brick to be replaced or renewed, is removed leaving the hanger or clip in place. The lip on the new tile is then chipped off flush with the bottom of the groove which the hanger normally fits into. The new tile is then set in place and Plibrico, or any other good grade of plastic brick, is tamped into the space around the new tile to hold it securely in place. This is a simple, quick and very satisfactory method of repairing the individually supported tile walls.

# FOSTER WHEELER

## INSULATION

The insulation of furnace walls should be as called for on drawing covering the particular installation.

Before completing installation of furnace side walls it will be necessary to see that none of the insulating and refractory material between casings and tube sections has fallen down. This consists of firebrick tile and insulation and must be replaced to prevent burnt upper casings.

Insulation between sides of headers and casing of boiler, and between the headers of sectional header boilers should be thoroughly examined and replaced with asbestos rope of approved size where necessary, and asbestos cement as specified. Wherever a large part of the insulation is defective, insulation is to be entirely removed and the sides and top of headers are to be filled with approved insulating cement and asbestos rope of approved size, thoroughly caulked against the cement and the remaining space filled with insulating cement and made flush with headers.

Insulation on the inside of top and sides of upper casing is held in position by expanded metal or other approved method. This insulation is to be renewed where same is defective or missing.

All insulation to be carefully fitted around stiffeners located on the inside of casing.

When the front and rear walls have reached a point where the last course under the boilers is being laid, the space back of the brick wall and beneath headers should be solidly filled with insulating cement as shown on drawings covering the particular installation.

The spaces between nipples connecting steam drum and top sectional headers should be tightly sealed with firebrick tile and approved insulating cement or as called for on drawings.

Insulation around steam drum, water drums or waterwall headers consists of one layer of approved insulation held firmly in position by 1" 18 BWG mesh wire netting anchored securely to angles of casing. The insulation is to be covered with $\frac{1}{4}$" hard finish cement troweled to a smooth finish. Cement finish to be made up by weight— 1 part Portland Cement and 3 parts of insulating cement.

## SPECIAL CLIPS, ANCHOR BOLTS, BAFFLE TILE

Location and number of anchor bolts and clips for tile in furnace walls to be in accordance with drawing for the particular installation. All anchor bolts shall be of heat resisting alloy of approved size; bolts to freely enter holes in casing, or clips and brick, and to be located in centerline of slot in brick in order to take care of lateral expansion. Clips for tile in air cooled walls should be of approved material.

All defective baffle tile are to be replaced; approved tile to be laid so as to assure as nearly as possible a gas tight joint. No broken tile for finishing off proper length of baffle should be permitted.

"C"-tile around superheater elements in roof, walls, baffles, or other special firebrick tile for flat or special arches in roof, shall be replaced when broken, cracked or in any way defective.

Special peep hole brick as shown on drawings, or as called for, shall be furnished and installed.

# MARINE STEAM GENERATORS

### OPERATING—(Economizers)

1. Where **Feed Water Regulating Valve** is used, it should be located at the inlet to the economizer. Where there are two sections of the economizer, it should be located in the inlet piping common to both sections. All valves between pump and feed check valve should be open at all times when the boiler is in service.

2. The **Economizer Relief Valve**, or valves, when used should always be placed in the inlet header of the economizer and should be set so that it will open at a pressure higher than the boiler safety valve by 50 lb., plus the water pressure drop thru the economizer. If the economizer relief valve, or valves, should be located on the outlet header, or at the water outlet end of the economizer, it should be set at a pressure at least 50 lb. higher than that of the boiler safety valve.

3. **Economizer Drain Valves** should not be used as blow valves. The water velocity thru Foster Wheeler Economizers is such that there is no recirculation and, therefore, no increase in concentration of water passing thru the economizer. Consequently, there is no need for blowing down the economizer. The economizer should be kept full of water at all times and, under no circumstances, should the economizer drain valves be opened while the boiler is under pressure.

4. **Washing** the economizer surface with water may occasionally be found beneficial, but should only be considered as supplementary to soot blowing. The economizer should only be washed when there is no fire in the furnace and no gases passing through the economizer chamber. To prevent external corrosion, the economizer surface should be dry before again being put into service. In economizers fitted with permanent washing systems, special care must be taken to see that the washing system is provided with a drain below the level of the slots in the washing elements and this drain must be kept open at all times when the washing system is not in use to prevent water dripping upon the economizer while in service.

5. **Internal Surfaces** should be inspected occasionally and if necessary any accumulation of mud or scale removed. The frequency for internal cleaning is dependent on the condition of the feed water and may be indicated by an increase in water pressure drop or a decrease in water temperature rise through the economizer.

6. **Soot Blowers** should be operated in accordance with instructions issued by the soot blower manufacturer, as often as required to prevent rise in temperature of gases leaving the economizer, or increase in draft loss, through the economizer. Frequency of blowing will depend on the amount of soot and dirt in the gases, which will vary with the kind of fuel and method of burning. In most plants, it will not be necessary to operate soot blowers more than once a day. Before attempting to operate soot blowers less than once a day, tests should be made over not less than one month's normal operation to make sure that when blowing once a day there is no rise in final gas temperatures nor increase in draft loss through the economizer. Steam supply lines should be thoroughly drained before soot blowers are operated. ONLY ONE SHOULD BE ON AT ONE TIME. Blowers should not be left stationary with steam on jets and should be examined at intervals to see that the valve-in-head is closing properly; Soot blower elements should be inspected at the end of one year's operation to determine if the corrosive action of the gases is injurious.



Fig. 25.

## MARINE STEAM GENERATORS

**7. The Casing** of the economizer should be maintained gas tight and well insulated. *The insulation around the return headers, when used, should be inspected periodically* and any shrinkage cracks filled. Occasional gas samples should be simultaneously taken at the gas inlet and outlet. Air infiltration will be indicated by a material reduction in $CO_2$ between these points.

**8. Flues** from boilers to economizers should be gas tight and well insulated. Flues from economizers to fans should be gas tight to prevent additional load on fans but need not be insulated.

**9. Feed Water** to economizers should be slightly alkaline and free from substances which will set up corrosion and, particularly, should contain less than $1/10$ c.c. of oxygen per liter.

### TUBE CLEANERS

*The scale which forms internally from evaporation of the water can be eliminated* to a great extent by the use of proper feed water treatment. However, there will usually be some scale deposited after a period of time. This scale should be removed from economizer and superheater tubes, as well as boiler tubes, as often as required. Mechanical tube cleaners are used for this purpose. They are of two different types:

1. Hammer.
2. Cutter.

The former loosens the scale by a series of rapid blows on the tube, the latter by cutting the scale out with a revolving wheel. Usually compressed air, but sometimes steam or water, is used to drive the motor which actuates the tube cleaner. There being many designs of cutter type cleaners, detailed information should be obtained from he instructions of the manufacturer supplying the cleaner in question.

The softest cutter or brush which will do the job should be used, as a hard cutter, if left rotating in one spot too long, may damage the tube.

All new boiler installations should be completely turbined at least twice in the first twelve months of service, thereafter at least once every twelve months.



**Fig. 26.**
Typical air-driven tube cleaner for small diameter, bent tubes. Above is shown cleaner fitted with cutter head, and below are two forms of brushes for removing softer deposits.

## FOSTER WHEELER



Fig. 27.

Water-driven tube cleaner fitted with heavy duty cutting head.



Fig. 28.

Diagram showing the reduction in temperature of gases leaving an oil fired, marine boiler furnace. (Fig. 2, page 4.) Furnace temperatures are shown at the left, percentage of heating surface passed over at the bottom.

Two rates of operation are shown—one when generating 35,300 lb. of steam per hour, and the other at 27,800 lb. of steam per hour. These results are from a series of carefully conducted tests on a three-drum, "A"-type, marine steam generator.

The chart is marked to show the influence of the different portions of the heat absorbing surface and it is important to note that the rate of heat absorption in the economizer is as steep as in the second bank of boiler tubes.

## MARINE STEAM GENERATORS

I. ### HYDROSTATIC TEST

*Before applying a hydrostatic test on a new unit,* or one that has been out of service for some time, or a boiler that has been opened, make a thorough inspection of the internal and external parts to make sure that:

1- 1. All foreign matter and tools have been removed from inside of boiler.

1- 2. No one is inside of boiler.

1- 3. Pressure gauges indicate correctly and are connected properly with proper valves open.

1- 4. Safety Valves are blanked or gagged.

1- 5. Any part not designed to stand the hydrostatic pressure is properly isolated or "blanked off" from such pressure.

1- 6. All valves operate freely and seat properly.

When the foregoing have been checked carefully:

1- 7. Close the manholes and see that all handholes are plugged properly.

1- 8. Close stop and check valves, all drain and blow down valves, trycocks and valves to any gauges or other integral equipment not designed for or intended to be subjected to the test pressure to be applied.

1- 9. Vents on high point of boiler and economizer, if installed, should be left open.

With everything in readiness:

1-10. Start filling boiler. Inspect drains for open valves as boiler fills. Close high point vents when water issues from them.

1-11. Raise pressure to the intended figure slowly, to avoid shock, and check over unit for leaks.

1-12. With inspection completed, release pressure slowly. If any leaks occur, the water need only be drained low enough to allow leak to be remedied. Then repeat Paragraphs 1-1, 1-2, 1-7 thru 1-12. Repeat until all leaks are stopped.

### NEVER put a Hydrostatic pressure on a Hot Superheater or Boiler

1-13. If raw water has been used for test, drain unit completely and refill with treated, hot, feed water used during normal operation.

1-14. All water must be drained from such parts as are not intended to contain water during normal operation, including superheaters and de-superheaters.

1-15. If it is expected that boiler will not be placed in service for a day or two, it should be filled to the steam nozzles, being sure to operate high vents as described in Paragraph 1-10, with the normal, hot, treated feed water. Gauge glass cocks and pressure gauge valves should be opened as required for normal service, and all drain valves should be closed, superheaters to be water filled.

1-16. When boiler is to stand idle for an indefinitely prolonged period, it should be drained completely, being particularly careful to blow or otherwise remove all water from such places in drum, tubes, superheater or economizer headers or elements which may not be completely self-draining. Take "list" of vessel into consideration. Shallow pans, contrived to expose as much surface area as possible, should be partially filled with quick-lime and inserted in each boiler drum. Manhole doors should then be shut, all vents closed and boiler made as nearly "bottle-tight" as practicable. The lime is intended to absorb moisture entrained in the boiler atmosphere and should be examined and replaced every three to six months.

## FOSTER WHEELER



Fig. 29.

"D"-type Marine Steam Generator equipped with Superheater, Economizer and Air Heater with completely water cooled furnace.

## II.      DRYING-OUT FIRE AND BOILING-OUT BOILER

In the case of a new boiler, or one that has had extensive furnace repairs or extensive expanding operations, it is necessary to dry out the refractory in order to season it and to boil out the boiler to remove the oil, etc., from the internal surfaces.

2- 1. All unnecessary hazards, such as scaffolds, ladders, insecure platforms, and other obstructions, must be removed.

2- 2. The headers and drums should be wiped thoroughly with clean rags to remove as completely as possible any oil that may have accumulated during the expanding process.

2- 3. Make inspection as directed in Paragraphs 1-1, 1-2, and 1-3.

## MARINE STEAM GENERATORS

2- 4. Dissolve in hot water, and mix thoroughly, three (3) pounds each of Soda Ash and Caustic Soda for each 1000 pounds of water the steam generator holds when at steaming level. (In case of United States Navy Boiler, thirty (30) pounds of the Standard Navy Boiler Compound per 1000 lb. of water). Place equal portions of the mixture in the lower drums of multiple drum units. Put all of it in the steam drum of sectional header, cross drum types.

2- 5. Kerosene must not be used as it retards the action of the cleaning compound.

2- 6. Close up steam generator (See Paragraph 1-7).

2- 7. With superheater and other drains closed, high point vents open, start filling the steam generator with hot feed water.

2- 8. When water issues from economizer vents, close same. Continue filling until water level is just above bottom of gauge glass. Leave drum vent open.

2- 9. A small drying-out fire of wood, or an extremely small fire of the usual fuel, should be started.

2-10. It is necessary to maintain a very slow fire for at least 48 hours to properly dry out the refractory. Too intense a fire during this period will cause spalling or cracking of the refractory. The furnace temperature during this period should not exceed 500°F.

2-11. After the brickwork and furnace insulation has been thoroughly dried out, increase the intensity of the fire gradually. When steam issues from drum vent, close same and open superheater outlet drain valve.

2-12. Continue the moderate fire until 25 to 50 pounds pressure is created on boiler gauge, but be sure water does not pass over into superheater during this time. Operate surface blow if necessary to prevent water carryover.

2-13. When the desired pressure is reached, bring boiler water level up to the top of the gauge glass slowly, taking about one (1) hour if the level is at approximately one-third (⅓) glass when this supplementary filling is started.

2-14. Then, open the surface blow valve and blow down to half a glass. Close valve and, by using bottom blowdown valves, reduce level to one-quarter (¼) glass.

2-15. After each blow, add 10 to 15 pounds of compound (½ soda ash and ½ caustic) mixed in hot water (or Navy Compound) to the feed pump suction, bringing the level back to a full glass.

2-16. Repeat this, alternately filling and blowing down for 36 to 72 hours, or until examination of water from all blow lines shows no oil present. Visual examination of blow down water sample should not be depended upon if other means, such as one of the many "ether tests," is possible. In the absence of such test, visual inspection should be made of a cooled sample and the presence of even the slightest trace of "oil slick" should cause continuation of the boiling-out.

2-17. Put out fire and allow boiler to cool gradually.

2-18. When boiler is cool, open all drains and blowdown valves and empty boiler completely. Blow out any parts not self-draining.

2-19. Wash out all parts thoroughly with a high pressure water hose.

2-20. Make a thorough inspection of the internal surfaces and if any scum or oil remains, repeat boiling-out procedure.

## FOSTER WHEELER

### IV.                    CARE DURING OPERATION

4- 1. Only the best available feed water should be used. This should be supplemented by a system of feed treatment as required. No recommendations are made, other than that a competent authority be consulted.

4- 2. Oxygen content of feed water should be kept at less than 0.1 c.c. per liter, maximum, to prevent corrosion in boiler and economizer. See Paragraph "Calculations," page 54.

4- 3. Acidity must be prevented. The Ph value should never be less than 9.

4- 4. All feed water tanks should be maintained free of oil and should be cleaned as often as necessary to prevent an objectionable accumulation of sediment or other undesirable foreign matter. The greatest care should be taken to prevent the entrance of oil, especially that containing animal or vegetable fats, into a boiler as it is likely to collect in clots or films on the heating surfaces, causing blistering and, eventually, rupture of tubes due to over-heating.

4- 5. Permissible total solids in the boiler will vary with each set of conditions and circumstances—below 500 parts per million is usual practice, but each case should be analyzed by the authority consulted.

4- 6. The salinity of the condensate should be checked carefully and not allowed to go over 0.1 grain per gallon.

4- 7. Preheated, evaporated, feed water should be used if at all possible.

4- 8. Do not allow encrusting formations to occur at handhole plates, etc. Corrosion often results. Stop the leak.

4- 9. Operate "Bottom Blow" and "Surface Blow" as often as required to maintain low total solids. Operate them when running at the minimum rating possible. **Blow down high water with surface blow only.**

4-10. Try safety valves immediately after putting new steam generator in service, or one that has been out of service for a prolonged period, and at least once a week thereafter.

4-11. Operate soot blowers as often as required to keep external surfaces clear of deposits. The soot blower piping must be thoroughly drained and dry steam only used to prevent excessive, hardened, soot deposits (See instructions of manufacturer). **Do not operate soot blowers on cold boilers.**

4-12. In addition to causing inefficiency of combustion, an excess of air will cause high steam temperature. To hold the steam temperature at the desired point the excess air must be maintained at a minimum. After the operators become familiar with the installation, it is possible for them to estimate very closely the $CO_2$ in the stack gases from the steam temperature at the throttle.

When a hydrostatic pressure is to be applied to a generator or superheater it is advisable to wait until the pressure parts are all at room temperature. Any sudden change in temperature caused by filling the generator or superheater with relatively cool water may cause serious leakage at the rolled joints.

In order to avoid an extensive rerolling job it is therefore advisable to have the water used for the test, the metal in the drums, and headers at approximately the same temperature.

## MARINE STEAM GENERATORS

After the above inspection has been carried out:

3- 7. Close the manholes and see that all handholes are plugged.

3- 8. Close all furnace doors and all other openings into the gas and air passages.

3- 9. Close trycocks and open gauge cocks.

3-10. Close surface and bottom blow valves.

3-11. Close drain cocks on gauge glasses.

3-12. Open the superheater drain and vent valves.

With everything in readiness:

3-13. Start filling boiler thru auxiliary feed system (to test auxiliary system) to just above the bottom of the gauge glass, using normal feed water if possible. Close all vents except boiler drum vent when water issues from them.

3-14. If the steam generator has been standing filled to the nozzle, the water must be lowered to just out of sight of the bottom of the glass using the bottom blow valve. The superheater should be drained and the superheater outlet drain and the vent on the boiler drum should be left open. Raise the water level to just within sight in the gauge glass, using the auxiliary feed system.

3-15. The fire should be started using the smallest sprayer plates, or tips, available in a central burner, in accordance with the instructions for the specific burners installed.

3-16. When steam issues forcibly from the drum vent, close this vent leaving superheater outlet drain open.

3-17. When pressure approaches line or working pressure, crack stop valve and open slowly to allow piping to be thoroughly heated. Take about two (2) minutes for this operation. If separate stop and check valves are used, stop valve should be opened at about 90% of working pressure.

3-18. Close superheater drains after boiler is in service.

3-19. Blow pressure gauge and water glass lines. Note any sudden increases in boiler pressure or jar in piping, determining cause immediately.

3-20. It should be noted that water level will rise as boiler pressure is brought to line pressure. Do not allow it to pass out of the top of the glass nor blow it down beyond the center of the gauge glass.

3-21. If steam should be formed in economizer, as indicated by water-hammer, blow down boiler and open feed to clear economizer.

3-22. Adjust feed of water and fuel to get output desired, doing it as gradually as possible.

3-23. In the case of new boilers, operation should be limited to low loads for a few days.

3-24. It is recommended that two to three hours be taken to put a unit in service from cold condition, to prevent excessive maintenance on refractories and to hold down the temperature at the superheater and economizer until normal feed and steam flow is established.

3-25. In case of extreme necessity the unit can be put in service as rapidly as firing permits.

# MARINE STEAM GENERATORS

## COMBUSTION—GENERAL

The word "Combustion," as used in steam generation, refers to the chemical reaction of the combustible products of the fuel with oxygen. Since it is impractical to supply pure oxygen, air, which is 23% oxygen by weight, is used. For every pound of fuel burned there is a theoretical weight of oxygen required, and therefore an exact amount of air. In practice, however, in order to insure complete combustion, good operation requires more air to be supplied than the exact theoretical amount. This quantity of air above the theoretical amount is called **excess air.** Excess air should be kept at a minimum, just enough to be sure the combustion is complete and that there is no CO in the flue gases.

The presence of CO means lowered efficiency, as can be seen from the fact that burning a pound of carbon (C) to carbon monoxide (CO) gives up only 4390 B.t.u. whereas burning it to carbon dioxide ($CO_2$) gives 14,600 B.t.u. Too much excess air causes lowered efficiency due to the heat required to raise the temperature of the air from that of the fire-room to the temperature leaving the steam generator. The excess air should be kept as close as possible to a figure between 10 and 15% of the total air, which corresponds approximately to 13.5%-14% $CO_2$ with most oil fuels. The use of a gas analyzer is the surest and most direct aid in obtaining best combustion conditions. (See pages 50 and 51.)

## SECONDARY COMBUSTION

4-13. If combustion is not completed in the furnace, and unburned gases pass through the boiler, they will often reignite after passing the boiler heating surface. The cooling of the economizer by the water is sufficient to prevent damage to this surface, but in an air heater secondary combustion will result in costly damage, sometimes in the complete burning out of the air heater. Special attention should be given to this matter with all air heater jobs. If any unusual condition such as shortage of air or rapid increase in flue gas temperature is noted, investigation should be made to determine if secondary combustion is occurring. If this is found to be the case, burners should be turned off and soot blowers operated immediately to extinguish the flame.

**Smoke Detectors**—For a quick check on combustion conditions to see that excessive smoke is not being produced, with its attendant low efficiency due to CO, a smoke indicator may be supplied. This apparatus usually consists of a series of mirrors so located that the fireman can easily see the condition of the stack; a strong lamp being placed on one side of the uptake and the reflecting unit located exactly opposite. The use of the smoke indicator in conjunction with intelligent use of the flue gas analyzer (orsat), will help to maintain high efficiency. Smoke indicators are easy to maintain as there are no moving parts. The only maintenance required is to keep the mirrors in line and clear, and to keep a good bulb in the lamp section. A blue, or daylight type bulb gives better results than the ordinary white light.



Fig. 31.

Stoker-fired "D"-type Marine Steam Generator including water-cooled furnace, convection superheater, air heater, and preheated air control below the grates.

## MARINE STEAM GENERATORS

### V.    TAKING STEAM GENERATOR OUT OF SERVICE

5- 1. Close the oil valve and then the air register to each burner, one by one, until all burners are shut off; then secure main oil valve.

5- 2. Remove atomizers at once and drain, immersing the tips in kerosene.

5- 3. Follow other instructions given by burner manufacturer.

5- 4. Keep all accesses to the furnace tightly closed to eliminate quick cooling, except in cases of emergency. Care must be taken to prevent cold air from striking the hot brick work as this causes spalling and cracking with a resultant high maintenance and repair bill.

5- 5. Maintain normal water level.

5- 6. When boiler pressure drops below normal working pressure, assuming a stop and check valve is installed, close main stop in about one (1) hour unless the shut down is due to tube failure, etc., when it may be closed at once.

5- 7. Open superheater outlet drains to prevent moisture from collecting in headers and tubes of superheater when steam flow from boiler is stopped. It is of the utmost importance that all drains and vents on the superheater be kept open when there is no flow of steam thru it.

### VI.    UNUSUAL CONDITIONS

The following are some of the unusual conditions that may arise during the course of operation. Others may occur and must be handled according to the discretion of the operator in charge.

6- 1. The water level should never be allowed to get above the top of the gauge glass due to possibility of priming if a sudden increase in steam demand occurs. Use only surface blow valve to lower level to normal. The proper level to be carried can only be determined after due consideration of each particular installation.

6- 2. Low water is the most dangerous condition frequently experienced in the operation of steam generators, and is generally due to inattention on the part of the operators. If the loss be gradual and noticed by the operators:

    (a). Increase the rate of feed.
    (b). Use trycocks to check gauge glass.
    (c). Check feed line for leaks or open valves.
    (d). Check blow valves for leaks or open valves.
    (e). Start auxiliary feed system.

If water goes out of gauge glass or below bottom trycock, take boiler out of service. See Paragraphs 5-1 to 5-7 inclusive.

6- 3. If, at any time, the water level falls below the bottom trycock, the boiler should be immediately taken out of service.

6- 4. In the case of loss of water due to tube failure, the fire must be stopped immediately. The feed should be maintained and the level brought back to normal if possible.

Follow as far as possible Paragraphs 5-1 to 5-7 inclusive.

Do not use blow downs, unless:

    Escaping steam endangers life of boiler room personnel, in which case—
    Shut main stop and dump boiler thru blow down valves.

Forced draft fan should be kept running and all registers kept open to force escaping steam up the stack.

Fig. 32.

Heavy Duty "A"-type Marine Steam Generator in dredging service. No waterwalls are used since a radiant superheater cools the rear wall. Extended surface economizer and air-jacketed furnace are included.

SECTION 'A-A'

## MARINE STEAM GENERATORS

**VII.**                                **GENERAL**

7- 1. Be sure your operators are familiar with the mechanics and operation of equipment they are required to use and are acquainted with their duties and competent in them.

7- 2. Do not allow sudden feeding of cold water into a hot boiler, except in case of emergency.

7- 3. Do not let a cold boiler stand partially filled with water for several days—See Paragraphs 1-15 and 1-16.

7- 4. Always be sure to keep burners clean and change atomizers whenever they become fouled.

7- 5. Prevent sudden wide changes of furnace temperature.

7- 6. Attempt no repairs to parts under pressure. Take unit out of service.

7- 7. Keep oil out of boilers.

7- 8. Turbine tubes when scale appears.

7- 9. Before making any inspection or repairs, the Watch Engineer should make sure that proper valves are closed and tagged and that stack opening is clear so that there is no likelihood of toxic vapors being present. Be sure the reason for and method of inspection is thoroughly understood. The Watch Engineer should be thoroughly acquainted with the purpose of the inspection.

7-10. **Precautions** When making internal inspection or repairs, main and auxiliary steam stop valves should be closed and lashed and all drain and blowdown valves should be closed to prevent entrance of hot water or steam from the drains and blowdowns of the other boiler. This precaution will eliminate the possibility of serious burns or scalds.

7-11. After inspection, be sure that any necessary repairs or alterations are properly carried out.

7-12. When making an internal inspection, the pressure parts should be observed carefully for evidence of scale, pitting, plugged openings, cracks, foreign matter or any other abnormal conditions.

7-13. When making an external inspection, check the installation carefully for fouled surfaces, blistered or sagged tubes, slag formation, condition and tightness of baffles, if any, and protecting plates, and indications of strains. Check should be made to see that doors close tightly, soot blowers are properly aligned, safety valves are in good operating condition and all dampers, valves, hangers, controls, gauges, water columns, etc., are functioning properly.

7-14. Brick and insulation should be carefully examined at frequent intervals. Special care should be taken of any refractory that shows signs of spalling or cracking. Where this condition exists the refractory should be thoroughly cleaned off and covered over with a good grade of plastic brick and all cracks filled. Insulation should be kept in good condition at all times.

7-15. Casings around the boilers should be inspected and all air or gas leaks made tight. On boilers having double air casings the inner casing should be kept tight and free from soot deposits. If soot is allowed to collect on any part of the boiler and it should become damp it sets up a corrosive action.

## FOSTER WHEELER



Fig. 33.
Typical "Orsat" for testing the gases leaving a boiler.

## "ORSAT"—FLUE GAS ANALYZER

The "Orsat" is the best known and most widely used gas analyzer. Figure 31 shows a typical orsat. The apparatus consists of a graduated Burette "A," a manifold with valves and three Pipettes "D," "E" and "F." The pipettes are filled with gas absorbing solutions—"D" with Potassium Hydroxide solution for determination of carbon dioxide ($CO_2$), Pipette "E" is filled with Pyrogallic Acid solution for determining oxygen ($O_2$), and Pipette "F" is filled with Cuprous Chloride for carbon monoxide (CO) determination. The chemicals are obtainable in proper quality and in the correct amount for one charge from the orsat manufacturer. The Burette "A" is usually surrounded by a jacket filled with glycerine for cooling the sample when drawn in. After careful study the sampling pipe should be so placed as to obtain a representative sample. The orsat

## MARINE STEAM GENERATORS

should then be set up, solutions put into the pipettes, and the solutions leveled at the etched line in the capillary tube on the top of the main body of the pipettes. The instrument should then be tested for leaks. This can be done by closing the Intake Valve "A," after leveling the water in the burette and Level Bottle "B" at zero. After a few moments the zero position should be checked. If it does not check, the leak should be found and corrected. The Pipettes "E" and "F" are closed and containers connected to the back so that air cannot get into the solution and cause false readings.

When everything is ready, the sample should be brought thru a container filled with waste or some other material to clean the gas. The sample is drawn into the burette by means of an aspirator or inspirator. The sample is then leveled up at the zero point in the Burette "A" by using the Leveling Bottle "B." Great care should be taken in manipulating the Three-way Valves "a" to insure against any air getting into the burette. After the sample is level at zero, Valve "a" is closed and Valve "d" opened. The sample should then be passed several times into and out of Pipette "D" to absorb the $CO_2$, then the liquid in Pipette "D" should be brought up to the etched line in the capillary tube on top of the pipette and Valve "d" closed. The sample is then leveled off in the Burette "A." The reading will be the $CO_2$ in percentage by volume. The same procedure should be followed with the sample in and out of the Pipettes "D" and "F." The difference between the first and second readings is the $O_2$ percent by volume, and the difference between the second and third readings is the CO. Before recording the reading, a check reading should be made and the sample passed again into the pipette in question, and a check made to see that the absorption is complete.

There are the following possible sources of error that must be guarded against:

1. Stratification of the gases may cause a false reading. The gas ducts should be traversed and a representative location determined. The sample pipe should never be near the side of the duct, as air leakage may cause an erroneous reading.

2. Weak absorbing solutions will cause a low reading, as a weak solution is slow to absorb the gases. Solutions should be renewed when necessary. Ordinarily solutions are good for a stipulated amount of sampling expressed in terms of volume and, therefore, a check should be kept on the total volumetric absorption. A solution is weak when more than five passages into the pipette is required for complete absorption.

3. The operator reading the value before the absorption is complete.

4. Inaccurate leveling of the sample in Burette "A." If the Leveling Bottle "B" is so handled that the surface of the water is not up to and equal with that in Burette "A" when Cock "A" is closed, more than the desired volume of gas will be locked into Burette "A." If the Leveling Bottle is higher than necessary and the water level in it is even slightly above that in Burette "A," then less than the correct amount of gas will be locked in.

5. Leaks in the rubber inflation bellows connected behind and to each of Pipettes "F," "E" and "D" to provide for displacement of the chemicals contained by each when the gas sample is passed into the pipette, will cause error. Particularly in Pipettes "D" and "F" the chemicals in which are most rapidly weakened by exposure to air.

The orsat should be used only after intelligent study has been made of the particular apparatus and the manufacturer's instructions.

## FOSTER WHEELER



Fig. 34.
Typical kit for use in dissolved oxygen determination.

## DISSOLVED OXYGEN DETERMINATION

The trend toward higher operating pressures in present and projected boiler installations makes adequate deaeration of the boiler feed water increasingly imperative. To insure the continued proper functioning of the mechanical means provided for deaeration, the operating engineers should frequently check the dissolved oxygen content of the feed water.

This determination must be made on the job and under normal steaming conditions if data of any value are to be obtained. The tests may easily be made by the operating engineers if reasonable care is used and if they are provided with suitably designed equipment. The chemistry of the test is relatively simple. A solution of a manganese salt and a solution containing a strong alkali and an iodide are introduced into the water to be tested. The two solutions interact and produce a precipitate of manganous hydroxide. This freshly formed precipitate is rapidly oxidized by the dissolved gaseous oxygen present. The solution is then made acid, whereupon the oxidized manganese compound reacts with the iodide, which was added with the alkali, and produces free iodine equiva-



## MARINE STEAM GENERATORS

lent to the original oxygen present. Until this latter reaction is completed, the sample must be carefully protected from the oxygen of the air. The iodine is measured by titrating with a standard solution of sodium thiosulfate. From the volume of sodium thiosulfate used in the titration, the concentration of dissolved oxygen is computed.

The oxygen present in the feed water should be kept at a value of not more than 0.05 c.c. per liter.

Equipment frequently utilized and methods of determination are described below:

Apparatus:

| | |
|---|---|
| 300 c.c. Narrow-Necked Glass Bottle. | 1—Glass Stirring Rod. |
| 3—2 c.c. Mohr Pipettes. | 1—Burette Clamp. |
| 1—10 c.c. Burette (reading .02 cc.). | 1—Iron Stand. |
| 1—250 c.c. Graduated Cylinder. | 1—Thermometer. |
| 1—500 c.c. Porcelain Evaporating Dish. | |

Reagents:  1—8 oz. Bottle Manganous Chloride Solution. (425.5 grams Crystalline Manganous Chloride to 1000 c.c. distilled water.)

1—8 oz. Bottle Alkaline Potassium Iodide Solution. (700 grams Potassium Hydrocide C.P. and 150 grams Potassium Iodide C.P. are dissolved separately in distilled water, and mixture diluted to 1000 c.c.)

1—16 oz. Bottle Sulphuric Acid Solution. (Equal volumes C.P. concentrated acid and distilled water.)

1—4 oz. Bottle Prepared Starch Solution. (Dissolve 5 grams Libner's Soluble Starch in 50 c.c. of distilled water, pour into 200 c.c. of boiling distilled water and boil for about four (4) minutes.)

1—32 oz. Bottle Sodium Thiosulphate Solution N/40 strength. (Must be prepared and standardized by chemist frequently.)

The sample should be taken at the inlet to the economizer, or, if none is installed, off the feed line to the boiler.

**Sampling**—The water to be sampled must be passed through a cooling coil which will reduce the temperature of the water to 70°F., if possible. In no case should the temperature exceed 85°F. The coil must be provided with an outlet tube long enough to reach to the bottom of the sample bottle.

Before collecting the sample, flush out the sampling line for at least five minutes. Have all valves in the sampling line on the hot water side of the cooling coil wide open and regulate the rate of flow by throttling the valve on the cool water side. Insert the outlet tube to the bottom of the sample bottle and adjust the rate of flow so that the bottle will fill in about one minute.

Allow the water to flow at this rate for about six minutes. Then, with the water still running, slowly withdraw the tube. Immediately close the bottle with the tapered glass stopper. Invert the stoppered bottle and examine carefully for air bubbles. Whenever the slightest air bubble is visible, discard the sample and draw another.

## FOSTER WHEELER

**Fixing (Adding Reagents to) Sample**—During the following operations bear in mind that the sample will absorb oxygen rapidly from the air whenever it is exposed. Some practice will be required to develop the technique necessary to insure accurate results on samples containing small amounts of dissolved oxygen.

1.—Fill the dropper (2-c.c.) with Manganous Chloride. See that there are no air bubbles in the column of reagent in the dropper. Remove the stopper from the sample bottle, insert the tip of the dropper below the surface of the sample and squeeze the bulb to discharge the reagent. Do not blow any air through the sample but leave a small amount of reagent in the tip of the dropper. Without releasing the pressure on the bulb, withdraw the dropper and replace the glass stopper in the bottle. Do not entrap any air bubbles. Invert the bottle several times to mix the reagent with the sample. Rinse the dropper with water and return it to the bottle of Manganous Chloride. ·

2.—Add (2-c.c.)—Alkaline Potassium to the sample in exactly the same manner. When the stopper is in place, invert the bottle several times so that the precipitate is distributed throughout the sample. Let the bottle stand until the precipitate has settled into the lower third of the bottle.

3.—Add (2-c.c.)—Sulphuric Acid Solution to the sample exactly as before. Stopper the bottle and mix the contents thoroughly. The precipitate should dissolve completely after standing a minute or two. When the sample is perfectly clear it is "Fixed" and the succeeding operations are carried out in the air. However, the titration should be done promptly after opening the bottle.

**Titrating Sample**—Fill clean burette up to zero mark with Sodium Thiosulphate. Measure out 250 c.c. fixed sample and transfer to porcelain caserole. Titrate sample with N/40 Sodium Thiosulphate, adding the sodium thiosulphate until solution becomes pale yellow color, then add 3 c.c. of starch solution and titrate until first disappearance of blue coloration. Read from burette the number of c.c. used.

If sample contains oxygen in the amount of .5 c.c. or more per liter, the water will have a decided yellow color after fixing. If zero, or only a trace of oxygen, no yellow color will appear. Starch solution should be added and, if any blue color appears, titrate with the sodium thiosulphate solution.

**Calculations**—When using 250 c.c. sample, the factor of the Sodium Thiosulphate Solution for N/40 strength solution should be .558.

The number of c.c.'s of sodium thiosulphate used times .558 is equal to number of c.c.'s of oxygen per liter at 0° Centigrade—760 Mm. pressure present in the water. To convert c.c.'s to parts per millions, multiply by 1.43.

## FOSTER WHEELER



Fig. 36.
Cross section drawing of waste heat marine boiler.

In this way a positive form of circulation is set up and an even flow of water assured for all tubes. The constructon is in general similar to the economizer design shown on Page 21. In order to relieve tube connections of stress the element tubes are expanded into the tube sheet at the connecting header end; thus anchoring the tubes. Provision for movement due to expansion and contraction is made at the return bend end. The ends of the element tubes are then expanded into pipe flanges to which return connections are bolted.

Waste heat boilers are operated at pressures from 5 lb. per sq. in. to 200 lb. per sq. in., depending on the service—the higher the pressure the less steam produced. These boilers require very little attention and are frequently used as mufflers only, when no steam is required. They are not usually provided with any gas by-pass arrangement. In some cases they have been run dry when there was no requirement for steam—operating in this manner does not cause damage at the temperatures of normal engine exhaust.

The boilers are largely self-cleaning on the gas side since the exhaust is normally dry and clean. The pulsations of the exhaust tend to blow soot particles off if they attain any appreciable size. The boilers are sometimes provided with auxiliary oil burners for firing when the main engine is not running. (See drawing Fig. 37.) Under such conditions they must be watched as carefully as any boiler under steam.

Tubes are 2"; standard handhole fittings are used; no special tools are necessary.



Typical U. S. Naval Vessel, fitted with Foster Wheeler Steam Generators.

FOSTER WHEELER

## MARINE STEAM GENERATORS



Oil-fired
Section

Waste Heat
Section
(One for Each Engine)

Oil-fired
Plan

Waste Heat
Plan



Oil-fired Section

Waste Heat Section

Fig. 37.

Sectional drawings of combination waste heat and direct-fired boiler for ship's normal steam requirements. The boiler is in two sections consisting of an oil-fired, cross-drum, sectional-header unit, and one or more cast iron, extended surface waste heat recovery units of the type commonly used with Diesel engines. The steam drum is common to oil-fired and waste heat sections. At lower left is the oil-fired section. At lower right is the waste heat section. Upper left is a vertical section through the two parts with oil-fired at the left and waste heat at the right. Upper right is a plan view through the two furnaces.

## MARINE STEAM GENERATORS



**Fig. 35.**
Typical Installation of Waste Heat, muffler boiler on Diesel driven ship. The exhaust from main engine enters the boiler from below and passes vertically through it.

### WASTE HEAT BOILERS

Most vessels driven by internal combustion engines require steam for various heating and power purposes. A waste heat boiler having extended heat absorbing surface is furnished for this service by Foster Wheeler. In addition to acting as an efficient unit for the generation of steam from relatively cool exhaust gases it acts as an effective muffler—no other form of silencing being required.

The accompanying drawing shows that the boilers have a single steam and water drum, that the heating tubes are horizontal and that the engine exhaust enters at the bottom and passes directly up through the boiler—no baffles being used and no objectionable back pressure being imposed.

The water tubes are fed from a single header to which the lowest row of boiler tubes is connected. This header receives its water supply through downcomer tubes from the steam drum. Each downcomer connection to the header includes an orifice plate that restricts the flow of water to approximately that required for maximum operation. The purpose of the orifices is to restrict any tendency of water to flow back up the downcomer pipes when steam is formed in the horizontal boiler tubes.

## FOSTER WHEELER



Fig. 30.

Unretouched picture of rear wall of furnace in "A"-type boiler after 15,000 miles of service. The burners fire directly toward this wall.

### III.     PUTTING STEAM GENERATOR IN SERVICE

Before putting a steam generator in service, whether a new unit or one that has been down for a considerable time, make a thorough exterior and internal inspection to make sure that:

3- 1. All internal parts of the steam generator and piping are clean and free from any obstructions or foreign matter.

3- 2. The soot blowers are located properly and alignment is such that there is no possibility of steam cutting the boiler tubes. (See soot blower manufacturer's instructions.)

3- 3. The furnace and all gas and air passages are free and clear.

3- 4. All dampers and fan control mechanisms work correctly and indicators show correct positions.

3- 5. Gauge glass drain and gauge cocks work properly and are closed.

3- 6. Safety valves have been put in proper operating order after hydrostatic test and vents at highest points of steam generator are open.