Szaferman, Lakind,
 Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy, Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR HAMMELL and LINDA HAMMEL, | Hon. Mary L. Cooper, U.S.D.J. |
| Plaintiffs, | DOCKET NO.: 3:14-cv-00013 (MLC)(TJB) |
| v. | |
| AIR & LIQUID SYSTEMS CORP., et al., | **CERTIFICATION OF SERVICE** |
| Defendants. | |

Maria C. Masiello, being of full age, hereby certifies:

1.    I am a Paralegal for the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in the above-captioned matter.

2.    On March 17, 2014, at the direction of Robert E. Lytle, I

1071063.1                                    1

electronically filed a Notice of Motion to Remand, or in the Alternative, Motion for Partial Summary Judgment Striking the Government Contractor Defense as to Defendants (a) CBS Corporation, a Delaware corporation, f/k/a, Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, (b) Foster Wheeler Energy Corporation and (c) General Electric Company, together with proposed order, supporting Brief, Plaintiffs' Statement of Undisputed Material Facts, Declaration of Robert E. Lytle, Affidavit of Arnold P. Moore and this certificate of service.

3.     All counsel for Defendants who have appeared in this matter are listed on the CM/ECF website as receiving a copy of all electronic filings and has thus been served on March 17, 2014, contemporaneous with filing of the documents listed in number 2 above.

4.     Also on March 17, 2014, I arranged for delivery via Email and Federal Express of one copy of the documents listed in paragraph number two above to all attorneys not receiving electronic notice of this filing.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Maria Masiello

Dated: March 17, 2014

1071063.1

2