# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Bruce M. Sattin***
Gregg E. Jaclin**
Robert P. Panzer

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina Jr.*†
Eric M. Stein**

Robert G. Stevens Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Chimbangu
Jamie Yi Wang#
Bella Zaslavsky**
Kathleen O'Brien
Steven A. Lipstein**
Yarona Y. Liang#
Brian A. Heyesey

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
#NY Bar
†U.S. Patent & Trademark Office

April 30, 2014

*Via Electronic Filing*

OUR FILE NO. 77040.1

Hon. Mary L. Cooper, U.S.D.J.
United States District Court
402 E. State Street
Trenton, New Jersey 08608

Re:   Arthur Hammell et al. v. Crane Co., et al.
      Civil Docket No.: 3:14-cv-00013 MLC TJB

Dear Judge Cooper:

This office represents Plaintiffs in connection with the above-referenced matter. I am writing as a follow-up to my letter to you dated April 25, 2014, wherein I requested permission to file a brief Plaintiffs' reply to the various oppositions to Plaintiffs' Motion to Remand on May 5, 2014. That extension request was made with the consent of our adversaries.

Yesterday, counsel for Westinghouse, Foster Wheeler and GE submitted supplemental papers in further opposition to Plaintiffs' remand motion. Given the voluminous oppositions previously filed by numerous defendants, as well as the additional supplemental papers filed yesterday, Plaintiffs respectfully request permission to file their reply papers on May 12, 2014.

Earlier this morning I advised your court clerk that this request would be forthcoming this afternoon. My office subsequently received confirmation through ECF that our adjournment request has been granted. Unless Your Honor

1140246.1

**SZAFERMAN LAKIND**

*Hon. Mary L. Cooper, U.S.D.J.*
*April 30, 2014*

Page 2

instructs otherwise, we will assume that Plaintiffs' reply brief will be due on May 12, 2014.

Thank you for your consideration.

Respectfully submitted,

**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**

s/ Robert E. Lytle
        Robert E. Lytle

REL:amd

c:   Michael Gilberti, Esq.
     Christopher Keale, Esq.
     Jeannine Clark, Esq.
     Jerome Block, Esq.
     Joseph Mandia, Esq.
     All Counsel

1140246.1