NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LINDA HAMMELL, individually and as executrix of the estate of ARTHUR HAMMELL, | : : : : : | CIVIL ACTION NO. 14-13 (MLC) |
| Plaintiff, | : : | **MEMORANDUM OPINION** |
| v. | : : : | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

**THE COURT HAVING DENIED** Plaintiff's motion for remand on the ground that Defendants Foster Wheeler, LLC ("FW"), General Electric Company ("GE"), and CBS Corporation ("CBS") established federal subject-matter jurisdiction under 28 U.S.C. § 1442(a)(1) (dkt. 166 at 2, 13); and

**THE COURT HAVING DECIDED** the separate motions for summary judgment filed by FW (see dkt. 271), GE (see dkt. 273), and CBS (see dkt. 269) in favor of each of those moving Defendants; and

**THE COURT BEING AUTHORIZED** to remand the action sua sponte when the claims giving rise to removal have been disposed of, see 28 U.S.C. § 1447(c); Dougherty v. A.O. Smith Corp., No. 13-1972, 2014 WL 4447293, at *1–2 (D. Del. Sept. 8, 2014) (remanding case when no claims remained against removing defendant under 28 U.S.C. § 1442(a)(1)); and

**THE COURT DECLINING** to exercise jurisdiction over the remaining claims;

and

**THE COURT INTENDING TO REMAND** the action to New Jersey Superior Court, Middlesex County; and for good cause appearing

**THE COURT** will issue an appropriate order and judgment.

   s/ Mary L. Cooper  
**MARY L. COOPER**  
United States District Judge

**Dated:** June 26, 2015